**Exhibit A**
**Statement of Claim**
**Plaintiff Melinda Michaels**

## Unpaid Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Amount Paid[1] | Minimum Wage Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 9/30/21 - 6/28/22 | 38.86 | 37 | $      - | $     10.00 | $   14,377.14 | $   14,377.14 |
| 2/27/21 - 9/29/21 | 29.71 | 37 | $      - | $      8.65 | $    9,510.06 | $    9,510.06 |
| 1/1/21 - 2/26/21 | 8.14 | 91 | $      - | $      8.65 | $    6,409.65 | $    6,409.65 |
| 1/1/20 - 12/31/20 | 52.29 | 91 | $      - | $      8.56 | $   40,728.48 | $   40,728.48 |
| 9/27/19 - 12/31/19 | 13.71 | 91 | $      - | $      8.46 | $   10,558.08 | $   10,558.08 |
|  |  |  |  |  | $   81,583.41 | $   81,583.41 |

Total Unpaid Minimum Wages[1] = $  81,583.41
Total Liquidated Damages[1] = $  81,583.41
Total[1] = $ 163,166.82

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.