UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60984-ROSENBERG/Augustin-Birch

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC AND
MICHAEL SPANOS,

    Defendants.
_____/

# DEFENDANTS' UNOPPOSED MOTION
# FOR SUBSTITUTION OF COUNSEL

    Defendants, Seawater Pro LLC and Michael Spanos, Brian H. Pollock, Esq., of the FairLaw Firm, pursuant to S.D. Fla. Local Rule 7.1(a), request the Court grant the request for a substitution of counsel as follows:

    1.    Defendants appeared in this case through their counsel, Juliana Gonzalez, Esq. of MG Legal Group, P.A., on July 5, 2024. [ECF No. 7.]

    2.    Defendants seek to have new counsel, Brian H. Pollock, Esq., and Patrick Brooks LaRou, Esq., of FairLaw Firm, represent them in this case going forward.

    3.    Defendants request that the Court enter an Order substituting Brian H. Pollock, Esq. and Patrick Brooks LaRou, Esq. of FairLaw Firm as their counsel in lieu of Juliana Gonzalez, Esq. and MG Legal Group, P.A., who would be relieved of any further responsibilities in this matter upon the entry of the Court's Order.

    4.    The relief sought in this Motion would not prejudice any party or unduly delay this matter.

5. The undersigned contacted the Plaintiff's counsel, who did not oppose the relief requested herein.

WHEREFORE Defendants, Seawater Pro LLC, and Michael Spanos, respectfully request the Court to enter an Order granting their request for substitution of counsel, relieving Juliana Gonzalez, Esq. and MG Legal Group, P.A. of all further responsibilities in this case, and awarding and such other and further relief as is just and proper based on the good cause shown and lack of opposition.

Dated this 30th day of October 2024.

| | |
|---|---|
| s/Juliana Gonzalez, Esq. | s/Brian H. Pollock, Esq. |
| Juliana Gonzalez, Esq. (54660) | Brian H. Pollock, Esq. (174742) |
| MG Legal Group, P.A. | brian@fairlawattorney.com |
| 3126 Center Street | Patrick Brooks LaRou, Esq. (1039018) |
| Coconut Grove, FL 33133 | brooks@fairlawattorney.com |
| Tel. (305) 448-9557 | FAIRLAW FIRM |
| juliana@ljmpalaw.com | 135 San Lorenzo Avenue |
| office@mglegalgroup.com | Suite 770 |
| *(Putative Prior) Counsel for Defendants* | Coral Gables, FL 33146 |
| | Tel: (305) 230-4884 |
| | *Counsel for Defendants* |