UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60984-ROSENBERG/Augustin-Birch

MELINDA MICHAELS,

    Plaintiff,
v.

SEAWATER PRO LLC AND
MICHAEL SPANOS,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS DEFENSE COUNSEL

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Defendants, Seawater Pro LLC and Michael Spanos, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 30th day of October 2024.

                                                   s/Brian H. Pollock, Esq.
                                                 Brian H. Pollock, Esq. (174742)
                                                 brian@fairlawattorney.com
                                                 FAIRLAW FIRM
                                                 135 San Lorenzo Avenue
                                                 Suite 770
                                                 Coral Gables, FL 33146
                                                 Tel: (305) 230-4884
                                                 *Counsel for Defendants*