UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60984-ROSENBERG/Augustin-Birch

MELINDA MICHAELS,

    Plaintiff,
v.

SEAWATER PRO LLC AND
MICHAEL SPANOS,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS DEFENSE COUNSEL

Patrick Brooks LaRou, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Defendants, Seawater Pro LLC and Michael Spanos, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Dated this 30th day of October 2024.

                                                s/Patrick Brooks LaRou, Esq.
                                              Patrick Brooks LaRou, Esq.
                                              Fla. Bar No. 1039018
                                              brooks@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel: 305.230.4884
                                              *Counsel for Defendants*