UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60984-ROSENBERG/AUGUSTIN-BIRCH

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC and
MICHAEL SPANOS,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

This cause is before the Court on Defendants' Unopposed Motion for Substitution of Counsel. DE 32. The Motion is **GRANTED**. Juliana Gonzalez, Esq. and MG Legal Group, P.A. are withdrawn as Defendants' attorneys of record. Brian H. Pollock, Esq., Patrick Brooks LaRou, Esq., and the FairLaw Firm are substituted as Defendants' attorneys of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 31st day of October, 2024.

                                              PANAYOTTA AUGUSTIN-BIRCH
                                              UNITED STATES MAGISTRATE JUDGE