UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Rosenberg/Augustin-Birch

MELINDA MICHAELS,

   Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

   Defendants.
_____/

**NOTICE OF APPEARANCE**

Dillon S. Cuthbertson, Esquire, hereby serves this notice of appearance as co-counsel for Plaintiff and requests the Clerk of the above-styled Court enter same, and further requests that copies of all future pleadings, notices, correspondence and other papers and filings in this cause be directed to the undersigned attorney.

Dated: November 11, 2024
Fort Lauderdale, FL

                Respectfully Submitted,

                Koz Law, P.A.
                800 East Cypress Creek Road, Suite 421
                Fort Lauderdale, FL 33334
                Telephone:   (786) 924-9929
                Facsimile:    (786) 358-6071
                Primary E-Mail: dc@kozlawfirm.com

                */s/Dillon S. Cuthbertson*
                Dillon S. Cuthbertson, Esq.
                Florida Bar No. 1056382
                *Attorney for Plaintiff*