UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Rosenberg/Augustin-Birch

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

**SCHEDULING ORDER**

**THIS CASE** is set for trial during the Court's two-week trial calendar beginning **April 7, 2025 at 9:00 a.m**. Counsel for all parties shall also appear at a calendar call at **10:30 a.m.** on **April 2, 2025** and a **Status Conference** will be held on **February 19, 2025** at **10:00 a.m.** Unless instructed otherwise by subsequent order, the trial shall be conducted in Courtroom 1 at the U.S. Courthouse, 701 Clematis Street, Fourth Floor, West Palm Beach, Florida, and all other proceedings in this case will be conducted by Zoom. The Parties shall adhere to the following schedule:

**January 31, 2025**: All fact discovery shall be completed.

**February 7, 2025**: All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine shall be filed*.

**March 7, 2025**: The Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists.

1

**March 12, 2025**: Counter-designations of deposition testimony and objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

**March 17, 2025**: Objections to counter-designations of deposition testimony and responses to objections to designations of deposition testimony shall be filed.

**March 19, 2025**: Responses to objections to counter-designations of deposition testimony shall be filed.

**March 21, 2025**: Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. The parties' joint statement of the case is due. The parties' joint trial plan is due. The parties shall file their finalized exhibit list and witness list. The parties' Notice of Intent to Seek Pretrial Adjudication of Deposition Designations, if applicable, is also due.

**March 24, 2025**: The parties' Notice of Remaining Issues that Require Adjudication is due. The parties' joint deposition designation notebook, if applicable, is due.

      **DONE AND ORDERED** in Chambers in West Palm Beach, Florida this _____ day of _____ 2024.

                                                     **ROBIN L. ROSENBERG**
                                                     **UNITED STATES DISTRICT JUDGE**

Copies provided to:
All Counsel of record