UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60984-ROSENBERG/Augustin-Birch

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC AND
MICHAEL SPANOS,

    Defendants.
_____/

## **JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to this proceeding (Magistrate Judge Panayotta Augustin-Birch) conduct all further proceedings in this case, including trial and entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Respectfully submitted this 5th day of December 2024.

| | |
|---|---|
| s/ Elliot A. Kozolchyk | s/ Patrick Brooks LaRou |
| Elliot A. Kozolchyk, Esq. (74791) | Brian H. Pollock, Esq. (174742) |
| ekoz@kozlawfirm.com | brian@fairlawattorney.com |
| Dillon S. Cuthbertson, Esq. (1056382) | Patrick Brooks LaRou, Esq. (1039018) |
| dc@kozlawfirm.com | brooks@fairlawattorney.com |
| KOZ LAW, P.A. | FAIRLAW FIRM |
| 800 E. Cypress Creek Road, Suite 421 | 135 San Lorenzo Avenue, Suite 770 |
| Fort Lauderdale, Florida 33334 | Coral Gables, Florida 33146 |
| Telephone: (786) 924-9929 | Telephone: (305) 230-4884 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |