UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-60984-ROSENBERG

MELINDA MICHAELS,

    Plaintiff,
v.

SEAWATER PRO LLC &
MICHAEL SPANOS,

    Defendants.
_____/

## ORDER OF REFERENCE

This cause is before the Court upon the Parties' Consent to Magistrate Jurisdiction. The Parties consent to the exercise of jurisdiction by the Magistrate Judge over all further proceedings in this case, including entry of final judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that, pursuant to 28 U.S.C. § 636(c)(1), Federal Rule of Civil Procedure 73, and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby referred to **United States Magistrate Judge Panayotta Augustin-Birch.** for all further proceedings, including trial and all post-judgment proceedings.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 5th day of November, 2024.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record