# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-61075-Augustin-Birch

[Consent Case]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.
_____/

## SCHEDULING ORDER

**THIS CASE** is specially set for trial beginning **September 2, 2025**. Counsel for all parties shall also appear at a calendar call at **2:00 p.m.** on **August 25, 2025**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 403 at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. The Parties shall adhere to the following schedule:

1. The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. **12/31/24**

2. Joinder of any additional parties and filing of motion to amend the pleadings by **12/31/24**

3. Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **1/13/25**

4. Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **1/13/25**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **2/26/25**

| | | |
|---|---|---|
| 6. | Written lists containing the names and addresses of all fact witnesses, including rebuttal witnesses, intended to be called at trial by | **2/26/25** |
| 7. | Fact discovery shall be completed by | **5/30/25** |
| 8. | Expert discovery shall be completed by | **2/14/25** |
| 9. | Dispositive motions, including summary judgment and Daubert, shall be filed by | **6/6/25** |
| 10. | Deposition designations and counter designations shall be filed by<br>The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. | **6/6/25** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by<br>Prior to filing any motions in limine, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions in limine, they shall be filed as a single omnibus motion. All motions in limine and the responses shall be limited to one page per issue. No replies shall be permitted. | **7/7/25** |
| 12. | Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **7/14/25** |
| 13. | Calendar Call | **8/25/25** |
| 14. | Trial | **9/2/25** |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this _____ day of _____ 2024.

_____
**PANAYOTTA AUGUSTIN-BIRCH**
**UNITED STATES MAGISTRATE JUDGE**

Copies provided to:
All Counsel of record