# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L17000252190
FILED 8:00 AM
December 11, 2017
Sec. Of State
cmwood

## Article I

The name of the Limited Liability Company is:

SEAWATER PRO LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

37 HENDRICK ISLE
4
FORT LAUDERDALE, FL. US  33301

The mailing address of the Limited Liability Company is:

37 HENDRICK ISLE
4
FORT LAUDERDALE, FL. US  33301

## Article III

The name and Florida street address of the registered agent is:

MICHAEL  SPANOS
37 HENDRICK ISLE  $#4
4
FORT LAUDERDALE, FL.  33301

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MICHAEL SPANOS

**EXHIBIT G**

## Article IV

The name and address of person(s) authorized to manage LLC:

**L17000252190**
**FILED 8:00 AM**
**December 11, 2017**
**Sec. Of State**
cmwood

Title:  MGR
MICHAEL  SPANOS
37 HENDRICK ISLE  #4
FORT LAUDERDALE, FL.   33301  US

## Article V

The effective date for this Limited Liability Company shall be:

12/08/2017

Signature of member or an authorized representative

Electronic Signature: MICHAEL SPANOS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**EXHIBIT G**

# 2018 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L17000252190

**Entity Name:** SEAWATER PRO LLC

**FILED**
**Oct 15, 2018**
**Secretary of State**
**CR1284418562**

**Current Principal  Place of Business:**

37 HENDRICK ISLE
4
FORT LAUDERDALE,  FL  33301

**Current Mailing Address:**

37 HENDRICK ISLE
4
FORT LAUDERDALE,  FL  33301  US

**FEI Number: APPLIED FOR**                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SEAWATER PRO LLC
37 HENDRICK ISLE  $#4
4
FORT LAUDERDALE, FL  33301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   MICHAEL SPANOS                                                    10/15/2018

               Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | SPANOS, MICHAEL |
| Address | 37 HENDRICK ISLE  #4 |
| City-State-Zip: | FORT LAUDERDALE  FL  33301 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MICHAEL SPANOS                              MEMBER                    10/15/2018

         Electronic Signature of Signing Authorized Person(s) Detail                                        Date

**EXHIBIT G**

# 2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000252190

**Entity Name:** SEAWATER PRO LLC

**FILED**
**Jul 21, 2019**
**Secretary of State**
**5803215576CC**

**Current Principal  Place of Business:**

37 HENDRICK ISLE
4
FORT LAUDERDALE,  FL  33301

**Current Mailing Address:**

37 HENDRICK ISLE
4
FORT LAUDERDALE,  FL  33301  US

**FEI Number: 82-4404810**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

SEAWATER PRO LLC
37 HENDRICK ISLE  $#4
4
FORT LAUDERDALE, FL  33301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   MICHAEL SPANOS                                                          07/21/2019

                     Electronic Signature of Registered Agent                                      Date

**Authorized Person(s) Detail :**

Title              MGR

Name           SPANOS, MICHAEL

Address        37 HENDRICK ISLE  #4

City-State-Zip:    FORT LAUDERDALE  FL  33301

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MICHAEL SPANOS                              MEMBER                     07/21/2019

             Electronic Signature of Signing Authorized Person(s) Detail                          Date

**EXHIBIT G**

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000252190

**Entity Name:** SEAWATER PRO LLC

**FILED**
**Mar 18, 2020**
**Secretary of State**
**4232695732CC**

**Current Principal  Place of Business:**

37 HENDRICK ISLE
4
FORT LAUDERDALE,  FL  33301

**Current Mailing Address:**

37 HENDRICK ISLE
4
FORT LAUDERDALE,  FL  33301  US

**FEI Number: 82-4404810**          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SEAWATER PRO LLC
37 HENDRICK ISLE  $#4
4
FORT LAUDERDALE, FL  33301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   MICHAEL SPANOS                                                03/18/2020

_____
Electronic Signature of Registered Agent                                                          Date

**Authorized Person(s) Detail :**

Title          MGR

Name          SPANOS, MICHAEL

Address       37 HENDRICK ISLE  #4

City-State-Zip:   FORT LAUDERDALE  FL  33301

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MICHAEL SPANOS                              MEMBER                   03/18/2020

_____
Electronic Signature of Signing Authorized Person(s) Detail                                              Date

**EXHIBIT G**

**2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000252190

**Entity Name:** SEAWATER PRO LLC

**FILED**
**Jan 08, 2021**
**Secretary of State**
**4400357632CC**

**Current Principal  Place of Business:**

3233 SW 2ND AVENUE
 SUITE 200
FORT LAUDERDALE,  FL  33315

**Current Mailing Address:**

3233 SW 2ND AVE
STE 200
FT LAUDERDALE,  FL  33315-3335  US

**FEI Number: 82-4404810**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SEAWATER PRO LLC
3233 SW 2ND AVE
STE 200
FT LAUDERDALE, FL  33315-3335  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   MICHAEL SPANOS                                                              01/08/2021

Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

Title            MGR

Name          SPANOS, MIKE

Address       3233 SW 2ND AVE
                   STE 200

City-State-Zip:   FT LAUDERDALE  FL  33315-3335

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MIKE SPANOS                                        MGR                           01/08/2021

Electronic Signature of Signing Authorized Person(s) Detail                          Date

**EXHIBIT G**

**2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000252190

**Entity Name:** SEAWATER PRO LLC

**FILED**
**Jan 23, 2022**
**Secretary of State**
**3880792864CC**

**Current Principal  Place of Business:**

3233 SW 2ND AVENUE
 SUITE 200
FORT LAUDERDALE,  FL  33315

**Current Mailing Address:**

3233 SW 2ND AVE
STE 200
FT LAUDERDALE,  FL  33315-3335  US

**FEI Number: 82-4404810**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SEAWATER PRO LLC
3233 SW 2ND AVE
STE 200
FT LAUDERDALE, FL  33315-3335  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   MICHAEL SPANOS                                                                01/23/2022

    Electronic Signature of Registered Agent                                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | SPANOS, MIKE |
| Address | 3233 SW 2ND AVE STE 200 |
| City-State-Zip: | FT LAUDERDALE  FL  33315-3335 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MIKE SPANOS                                   MANAGER                       01/23/2022

    Electronic Signature of Signing Authorized Person(s) Detail                          Date

**EXHIBIT G**

# 2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000252190

**Entity Name:** SEAWATER PRO LLC

**FILED**
**Mar 09, 2023**
**Secretary of State**
**4876398083CC**

**Current Principal  Place of Business:**

3233 SW 2ND AVENUE
 SUITE 200
FORT LAUDERDALE,  FL  33315

**Current Mailing Address:**

3233 SW 2ND AVE
STE 200
FT LAUDERDALE,  FL  33315-3335  US

**FEI Number: 82-4404810**                                                    **Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

SEAWATER PRO LLC
3233 SW 2ND AVE
STE 200
FT LAUDERDALE, FL  33315-3335  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   MICHAEL SPANOS                                                                   03/09/2023

                          Electronic Signature of Registered Agent                                         Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | SPANOS, MIKE |
| Address | 3233 SW 2ND AVE STE 200 |
| City-State-Zip: | FT LAUDERDALE  FL  33315-3335 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MIKE SPANOS                                        MANAGING MEMBER        03/09/2023

            Electronic Signature of Signing Authorized Person(s) Detail                          Date

**EXHIBIT G**