UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.
_____/

## DECLARATION OF DEBRA (DEBBY) EISINGER

**I, Debby Eisinger, declare:**

1. I am over eighteen years of age; I live in the United States, and I personally know of the matter set forth herein. I understand the English language and completely understand the contents of this Declaration.

2. I am a witness in the case of *Michael v. SeaWater Pro LLC et al,* Case No. 24-cv-60984-Augustin-Birch, in the United States District Court, for the Southern District of Florida ("Lawsuit").

3. From October of 2016 through approximately November of 2020, I was the landlord of Michael Spanos and Melinda Michaels, where they rented a boatslip from me for their personal vessel.

4. During the same period referenced in ¶ 3 above, I was also Michael Spanos and Melinda Michaels' next-door neighbor.

5. On an approximate daily basis I witnessed Michael Spanos and Melinda Michaels leaving for work together in the morning and returning home together at night.

6. Michael Spanos and Melinda Michaels frequently received packages and supplies, and stored packages and supplies on the dock bytheir boat. I frequently saw them taking those packages and supplies with themand assumed they were taking these packages to work.

7. Melinda Michaels was required to do the majority of the heavy lifting of those packages due to Michael Spanos' commonly known heartconditions.

8. I haveobserved Melinda Michaels working outside on her phone and laptop beyond normal business hours.

1

**EXHIBIT D**

Doc ID: fd159e8d33abd80075af58476280b0f58f4db398

9.  In my many conversations with Melinda Michaels, she indicated to me the amount of work she was putting into SeaWater Pro, the devices the company was manufacturing to make water, and the great amount of time she was dedicated to working for SeaWater Pro.

10. I went to SeaWater Pro's location once to my knowledge and recollection, where I observed Melinda Michaels working in the shop.

11. Melinda Michaels is a caring, kind and compassionate person.

12. Melinda Michaels is helpful and trustworthy.

13. Michael Spanos was not always nice. He and Melinda Michaels had a dog, as did many of my other tenants, and when there was a problem with owners cleaning up after their dogs, I approached Michael Spanos and indicated that I was implementing a program, where if you did not clean up after your dog, you would be fined. Michael Spanos ignored by request and shortly thereafter decided he was not renewing the lease. He and Melinda Michaels left the boat slip soon thereafter.

14. I have remained in contact with Melinda Michaels since, and she again became my tenant solely (without Michael Spanos) in 2022.

I declare under penalty of perjury under 28 U.S. Code § 1746 the foregoing is true and correct to the best of my knowledge and belief.

_____
DEBBY EISINGER

06 / 27 / 2025
_____
Date

**EXHIBIT D**

Doc ID: fd159e8d33abd80075af58476280b0f58f4db398