```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

     CASE NO.:  0:24-CV-60984-ROSENBERG/AUGUSTIN-BIRCH
```



```
MELINDA MICHAELS,

          Plaintiff,

v.

SEAWATER PRO, LLC, AND
MICHAEL SPANOS,

          Defendants.
_____/
```

```
              DEPOSITION OF MELINDA MICHAELS

          TAKEN ON BEHALF OF THE DEFENDANTS

                  JANUARY 21, 2025
              10:05 A.M. TO 5:12 P.M.

              UNIVERSAL COURT REPORTING
           888 E. LAS OLAS BLVD., SUITE 508
            FORT LAUDERDALE, FLORIDA 33301
```

```
REPORTED BY:
GINA PETRILLO, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 2

```
01                    APPEARANCES OF COUNSEL

02   ON BEHALF OF THE PLAINTIFF:

03        DILLON CUTHBERTSON, ESQUIRE
          KOZ LAW, P.A.
04        800 E. CYPRESS CREEK ROAD, SUITE 421
          FORT LAUDERDALE, FLORIDA 33334
05        786-924-9929
          DC@KOZLAWFIRM.COM
06
     ON BEHALF OF THE DEFENDANT:
07
          BRIAN POLLOCK, ESQUIRE
08        FAIRLAW FIRM
          135 SAN LORENZO AVENUE, SUITE 770
09        CORAL GABLES, FLORIDA 33146
          305-230-4884
10        BRIAN@FAIRLAWATTORNEY.COM

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 3

```
01                    INDEX OF EXAMINATION

02   WITNESS:  Melinda Michaels
                                                 PAGE
03   DIRECT EXAMINATION
          By: Brian Pollock, Esquire                5

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 4

```
01                    INDEX OF EXHIBITS

02   EXHIBIT          DESCRIPTION                    PAGE

03   EXHIBIT 101      BANK STATEMENT                   86

04   EXHIBIT 102      CASE CLERK RESULT               135

05   EXHIBIT 103      NOTES                           138

06   EXHIBIT 104      GOOGLE REVIEW                   146

07   EXHIBIT 105      PICTURE OF ITEM SOLD            150

08   EXHIBIT 106      SUMMONS AND COMPLAINT           152

09   EXHIBIT 107      DEMAND LETTER                   153

10   EXHIBIT 108      AMENDED COMPLAINT               161

11   EXHIBIT 109      STATEMENT OF WAGES              172

12   EXHIBIT 110      RESPONSE TO WRITTEN QUEST       204

13   EXHIBIT 111      AMENDED REQUEST FOR INFORMATION 214

14   EXHIBIT 112      251-256                         217

15   EXHIBIT 113      COMPLAINT WELLS FARGO           220

16   EXHIBIT 114      PLAINTIFF'S 303 PHOTOGRAPH      223

17   EXHIBIT 115      PHOTOGRAPH                      224

18

19

20

21

22

23

24

25
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 5

```
01              DEPOSITION OF MELINDA MICHAELS

02                   JANUARY 21, 2025

03       THE COURT REPORTER:  Good morning.  We are on

04   the record in the matter of Melinda Michaels v.

05   SeaWater Pro, LLC, and Michael Spanos.  Case

06   Number 0:24-CV-60984-ROSENBERG/Augustin-Birch.  It

07   is January 21st, 2025 at 10:05 a.m.

08        My name is Gina Petrillo.  I'm with Universal

09   Court Reporting.  I'm a nationally certified Court

10   Reporter through AAERT.  My Certification Number

11   is 2836.

12        And I can affirm that no AI is used in the

13   recording or reporting of this proceeding.

14        Counselors, can you please state your names

15   for the record?

16       MR. CUTHBERTSON:  Dillon Cuthbertson for the

17   Plaintiff Melinda Michaels.

18       MR. POLLOCK:  And Brian Pollock for the

19   Defendants.

20   Thereupon:

21                   MELINDA MICHAELS,

22   was called as a witness, and after having been first duly

23   sworn, testified as follows:

24                   DIRECT EXAMINATION

25   BY MR. POLLOCK:
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q    Good morning.  My name is Brian Pollock.  I

02   represent Mr. Spanos and SeaWater Pro.  Going to --

03   we're here in to take your deposition in your lawsuit

04   you brought against my clients.  May I ask you some

05   questions, and if you don't understand my question,

06   just let me know and I'll try to ask it in a way that

07   you can understand and answer.  Fair enough?

08        A    Yes.

09        Q    And when you answer, please answer with out

10   loud instead of a nod at your head or shaking it back

11   and forth because the transcript is going to reflect

12   that you've nodded your head or shook your head and

13   it's not going to reflect an answer, okay?

14        A    Yes.

15        Q    And if you need a break, just let me know and

16   I'll go ahead and try to accommodate you, as soon as

17   possible.  It's on an endurance contest and we'll try

18   to go through the questions I need to ask.  Have you

19   answered them and get out of here as soon as we can,

20   all right?

21        A    Yes.

22        Q    And Dillon may object today, if he does, that

23   he's preserving his objections for the record.  If he

24   doesn't want you to answer something, he's going to

25   make it very clear he doesn't want you to answer.  So,
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01    if he objects, let him object and then go ahead and

02    answer, all right?

03        A    Yes.

04        Q    Okay.  And then, even though we may get

05    conversational and talk back and forth, it's not like

06    talking with your friends when we talk over one another

07    because if you do, Gina's going to start yelling at

08    both of us or raise -- or getting annoyed at both of us

09    because she can only take down one person talking at a

10    time.  So, just do me a favor, let me try to finish my

11    question before you go ahead and answer.  Fair enough?

12        A    Yes.

13        Q    All right.  So, Ms. Michaels, you indicated

14    your name was Melinda Michaels.  Do you have a middle

15    name?

16        A    Yes.

17        Q    And what's that?

18        A    Faith.

19        Q    Have you been known by any other names?

20        A    Yes.

21        Q    What are those names?

22        A    Melinda Murray and Melinda Tubbert.

23        THE COURT REPORTER:  Can you spell that for

24    me please?

25        THE WITNESS:  T-U-B-B-E-R-T.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 8

```
01   BY MR. POLLOCK:
02        Q    Have you given a deposition before?
03        A    No.
04        Q    Have you been married before?
05        A    Yes.
06        Q    To whom?
07        A    Francis Tubbert IV.
08        Q    Okay.  And what's your date of birth?
09        A    September 8th, 1969.
10        Q    And I'm going to ask your social security
11   number, but ask that only the last four be placed on
12   the record.
13        A    XXX-XX-9880.
14        Q    Okay.  Do you have any medical conditions or
15   take any medications that affect your memory or ability
16   to testify truthfully here today?
17        A    No.
18        Q    Do you understand that you took an oath to
19   tell the truth?
20        A    Yes.
21        Q    Can we roll on the testimony that you gave --
22   give today as the truth?
23        A    Yes.
24        Q    And do you understand that the oath that you
25   take -- you took to tell the truth today would be the
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01    same oath that you would take if you were testifying

02    down the road in the Courtroom, in the trial of this

03    case?

04        A    Yes.

05        Q    Does this mean that we can rely on your

06    answers as honest responses to my questions?

07        A    Yes.

08        Q    What's your current home address?

09        A    37 Hendricks Isle, Slip 4, Fort Lauderdale,

10    Florida 33301.

11        Q    How long have you been there?

12        A    I've been there -- this past, lease for three

13    years I believe.

14        Q    Who do you live there with?

15        A    No one.

16        Q    Slip 4, meaning you live on a vessel?

17        A    Yes.

18        Q    What's the name of it?

19        A    Mila Mou.

20        Q    Mila what?

21        A    Mila Mou, M-I-L-A M-O-U.

22        Q    And what kind of boat is that?

23        A    It's a Maxum SCA 4,100.

24        Q    Where'd you live before there?

25        A    212 Briny Apartment A4 Pompano Beach,
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 10

```
01   Florida.  I'm not -- I do not recall the ZIP Code.
02        Q    How long did you live at the Briny Avenue --
03   the Briny Avenue Apartment?
04        A    A little over two months.
05        Q    And you lived there with Mr. Spanos?
06        A    Yes, I did.
07        Q    We have those two months.  How long bef --
08   including those two months, did you live with
09   Mr. Spanos?
10        A    Yes.
11        Q    Including those two months that you were at
12   the 212 Briny Apartment A4, how long in total did you
13   live with Mr. Spanos?
14        A    Over seven years.
15        Q    Did you finish high school?
16        A    Yes.
17        Q    Where from?
18        A    Blue Valley High School.
19        Q    And where is that?
20        A    Stanley, Kansas.
21        Q    Did you take any college?
22        A    Yes.
23        Q    Where from?
24        A    Johnson County Community College and
25   Rockhurst College.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q     So, Johnson County Community College and?

02        A     Rockhurst College.

03        Q     Where are those located?

04        A     Johnson County Community College is in

05   Johnson County, Kansas.  Rockhurst is in Kansas City,

06   Missouri.

07        Q     Did you earn any degrees from either of

08   those?

09        A     No, I did not.

10        Q     Do you have a Florida driver's license?

11        A     No, I do not.

12        Q     And where's your driver's license from?

13        A     Arizona.

14        Q     Besides your Arizona driver's license, do you

15   have any other licenses or professional certifications?

16        A     Yes, I do.

17        Q     What are those?

18        A     I have my 100-Ton Captain's license.  I have

19   my Pilates Instructor license.  I have my group fitness

20   license.  I have my -- I have five different aquatics

21   licenses.  I also have my Marine Radio Operator's

22   license along with my Six-Pack.  I also have a license

23   in narrow feedback.  Electro -- EEGs and EKGs.

24        Q     You said EEG or EEKG or --

25        A     EKGs. I'm sorry.
```



**Universal COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01     Q     Okay.

02     A     And I'm -- I have a feeling I know I've also

03   got a spin license at other various aerobic

04   certifications.

05     Q     And the Six-Pack, that's a Marine license?

06     A     Yes, it is.

07     Q     What does it allow you to do?

08     A     It allows me to have six passengers on an

09   uninspected vehicle -- vessel.

10     Q     When did you obtain your 100-Ton license?

11     A     I obtained that in the summer of -- or

12   actually in the fall -- oh wait, I passed the

13   certifications in the fall of 2023, I believe the

14   license came in 2024 though.

15     Q     Okay.  And your Six-Pack, when did you get

16   that?

17     A     It was -- I did that in the summer of 2023

18   and I did not get an official copy of that license

19   until I applied for my 100-Ton.

20     Q     You mentioned five different aquatic

21   licenses.  What are those?

22     A     I've got SilverSneaker certifications.  I've

23   got WaterArt, I've got American Fitness Association.

24   I've also got the US Water Fitness Association and

25   arthritis along with multiple sclerosis.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        Q     The Pilates Instructor license, you've had

02   since when?

03        A     2000 I believe --

04        Q     Do you know that --

05        A     -- the first one.

06        Q     Okay.

07        A     Certified Mat Pilates and then my AFAA I

08   received in 2000 -- around 2004.

09        Q     AFAA meaning A-F-A?

10        A     American Fitness Aerobics Association.

11        Q     Do you speak any languages besides English?

12        A     No.

13        Q     Why did you obtain the 100-Ton Captain's

14   license?

15        A     My goal in life was always to live on the

16   water and to create a living on the water.  It aides.

17        Q     I'm sorry.  It aides I didn't hear you.

18        A     It aides to create a living on the water if I

19   choose to do so or if I choose to demo any equipment

20   while at Anchor.

21        Q     And when did you start -- you have to take a

22   course for that, right?

23        A     Yes.

24        Q     When did you start that course?

25        A     I started that in the summer of 2023 --
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   excuse me, that was 2022.  Now, that I think about it,

02   all of those were 2022.  Forgive me.

03        Q    So, you started the course in '22 --

04        A    Yes.

05        Q    -- and then when you said all of those?

06        A    The Captain's licenses, the MRI received in

07   2023.

08        Q    Okay.  So, you received your certifications

09   in the fall of '23 for your Captain's license -- for

10   your 100-Ton --

11        A    '22.  I'm sorry, I am mistaken there.

12        Q    Okay.  So, you received your -- you passed a

13   certification for your 100-Ton license in the fall of

14   '22.  And then you received your license when?

15        A    I believe in the '23.

16        Q    And talking about your Six-Pack?

17        A    It was the summer of 2022.

18        Q    Okay.  Any other licenses or certifications

19   that we haven't talked about?

20        A    I'm sure there is, but I don't recall

21   offhand.

22        Q    And what would those be in generally?

23        A    Definitely fitness.

24        Q    Okay.

25        A    Yeah, I know I've also got a PiYO
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01    instruction.

02         Q    PiYO meaning Pilates Yoga?

03         A    Yes.  Beach Body Certification.

04         Q    100-Ton Captain's license, that's issued by

05    the Coast Guard.  Is that right?

06         A    Yes.

07         Q    And the Six-Pack, that's also a Coast Guard

08    license?

09         A    Yes, it is.

10         Q    Okay.  Is the Marine Radio a Coast Guard

11    license?

12         A    No, it's by the transportation, the FCC.

13         Q    When did you obtain that license?

14         A    In the fall of 2023, I believe.

15         Q    So, other than the 100-Ton Captain's license,

16    the Marine Radio certification and your Six-Pack, the

17    other licenses or certifications that you told us about

18    would've all been provided by private entities as

19    opposed to a government entity.  Is that right?

20         A    Yes.

21         Q    Cell phone numbers, what number are you using

22    now?

23         A    Primary number is (954) 838-1968.

24         Q    And who's the carrier for that?

25         A    Verizon.
```


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                     Page 16

```
01      Q      And since when have you used that number?

02      A      Since the summer of 2022.

03      Q      What about before that?

04      A      (913) 710-0840.

05      Q      Oh.  And that was a Verizon number?

06      A      It is gone through the various carriers

07   throughout the years.

08      Q      Okay.  Was the last carrier Verizon?

09      A      It's un -- currently under Verizon.

10      Q      Do you still use that number?

11      A      Yes, I do.

12      Q      And you've had that number since what?

13      A      Late '90s.

14      Q      Any other cell phone numbers you've used in

15   the past six-years?

16      A      I have started another cell phone number that

17   I don't use, because I'm hoping to start another

18   business.

19      Q      Okay.  What number is that?

20      A      (954) 250-4620.

21      Q      And there's no phone registered to that or

22   there is a phone but you just don't use it or what's

23   the status?

24      A      There is a phone, but it's never on because I

25   have not been able to pursue what I wanted to do.
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 17

```
01        Q     And what's that?

02        A     I would like to start at the competitor

03   business.

04        Q     So, the phone number 4620 you intend to use

05   or you hope to use in a business that competes with

06   SeaWater Pro?

07        A     Yes.

08        Q     And is that through the company Watermakers

09   and Desalination LLC, that you registered with the

10   State of Florida on January 9th, 2024?

11        A     I believe that's the correct date, but yes.

12        Q     Okay.  What's the -- where does the business

13   operate from?

14        A     On Automotive Bay at 1314 Southwest 1st

15   Avenue Bay 1.

16        Q     And do you have any business partners or

17   other owners?

18        A     Absolutely not.

19        Q     Is that company currently in operation?

20        A     It's not really active, no.  The shell is set

21   up.

22        Q     I'm sorry?

23        A     The shell is set up.

24        Q     When you say the shell is set up, what does

25   that mean?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01        A    I have all of my paperwork in order and I've

02   only received very little stock.

**03        Q    Have you marketed a product?**

04        A    Not officially, no.

**05        Q    You say not officially.  What does that mean?**

06        A    There's no website at the current time.  It's

07   just been word of mouth.

**08        Q    Anything on social media?**

09        A    I have set up an account on Facebook and on

10   TikTok.

**11        Q    Have you posted on Facebook or TikTok about**

**12   this company Watermakers and Desalination?**

13        A    As far as the business being in business?

**14        Q    Well, I mean, you can establish a page or --**

15        A    I've got the page named, but I haven't put

16   anything really on it.

**17        Q    No content at all?**

18        A    Very little.

**19        Q    What about TikTok posts?  Have you posted on**

**20   TikTok about this business?**

21        A    Very little.

**22        Q    And the posts on Facebook and TikTok, those**

**23   would be on the Watermakers and Desalination LLC, page**

**24   or your personal?**

25        A    On Facebook, I've only created the shell for



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   Watermakers and Desalination LLC, just a page.  I

02   haven't been -- I haven't poke -- made a post on

03   Facebook since, I believe April of this year on my main

04   page.

05      **Q   Okay.  And then, what about on TikTok?**

06      A   On the Watermakers and Desalination page,

07   I've got maybe three silly videos of about being a

08   liver board on my personal TikTok.  I have done a brief

09   series about tips and tricks with Watermakers.

10      **Q   And the brief series about the tips and**

11   **trips -- tricks of on Watermakers on your personal**

12   **TikTok, when did you start posting those?**

13      A   I believe last summer, I'm not sure.

14      **Q   Last summer, meaning the summer of '24 or the**

15   **summer of '23 as we're in the beginning or**

16   **January of '25, so I think we're on that.**

17      A   Yeah.  I -- shoot, I really would need to

18   check the exact date, but it would've been 2024, I

19   believe.

20      **Q   Okay.  And then you said, when you were**

21   **talking about your Facebook, the Facebook page, you**

22   **said there's -- it's just a page, no posts since April**

23   **of '24 on the main page.  Were your -- were there other**

24   **pages that have other content on Facebook?  And just**

25   **because you said main page, so I just wanted to**



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   picture --

02        A    Sure.  I've got -- basically I have my main

03   Facebook page and then the other pages that are set up

04   that are kind of like chapters.  I have like a one for

05   my Pilates, one for my Salty Blue Fun business, one of

06   the Watermakers business.  That's why.  So, there may

07   be posts, but it wasn't necessarily had anything to do.

08        Q    Okay.  Hold on one second.  Need a second.

09   For the Watermakers and Desalination, you said it's not

10   really active.  The shell is set up, it has paperwork

11   in order.  And then we talked about the Facebook kind

12   of chapter on your main page.  Is it actively selling?

13        A    No.

14        Q    Have you made any posts on Facebook or

15   YouTube or TikTok or Instagram offering to sell

16   Watermakers?

17        A    Yes.

18        Q    And as far as the offers to sell Watermakers

19   on any of those social media platforms, have those been

20   made since, I don't know, let's say the summer of 2022?

21        A    I'm sorry.  Can you repeat the question?

22        Q    Yeah.  Since the summer of 2022, because you

23   said that on your social media you have made offers to

24   sell Watermakers, and I'm just trying to figure out a

25   timeframe for when that's occurred.  Has that been



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 21

01    since the summer of '22?

02        A    No.

03        Q    Okay.  So, regardless of whether it's for the

04    company that is or was to become Watermakers and

05    Desalination or personally since the summer of '22, you

06    haven't offered to sell any Watermakers on social

07    media.  Is that correct?

08        A    No.

09        Q    Okay.  Can you explain to me about how or why

10    that statement is incorrect?

11        A    I have made offers to sell and a few

12    customers have approached me and I explained that I was

13    just starting this business.

14        Q    And so, am I correct the only offers that you

15    made were in connection with a product that was to be

16    sold by Watermakers and Desalination, but wasn't?

17        A    Has not.

18        Q    Okay.  Let's see, for the two phones that you

19    use actively, which would be the 1968 number and the

20    0840 number?

21        A    Yes.

22        Q    Were those both iPhones?

23        A    No.

24        Q    Either of them an iPhone?

25        A    No.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 22

01       Q     Have you changed either of those phones since

02   the summer of 2022?

03       A     Yes.

04       Q     When was the last time that you changed or

05   upgraded the 1968 phone?

06       A     1968, it was in August, I believe, of 2023.

07       Q     Was that just an upgrade for a new phone, was

08   the phone broken?

09       A     That was a free upgrade.

10       Q     Was that the only time that the phone was

11   changed since the summer of '22?

12       A     That phone?

13       Q     Correct.

14       A     Yes.

15       Q     Okay.  And then 0840?

16       A     Yes.

17       Q     You guess that phone's been changed since

18   December of '22?

19       A     Yes.

20       Q     When was the last time that that phone was

21   changed?

22       A     Also in 2023 August.

23       Q     Was that also for free upgrade?

24       A     Yes.

25       Q     And for the 1968 phone, did you lose any text



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 23

```
01   messages or e-mails during the upgrade process?
02        A    Not for the 1968.
03        Q    What about for the 0840, you lose e-mails or
04   text messages in the upgrade process?
05        A    I actually had a -- my phone died and I did
06   lose all my text messages.
07        Q    What about e-mails, were you able to use --
08   the e-mails would've synced with your online account,
09   right?
10        A    I believe so.
11        Q    Okay.  And since let's say June of 2019, what
12   e-mail addresses have you used?
13        A    Personal?
14        Q    Sure.  We can start with there.
15        A    I have mindytubbert@gmail, I have
16   mindytubb@gmail, I have Pop Pilates with Mindy and
17   Pilates with Melinda @gmail.  I had a
18   sellitmindy@gmail.  I had a meight -- M-E-I-G-H-T
19   4me@gmail.
20        Q    The Sellit -- it was Sellit S-E-L-L-I-T?
21        A    S-E-L-L-I-T, Mindy, that was primarily when I
22   was selling stuff on Craigslist.  I compartmentalized
23   my activities.  And I'm sure there's a couple that I'm
24   forgetting, but I really didn't use in my primary e-
25   mail, which that Mindy Tubbert.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q    And what were you selling on Craigslist with

02   Sellit with Mindy -- sellitmindy@gmail.com.

03        A    Just use items throughout the house.

04        Q    And when was that?  The timeframe?

05        A    When I met Mike in 2015 and then I sold some

06   items off the boat throughout 2022, '23 and '24.  Well,

07   that is primarily off Facebook marketplace.

08        Q    Did you have any e-mails that you've used for

09   work in the past since 2019, other than I'm guessing

10   the Pilates with Mindy or Pilates with Melinda?

11        A    You're absolutely right.  I have.  Now I

12   think since you said that I've got Salty Blue Sales,

13   S-A-I-L-S and S-A-L-E-S.  And then I did set up the

14   Watermakers and Desalination and

15   watermakersllc@gmail.com.

16        Q    Salty Blue Sales, S-A-L-E-S, S-A-I-L-S, and

17   then you said Watermakers?

18        A    And Desalination.

19        Q    Is it and, or an ampersand?

20        A    It is and.

21        Q    And what else?

22        A    And watermakersllc@gmail.

23        Q    And Watermakers and Desalination, is it LLC

24   at the end of that one or no?

25        A    I believe so.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 25

```
01          Q    Any other work e-mails that you've used?

02          A    Not that I can think of.

03          Q    Was there a work e-mail that was assigned to

04   you from SeaWater Pro?

05          A    No.

06          Q    Did you use any e-mail addresses from

07   SeaWater Pro?

08          A    Yes.

09          Q    Which e-mail addresses were those?

10          A    SeaWaterProllc@gmail.com.

11          Q    And when was that?

12          A    Also there was the mike85233@gmail.com.  And

13   a little bit off p19mike@gmail.com.

14          Q    And what?

15          A    p19mike@gmail.com.

16          Q    And you would've used all those for work?

17          A    Yes.

18          Q    From SeaWater?

19          A    Yes.

20          Q    Okay.  And for the SeaWaterProllc@gmail.com

21   address, when would you have used that?

22          A    It was on my phone.  It was at work.

23          Q    Okay.  And so, during what timeframe would

24   you have used that e-mail address?

25          A    From when the business started in 2017 until
```


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   2022.

02        Q      And for e-mails that you would have sent from

03   that e-mail address, would you write your name at the

04   bottom or how would we know that it was sent from you?

05        A      Put my name at the bottom.  Sometimes I would

06   put Mike if he instructed me to do so.  I was aware the

07   bookkeeper always put Mike's name.

08        Q      You said you were aware that the bookkeeper

09   always put Mike's name?

10        A      When she returned texts or e-mails to

11   customers.

12        Q      Okay.  And so even though the bookkeeper

13   always put Mike's name, when she returned e-mails to

14   customers --

15        A      Not always, but quite a few.

16        Q      Even though the bookkeeper would put Mike's

17   name on quite a few e-mails when she returned e-mails

18   to customers, you would do it sometimes when Mike would

19   in -- if Mike would instruct you to do so?

20        A      If Mike would instruct me to do so or if it

21   was just -- maybe a pleasantry.

22        Q      What do you mean by that?

23        A      Thank you for your business.  We appreciate

24   it.

25        Q      So, if it was just a quick response thanking



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  somebody or for their business or a comment on social

02  media or something, then you would just do a quick.

03  Thank you so much.  We appreciate it, Mike, you know --

04       A    Yes.

05       Q    -- takes a minute or two, something like

06  that.

07       A    Yes.

08       Q    You said it was on your phone and at work.

09  So, which phone was the seawaterprollc@gmail address,

10  you tied to which phone number I should say?

11       A    (913) 710-0840.

12       Q    And then you also said that you would use it

13  at work.  Was there a specific work computer that you

14  would use?

15       A    Yes.

16       Q    Okay.  At -- so, you would use a specific

17  computer at SeaWater Pro, when it was located where?

18       A    I -- it might not be a specific computer, I

19  tended to use one computer in particular, but there

20  were two computers at the front desk and then there

21  were computers upstairs in the office when he moved to

22  the office.

23       I very rarely used his computer that was on the

24  warehouse floor when he was doing work there.  I would,

25  it wasn't like I couldn't, but a lot of times he would



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   have his other stuff set up.
02       Q    Okay.  So, which computer in particular would
03   you normally use, you said there were two -- at the
04   front.  I think you said there was one upstairs and
05   there was one in the warehouse.  And then Mike would
06   use the one?
07       A    Upstairs when he was on the warehouse floor
08   for when we initially moved to the warehouse, that
09   particular warehouse, the one at 3233 Southwest 2nd
10   Avenue.  But he decided to go up to the area that I
11   called the Nest because of the noise from the CNCs.
12       Q    So, Mike had -- Mike would use two computers,
13   one would be upstairs and the Nest, and one would be --
14       A    No, he use -- he took the one downstairs to
15   the upstairs at the - when he moved to the Nest.
16       Q    Was it a laptop or a desktop?
17       A    He always uses laptops.
18       Q    Okay.  And where would you be set up at?
19       A    Reception area.
20       Q    And you said there were two computers in
21   there?
22       A    Yes, I primarily used one computer there.
23   And when the bookkeeper moved in, she used the other
24   computer.
25       Q    During what timeframe?
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A    As far as --

02        Q    That you were using the computer at the 3233

03  Southwest 2nd Avenue warehouse address?

04        A    I -- from the day that we moved there until

05  the beginning of March of 2021.

06        Q    Okay.  Why did you stop using the computer at

07  the reception area of the warehouse in March of '21?

08        A    Mike had pulled Bailey into the day-to-day

09  operations, and I had -- I wasn't willing to work with

10  Bailey and the way that she wanted to run the business.

11        THE COURT REPORTER:  Bailey -- B-A-I-L-E-Y?

12        THE WITNESS:  Yes.

13  BY MR. POLLOCK:

14        Q    What was Bailey's position at the time?

15        A    Bailey originally was hired to just ship

16  boxes.

17        Q    Okay.  And then at that time, let's say in

18  March of '21, what was she doing?

19        A    Packing boxes.

20        Q    And so, you weren't willing to work with

21  Bailey in the way that she packed boxes?

22        A    I wasn't willing to work.  I did not want to

23  hire Bailey.  And the drama that she created within the

24  shop when Bailey had come to visit, we had made an

25  agreement that Bailey would not be hired, but my son
```


**UNIVERSAL**
**Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   quit and my -- and Mike hired her out of spite that

02   day.

03        Q    I just want to unpack this a little bit.

04   Bailey is your niece?

05        A    Yes.

06        Q    And Bailey had come to visit?

07        A    Yes.

08        Q    Was she staying with you at the time or was

09   she staying elsewhere?

10        A    She was staying with us.

11        Q    When you say us, you're -- you and Mike?

12        A    Yes.

13        Q    And you would -- so you had an agreement with

14   Mike that he was not going to hire Bailey?

15        A    Mike actually said it first that Bailey was

16   not to be hired because my son was actually working

17   there at the same time.

18        Q    And was there an issue between Bailey and

19   your son?

20        A    I'm not.  I am not actually sure what

21   happened the day that my son quit.

22        Q    Okay.  But you said that Bailey was not to be

23   hired because your son was working there at the same

24   time.  And I'm trying to find out if there was an issue

25   of hiring Bailey because of your son?
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 31

```
01        A    We had worked with Bailey prior for a short

02   time in the business, and Mike knew that she was coming

03   down here to probably move back in, but he allowed her

04   to come for a visit.

05        Q    Okay.  And so, which -- your son -- which son

06   was working there?

07        A    The Dylan with the Y, we had two Dylan's.

08        Q    Okay.  And for some reason, Mike didn't want

09   Bailey working at the same time as Dylan?

10        A    No, he did not want Bailey working there at

11   all.

12        Q    Okay.

13        A    At that time.

14        Q    Did you care if Bailey worked there or not?

15        A    Absolutely.

16        Q    Okay.  And what were your thoughts on it?

17        A    The first week, Bailey was there on her

18   vacation.  She not only slept with a guy on the floor,

19   in the shop, she also slept with our neighbor.  She has

20   too -- problem with alcohol on top of everything.

21        Q    For how long did Bailey work at SeaWater?

22        A    At what point.

23        Q    You said that she worked there for a short

24   time in the business?

25        A    Yes.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q     So, let's start with that.  When did she work

02   for that short period of time?

03      A     She worked for a matter of, I believe she

04   started in January of 2019.  And then she was always

05   gone at least every third week.  She went back, she

06   went to for a spring break.  She quit college.

07          She had never attended a class, but still went to

08   spring break and then did not come back.  She went

09   straight back to Kansas because of COVID standards.

10   Which was a blessing.

11      Q     So, that was March --

12      A     -- of 2019.  She missed several days because

13   she was too drunk to show up.

14          MR. CUTHBERTSON:  Can you guys continue on

15   that in for a minute?

16          MR. POLLOCK:  Yeah, of course.

17   BY MR. POLLOCK:

18      Q     Okay.  And then you said she worked there and

19   she did another stint at SeaWater Pro.  When was that?

20      A     She started when I left the day-to-day

21   operations in March of 2021.

22      Q     What do you mean by the day-to-day

23   operations?

24      A     I primarily went to work just evenings with

25   Mike.  I went in on a few days and occasions.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q    And what do you mean by day-to-day

02  operations?

03      A    I would go in and I would, like, I went in

04  one time and I saw that they were not, they were

05  doing -- inventory was way out of control.  They were

06  expressing everything in.  I also watched where Bailey

07  did no geography.

08      So, instead of sending product to the US Virgin

09  Islands, she would send it to St. Thomas.  And that had

10  a more than four times the rate for shipping.  She was

11  bypassing the accounting system.  She wasn't entering

12  the receivables into the accounting system.

13      She was inappropriate with handling the employees.

14  She -- as she used the term -- oh, we don't need to go

15  on that.  She would have -- there would be an incident

16  where there would be two bad panels.

17      Instead of looking at the timeframe that the

18  panels were stolen, she would shut down the line to

19  have a discussion about these two panels when one

20  panel, the customer was notorious for kind of tinkering

21  with the system.

22      And then the other panel was actually due to

23  adapter that had been cast instead of machined, you

24  know, six people not doing anything to have these

25  ridiculous meetings.



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      And on top of it, Mike -- it got to a point where

02  Mike had to tell her to stop sleeping with people in

03  the shop or in the business.

04      And Bailey would insist that Mike was to co-sign

05  leases for employees.  And these employees -- I was

06  never allowed to fire an employee, at Mike's directive.

07  He -- even if they refuse to show up until 11:00 or 1

08  o'clock in the day, if they bothered to show up.

**09      Q    And so, as far as day-to-day operations,**

**10  what, I mean, what was your responsibility or what did**

**11  you do, you indicated that in March of 2021, you know,**

**12  you left these day-to-day operations.  So, what were**

**13  the day-to-day operations that you were handling up**

**14  until then?**

15      A    I -- my duties and responsibilities started

16  from the beginning of the business.  It could be as

17  simple as sweeping to setting up shelves, but at that --

18  as the business grew so did all my responsibilities.

19      It was, there was inventory, purchasing shelving

20  or, you know, getting it in, putting them on the

21  shelves, building pre assem -- excuse me, building pre-

22  assemblies to building units to shipping, to managing

23  customers, to paying payables to payroll, to managing

24  the employees, to selling units when customers came in

25  to doing trade shows, setting them up and tearing them



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 35

```
01   down.
02        And also all the social media accounts, which
03   became astronomical at times.  I tended to do the
04   social media more at night, at home.
05        Q    So, purchasing, you said that that was one of
06   your day-to-day operation, operational responsibilities
07   you had until March of '21.  When did you handle
08   purchasing from when to when?
09        A    During the daily -- it was just part of the
10   daily activities.  I would also run to -- I would run
11   to a vendor to pick up -- local vendors to pick up
12   items also.
13        Q    I mean --
14        A    It depended what every day we got up, Mike
15   would give me a list of duties and responsibilities.
16        Q    Would he give you a physical list, handwritten
17   list of things that you had to do?
18        A    No.
19        Q    Okay.  So, when you say that Mike would give
20   you a list of responsibilities, what do you mean by
21   that?
22        A    Whenever Mike and I were together, because
23   you will notice that he's on the phone all the time.
24   He would tell me that I would need to send a pump to
25   somebody.  I would usually input that in my phone to go
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  in to do the next day.

02      When we have the online orders come in, I knew how

03  to go in and process the order and get it, built and

04  shipped.  If, you know, when he was talking to a

05  customer on the phone, if there was something that --

06  special that needed to be done or if he knew a customer

07  was coming into the shop, I had to have an order ready

08  for their pickup.

09      **Q    Okay.  You had a shipping department, right?**

10  **I mean, there was a shipping department at SeaWater Pro**

11  **during the last couple years that you were there while**

12  **they were in this warehouse, the 3233 warehouse.  Is**

13  **that right?**

14      A    Yes.

15      **Q    Okay.  And so, when you say that you would**

16  **tell her to send a pump to somebody to do the next day,**

17  **your responsibility was what, to tell the shipping**

18  **department to get the pump and send it out?**

19      A    Yes, with a -- an exact address.  A lot of

20  times cruisers, when you're shipping a part out, it

21  doesn't go to their home, it's going to a different

22  port or location.

23      **Q    Okay.  I mean --**

24      A    Especially international shipments, it was a

25  much different process than national shipments.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q    And for a shipping department at SeaWater

02  Pro, I mean, correct me if I'm wrong, but it seems like

03  they'd be pretty familiar with shipping to

04  international addresses to meet up with vessels, right?

05      A    I was the only one shipping it until my son

06  came.

07      Q    And your son came when?

08      A    My son came the last four months that he was

09  there, November of 2019 to February, the end of

10  February of 2000 -- no, '20.

11      Q    Okay.

12      A    2000 or -- no, 2000 -- I'm sorry.  He came

13  2020 to '21.

14      Q    So, your son came November of 2020 until the

15  end of February of '21?

16      A    Yes.

17      Q    Okay.  And then talking about Bailey, you

18  said that she was there working January of '19 until

19  March of 2019 for COVID, but was in --

20      A    She was only part-time and she was gone

21  multiple weeks at a time.

22      Q    COVID was March of 2020.

23      A    Okay.  I'm all -- but it would've been 2020

24  then.  I'm sorry.

25      Q    Okay.  So, Bailey would've been there from



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01    January to March of 2020?

02         A    Yes.

03         Q    Okay.  And then --

04         A    I'm sorry.

05         Q    And then you talked about how as the business

06    grew, so did your responsibilities, and so I want to

07    get back to that.  So, before your son started working

08    for SeaWater Pro, you're saying that there was no

09    person other than yourself who was responsible for

10    shipping out items?

11         A    Yes.  Mike was selling over $100,000 a month

12    just with the two of us.  I could build and Ship 60

13    units day as long as it didn't have a panel with the

14    old housings by myself.

15         So, I needed to make sure that I had the

16    inventory, it was on the shelf that I had my pre-

17    assemblies done then to do the housings.

18         Q    And then didn't Mike hire people to start

19    building the pre-assemblies and the units?

20         A    Eventually.

21         Q    Okay.

22         A    It's -- I was still doing it though.  Like I

23    said, Mike didn't have a set time for a lot of those

24    people to show up if they bothered to show up.  The day

25    that I got frustrated, and left when -- my son came in
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  the next day and Bailey said that he would -- she would

02  help my son.

03      I had done inventory that morning and I went back,

04  and one of the employees said we didn't have inventory

05  and he had pulled that stunt with me before he would

06  hide the inventory so that they didn't have to work.

07  Had six people sitting there doing very little.

08      **Q    All right.  So, do you remember when the**

09  **business moved into the 3233 Southwest 2nd Avenue**

10  **warehouse?**

11      A    Yes.

12      **Q    When was that?**

13      A    That was in let's see, 2018 is when I got

14  married which we moved into the other house 2019.

15      **Q    Just warning --**

16      A    2020 --

17      **Q    When you talk out loud --**

18      A    Oh, I'm sorry.

19      **Q    -- she has got to take it all down.  So, if**

20  **you want to think.**

21      A    Yes.  It was in July of 2020 -- I believe

22  2 -- it was in July.  I remember it was in July, 2000 --

23  I believe it was 2020.

24      **Q    Okay.  And in moving into that warehouse in**

25  **July of 2020, it was a bigger space than what SeaWater**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  Pro had occupied up to that point.  Is that right?

02        A    Yes.  We rent a 1,200 square foot warehouse

03  at that time, and we moved to a 7,000 square foot

04  warehouse.  At the time that we moved, we had three

05  employees.

06        Q    And who were those employees?

07        A    Mike -- well, Mike was one.  I was an

08  employee, and Trevor Pledger.

09        Q    And then when -- so you were moved into the

10  new warehouse, it did so to have more inventory and to

11  have more employees.  Is that right?

12        A    Absolutely.

13        Q    So --

14        A    Mike doubled that business every six months

15  when I was there.

16        Q    Okay.  And so, when SeaWater moved from the

17  1,200 square foot warehouse to the 7,000 square foot

18  warehouse, that was to accommodate more inventory and

19  more employees and more production.  Is that right?

20        A    Yes.

21        Q    And also to have a display area in the front

22  of the warehouse, right?

23        A    Yes.  As the business grew, so did all my

24  duties and responsibilities grew.  We worked all the

25  time.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 41

```
01        Q     Did you first come to Florida with Mike,

02   before Mike?

03        A     Yes.

04        Q     Was it with or before?

05        A     That -- I met Mike in Phoenix.  Shortly after

06   I met Mike, he requested that I move into a warehouse

07   with him.  Due to his heart failure, he's -- he has

08   good days and bad days.  During that first year, Mike

09   had five Cath Labs.

10        He had an ablation, he had his gallbladder removed

11   and he had his defibrillator replaced with a three lead

12   pacemaker along with an accidental overdose from a

13   pharmacist.  He got down below 135 pounds.  I cashed

14   out my retirement and bought an RV.

15        He left his business there.  And we went to San

16   Diego to find the boat.  Didn't find a boat there and

17   it was cold.  Went down the coast or hug the -- hugged

18   the Gulf Court coast the entire time.  He was getting

19   stronger.  Once we got to Fort Lauderdale, sold the RV

20   and bought the boat with my retirement.

21        Q     Have you worked anywhere else since moving to

22   Florida?

23        A     Yes.

24        Q     Where else work -- where else did you work?

25        A     LA Fitness and Lifetime Fitness, along with a
```



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01    couple of small studios.
02         Q    Okay.  Which LA Fitness have you worked at?
03         A    Oh goodness.  I've worked at the location off
04    of 17th Causeway.  I've looked at -- worked at the
05    Pompano location, the Oakland location.  I've worked at
06    Coconut Creek, I've been at Sawgrass Mills.
07         I've also worked at Sunrise.  I've worked at
08    Miami -- my -- has a different name.  It's the northern
09    part of Miami Aventura.  I was the location at Cypress
10    Creek, also went out to -- in the bus -- or in -- I
11    don't recall the name of it -- the Plantation.  And
12    then there was another street that started with a P in
13    a club off University.
14         Q    Pine Island, possibly?
15         A    What?
16         Q    Pine Island?
17         A    Pembroke.
18         Q    Pembroke Park --
19         A    Pembroke Pines.
20         Q    And you would've worked at all of these
21    between 2019 and the summer of '22?
22         A    No.
23         Q    Okay.  What should you have worked at between
24    2019 and the summer of '22?
25         A    Mike allowed me to teach three classes off
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 43

```
01   17th after that he needed me and requested that I be at

02   the business.

03        Q    Okay.  So, is it your testimony that between

04   2019 and the summer of 2022, you'd only worked -- you'd

05   only taught three classes?

06        A    No.

07        Q    Okay.

08        A    When COVID hit, I -- the gym shut down and I

09   did not return till later, much later.

10        Q    Okay.  You said that Mike let you teach three

11   classes off of 17th Street, then requested you be at

12   the business.  And I'm talking about the timeframe from

13   2019 until the summer of 2022.

14        So, between the sum -- between the timeframe of

15   2019 and the summer of '22, how many classes or how

16   often would you teach at Lifetime Fitness -- excuse me,

17   LA Fitness?

18        A    I only taught three if there wasn't a trade

19   show or something else that came in the way.

20        Q    When you say you would teach three classes

21   that would be three classes a week?

22        A    Um-hum.

23        Q    That's a yes?

24        A    Yes, it is.

25        Q    Okay.  And these classes would be taught at
```



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 44

01   what time?

02       A    There was 09:45 that I would ride my bike to

03   and then go straight to the shop.  And at that time, at

04   least four times a week, he had customers waiting

05   there -- or I'm sorry, not a week.

06       At least four times a month there would be

07   customers waiting there for me to pack boxes for them

08   for their orders.  But I did that on Tu -- the 09:45

09   was Tuesday and Thursday and then 04:30 on Tuesday

10   night, which I actually ended up giving up.

11       Q    When did you give that up?  The Thursday

12   night --

13       A    I don't recall the exact -- honestly, I think

14   I did give that up before 2019.

15       Q    Okay.  And then the Tuesday, Thursday

16   mornings, the 09:45 you would teach those, I mean, from

17   2019 all the way to 2022 other than COVID?

18       A    No, no.

19       Q    Okay.  When did you teach those?

20       A    When COVID came in, they shut down the gym

21   and I -- that's when I stopped.

22       Q    Okay.  So, you would only have -- you

23   would've only worked teaching at LA Fitness through

24   March of 2020?

25       A    No.  COVID was 2020.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q      Okay.

02      A      Yeah.  So, it was March -- or it was -- I'm

03  sorry.

04      Q      So, maybe I misspoke and said COVID.  So,

05  you've only taught at LA Fitness through March of 2020,

06  which is when COVID started the middle of

07  March of 2020.  Is that correct or is that not correct?

08      A      Is -- that's not correct.  Now, that I think

09  about it, I believe I -- because I do not recall

10  driving my bike from the club to the new warehouse.

11  The other warehouse, yes.  Well, and COVID started when

12  we were in the other warehouse.  So -- okay.  It

13  would've been March of 2020.

14      Q      Okay.  So, going back to my question, is it

15  correct that you would've taught at LA Fitness through

16  March of 2020?

17      A      Yes.

18      Q      And that would've been on Tuesday and

19  Thursday mornings at 09:45 because you gave up the

20  Thursday nights sometime before 2019?

21      A      Yes.

22      Q      Okay.

23      A      Unless Mike had asked me to be there for a

24  customer or if there was a trade show, I was getting in

25  trouble at LA Fitness because of how many days I had



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   missed.
02        Q    What was your payment arrangement with LA
03   Fitness?
04        A    25 an hour.
05        Q    And did they pay you as an independent
06   contractor or as an employee?
07        A    W2.
08        Q    So, that would be an employee?
09        A    Yes.
10        Q    And you've received W2s from them?
11        A    Yes.
12        THE WITNESS:  Is there any way we could take
13   a break?
14        MR. POLLOCK:  Sure.
15        THE WITNESS:  Okay.  Thank you.
16   (Thereupon, a short discussion was held off
17   record.)
18        (Deposition resumed.)
19   BY MR. POLLOCK:
20        Q    Okay.  So, we talked about working at LA
21   Fitness, and then you said that you started working at
22   Lifetime.  Would that have been after?
23        A    No, that was when we first rec -- arrived
24   here in Florida.
25        Q    You started working at Lifetime Fitness when
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                           Page 47

```
01   you first arrived in Florida?

02        A    Um-hum.

03        Q    Is that a yes?

04        A    Yes.  I'm sorry.

05        Q    Did that continue through the summer of '22

06   working at Lifetime?

07        A    No.

08        Q    When did you stop working at Lifetime?

09        A    I stopped working at Lifetime in 2018.

10        Q    You also mentioned that you were -- you had

11   instructed small studios.  Did you continue instructing

12   at small studios through '22?

13        A    No.

14        Q    When did you stop working at small studios?

15        A    Prior to 2018.

16        Q    Did Lifetime restrict your -- excuse me.  Did

17   LA Fitness restrict your ability to work for other

18   fitness studios?

19        A    No.

20        Q    And so, when you would bike from where you

21   were living with Mike to LA Fitness, then you said you

22   would bike from LA Fitness to, it would be the smaller

23   warehouse, the 1,200 square foot warehouse?

24        A    Yes.  Mike and I lived on Mila until 2000 --

25   we moved into the condo during COVID, later on into
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 48

```
01   COVID.
02        Q    Okay.  And then, but you would bike from LA
03   Fitness to the smaller 1,200 square foot warehouse?
04        A    Yes.
05        Q    All right.  Besides the work at LA Fitness,
06   then you told us about Watermakers and Desalination.
07   Then you have Salty Blue Fun, which you opened in
08   January of 2024?
09        A    Yeah.  Let me think this '23.  I opened it in
10   '23.
11        Q    Okay.  What does that company do?
12        A    Small paddleboard rentals, small boat
13   rentals.  I also rent electric bikes.  I no longer have
14   kayaks and from time to time I do a charter.
15        Q    Any other owners partners in that business?
16        A    No.
17        Q    Before you met in Phoenix, what did you
18   retire from doing?
19        A    I was still working.
20        Q    Okay.  Because you said that you had cashed
21   out your retirement to buy an RV.  I wanted to find
22   out.
23        A    I cashed out my retirement as I was working.
24        Q    And what year was that you met Mike, was that
25   in 2015?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 49

```
01          A     Yes.

02          Q     When did you divorce from Mr. Tubbert?

03          A     2015.

04          Q     Were you living in Phoenix or somewhere else

05    when you divorced?

06          A     Phoenix.

07          Q     How long had you two been married?

08          A     25 years.

09          Q     How many children did you have together?

10          A     We have three children.

11          Q     What are their names?

12          A     Francis Tubbert V, goes by Quentin,

13    Nicholas Edward Tubbert and Dylan Michael Tubbert.

14          Q     Any of them live here in South Florida?

15          A     I am sorry, I didn't --

16          Q     Any of them live here in South Florida?

17          A     No, not at this time.

18          Q     How about during the past five or six years?

19          A     Dylan lived here.

20          THE COURT REPORTER:  Okay.  Just to confirm,

21    your Dylan is D-Y-L-A-N?

22          THE WITNESS:  Um-hum.

23    BY MR. POLLOCK:

24          Q     When did Dylan live here in South Florida?

25          A     Was October or November of 2020 to -- wait a
```



**Universal Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   minute.  COVID was 2020, right?  2020.

02        Q    Correct.

03        A    To '21.

04        Q    Would that have been to March of '21?

05        A    Yes.

06        Q    And to your knowledge, was he an employee of

07   the business?

08        A    I'm sorry, I missed that.

09        Q    Was he paid as an employee of the business?

10        A    Yes, he was.

11        Q    What was his job title or job duties or

12   responsibilities?

13        A    He shipped product, but he also built units

14   and stock shelves.  He also would run the CNCs.

15        Q    Did Dylan have any background in engineering

16   or anything that would've given him prior knowledge

17   about building or shipping these Watermakers?

18        A    He has a hard work ethic.  He had actually

19   come out when we moved the business.  And Mike was

20   impressed with -- how quickly and how he moved and how

21   hard he worked.

22        Q    Okay.  Besides Dylan Tubbert, your son, and

23   besides Bailey, were there any other family members of

24   yours who worked at SeaWater?

25        A    No.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 51

```
01        Q    While Dylan was here in South Florida working
02   at SeaWater, did he live with you and Mike?
03        A    Yes.
04        Q    Was that on the boat or was that in an
05   apartment or both?
06        A    That was in the condo.
07        Q    While Dylan was here in South Florida working
08   at SeaWater, did he ever have his own place, his own
09   apartment condo?
10        A    No.
11        Q    Okay.  And you mentioned that Bailey had
12   lived with the two of you while she was working at
13   SeaWater or no?
14        A    Yes.
15        Q    Did Bailey live with you and Mike the whole
16   time that she was at SeaWater?
17        A    No.
18        Q    When did she move out?
19        A    She moved out in 2000 -- I believe in the
20   spring -- or no, it was close to summer of 2021, I
21   believe.
22        Q    What did Bailey do at SeaWater?
23        A    She eventually came in -- she stopped doing
24   shipping, she was just processing the orders.
25        Q    So, we talked about Bailey working at
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  SeaWater twice, one from January to March of 2020?

02      A    And she sleep on the boat with us at that

03  time, it was part-time work.

04      Q    Okay.  And then again from March of '21 until

05  the -- until -- and then she moved out with you -- from

06  you in the summer of '21.  Is that right?

07      A    No, she was with us longer than that because

08  we moved from -- when we lived at the condo, she was

09  there.  When we moved to the house, she lived there a

10  few months and then finally left.

11      Q    Okay.  So, when were you at the house?

12      A    Let me see.  It was in '20, let's see, '21.

13  She -- we were in the house of 2 -- the last house we

14  had moved in, that was April of 2022.  So, she was

15  there with us till 2 -- in 2021.

16      Q    So, Bailey was with you from 2 -- sometime in

17  '21 until April of 2022 when she moved out?

18      A    Yes, I believe so.

19      Q    Okay.  And you said Bailey stopped doing

20  shipping, was processing orders.  When Bailey was

21  working the first time from January to March of 2020,

22  what was she doing?

23      A    She was doing some pre-assembly work.

24      Q    And to your understanding, Bailey was paid as

25  an employee by SeaWater?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A    The first time that she was there, she was

02  getting paid hourly.

03      Q    Okay.  Do you know what -- do you agree that

04  she was paid as an hourly employee?

05      A    Yes, she was.

06      Q    Okay.  And then when she came back, you said

07  in March of '21?

08      A    Yes.

09      Q    And you left SeaWater -- you left Mike in

10  December of 2022.  Do you -- was Bailey still working

11  at SeaWater when you left Mike in '22?

12      A    I believe so.

13      Q    Do you know if Bailey's still working at

14  SeaWater?

15      A    I do not believe so.  I know that Mike and

16  Bailey had several arguments and she would post online

17  how she had quit.  I also know that Mike had told me

18  that various occasions she would make of -- she would

19  go surfing on Monday mornings instead -- from a door,

20  had lessons.

21      Q    Was she giving lessons or taking lessons?

22      A    Taking lessons.  And she was traveling quite

23  often.  She was going to Bahamas, Costa Rica, Mexico.

24      Q    And when Bailey was working at SeaWater from

25  March of '21 through whenever it was that she left, is



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   it your understanding that she was paid as an hourly

02   employee at that time as well?

03        A    She was paid as hourly from what I

04   understood.

05        Q    Hourly employee?

06        A    Yes.  And then Mike was giving her benefits

07   on top of it, primarily a brand new truck.

08        Q    When Bailey moved out, did Mike pay for the

09   apartment?

10        A    He told me he was going to.

11        Q    Do you know one way or the other?

12        A    I'm not sure.

13        Q    Do you still keep in touch with Bailey?

14        A    Absolutely not.

15        Q    Why is that?

16        A    Bailey not only -- Bailey disrespected me in

17   my own home and when she moved out she stole all kinds

18   of things.

19        Q    Anything else?  Any other reason why you

20   don't keep in touch with Bailey?

21        A    I can't stand her sense of entitlement.

22        Q    Did you threaten Bailey?

23        A    No.

24        Q    So you did not threaten her with a gun?

25        A    Absolutely not.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01       Q    Have you threatened any other employees at

02  SeaWater?

03       A    No.

04       Q    Do you have a gun?

05       A    Not at this time.

06       Q    What are the circumstances of you not having

07  a gun at this time?

08       A    I had to relinquish -- relink or relinquish

09  my guns because of a cyber-stalking charge.

10       Q    Who brought the cyber-stalking charge?

11       A    Mike.

12       Q    Have you ever been charged with a crime?

13       A    Yes.

14       Q    What was that?

15       A    Cyber-stalking.

16       Q    That was in 2022?

17       A    Yes.

18       Q    Now, what was your -- you said that we worked

19  all the time.  So -- and then -- so, tell me what your

20  schedule was and then what it changed you for work?

21       A    At what point in time?  When COVID hit,

22  Mike's sales went through the roof.  In the first two

23  months of that last year when I was in the day-to-day

24  operations of that business, he put on over $1.4

25  million on the books.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 56

01      Q    Okay.  And I was asking about your schedule

02  and then you told me when COVID hit and --

03      A    We would generally go in around 09:00 in the

04  morning and work till about 06:00 in the evening.  Some

05  evenings we wouldn't get out of there till 08:00.

06      I've got times where we were working at 02:00 in

07  the morning actually setting up making displays for

08  trade shows or for the reception area.  If we weren't

09  at work, I was working on my phone.  I was constantly --

10  excuse me, looking for reviews on social media.

11      Also, a lot of people would approach us that they

12  wanted free Watermakers and they were YouTubers.  I

13  would see if I thought, if Mike would want them to

14  represent him.

15      Q    Okay.  So, you said you would go in from

16  09:00 a.m. and work until 06:00 p.m. during what period

17  of time?  What timeframe, from when to when?

18      A    Well, honestly, 06:00 was usually the

19  earliest we would quit because the phones would die

20  down.  But after 06:00, and a lot of times we were

21  there till 08:00 because it was quiet time to just work

22  there.

23      On the weekends we might not go into the shop for

24  that extended day.  Sometimes we absolutely did.  Those

25  days tended to be a little bit shorter, but that was



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   still around 09:00 to 06:00.  It was COVID.  What else
02   were we going to do?
03        We had stopped going out, on the boat and doing
04   quite a few activities, but we would run out for dinner
05   and then we would go home and Mike would still be on
06   his phone, answering e-mails and I would be looking on
07   social media and then when he had told me that I needed
08   to make a note to get something done for the next day,
09   I would make a list of items that needed to be done.
10        Q    Okay.  And this workday from 09:00 a.m. until
11   06:00 or 08:00 or whenever it was, what period of time
12   was that your schedule from the beginning until
13   sometime in '21 or when was it?
14        A    As the business grew, that also grew, you
15   know, in the evening hours we were also -- Mike would
16   be talking to India or an Australian dealer would be
17   calling or speaking to -- calling Mike and Mike would
18   put him on his speaker phone and we'd have to arrange
19   shipping and what items that he needed.
20        And certain, like, shipping motors to Australia
21   didn't make sense.  So, the dealer had bought it and
22   Mike had given him money to buy the motors to keep on
23   his shelves to fulfill orders.  There were just various
24   things like that.
25        Q    Right.  And I understand, but I'm trying to
```



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    find out, you said that you would work from 09:00 a.m.

02    until 06:00 or sometimes 08:00 or sometimes later.

03         A    Yes.

04         Q    And are you saying that that was the schedule

05    that you traditionally kept day in and day out from the

06    time Mike started SeaWater until the time that you

07    left?

08         A    The days got longer as the more business we

09    received.

10         Q    Okay.  So, you're saying that as time went on

11    you were --

12         A    Our days got longer.

13         Q    Okay.  And so, you said that you would work

14    from 09:00 a.m. until about 06:00 --

15         A    That was when --

16         Q    -- the things would die down and then, you

17    know, maybe it was 08:00, when was that?

18         A    That was right before COVID that we were

19    putting in the longer days because it was just the two

20    of us when we had a -- when Mike sold over $100,000, we

21    stayed until the work was done.

22         Q    Okay.  So, before COVID, so up until about

23    mid-March of 2020, that's when you would work 09:00

24    a.m. until about 06:00 p.m. or so, is that right?

25         A    That's being very -- yeah, you could say



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    that.

02         Q    Okay.

03         A    We actually worked much longer, but --

04         Q    And then you said you actually worked much

05    longer.  I just want to know up to COVID, you told me

06    there was a schedule.  Was the schedule 09:00 a.m.

07    until 06:00?  Was it a different schedule?  I just want

08    to know what you're claiming you were working up until

09    COVID.

10         A    09:00 to 06:00.

11         Q    Okay.  And then, after COVID, what did that

12    schedule change to?

13         A    After COVID, I don't know when it -- when you

14    would say really -- when after COVID start -- stopped

15    because Mike was paranoid about COVID.  We did very

16    little through that time.  Even up until we left, he

17    wasn't going out in public too much.

18         Q    Right.  And that's because Mike had a bunch

19    of different health challenges, is that right?

20         A    Yes.

21         Q    Okay.  And so, what was -- what are you

22    saying you worked -- you said until COVID, so COVID is

23    March of 2020.

24         A    But we were putting in long orders before

25    2020.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q     Okay.

02      A     Long days because we didn't have any other

03   employees.

04      Q     All right.  And then once you get to

05   March of 2020, what does your schedule change to?

06      A     2020, could be 09:00 to 07:00, if not 09:00

07   to 08:00.  Sometimes Mike would lay down in a chair and

08   take a nap in the early evening due to his health

09   issues.

10      Q     Okay.  And so, what you're saying is from

11   March of 2020 until when did you work from 09:00 in the

12   morning until 08:00 at night?

13      A     Monday through Friday, several days.

14      Q     What do you mean Monday through Friday

15   several days?  Is it every Monday -- weekdays all the

16   way through Friday or was it only several days during

17   the week?

18      A     It was -- when COVID hit, it was pretty much

19   every day.  And then we went in on the weekends also.

20      Q     So, once COVID hit Mar -- mid-March of 2020,

21   you worked Monday through Friday, 09:00 a.m. to 07:00

22   or 08:00 p.m. and then you were also working weekends?

23      A     Yes.  I spent at least four hours a day just

24   on the phone with UPS trying to figure out which

25   countries were shutting their customs down so that we



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                Page 61

```
01   wouldn't end up with products stuck in customs.

02   Because Italy shut down at one time.  Spain was a

03   different time.  Germany was another time.  It was

04   chaos.

05        Q    Okay.  And that lasted for a couple weeks or

06   a couple months, right?  That the COVID shutdowns

07   occurred?

08        A    No, some of them were shut down for over four

09   months.

10        Q    And during this time of COVID in March of

11   2020, when it was essential personnel only, were you

12   and Mike going to the warehouse or were you working

13   from home?

14        A    Yes -- no, we were at the warehouse with

15   Trevor and we hired more people and Mike made a policy

16   that everyone that worked in the warehouse had to

17   have -- be vaccinated.

18        Q    Okay.  And this was before, let's say June of

19   2020?

20        A    Yes.

21        Q    Okay.  And then did your schedule change

22   after June of 2020?

23        A    No, business was still growing.  And that's

24   also when we moved the warehouse.  So, we have the

25   challenges of setting up the new warehouse, getting the
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                          Page 62

```
01   business up and keeping the sales and going out.
02        My son Dylan came to help move the warehouse and
03   then at that same time he moved us off of Mila into a
04   condo.
05        Q    So, up until COVID -- so, up until that March
06   of 2020 timeframe, you were working 09:00 a.m. until
07   06:00 p.m. sometimes longer.  What could we look at to
08   figure out when you started and stopped working each
09   day and what you were working on?
10        A    We went to work every day.
11        Q    Right.  And my question was what would we
12   look at to see when you were working from when to when
13   and what you were doing during the day?
14        A    Just our normal schedule.  We got up between
15   07:30 and 08:00 every day.  We would run, maybe have a
16   quick bite to eat, then we went directly into the
17   warehouse.
18        Q    Okay.  And that's what you're telling us.
19   And that's one way to do it.  The other way is -- what
20   could we look at to see when you would start working,
21   what you would do during the day and when you would
22   stop working --
23        A    Mike --
24        Q    -- during this period bef -- up until COVID
25   started?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 63

```
01      A     There's nothing that exists.  Mike had -- the
02  timekeeping system did not come into play until
03  actually after my son left where the account set it up.
04  I have photographs of some days that would show some
05  time, some of a few videos, but for the most part that
06  was our daily life.
07      Q     Right.
08      A     And I always was with Mike and we were on --
09  in the car.  We were taking phone calls.  We were --
10  I -- Mike had actually given my car to employees and
11  customers to drive.  So, I didn't even have access to
12  my own car.
13      We were always together.  When he would drop me
14  off at the warehouse, he would leave in the car so that
15  he could answer his phone because the CNCs were whining
16  so loud.  And he would go pick up ceviche and go to
17  Harbor Freight, which was annoying.
18      Q     Okay.  But as far as looking at things to see
19  when you would start and stop working --
20      A     A tracking system does not exist --
21      Q     Hold on.  Let me ask my question.  You're
22  saying there would be no e-mails up through COVID that
23  would have your name on them, which would show that you
24  were working on any particular day?
25      A     There should be e-mails that exist,
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  absolutely.

02       Q    And there's e-mails that would exist that

03  would show you working between 09:00 a.m. and 06:00 or

04  so p.m. up before COVID?

05       A    There should be e-mails not only between

06  09:00 and 06:00, but after in the evening.

07       Q    Okay.

08       A    But like I said, I didn't always sign those

09  e-mails with my own name.

10       Q    What about orders?  So, if you were taking an

11  order, wouldn't your name appear as someone who took

12  the order if you were taking the order by phone?

13       A    Not necessarily because most of the orders

14  were input on an online system.  In fact, if you listen

15  to Mike on his phone calls, he will tell people to

16  place the order online.

17       There were some instances where we would e-mail an

18  invoice direct to the customer through Square or

19  Stripe.

20       Q    Okay.  And then if you were placing orders

21  for supplies to stock, wouldn't your name appear on the

22  invoice?

23       A    Mike wanted to do a PO, purchase orders, once

24  the bookkeeper came there, there might be some there,

25  but really it was at that time just Mike and I did all



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  the ordering until -- and then Natalie did some

02  ordering too.  But that was it.  If any orders were

03  placed, it was with us.

04        Q    Right.  But I'm talking about ordering

05  supplies and when you order supplies from a supplier,

06  they'll send out an invoice.  It'll have a name on it

07  along with the company.  Would your name appear on any

08  of the orders that were placed with suppliers up

09  through March of 2020?

10        A    I imagine so.  I'm not sure.

11        Q    Have you see -- did you see any?

12        A    Normally when I gave a purchase order number,

13  it was the date.  It was not my name.  But the vendors

14  would testify that I placed orders.

15        Q    How do you know that?

16        A    Because I was approached by one vendor to --

17  they approached me to do a business together.

18        Q    Which vendor is this?

19        A    That is water -- what is the name of them?

20  Sorry.  Their exact name -- I've got a brain fart.  I'm

21  sorry.  I don't -- give me a minute.  It'll come to me.

22  It was Richard.

23        Q    What parts or supplies does this company

24  provide?

25        A    They did the nipples.  They did the -- he's



**UNIVERSAL
COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  no longer buying the pre-filter housings from them.

02  They supplied filters.  They also supply the John Guest

03  adapters.

04       But you also had the gentleman that came from the

05  nickel-plated pumps by Comet, he came to the warehouse.

06  He would've seen me there at the warehouse.  I talked

07  to him several times.

08       Also talked to the AR guy.  He came into the shop.

09  He saw us working there.  You also had the leasing

10  motor guys that came into the shop, but he saw me

11  working there.

12       I didn't order many of the motors though, to be

13  quite honest.  You also had the guy that did the

14  Parker Hoses that came into the shop, which Mike

15  eventually started ordering a little bit from him.

16       But we also were buying a lot of stuff online.  I

17  mean, even the guy, Jay from Baldotta, India came in.

18  He would actually stay at the shop.  He stayed days at

19  the shop, actually.

20       THE COURT REPORTER:  Could you spell

21  Baldotta?

22       THE WITNESS:  B-L -- B-A-L-D-O-T-T-A.

23  BY MR. POLLOCK:

24       **Q    Have you spoken to any of these vendors that**

25  **you just identified since working with Mike?**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025               Page 67

```
01          A    Yes.
02          Q    About what?
03          A    Setting up my own business.
04          Q    And you mentioned that Mike would -- that --
05     give your car to customers and employees to drive,
06     which employees were given your car to drive?
07          A    Dillon, he had it for months.
08          Q    Is that your son?
09          A    No, my Dylan also drove it, but the other
10     Dillon.
11          Q    How do you spell his name?
12          A    D-I-L-L-O-N Stokes.
13          Q    How often would that happen?
14          A    He had my car for at least over three
15     months -- three or four months.  I ended up taking the
16     car back and Mike did get upset at me because the next
17     day turned around and gave it to a customer for the
18     second time who had it for over four months.
19          Again, he had it three months prior to that who
20     actually happened to be a YouTuber for us.  And I
21     believe the car is even pictured in some of his YouTube
22     videos.
23          Q    For that car, Mike was paying the insurance
24     for it?
25          A    Yes, for a while there I was solely covering
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   it.  And then when I went to change insurance, I didn't

02   have my own check on it.  It was out of the personal

03   account.

04        Q    Okay.  So, Mike started paying for the car

05   insurance for your car as of when?

06        A    I would have to look back to check.

07        Q    Before 2019?

08        A    I believe I paid for it until sometime in

09   2019.  Because I changed insurance when I was at the

10   1,200 square foot warehouse.  But I was paying for it

11   myself before that.

12        Q    And the car payments, was Mike making the car

13   payments on that or were there no car payments?

14        A    Mike paid off the car, but there were no car

15   payments.  But prior to that I was making all the car

16   payments.

17        Q    When did Mike pay off the car?

18        A    I'm not sure.

19        Q    And that car was in your name?

20        A    Yes.

21        Q    Would Mike have paid off the car sometime in

22   2019 as well?

23        A    2018, I believe -- no, it would've been 2019.

24   In 2017 he gave it to another person to drive for eight

25   months.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 69

```
01        Q     Do you still have that car?
02        A     Yes, I do.  I've incurred over $11,000 worth
03   of damage, which will never be fixed.  He himself
04   wrecked it and there were customers that spilled oil in
05   it.  It's a mess.  He's aware of it also.
06        Q     Did you make any claims with your insurance
07   company?
08        A     No.
09        Q     When Mike paid off the car, about how much
10   did he pay off in debt for you?
11        A     I don't recall the exact amount.  It was
12   under $3,000, I believe.
13        Q     And your car insurance, how much was that a
14   month?  Do you know?
15        A     It kept rising up, but it was around -- I'd
16   have to look because I believe it was from $150 to
17   $168.
18        Q     That was per month?
19        A     Yes.
20        Q     Okay.  In addition, when you were living on
21   the boat at the slip, since 2019, was Mike paying for
22   the slip rental?
23        A     At 2019 the business was doing well enough to
24   make all the payments.  There were times where I had
25   made the payments out of my account, my personal
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    account when it couldn't pay.  But at 2019, I believe
02    the business covered all of them.
03        Q    In 2019, did SeaWater Pro have its own
04    separate bank account or did it share one with Mike?
05        A    2019, it had its own bank account.
06        Q    So, in 2019, SeaWater Pro paid the slip
07    rental of the boat on which you and Mike resided.  Is
08    that right?
09        A    Yes.  Also, where he did demonstrations for
10    customers.
11        Q    And did the slip rental include electricity
12    and water or were those additional monthly payments
13    that had to be made?
14        A    Included.
15        Q    Then when you moved from living on the boat
16    in the slip to the Briny Apartment --
17        A    No, there were two other residences before
18    that.
19        Q    Okay.  And for those two residences, between
20    were those both apartments?
21        A    No.
22        Q    House and apartment, what were they?
23        A    Condo and house.
24        Q    Were you on the lease for either the condo or
25    the house?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A    For the condo I believe I was, for the house

02   I'm -- I was listed as residing there, but I don't

03   believe I signed that lease.

04        Q    And the condo, did Mike pay the rent of the

05   lease?

06        A    Yes.

07        Q    What about all the utilities?  Mike paid the

08   utilities?

09        A    Yes.

10        Q    What about for groceries?

11        A    These were all business expenses.

12        Q    In other words, yes, they were paid by Mike?

13        A    Yes, they were paid by the business.

14        Q    For the house, same setup where Mike would

15   pay the rent, the utilities and the groceries?

16        A    Yes, they were all business expenses.  We

17   would have customers come and dinghy up to our dock and

18   then we would entertain them, make dinner.  We had them

19   over there for Christmas and all kinds of occasions.

20        At that point, they even took my car.  A lot of

21   our customers didn't have residences.  They would come

22   to the shop in their boats.  We would deliver product

23   to them in my dinghy.

24        We even helped a customer transport his boat from

25   Fort Myers across Lake Okeechobee over a Thanksgiving
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  weekend during COVID.  That's where I broke my arm and

02  still went into -- broke my leg and still went into

03  work to pack boxes.

04      **Q    When you were moving the boat, you were just**

05  **doing that as a favor?**

06      A    A customer asked for help and we did that.

07  I'm not going to say I didn't enjoy the trip, but Mike

08  told me that we had to do that.  So, I considered it a

09  business trip.

10      **Q    How long did that trip last?**

11      A    I think it was three nights and four days.

12      **Q    Did the customer accompany you on the boat?**

13      A    Yes.  He needed more people on the boat to

14  get through all the locks.  And at the same time, we

15  were still making -- we were still on our phones taking

16  care of business, but it was slow.

17      **Q    And so, you're saying is during the three**

18  **nights, four days, a customer took his -- took you on**

19  **his boat from Lake Okeechobee --**

20      A    Across Lake Okeechobee.

21      **Q    -- across Lake Okeechobee.  You considered**

22  **the whole time that you were on there as a business**

23  **trip that there was no part that was vacation, the**

24  **whole three nights, four days, it was all work?**

25      A    That's not what I said.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 73

```
01        Q     Okay.

02        A     I said I considered a business trip, but I

03   did enjoy it.

04        Q     Okay.  You said you were on your phones the

05   whole time?

06        A     I did not say the whole time.  I said

07   business was slow, but we were on our phones.

08        Q     Okay.  And so, were you taking the boat

09   across Lake Okeechobee or from Lake Okeechobee to South

10   Florida?

11        A     Across Lake Okeechobee.

12        Q     Isn't Lake Okeechobee an open lake?

13        A     No, they're locks.

14        Q     In the middle of the lake, there are locks?

15        A     Yeah.  The customer couldn't cross alone and

16   it ended up that two other individuals were on that

17   boat with us, but I don't believe that's how it

18   initially was set up.  And we enjoyed a Thanksgiving

19   meal together.

20        Q     How big was the boat?

21        A     It was a Power Cat, I'm not sure about the

22   exact length.

23        Q     Over 50?

24        A     Right around there, it was an Africat.

25        Q     You said you enjoyed a Thanksgiving meal
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    together.  So, this would've been in November of 2022 --

02    excuse me, 2020?

03         A    Yes.

04         Q    And you said it was slow during that time?

05         A    Yes.

06         Q    When you say we were taking calls, was it you

07    taking the calls or was it Mike answering the phone and

08    taking the calls?

09         A    Mike prim -- Mike would answer all the phone

10    calls.  I would make phone calls if something else

11    needed to be done, but all of the incoming calls always

12    went to Mike's phone.

13         Q    So, if we looked at your phone records, it

14    would show your outbound calls from your 0840 number?

15         A    Yes.  But there was a lot of stuff that's

16    been done over WhatsApp also.

17         Q    And the WhatsApp, through your phone number

18    on WhatsApp or through Mike's?

19         A    Mike's.  I bet today, still to this day his

20    WhatsApp is also on the computers at work.

21         Q    Okay.  And then we talked about at the slip,

22    we talked about the two residences between Mila and the

23    Briny Apartment, the condo and the house.  And then we

24    get to the Briny Apartment.

25         A    Yes.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 75

```
01        Q    And there as well, Mike paid the rent, the
02   utilities and the groceries?
03        A    Yes, I was on that lease.
04        Q    For the -- that condo that you moved to after
05   you were living on the boat, did that condo come with a
06   slip or did you have to rent -- did one have to be
07   rented separately?
08        A    There were two slips.
09        Q    Okay.  And those slips were used for Mike's
10   boat and your boat?
11        A    Yes.
12        Q    And did Mike pay the rental for both slips?
13        A    At that time, yes.
14        Q    For the house, did it come with dockage?
15        A    Yes.
16        Q    So, you didn't have to pay anything separate
17   for that?
18        A    No.
19        Q    But then at Briny again, you had to pay for a
20   slip?
21        A    Yes.
22        Q    And did Mike pay for the slip for your boat?
23        A    No.
24        Q    Did you pay the slip for your boat?
25        A    Yes.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 76

```
01        Q    Did you pay directly to the owner of the
02   slip?
03        A    Yes.
04        Q    Did you continue to keep your boot behind the
05   Briny Apartment after --
06        A    Briny was on the ocean.
07        Q    I'm sorry?
08        A    Briny was on the ocean.
09        Q    Okay.  So, there was a separate slip?
10        A    Yes.
11        Q    Did you continue to keep your boat at the
12   slip after you and Mike were no longer together in
13   2022?
14        A    Yes.
15        Q    Before you and Mike were no longer together,
16   so during the time that you were both residing at the
17   Briny Apartment, was Mike paying for the slip for your
18   boat or were you paying it?
19        A    No, I was.
20        Q    Okay.  And during the time that you and Mike
21   were together at the Briny Apartment where you were
22   paying for your boat, so that was only for about a
23   couple months, right?
24        A    No.
25        Q    For how long were you and Mike living
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  together at the Briny Apartment?

02       A    I picked up paying that slip in January of

03  that year.  That lease was only in my name.

04       Q    Okay.  The Briny Apartment, you were the only

05  one on that lease?

06       A    No, on the slip lease.

07       Q    Okay.  So, for the slip lease -- let me back

08  up, for the Briny Apartment, you and Mike were only

09  there residing together for a couple of months, is that

10  right?

11       A    I was only there for about three months, I

12  believe, two or three months, excuse me.  I request to

13  be taken off the lease, but they wouldn't do that.

14       Q    Okay.  And so, during the two or three months

15  that you were living with -- let me back up.  Did you

16  have -- did you start that slip lease before you move --

17       A    Yes.

18       Q    -- and Mike moved over to the Briny

19  Apartment?

20       A    Yes.

21       Q    Okay.  Do you remember how much the lease was

22  at the Briny Apartment a month?

23       A    $5,000.

24       Q    What about at the house that you lived at

25  beforehand?  How much was the monthly lease there?



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A    $4,300 or $4,400.

02        Q    And then what about the condo before that?

03        A    $3,300 with the dockage.

04        Q    33 --

05        A    $3,300 with the dockage.

06        Q    $3,300 with the dockage.  And when you were

07   both living on the boat, how much was the slip rental a

08   month?

09        A    Started out around $850 went up to $880.

10        THE COURT REPORTER:  I am sorry.  Off the

11   record.

12   (Thereupon, a short discussion was held off

13   record.)

14        (Deposition resumed.)

15   BY MR. POLLOCK:

16        Q    All right.  So, we talked about the different

17   apartments, talked about the leases and then besides

18   the payments that we talked about for rents, utilities,

19   groceries, leases, car insurance, making it -- paying

20   off your car, did Mike also pay for vacations for the

21   two of you to take?

22        A    We went on business trips.

23        Q    Okay.  So, on business trips, since 2019,

24   what business trips have you gone on with Mike?

25        A    What month of 2019?
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q    Since June of 2019.

02      A    We went to Greece on the boat.  We had two

03  customers with us.

04      Q    Okay.  For how long was that trip?

05      A    I believe two -- a little over two weeks.

06      Q    And that was for two weeks on a sailboat

07  cruising around Greece?

08      A    Yes.

09      Q    Okay.  And during that -- and when was that?

10  Was that in 2019, 2020?

11      A    That was summer of 2019.

12      Q    And so, for those two weeks in 2019, what

13  work were you doing?

14      A    Anything that Mike -- if -- he was still

15  taking calls on his cell phone.

16      Q    Okay.  That's Mike working.  I'm asking about

17  you, what kind of work were you doing while sailing on

18  a sailboat around Greece?

19      A    If Mike asked me to take a note, then I would

20  take a note.  But when I was sailing on the boat, it

21  was primarily entertaining customers.

22      Q    Okay.  And what were you doing to entertain

23  customers?

24      A    We were together.  We were sailing, we were

25  going out to eat and trying to get along.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 80

01        Q        Trying to get what?

02        A        Trying to get along.

03        Q        Trying to get a loan?

04        A        Along.

05        Q        And so, while you're on a boat sailing --

06        A        I was -- I mean if you want to be technical,

07   I was pulling sails.  I was helping dock.  I was

08   helping with the dinghy.  I was swimming out to put out

09   an anchor or swimming to secure a line.

10        Q        Okay.

11        A        I was enter -- I -- you know, it was

12   entertaining.  We had an obnoxious French Canadian with

13   us who was consistently causing -- we were arguing.

14        Q        Were these customers that you -- or you and

15   Mike were friends with before going on that trip?

16        A        Yes, I have several friends that are

17   customers.

18        Q        And these --

19        A        And customers that became friends.

20        Q        And the two customers that you were on the

21   boat with in Greece in the sailboat, are you still

22   friendly with them now?

23        A        Yes.

24        Q        And so, what made it a work trip?

25        A        Just the nature of being with the customers.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 81

```
01      Q    Okay.

02      A    Because trust me, like I said, the French

03 Canadian was obnoxious.

04      Q    Did Mike pay for that whole trip for the two

05 of you?

06      A    Yes, he did.

07      Q    And the boat?

08      A    Yes, he did.  I believe the boat was actually

09 expensed out.  I think between -- there actually was a

10 couple -- there were two couples and a single

11 individual.

12      So, I'm not exactly sure how that all worked out.

13 But I know to rent the boat that we had to provide that

14 we had us -- our captain had the documentation to

15 navigate the yacht.

16      Q    And who was -- was it Mike that was the one

17 who had the documentation to navigate the yacht?

18      A    I also had some.

19      Q    Which documentation did you have at that

20 time?

21      A    That was just a really easy coast guard

22 school.

23      Q    The one that --

24      A    A boater's license, yeah.  Sorry.

25      Q    The boater's license that you take online for
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   kids now when you turn whatever it is, 13 or something?

02       A    Um-hum.

03       Q    That's a yes?

04       A    Yes.

05       Q    And did Mike have further certifications or

06   documentation in that boater's license at the time?

07       A    He did have his captain's license under his

08   Greek name, but Mike didn't want to produce his Greek

09   passport.

10       Q    In addition to paying -- so, in addition to

11   paying for the boat and the provisions, Mike also paid

12   for the airfare and all the restaurants?

13       A    Yes.

14       Q    And when you flew there, did you sit in

15   economy?  Did you sit in first class?  Did you sit in

16   business?

17       A    Economy.

18       Q    So, that was one trip that you mentioned was

19   the two-week trip on the sailboat around Greece, what

20   other trips did you take with Mike since June of 2019?

21       A    We went to my granddaughter's third birthday.

22       Q    When was that?

23       A    June of 2020.

24       Q    I'm sorry?

25       A    June of 2020.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 83

```
01        Q     And where was that?

02        A     Kansas.

03        Q     How long was that trip?

04        A     Two nights.

05        Q     Mike paid for that whole trip as well?

06        A     Yes, I believe so.

07        Q     Any other trips with Mike since June of 2019?

08        A     No -- wait, there was one overnight stay in

09   The Bahamas.  Excuse me, we had some defective pumps

10   and we had -- we rent them out, excuse me and stayed

11   overnight to customers over there.

12        Q     Which island?

13        A     Exumas.

14        Q     And that was when?

15        A     Right before COVID shut down, the week of.

16        Q     So, it would've been in March?

17        A     Yeah, because we came back and then we were

18   supposed to fly down to Puerto Rico for a show.  And

19   the day that the airline shut down was the day that we

20   were supposed to fly out and we had just got back from

21   The Bahamas.

22        Q     Okay.  Besides paying for these trips, did

23   Mike also put money into your bank account?

24        A     No.

25        Q     How about SeaWater Pro, did SeaWater Pro put
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   money into your bank account?
02        A    No, I was never paid for my wages.
03        Q    Did you either -- did you ever get a check
04   from Mike or from SeaWater Pro since 2019 -- since June
05   of 2019?
06        A    Mike presented me with a $600 check.
07        Q    Okay.  When was that?
08        A    That was in 2021.
09        Q    Why did -- why do you understand he did that?
10        A    Because I had never been paid.  I had told
11   him several -- we had addressed the issue of me never
12   being paid and I was angry at how much he was paying
13   all the employees and how everyone had their handout.
14   And I had never received any money for anything for any
15   hour that I worked.
16        Q    Did Mike ever give you cash?
17        A    He gave me cash that I kept in a separate
18   wallet.
19        Q    What about the $3,000 a month Mike was giving
20   you in cash?
21        A    The $3,000 that he told my son that it was
22   for relocation.
23        Q    Okay.  So, there's $3,000 that Mike mentioned
24   to your son?
25        A    He wanted me to relocate.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q      Okay.  And then didn't you also receive

02  $3,000 a month in cash from Mike?

03      A      After this, it was not for wages.

04      Q      Okay.

05      A      And this was after I left the business.  If

06  you read the text with my son, he wanted me to leave

07  the state.

08      Q      Okay.  So, after --

09      A      That was not wages.

10      Q      After June of 2022, you're saying is when you

11  started receiving $3,000 a month?

12      A      No, I didn't receive any -- yes, after

13  June of 2022.  I'm sorry, I thought you said 2020.

14      Q      Okay.  And for how long did that continue?

15      A      He gave me two $3,000 payments and then sent

16  $3,000 to my son, like I stated.

17      Q      Did you deposit any of the cash that Mike

18  gave you to your bank account?

19      A      Yes, I did.  I had also left -- he had

20  ownership of all my property and disposed of it too.

21      Q      Well, I mean, we're not here about that

22  today, are we?

23      A      No, we're not.

24      Q      Okay.  And in fact, Mike had the property

25  delivered to you, but you refused to accept it because



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   **you had no place to store it, is that right?**

02        A    Not all of my property.

03        **Q    Did you go through and pick out what you**

04   **wanted and then tell him to take back the rest or how**

05   **did that work?**

06        A    He came and he disposed of it on my

07   landlord's.  I had just re -- gotten a new landlord and

08   he just dumped it there.  I drive a Prius C.  I didn't

09   have anywhere to put that.

10        So, yes, he did come back for that property, but

11   he stated to me that he had disposed of a great deal of

12   my property.  I bought half the furniture when we moved

13   into that condo and I haven't got a single piece of

14   furniture.

15        **Q    I'll show you what is marked as Defendant's**

16   **101.**

17   (Thereupon, Defendant's Exhibit 101 was

18   entered into the record.)

19        MR. POLLOCK:  I don't know if you want a copy

20   or not.

21        MR. CUTHBERTSON:  I don't.

22        MR. POLLOCK:  Okay.

23   BY MR. POLLOCK:

24        **Q    Do you recognize this document that's been**

25   **identified as Defendants 101, it bears Number PLA 1559**



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  at the bottom?

02      A    Yes.

03      Q    Okay.  And this is a page from a bank

04  statement from your Wells Fargo account ending in 2911

05  for the period of March 9th through April 8th, 2021, is

06  that right?

07      A    Yes, I believe so.

08      Q    Okay.  And on here, there are two transfers

09  from Mr. Spanos' account to yours.  Do you see those?

10      A    Yes.

11      Q    Okay.  So, they total $1,100?

12      A    Yes.

13      Q    Okay.  So, we know at least that besides what

14  you've already told us, that Mr. Spanos transferred

15  another $1,100 into your bank accounts on April 1st and

16  2nd?

17      A    Yes.  I see two checks that went in there.

18      Q    Okay.  Are those checks or those are

19  transfers?

20      A    They're transfers.

21      Q    Okay.  And what do you contend those transfers

22  are for?

23      A    I believe they were reimbursements for a

24  deposit that we made on a condo.

25      Q    Okay.  So, would you have a receipt to reflect



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   your payment of $1,100 towards this condo?

02        A    No, I don't.

03        Q    Okay.  Do you have a canceled check or

04   anything to reflect your payment of any money towards

05   this condo, which you contend this money was reimbursed

06   before?

07        A    I might have a check.  I would have to look.

08        Q    And you said this would've been a

09   reimbursement?

10        A    Yes.

11        Q    Why would he have reimbursed you?

12        A    For the deposit, we didn't have a business

13   check, so I wrote it on my personal check.  And this

14   was a transfer from his personal account for both.

15        Q    Right.  So, why couldn't Mike have written a

16   personal check?

17        A    Because we didn't have the personal check when

18   we signed the lease to hold the property.

19        Q    So, Mike didn't have any checks from either

20   his personal or the business account?

21        A    No, but I did.

22        Q    And so, what Mike was doing was he was paying

23   you back for any money that you had contributed towards

24   that deposit, is that right?

25        A    Yes, I believe that's what that was for.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q      Okay.  So, besides these two transfers to your

02   personal checking account, are there any other

03   transfers or checks that you received from Mike

04   deposited into your personal checking account?

05        A    I don't know.  If there were, it would've been

06   a like situation.

07        Q      Okay.  A like situation, meaning Mike would've

08   been reimbursing you for an expense that you paid?

09        A    Yes.

10        Q      So, kind of a personal living expense, since

11   Mike was taking care of them, he was reimbursing you

12   for those expenses, right?

13        A    Yes.

14        Q      So, in addition to the Wells Fargo account,

15   you also had a Chase account?

16        A    Yes.

17        Q      And for the Chase account, you had a checking

18   and a savings?

19        A    I had -- at Chase I had a checking and savings

20   and at Wells Fargo I had a checking and savings.

21        Q      So, at what point did you tell Mike that you'd

22   had it and you didn't want to work for free anymore and

23   stop working for him?

24        A    I never wanted to work for free.

25        Q      Okay.  So, at what point did you stop working
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01     for Mike since you had claimed you hadn't gotten paid

02     anything?

03          A     I stopped working for Mike at -- in the end of

04     June of 2023.

05          Q     '23?

06          A     '22, sorry.  '22.

07          Q     Okay.  So, you're saying that for -- I don't

08     know what, four and a half years, you just decided to

09     work for nothing?

10          A     No, Mike always stated that he was going to

11     pay me.  Anytime I addressed it to him, he'd be too

12     tired or change the subject.

13          Q     And didn't you consider yourself an owner of

14     the business?

15          A     I was not on the LLC.

16          Q     That's not what I asked.  Did you consider

17     yourself an owner of the business?

18          A     I was never paid for anything that I did, nor

19     did I receive any sort of -- well, Mike was buying

20     luxury cars and boats.  I didn't have the opportunity

21     to buy anything of -- any value for myself.

22          Q     Okay.  And yet --

23          A     So, no, I didn't consider myself an owner of

24     the business because I was getting nothing from the

25     business.  I couldn't fill out a credit app for



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 91

```
01   anything.
02        Q    So, you wouldn't have written any e-mails or
03   text messages to Mike telling him that, you know, you
04   feel like you should get a part of the business or you
05   feel like you're an owner of the business or a partner
06   in the business, nothing like that?
07        A    No.  I did approach him at one time to put me
08   on -- to give me part ownership of the business.  He
09   said he would not do it.
10        Q    When was that?
11        A    That was when we were living off Tropic Isle
12   in the house.
13        Q    In what year?
14        A    That would've been 2022.
15        Q    So, it'd been before you moved to the Briny
16   Apartment?
17        A    Yes.
18        Q    And at what point did you sign or Mike sign
19   paperwork to authorize you to have complete access to
20   the bank account used by SeaWater?
21        A    From inception.
22        Q    Did you use that bank account to make
23   payments to vendors?
24        A    Yes.
25        Q    And did you run payroll or somebody else did?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 92

```
01        A    I ran payroll until the bookkeeper came, and

02   then I still signed checks.

03        Q    When did the bookkeeper came?

04        A    I'm not sure the exact month.

05        Q    What about the year?

06        A    She started when we were in the -- off Second

07   Ave.  And that year would've been 2000, I believe she

08   started shortly after -- it was during the COVID

09   period.

10        Q    In 2020?

11        A    Um-hum.

12        Q    That's a yes?

13        A    Yes.

14        Q    So, when you say that you, and you still

15   signed checks, that means that if we asked Wells Fargo

16   for copies of the checks, it would show your signature

17   on paychecks?

18        A    Yes, it would.

19        Q    And how often would you sign the paychecks?

20        A    Weekly.  In fact, we didn't go to W2s until

21   2020 January.  Before that, they were just paid

22   straight.  You would find checks in the -- those checks

23   also to employees.

24        Q    How many employees were we talking about that

25   you'd have to sign checks for?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      A    Well, we were paying to we paid Ernst that

02  way.  We also paid Tibby and Kristen that way.  We paid

03  Trevor.  We paid a guy named Mike, who was only there

04  for a few weeks.

05      We paid the other Dillon, Jessie Glenn.  My Dylan,

06  Bailey had her checks on that way.  I don't believe we

07  missed.  Wait.  There was another guy that was there

08  for a very very short time, but I don't recall his

09  name.

10      **Q    And so, your responsibility with respect to**

11  **those paychecks was just to sign him?**

12      A    No, I had to calculate the hours.  Initially

13  we went by word of mouth with those employees.  Then at

14  some point Trevor started writing his 10 hours down on

15  a piece of paper because, I knew he was fudging.

16      And that's why the timekeeping system was

17  originally was then implemented.  But I witnessed

18  Bailey circumvent it that I -- when in for -- at that

19  time period.

20      **Q    And so, from January of 2020 onwards, you**

21  **weren't signing checks?  You weren't calculating hours?**

22      A    No, I was signing checks.

23      **Q    You weren't calculating hours after that?**

24      A    No, I was calculating hours.

25      **Q    For everybody, every week?**



**Universal**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A    Yes.

02        Q    After you moved to W2?

03        A    Yes.

04        Q    Until when?

05        A    Until I left.  The bookkeeper started doing

06   the he -- she would input the hours into the system,

07   but I still signed the checks because I was busy

08   packing boxes and doing pre-assemblies.

09        Q    And so, you were busy packing boxes and doing

10   pre-assemblies all the way through, including March,

11   April, May, June of 2022?

12        A    It wasn't, I -- when I left in March of 2022.

13        Q    So, beginning of the year, January, February,

14   March of 2022 you were packing boxes and doing pre-

15   assemblies?

16        A    Yes, I was on the floor every day.  Even when

17   Mike left for lunch.  We're talking 2021.  I'm sorry,

18   2021.

19        Q    Okay.  I was talking January, February, March

20   of 2022.  You were packing boxes and doing pre-

21   assemblies?

22        A    Yes.

23        Q    And then you said 2021?

24        A    Yes.

25        Q    Okay.  So, explain that to me.  You were busy
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   packing boxes and doing pre-assemblies until when?

02       A    Until March.

03       Q    Until March of 2021?

04       A    Yes.

05       Q    Okay.  Why March of 2021?

06       A    That's when Dylan left and Bailey went to

07   work.

08       Q    Okay.  And when Dy -- when Bailey went to

09   work, you wouldn't work with her?

10       A    No.

11       Q    Okay.  And so, let's see, up to March of

12   2021, how many times had you e-mailed or texted Mike or

13   sent him a WhatsApp about how upset you were that you

14   hadn't gotten paid anything for all the work you did?

15       A    I didn't have to e-mail him, text him.  He

16   came home and I told him.

17       Q    Okay.

18       A    He also kept saying that he was going to get

19   rid of Bailey and that I would be going back to work,

20   that didn't happen.

21       Q    Okay.  So, you didn't send him any kind of --

22   have any exchange by text or e-mail or WhatsApp about

23   getting paid, but you did have an exchange with him

24   about being an owner or a partner or some kind of --

25       A    Yes, I told him to give me a percentage of
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   the business if he wasn't going to pay me, and he

02   didn't do that.  In fact, he gave half the business to

03   my niece in his will.

04        Q    Okay.  And so, you told him to give you a

05   percentage of the business if you were not going to pay

06   her.  When did that happen?

07        A    That happened when we were on the house in

08   Tropic Isle.

09        Q    In '22?

10        A    Um-hum.

11        Q    And by that point you were working about how

12   many hours a week?

13        A    At what point?  What year?

14        Q    Well, at the time that you sent him an e-mail

15   saying --

16        A    I did not send an e-mail.

17        Q    Okay.  Did you text him?

18        A    I didn't have to text him.  He was home every

19   night.

20        Q    Okay.  So, there's no text or e-mail or

21   anything about your getting a percentage of the

22   business?

23        A    No.

24        Q    You talked to Mike in?

25        A    He refused.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 97

```
01        Q    In 2022?

02        A    And he refused.  And it --

03        Q    Hold on a second.  This -- it doesn't work

04   like this.  I just need to ask you the question and

05   then you can go ahead and answer.

06        So, in 2022 while you were at the house in Tropic

07   Isle, you told Mike to give you a percentage of the

08   business if he was not going to pay you.  Is that

09   right?

10        A    Yes.

11        Q    Okay.  At that time you were working how many

12   hours a week?

13        A    I was working in the evenings with him.

14        Q    And how many hours is that you were working?

15        A    I would -- when he would come home, you'd

16   generally take a nap and then he would get back up and

17   from like 08:00 to 02:00 we would be talking, he would

18   be on the phone with Jay Baldotta in India.

19        Sometimes the dealer would call -- dealers would

20   call and he would put them on speaker phone.  We'd

21   speak, but I was constantly looking at social media.

22   Social media alone took forever.

23        We had the YouTubers doing their thing and also

24   any reviews or anything like that.  He also had Bailey

25   living in our house at that time also.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q    Okay.  But in figuring out how many hours a

02  week you were working, you said that Mike would take a

03  nap.  He would be up from 08:00 a.m. to 02:00 p.m.  He

04  would have --

05      A    No 08:00 p.m. to 02:00 a.m.

06      Q    Sure.  I mistake 08:00 p.m. to 02:00 a.m. He

07  would be talking to dealers and people in India and

08  he'd have a lot?

09      A    He on his phone like he is right now.

10      Q    Okay.  And so, that's Mike working, and you

11  said you were on social media.  So, for how long were

12  you on social media?

13      A    Generally that whole time.  Because you had

14  Star Trek on the TV in the background.

15      Q    So, you were on social media for six hours a

16  night.  What were you doing for six hours a night on

17  social media that was work related?

18      A    Looking for reviews, I would go to TikTok or I

19  would go down to the Google store and find out any new

20  social media site that was being started.  And I would

21  reserve the SeaWater Pro names, so nobody else would

22  get that.

23      I was posting videos on sites.  I was also -- I

24  still had -- I was doing the Instagram and the Facebook

25  thing too.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q     Right.  But for Instagram and Facebook, you

02   can see when those posts were uploaded, right?

03      A     Yes.

04      Q     Okay.  And so, if we look at the Instagram

05   and the Facebook account for SeaWater Pro, in 2022, we

06   could see when you were posting anything on behalf of

07   SeaWater Pro.  Is that right?

08      A     Posting, but you wouldn't see anything from

09   about the comments and stuff made on the Watermakers

10   discussion group.

11      Q     Okay.  Exactly, and so for that reason --

12      A     Right.  You would not see those.

13      Q     Right.  But we will get them in response to

14   our request for the history of what you've done.

15      A     Not necessarily because some of those posts

16   were made under my personal page.

17      Q     Right.  And since we've requested from your

18   personal or any account that you have access to all

19   posts that you've made on behalf of SeaWater Pro, we

20   should be getting those.  Do you understand that?

21      A     That's SeaWater Pro, but under my own

22   personal name, it wouldn't be.  Mike used to respond

23   off my account direct to the Watermakers discussion

24   group because the Watermakers discussion group wouldn't

25   take the SeaWater Pro or the -- with the business page



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 100

```
01   to be accepted into the group.  But they took my
02   personal Facebook account to be accepted.
03        Q    Right.  So, all we have to do is look at your
04   history and your personal Facebook account and then
05   we'd see when you made those comments, right?
06        A    No, I've got automatic delete on that stuff.
07        Q    Automatic delete on what stuff.
08        A    That -- my Facebook history.
09        Q    Since when?
10        A    This started what, two years ago or
11   something.  They gave you the choice, I believe.
12        Q    So, since after you stopped working at
13   SeaWater Pro, you're saying that you turned on
14   automatic delete?
15        A    No, I never.  I -- they gave me an option to
16   get rid of history and whenever that option came up, it
17   wasn't anything to be -- it was something they said, do
18   you want to delete it?  And I said yes.  I don't
19   remember the exact timeframe.  Whenever they did their
20   privacy update features.
21        Q    Do you know whether that was before or after
22   you stopped living with Mike in 2022?
23        A    What?
24        Q    That you enabled the option to delete the
25   history of your Facebook?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    A    Oh, definitely when I was with Mike.

02    Q    And then you created a Facebook account for

03 SeaWater Pro?

04    A    Yes.

05    Q    Is that Facebook account for SeaWater Pro's

06 yours, or is it SeaWater Pro's?

07    A    The Judge order that it's Mike's, it was set

08 up on a personal Facebook page.

09    Q    Okay.  And so, have you provided Mike the

10 login information for that?

11    A    I'm unable to do so, and I explained that to

12 the Judge.

13    Q    And why are you unable to provide it?

14    A    Because there isn't a separate login and

15 password.

16    Q    And so, what hap -- what's happened with that

17 page?  Is it still active?

18    A    It's deactivated.  Mike's -- his programmer

19 or his computer guy was supposed to call me and I

20 refused to return any calls or e-mails.  I've forwarded

21 that information to my prior attorney.

22    Q    While you maintain access to that Facebook

23 page and had it enabled, did you have it directed to X-

24 rated or porn sites?

25    A    No, that's a different Facebook page that



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 102

```
01   Mike had set up prior to me doing that.  I have nothing
02   to do with that page.
03        Q    Okay.  Did you post negative reviews on
04   Facebook about SeaWater Pro and/or Mike?
05        A    Negative reviews?
06        Q    Yes.
07        A    No, reviews.
08        Q    When I say negative reviews, we're talking
09   about negative commentary about SeaWater Pro --
10        A    Comments are different.
11        Q    -- or it's, or it's Pro.
12        A    I made comments on that page stating what
13   had -- the treatment that Mike was doing to me.  Yes, I
14   did.
15        Q    Made comments on which page, the SeaWater Pro
16   page?
17        A    Yes.  But I also stated that this was a
18   personal page, not a business page at that time.
19        Q    "At that time," meaning after March of '22?
20        A    Yes.
21        Q    On your personal Facebook page, did you share
22   information about Mike's medical history?
23        A    Yes, I did.
24        Q    Why?
25        A    Mike's condition does not allow him to lift
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 103

```
01   heavy boxes to run that business.  He can't lift over

02   50 pounds.  The units alone, the motors 37 pounds and

03   the other boxes were between 50 and 75 pounds.  He

04   wasn't physically able to run that business alone.

05        Q    Okay.  But at the time you shared Mike's

06   personal health information, he wasn't running the

07   business alone, he had other employees, did he not?

08        A    Yes, he did.

09        Q    Okay.  And so, you indicated that Mike's

10   medical conditions restricted his ability to lift, not

11   the reason why you shared that on your personal

12   Facebook page.  So, why was that?

13        A    I shared the information because I had never

14   been compensated for anything that I had ever done

15   through the Facebook for the SeaWater Pro.  And Mike

16   was not going to do anything.  It was grotesque and

17   something I should not have done, and I'm paying my

18   price for that.

19        Q    And when did you post this information,

20   Mike's medical information on your Facebook page?

21        A    After June of 2023.

22        Q    Would it have been sometime in 2023 after

23   June?

24        A    Yes.

25        Q    What else did you do or share online about
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 104

01    Mike or his business because of your claim that you

02    hadn't been compensated for what you did for SeaWater

03    Pro?

04        A    I was never compensated and I stated that on

05    the page.

06        Q    Okay.  What else?

07        A    I reiterated several times that I had never

08    been paid.

09        Q    Okay.  Other than on -- besides on your

10    Facebook page, did you share other information about

11    Mike or SeaWater Pro that was negative or painted them

12    in a bad light since March of 2022?

13        A    That's vague.

14        Q    Okay.  Your objection has been noted.  If you

15    can answer me, please.

16        A    I did state that he had taken his -- the

17    relationship with my niece, how he had taken her Greece

18    alone and how he had given her a business car knowing

19    full well that she had a DUI.

20        Q    Okay.  What else?

21        A    On that page is also where my niece's

22    girlfriend, I had learned through a neighbor that they

23    were saying that I was going to go to the warehouse and

24    shoot them.

25        And that's where the comment about guns came in.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   I said on this -- I made a comment that told her that

02   she said I was going to shoot them like they were in.

03   They're crazy.

04        Q     Okay.  What else did you post on social

05   media?

06        MR. CUTHBERTSON:  Objection.  Asked and

07   answered.

08   BY MR. POLLOCK:

09        Q     Did you finish answering what other instances

10   or comments have you made the painted Mike or his

11   business in a bad light on social media other than what

12   you've already discussed?  Videos, comments?

13        A     I posted videos that I felt was inappropriate

14   for the business that my niece had tagged with the

15   SeaWater Pro name of TikTok.

16        Q     Okay.  What else?

17        A     There were responses to some of the stuff on

18   my Facebook page that was somebody had created an

19   account with my son's name and they said they were my

20   daughter as Mindy Michaels and I do believe that was my

21   niece and her girlfriend, and I believe that might have

22   been under his directive.

23        Q     Why do you believe that?

24        A     Because Mike had fired my niece during that

25   time.  And from the dates that her girlfriend went back
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   into work and the comments they made on that page.
02        Q    And on the Facebook page that you said was
03   deactivated, does that mean that if you went on to
04   Facebook and searched for SeaWater Pro it wouldn't come
05   up?
06        A    It's not.
07        Q    Have you looked to see whether it still does?
08        A    No, it does not.  The other page that Mike
09   paid $384 a month prior to me setting up that page
10   still shows up and it's still being diverted to a porn
11   site.  I had nothing to do with that.  And he knows it.
12        Q    I mean, that's a SeaWater Pro page you
13   created, right?
14        A    No, that is not because it's deactivated.  If
15   you would -- can you scroll down a little bit?  Hang
16   on, take it down a little bit.  I need to look at the
17   phone number on that page.  Okay.  602, that's the page
18   that he had the other company create because the number
19   went from a 602 number to the 954 number.
20        Q    Okay.  So, is this the SeaWater Pro page that
21   you created?
22        A    No, that's his current official page.
23        Q    So, the SeaWater Pro page, you're saying that
24   has 183 likes and 154 followers is something that Mike
25   had somebody create and that he should have access to?
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 107

```
01        MR. CUTHBERTSON:  Can you say it again, where
02   it shows the likes you just mentioned?
03        MR. POLLOCK:  It just shows 138 likes and 154
04   followers under, under the name.  Just to
05   distinguish it from the other one, I didn't know
06   any other way to do it other than reading off the
07   address, which was going to be a bunch of numbers.
08        MR. CUTHBERTSON:  You can answer.
09        A    Yes.  He was paying 300 some dollars a month
10   to somebody else to do that and they weren't doing any
11   other out direct marketing campaigns.
12   BY MR. POLLOCK:
13        Q    When did he start doing that to pay somebody
14   else to run --
15        A    Before I had set up the other page because I
16   didn't like the idea of the name on somebody else
17   controlling the name and having the rights to that
18   name.
19        That's why I took the SeaWater Pro Watermaker
20   page, her name and why I reserve that name with a bunch
21   of different social media numbers.
22        Q    Did you ever have access to this page that
23   we're talking about, the 138 likes and 154 followers?
24        A    No.  I -- Mike was supposed to find out who
25   had access and who started that page by this -- when we
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   went to Court for the second contempt charge.  When my

02   attorney asked if they had clarified the ownership of

03   that page, his attorney informed my attorney that they

04   had not done so.

05        Q    When you were in Greece during the summer of

06   2019, is it your contention that you were working 91

07   hours that week?

08        A    I was available those 91 hours.

09        Q    Okay.

10        A    Mike wasn't giving me a directive of what to

11   do, like we had when we were at the shop.

12        Q    So, while you were there if Mike asked you to

13   do something, you would, right?

14        A    Yes.

15        Q    But other than that you can enjoy the trip?

16        A    Yes.

17        Q    Would you say that same description would

18   hold true while you were on the boat from Okeechobee

19   down?

20        A    Yes.

21        Q    And was there a time while that you were

22   admitted to any hospital or other facility during the

23   five years before you filed the lawsuit?

24        A    Yes.

25        Q    How long were you admitted to Holy Cross



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025              Page 109

```
01   Hospital?

02        A    Three nights.

03        Q    During those three nights, and I'm not here

04   to embarrass you and I don't -- hope it doesn't come

05   off like that, but there's a claim that while you were

06   admitted to Holy Cross Hospital for those three nights,

07   that you were still working 91 hours a week.  Is that

08   correct?

09        A    No.

10        Q    Okay.  And you agreed that while you were in

11   the hospital those three nights at Holy Cross for the

12   psychiatric admission, that you couldn't have contact

13   with anybody outside of the facility?

14        A    I had contact with Mike.

15        Q    I'm sorry?

16        A    I had contact with Mike.

17        Q    Okay.  And you had contact with Mike

18   consistently throughout, or only at the end in order to

19   get released?

20        A    Consistently.

21        Q    Other than talking with Mike is it true that

22   you couldn't use a phone, internet, e-mail, or have

23   visitors?

24        A    I had no internet or e-mail, but I did have a

25   phone to talk to Mike.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      Q     Is that the only person you're allowed to

02   talk to?

03      A     No.

04      Q     So, you talked with other people besides

05   Mike?

06      A     Yes.

07      Q     As far as visitors, you didn't have any

08   visitors?

09      A     It was COVID.

10      Q     What were you admitted for?

11      A     I was -- Mike had called my son and convinced

12   my son to have me Baker Acted.

13      Q     Okay.  And so, Baker Acts or involuntary

14   commitments can happen different ways.  Was this a

15   situation in which somebody, a law enforcement or other

16   agency took you to?

17      A     No.

18      Q     Okay.  Was this a situation where you went

19   where Mike took you?

20      A     Mike took me.

21      Q     Did Mike take you kicking and screaming or

22   did you agree to go?

23      A     I did not want to go.

24      Q     I mean, but it's not like Mike physically

25   restrained you and prevented you from going, is it?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 111

```
01          MR. CUTHBERTSON:  Objection, form.

02          A     No.

03   BY MR. POLLOCK:

04          Q     And so, during the time that you were at the

05   facility at Holy Cross, do you agree that you weren't

06   working?

07          A     No, I was not working.

08          Q     And had you received this kind of inpatient

09   treatment or evaluation in the past?

10          A     No.

11          Q     And you understand that as far as your claim

12   in this lawsuit, you're not claiming any money for

13   overtime that you worked during the three years before

14   filing the lawsuit in June of 2024, right?

15          A     Ask that one more time.

16          Q     Sure.  You understand that in your lawsuit

17   there's no claim for overtime wages worked during the

18   three years before you filed the lawsuit?

19          A     I was -- okay.  I'm not sure if I'm

20   understanding this right.

21          Q     Okay.

22          MR. CUTHBERTSON:  Break it down for her.

23   BY MR. POLLOCK:

24          Q     Go ahead.  Mr. Cuthbertson can't help you,

25   but I'll try to ask it.  You understand that your
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   lawsuit is not about overtime wages.  Do you understand
02   that?  You look a little puzzled.
03       A    Yes, but for what years?
04       Q    Well, you understand that you filed this
05   lawsuit against Mike and his company, right?  It's a
06   yes?
07       A    Yes.
08       Q    And you understand that you filed it on
09   June of 2024?
10       A    Yes.
11       Q    Okay.
12       A    I believe it was September though.
13       Q    June 10th, 2024.
14       A    Okay.
15       Q    Excuse me.  June 7th is when the Lawsuit was
16   filed of 2024.  And you understand that under the law,
17   the most that you can claim is to try to go back three
18   years before then for overtime wages, so that all you
19   could do is claim with respect to overtime, is to try
20   to recover money for overtime that you would've worked
21   from June, whatever, 8th of 2021 through
22   June 7th, 2024.
23       MR. CUTHBERTSON:  He's talking about the
24   statute of limitations.
25       A    Okay.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 113

```
01   BY MR. POLLOCK:

02       Q    But how long the law allows you to go back?

03       A    Yes.

04       Q    And it's three years before you filed the

05   lawsuit?

06       A    Yes.

07       Q    And you understand that in your lawsuit,

08   you're not claiming you worked overtime during those

09   three years before you filed the lawsuit.  Do you

10   understand that?

11       A    I'm sorry.  I don't.

12       Q    Okay.  What do you understand you're claiming

13   in your lawsuit?

14       A    In my lawsuit, I told them the situation

15   and --

16       Q    And I want to preface that because I want to

17   stop you there because you're saying what you told your

18   lawyers.  I don't want to know what you told them

19   because that's privileged what you tell them, what they

20   tell you --

21       A    Okay.

22       Q    -- which that's off base and I don't want to

23   hear about that.  But I do want to find out is what

24   you're, what you are claiming in your Lawsuit.  Like

25   that's what I want to find out.  What are your
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  allegations?  What are you claiming as far as money?

02       A    I told them when I worked, they applied the

03  law to what I -- to the hours I worked.  How that's --

04  how the statutes work and how far you can go back.  I

05  struggle with understanding this.  I under -- I

06  struggle with understanding the Courts.

07       Q    Okay.

08       A    And they've met with me several times to try

09  to explain this to me.

10       Q    Okay.  And so, you had told us that you

11  stopped working in SeaWater Pro in March of 2022,

12  right?  Is that correct?

13       A    Not in March.

14       Q    Okay.  When did you stop?

15       A    In March is when I went to working evenings

16  with Mike.

17       Q    Again, that's when you said you were working

18  from --

19       A    08:00 to 02:00 in the morning?

20       Q    08:00 p.m. to 02:00 a.m.  And was that seven

21  days a week?  Was it five days a week?  I didn't

22  under -- I didn't get that.

23       A    It was every night.  Realized that Bailey was

24  coming back or Bailey lived there part-time there and

25  she was informing of what had gone on in the shop



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                          Page 115

```
01  during that day.
02      Q    Okay.  But how many nights a week are you
03  claiming that you worked from 08:00 p.m. to 02:00 a.m.?
04      A    I was at Mike's disposal that entire time to
05  do any directive that he gave me.
06      Q    All right.  So, kind of like when you were on
07  the sailboat in Greece, you could kind of do what you
08  wanted, but if Mike asked you to do something, you
09  would do it?
10      A    Mike had control of every -- he had control
11  of what I did at all those times.  I was to be
12  available.
13      Q    Okay.  What do you mean, you were to be
14  available?  How did he have -- how did he have control
15  over what you did?
16      A    He was there.  I didn't just pick up and go
17  out for an evening by myself or have a girl's night
18  out.  I was there for him.
19      Q    Okay.  Is that because Mike -- because you
20  asked Mike to go out for a girl's night and he said,
21  absolutely no way.  Or did you just figure you would
22  spend the time with Mike?
23      A    I would spend that time with Mike.
24      Q    Okay.  And as far as the time when Mike would
25  get up from his nap, and when Bailey would come home
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    and kind of give a download from the day, how is that

02    different than sitting around the dinner table and talk

03    to you about your day at work?

04         A    Mike would not allow me to return to work at

05    LA Fitness.  He was terrified of getting COVID.  And --

06         Q    But we're talking about in 2022, when you're

07    talking about?

08         A    He still did not want me working outside of

09    the house because of COVID.

10         Q    Okay.  And LA Fitness was something that you

11    would do in the mornings when you --

12         A    And in the evenings.

13         Q    Okay.  And now we're talking about this time

14    from March of '22 onward.  When you were -- you said

15    you were working from 08:00 p.m. to 02:00 a.m., and you

16    said that Mike had control over what you did.

17         And you said that it's not like you went out with

18    girlfriends and had girl's nights.  So, I'm trying to

19    find out how Mike controlled, what you were doing or

20    could do, any given evening during any of the nights of

21    the week, from March of 2022 on?

22         A    Mike would not allow me to go work outside of

23    a controlled environment because of his fear of COVID.

24    So, when he was there and like during this meeting,

25    he's always on his phone.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 117

01     Q     Okay.  But that's Mike working and I'm asking

02   you.   How did he have control over?

03     A     He would come across something that he saw

04   that he wanted me to do.  I was there to do it and I

05   did it.

06     Q     Okay.  So --

07     A     It wasn't a formal environment like an

08   office.  But in the cyber world, I was there, I was

09   checking, you know, I could go and check shipments if

10   he asked because I could log into the UPS module.

11     I, you know, I could check, and see what orders

12   came in.  I could also get into the accounting system

13   and see what was going on there.

14     Q     And I understand what you could do.  What you

15   said was that Mike controlled what you were able to do

16   in the evenings.  And I'm just trying to find out,

17   other than Mike telling you that you weren't allowed to

18   teach at LA Fitness in the evenings, which I think you

19   told us that that class would've been before 08:00 p.m.?

20     A     No, there are 8 o'clock Pilates classes.  You

21   can go to the LA fitness schedule right now and see, I

22   just take -- was taken off my 8 o'clock this past week

23   at night.

24     Q     Well, you had said that, up to March of 2020,

25   the class that you would teach on Thursday nights



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 118

```
01   before 04:30 p.m.?

02        A    No, on Thursday.  That was at 09:45.

03        Q    You said that you would teach Tuesday and

04   Thursday at 09:45?

05        A    09:45 Tuesday and Thursday morning, and 04:30

06   on Tuesdays, which I eventually gave up.

07        Q    Okay.  So, before March of 2020 with Mike,

08   you hadn't taught on at 08:00 p.m. on any of the

09   nights?

10        A    That's true.

11        Q    And so --

12        A    I did teach in 2019.  You're right.  I did.

13   I gave up my evening classes in 2018.

14        Q    And so, how did Mike control, what you could

15   or couldn't do while you were at home with him in the

16   evenings, from March of 2022 on?

17        A    Mike stated that he at still in 2022, Mike

18   was still very afraid of getting COVID.

19        Q    Okay.  And so -- go ahead.

20        A    Yes.  And, he did not want me going to work

21   in a gym environment because he was afraid that I would

22   bring it home.

23        Q    But other than not working at a gym, you

24   could pretty much do whatever you wanted.

25        MR. CUTHBERTSON:  Objection.  Calls for
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    conclusion.

02    BY MR. POLLOCK:

03        Q    Go ahead.

04        A    I didn't feel like I had that option.

05        Q    Why not?

06        A    He was also stating that he was going to fire

07    Bailey and bring me back the day-to-day operations.

08        Q    When position wasn't standing over your

09    shoulder and telling you, you know, what websites you

10    could or couldn't look at, or what social media you

11    could or couldn't use, or what you could or couldn't do

12    on those, right?

13        A    No, he was not stipulating where I had to be.

14        Q    Wasn't stipulating where you had to be or

15    while you were home, what you had to do other than when

16    he would ask you to handle something that popped up

17    while he was on a phone call?

18        A    If something popped up on a phone call.  But

19    I was also looking for reviews and maintaining

20    correspondence through the Messenger app on Facebook.

21    And also, you know, looking at the Google Play stores

22    and trying to reserve the SeaWater Pro name like

23    Reddit, Pinterest, whatever, so that nobody else could

24    have access to that name.

25        Q    I mean, as far as Mike having a fear of


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   COVID, you'd agree with me that Mike traveled during

02   COVID, and afterwards?

03        A    No, Mike traveled some during COVID, not

04   during the height of COVID.

05        Q    Okay.  And then afterwards, Mike has

06   traveled, right?

07        A    He took some trips.  He eventually in 2022,

08   he did go to Puerto Rico with my niece.  And he also

09   ended up going to an Annapolis with my niece also.  But

10   it was very -- it was after -- it was after he was --

11   he had the vaccines which was after that time.

12        Q    Okay.  And since -- let's say, the summer of

13   2020, Mike went to restaurants with you, didn't he?

14        A    If we ate outside?

15        Q    And so you're saying from the summer of 2020

16   until for the next two years, you only ate with Mike

17   outside of restaurants?

18        A    Pretty much, yes.

19        Q    "Pretty much, yes," or we eat inside as well?

20        A    Very, very rarely.  He got his -- he was

21   vaccinated in February of 2019.

22        Q    He was vaccinated in February of 2019 before

23   COVID?

24        A    No, 2020.  I'm sorry, 2020.

25        Q    COVID started, from my understanding of when
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  we shut down was mid-March of 2020.

02      A    Okay.  I'm sorry, it was 2021.  I'm getting

03  lost in years.  Please forgive me.  But I remember it

04  was February and DeSantis had opened up a special

05  vaccination period.  Because I was at -- he wanted to

06  get that vaccine and I was at work, making calls for

07  him to get that vaccine.

08          Once he had the vaccine, he eased up a little bit,

09  but we still weren't eating inside at restaurants.  We

10  were eating outside, which in Florida is not a big deal

11  because the weather cooperates.

12      Q    And when you say, you were at work making

13  calls for him to get the vaccine, you're saying you

14  were sitting at work, but you were making calls to try

15  to get Mike on the list to get a COVID vaccine?

16      A    Yes.

17      Q    Okay.  And everybody was trying to do it

18  round about that time, so it was taking a while?

19      A    No.  Not everybody could get that.  Mike

20  could get it because of the CHF.

21      Q    Okay.  But you were spending a good portion

22  of your day trying to figure out how and where to get

23  Mike an appointment to get a vaccine?

24      A    That was one of his directives to do.

25      Q    Okay.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 122

01      A    Just like Mike had me do his medications.

02  And when Mike stayed at the hospital, he requested that

03  I spend the night with him.  And we went to his

04  doctor's appointments, still making calls in the car on

05  the way there, on the way back.

06      **Q    And you're saying, when you were doing Mike's**

07  **medications, you were doing that as his employee and**

08  **not his significant other?**

09      A    That's a hard one to say.  I did not like

10  doing his medications.  And you know, he takes 17 pills

11  a day.  Just trying to get part of doing his medication

12  is getting the refills in the time it's allotted.

13      And during COVID, it was a matter of having Costco

14  deliver his medications.

15      **Q    And you were responsible for coordinating the**

16  **refills and also putting them into the pill cases --**

17  **the daily pill cases?**

18      A    And setting daily reminders on my phone for

19  times to take the pills.  Yes.

20      **Q    And sometimes I'm here to ask a difficult**

21  **question.  So, were you doing that as his girlfriend or**

22  **were you doing that you know, because you claim you're**

23  **his employee?**

24      MR. CUTHBERTSON:  Objection.  Calls for legal

25  conclusion.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                Page 123

```
01  BY MR. POLLOCK:
02        Q    Go ahead.
03        A    I did not like doing his medications and he
04  knew that.  The pills are getting confusing and I
05  didn't want to mess them up.
06        Q    Okay.  And although you didn't like doing it,
07  I'm asking you, did you think you were doing it as his
08  girlfriend or were you doing it as his employee?
09        MR. CUTHBERTSON:  Again, objection form.  Go
10  ahead.
11        A    Filling the pill boxes might have been as a
12  girlfriend doing, refilling the medications was a part
13  of the job.
14  BY MR. POLLOCK:
15        Q    When you're saying you were getting the
16  refills, does that mean you would physically have to go
17  and pick them up including controlled substances, or
18  you would just call in and make sure that the refills
19  were sent over to the pharmacy?
20        A    Because I filled the boxes, I knew which
21  pills he was out of.  So, I would call the pharmacy and
22  then, Costco would deliver if you had so much money in
23  prescriptions and stuff like that.
24        Q    Okay.  So, you said the pill boxes were his
25  girlfriend.  What -- and you said, but when you would
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                Page 124

01  call Costco to get refills for his prescriptions, that

02  would be you were considering that work?

03       A    Yes, because it was happening during work

04  hours.

05       Q    Okay.  And so, is that what's considered

06  work?  Is something that happens during work hours?

07       MR. CUTHBERTSON:  Objection, calls for legal

08  conclusion.

09       A    No.

10  BY MR. POLLOCK:

11       Q    Okay.  And what are work hours?

12       MR. CUTHBERTSON:  Objection, calls for legal

13  conclusion.

14  BY MR. POLLOCK:

15       Q    You can answer.  Unless he tells you not to.

16       MR. CUTHBERTSON:  Go ahead.

17  BY MR. POLLOCK:

18       Q    What are work hours?

19       A    When I was -- to me, work hours was any time

20  that Mike had control over my time, which could be at

21  the shop.  I considered -- I was frustrated when I was

22  supposed to manage the employees and then have to run

23  and get his prescriptions for him.  Because I couldn't

24  effectively do both.

25       Q    So, you saying you couldn't manage the



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 125

01  employees when you had to run basically a personal

02  errand for Mike?

03        MR. CUTHBERTSON:  Objection, form.  Answer.

04  BY MR. POLLOCK:

05        Q    You can answer.

06        A    I didn't -- I did not like doing that.

07  Because I knew the employees would do nothing when I

08  left.

09        Q    Okay.  And so, was it work -- did you

10  consider it work for SeaWater Pro and, Mr. Spanos when

11  you would leave the warehouse and have to go pick up a

12  prescription or run an errand for him personally?

13        MR. CUTHBERTSON:  Objection, form.  Go ahead.

14  BY MR. POLLOCK:

15        Q    You can answer.

16        A    No, that was part of my job.

17        Q    Okay.  And you said he had control over your

18  time.  How did Mike have control over your time?

19        A    Mike had control of my time.  We were always

20  together.  I mean, he gave my car away, so I didn't

21  even have the ability to run a simple errand by myself.

22        Q    Couldn't use his car.  Can you drive his?

23        A    Yes, I could drive his car.

24        Q    So, if you could drive Mike's car and you

25  went to work with him, how was he in control of your



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 126

01  time?

02      A    We were -- Mike was selling so much stuff and

03  for me to get the product out were to handle the

04  employees.  I needed to be available at the shop while

05  the employees were there to manage effectively.

06      If I missed a shipment because I was running out

07  to get his medications, he would become extremely upset

08  at me.

09      **Q    Was there somebody in the shop besides you**

10  **who was tasked with getting shipments out on time?**

11      A    Before Dylan, no.

12      **Q    Okay.  And then once Dylan started?**

13      A    I told you in October or November of 2021.

14      **Q    So, in -- let's go through June of 2019**

15  **through the end of the year, what was your typical work**

16  **schedule a day or a week?**

17      A    It was 09:00 to 06:00 or 07:00 at night.

18  Usually, some nights we would go later.

19      **Q    And that was every day, including weekends?**

20      A    Definitely.  Monday through Friday we were in

21  the shop.  Usually another -- at least one of the

22  weekend days.  And then there might be one day that we

23  did not go in.

24      **Q    And then the weekend that you would go in,**

25  **that would be what at full 09:00 a.m. to 06:00 or 07:00**



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  p.m. or that would be a half day?

02       A    We would go in usually on the weekend to the

03  warehouse.  If -- we would be there around 09:00 and we

04  would stay generally until at least 04:00.

05       Q    Okay.  And did that same schedule continue up

06  through when COVID started?

07       A    When COVID started the schedule --

08       Q    Before COVID up?

09       A    Before COVID.

10       Q    January, February, and that first half of

11  March?

12       A    Yes.  Because we were doing $100,000 months.

13  We grew -- the business grew unbelievably fast and we

14  didn't have it automated.

15       Q    Okay.  What about once you get into 2021,

16  what does that schedule look like?

17       A    2021 was about 09:00 to 06:00 or 07:00 in the

18  shop.  Sometimes later.

19       Q    Okay.  That's Monday through Friday, same

20  thing.  And then one day on the weekend in and one day

21  off?

22       A    I'd say Monday through -- definitely Monday

23  through Friday, usually Saturday.  Or we at least had

24  to go in, because a customer would come and pick up an

25  order.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025              Page 128

01       Q      And then what changed in the end of February

02   of 2021?   What changed in your schedule?

03       A      That's when Dylan quit and Bailey went into

04   the day-to-day operations.

05       Q      And so, what was your -- and that's when you

06   started working nights only or?

07       A      Yes.   But like I said, Mike kept saying that

08   he was going to fire Bailey.

09       Q      When you're in the shop in the warehouse,

10   2020, 2021, do you have idle time?

11       A      At that time, no.   Really didn't have much

12   idle time.

13       Q      So, if we take a look at your phone

14   records -- your personal phone records for both of them,

15   we'll see that there's not much activity because, you

16   didn't have much idle time from 09:00 a.m. to 06:00 to

17   07:00 p.m.   Monday through Friday?

18       A      I was on the computer.   I was on the computer

19   and I was packing boxes.

20       Q      Okay.

21       A      When Dylan was packing boxes, I was checking

22   to see what they were packing.   I was doing inventory

23   in the back of the shop.   Just trying to get the

24   employees to do their job and to show up was a -- very

25   difficult.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01        Q     So, my question was, if we looked at your

02   phone records, the two phones that you had --

03        A     No.  That we also had an internal phone

04   system at that time.

05        Q     Understand.  But I'm talking about your

06   personal phones.  You had two phones, two phone

07   numbers.

08        A     No, only had one phone number. I didn't get

09   the second phone number until after I left Mike.

10        Q     So, the phone number that you were using at

11   the time was 0840?

12        A     Yes.

13        Q     Okay.  So, if we looked at the 0840 phone

14   number, then we wouldn't see much activity on that

15   number Monday through Friday, 09:00 a.m. to 06:00 or

16   07:00 p.m.  During weekdays, because you didn't have

17   much idle time.  Is that right?

18        A     Sure.  In fact, I usually did everything on

19   my watch because I couldn't carry my phone.

20        Q     And when you say, you did everything on your

21   watch, as far as responding to text messages?

22        A     I would see a text message coming on my watch

23   or a phone call coming on my watch.

24        Q     And we're talking about -- looking at your

25   records, you understand that it's not just the phone



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 130

01    itself, it's what Verizon or whoever it was at the

02    time, would show the activity was as far as incoming

03    and outgoing calls?

04         A    Yes.

05         Q    Okay.  So, you wouldn't see much going on

06    during the day because you were just so busy?

07         A    Yes.

08         Q    Okay.  And do you understand that in the

09    documents that you've signed -- in this case, you

10    understand that you're claiming that you work 91 hours,

11    during the time that you were admitted to Holy Cross

12    Hospital for that week?

13         A    I may have made that error, yes.

14         Q    As far as SeaWater Pro, did Mike have

15    everybody work, full week nonstop Thanksgiving, the

16    Friday after Thanksgiving, the weekend after

17    Thanksgiving?

18         A    Mike didn't want anyone of the business

19    working if they didn't want to work there, this was a

20    huge problem for us.  Those employees would not come in

21    until maybe 11 o'clock in the morning, or Glenn would

22    always be there at 09:00.

23         If one employee wouldn't get there until 01:00, if

24    he bothered to show this was a constant issue, I always

25    complained to Mike about this.  He knew -- I knew



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   something was going on with the employees because I

02   would see them go off in corners and everything else.

03       And I realized that -- the incessant talking and

04   then the days where one employee couldn't even speak, I

05   found out that he was a coke head.  It was extremely

06   frustrating dealing with him.

07       **Q    Okay.  My question was Thanksgiving week,**

08   **when you had Thursday of Thanksgiving, Friday after**

09   **Thanksgiving, and the weekend after Thanksgiving, was**

10   **SeaWater Pro open in having its employees work those**

11   **days?**

12       A    Thursday people were off, but Friday they

13   were working.  But you can even look on Mike's reviews

14   on Easter Sunday, there's a review that we were

15   working.

16       **Q    Okay.  And for Christmas, same thing.  Mike**

17   **just gave off for Christmas Eve -- Christmas day?**

18       A    Christmas day -- no, not Christmas Eve.

19   Christmas day -- we were off Christmas day.  We

20   actually had customers that came and celebrated

21   Christmas with us.

22       **Q    So, Christmas Eve work until 7, 8 o'clock --**

23   **at 6, 7, 8 o'clock at night for everybody in the shop?**

24       A    No, 05:00, I believe.

25       **Q    And then New Year's?**



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 132

```
01        A    New Year's Eve worked.

02        Q    New Year's Day?

03        A    New Year's Day, I think we actually went in

04   too.

05        A    And 4th of July?

06        Q    4th of July, we worked that day.

07        Q    And so, the only day that you would have off

08   would be Thanksgiving Day and Christmas Day, two days a

09   year?

10        A    Yes.  We usually worked Memorial Day and

11   Labor Day also.  If an employee did not want to come

12   in, like I said, Mike.

13        Q    And so, during the time that -- your car was

14   lent out to an employee, and which employee was your

15   car lent out to?

16        A    Dillon Stokes.

17        Q    Okay.  And during the time that your car was

18   lent out to Dillon Stokes, and then for the other eight

19   months that it was lent out to a customer, you were

20   going back and forth to work with either Mike or you

21   had arrived --

22        A    With Mike.  Yes, and realize that one in --

23   one customer had my car for four months.  Another

24   customer had my car for -- that same customer had it

25   for another three months.  A customer had it for over --
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  had six weeks.

02      Some customers might only take my car for an

03  afternoon or for a week.  There were -- it wasn't just

04  one customer, it was multiple customers.

05      Q    Okay.

06      A    And I believe that even in some of the

07  reviews, they stated how they -- that we gave them a

08  loaner car when they came.

09      Q    And that would've been during the -- from

10  like June of 2019 on?

11      A    Yes.

12      Q    Okay.  And so, during this time when you

13  would go to work with Mike, other than when you would

14  ride your bike from LA Fitness, you would be on his

15  schedule as to when you would get there and when you

16  would leave?

17      A    Yes.  To go into the shop.  He would leave

18  during the day because the noise from the CMCs, the car

19  was quiet, so he could make his phone calls there.

20      Q    Okay.  And then Mike would come back, pick

21  you up at the end of the day, and take you back home?

22      A    Yes.

23      Q    And as far as the time when you would spend

24  dealing with Mike's medications, was there a time when

25  Mike would keep his medications, any of them in a safe?



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 134

```
01        A    Yes.  Part of it.

02        Q    I'm sorry?

03        A    Yes, he did keep the Ambien in a safe.

04        Q    And did you access the medication in the safe

05   without his permission, break into it at all?

06        A    Yes, I did.

07        Q    And did you use that Ambien to take it

08   without Mike's permission?

09        A    No, I had my own prescription.

10        Q    Okay.  So, why did you break into the safe to

11   get the Ambien?

12        A    I did have a true Ambien or an Ambien

13   dependency.  And if I ran out of my script, I would

14   take his.

15        Q    And am I correct that Mike initiated

16   proceedings to get a restraining order against you in

17   2023?

18        A    What month?

19        Q    March?

20        A    No.

21        Q    When do you believe it started -- when do you

22   believe that the restraining order proceedings started?

23        A    When Mike filed a Cyber stalking case.

24        Q    When was that?

25        A    I would have to -- the verdict of that was in
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  April in 2023.

02       Q    I'll show you what I've marked as Defendant's

03  102.

04  (Thereupon, Defendant's Exhibit 102 was

05  entered into the record.)

06  MR. CUTHBERTSON:  I have a copy of that.

07       A    What month is that?

08  BY MR. POLLOCK:

09       Q    This is a case search result from the Clerk

10  of Courts for Broward County, Florida.  And if you

11  look, the third case down is Michael Spanos v. you.

12  You see that?

13       A    Yes.

14       Q    Okay.  And do you see that the filing date

15  was March 24th, 2023?

16       A    Then you're correct.  It was March.

17       Q    Okay.  And then you said that as a result of

18  that Mike was able to get a restraining order against

19  you?

20       A    Yes, he did get a restraining order.

21       Q    And you indicated the date on that was

22  April 14th, 2023.  I think, is that right?

23       A    That's when he got -- he had the trial.  He

24  actually got the trial within three weeks.

25       Q    So, he got the trial or the hearing on that



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025            Page 136

```
01   quickly, and then the restraining order was entered

02   against you on April 14th, 2023.  Is that correct?

03        A    April, yes.

04        Q    Do you remember the date in April?

05        A    14th.

06        Q    Okay.  And do you remember being served with

07   a copy of the hearing that was scheduled in the

08   restraining order proceeding, on March 28th, 2023?

09        A    Yes, I think so.

10        Q    Do you understand the restraining order to

11   still be in effect?

12        A    Yes.

13        Q    And then, you also discussed Cyber stalking.

14   What was your understanding of the Cyber stalking that

15   was claimed by Mike?

16        A    The Cyber stalking was over the Facebook

17   page.

18        Q    Okay.

19        A    That the Judge awarded the ownership of that

20   page to SeaWater Pro.

21        Q    And then if you look at Exhibit 102, there's

22   two other restraining orders that had been applied

23   for -- by Arya Jane and by Bailey, in January of 2023.

24   Do you see that?

25        A    Yes.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 137

01      Q    Did either of those go to a hearing?

02      A    A hearing is?

03      Q    If -- a hearing is where you go before the

04 Judge, and where a Judge takes either argument or

05 testimony.

06      A    Yes, it did go to a hearing.

07      Q    Okay.  Which one?  For Bailey or for

08 Arya Jane?

09      A    They would try together.

10      Q    Were you instructed to stay away from either

11 of them?

12      A    Yes.

13      Q    And through April 14th, 2023, is it true that

14 you had not sent Mike, any e-mail or letter or text

15 message, demanding any wages or back pay?

16      A    I could not.

17      Q    What do you mean, you could not?

18      A    Okay.  What are the dates again on that?

19 Hang on.

20      Q    I don't think you can take notes and pass,

21 back and forth to your lawyer during a deposition.

22      A    Oh, I'm sorry.  I did not know that.

23      Q    Especially during it -- while a question is

24 pending.  And so, what I'd like to do is I'd like to

25 mark it as Exhibit 103, and we can have the Court



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   decide whether I'm entitled to it or not.  No, no, to

02   the notes.

03   (Thereupon, Defendant's Exhibit 103 was

04   entered into the record.)

05        A    But wouldn't this be --

06   BY MR. POLLOCK:

07        Q    Not on the notes, please.  I don't -- no, you

08   can't ask your lawyer questions or make comments during

09   a deposition while they're pending.  So, my question --

10   you said that you could not send a letter, e-mail, or

11   text message demanding back pay after -- excuse me.  At

12   any time before April 20th -- April 14th, 2023.

13        A    There was a short time that I could

14   correspond with Mike, and I did ask if he was going to

15   resolve any of the issues, with the pay.

16        Q    Okay.  So --

17        A    And that's when Mike said that not only him,

18   but my niece was going to -- try to reverse Mike's on

19   my expungement.  That was in process.

20        Q    And the expungement was for the misdemeanor

21   charge that was brought against you?

22        A    Which misdemeanor charge?

23        Q    I don't know.  You said, there was an

24   expungement.  Have you been charged with multiple

25   misdemeanors that have been expunged?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 139

```
01        A     You are only allowed one expungement per

02   misdemeanor.

03        Q     Okay.  So, which misdemeanor are you talking

04   about that you were trying to have expunged and did

05   have expunged?

06        A     Mike called the police.  And the police -- I

07   was arrested on a domestic violence charge, which the

08   Courts would not prosecute because Mike told on the

09   camera to the police I never touched him but he refused

10   to drop the charges.

11        Q     Oh, this is a situation in which you were

12   claiming that Mike had hit you and had assaulted you,

13   right?

14        A     I said that Mike had touched me during that

15   call, but he initially made that call --

16        Q     Okay.

17        A     -- to the police.  I had never touched him.

18        Q     Mike made the call to the police.  You asked

19   for the truth?

20        A     Yes.  I did not call the police.  He did.

21        Q     Okay.  And you asked after the police came

22   out that they arrest Mike, right?

23        A     No, they arrested me.

24        Q     I understand that they ultimately arrested

25   you.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 140

```
01       A     Yes.

02       Q     You had asked them to arrest Mike and accused

03  him of hitting you?

04       A     No, I never said -- I asked him to arrest

05  Mike.  Absolutely not.

06       Q     Did you tell the police officers that he hit

07  you?

08       A     I said his hands were on me.  I did actually,

09  I -- now that I think about it, when I was going into

10  the police car, I did use the term, "hit."

11       Q     And the reason why you were arrested and not

12  Mike is because there was a video.

13       A     There's no video.

14       Q     There was a recording of the incident that

15  Mike had on his phone.  Is that right?

16       A     There was a recording of me raising my voice

17  to Mike after finding $10,000 cash, that he had just

18  returned from Greece with my niece.  And he -- the

19  thing about it is on the recording, he said that he was

20  going to take me down.

21       Q     Okay.  And so, this misdemeanor, for which

22  you were arrested, that's you had expunged, right?

23       A     Yes.  But Mike threatened to reverse it, and

24  that's why I have three cases here.

25       Q     And what prompted you, or what would've
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   prompted Mike to reverse the expungement?  Like, what

02   upset him to your knowledge?

03       A    There were several things that were going

04   back and forth, but he refused to compensate me for any

05   hours, duties, wages that I had earned.  He just --

06       Q    I understand that.  But I asked you before

07   April 14th, so before the restraining order was

08   entered.  You had not sent a letter, text, e-mail,

09   WhatsApp demanding back pay.  Is that correct?

10       A    No, there should have been -- there should

11   have been some text messages.

12       Q    Okay.  So, you would've sent text messages to

13   Mike from your cell phone to his demanding what?

14       A    Well, there weren't a lot of text messages.

15   I was talking to him on the phone.

16       Q    Okay.  So, I'm trying to understand, because

17   you've told me that there's text messages, you told me

18   that they're on the phone.  I'm just trying to find out

19   what exists that is in digital copy -- digital format,

20   or it's an e-mail, something we can look at and we

21   can't look at, what you talk about, unless it's written

22   down.

23       So, before April 14th, 2023, and I'm trying to get

24   a final answer, like we hit the buzzer, we get a final

25   answer.  Is there a text or an e-mail or a letter or a



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                 Page 142

```
01   WhatsApp that you had sent to Mike demanding payment
02   for work that you claim to have done for SeaWater Pro?
03        A    Not the one that I can find and produce.
04        Q    Okay.  And then after the restraining order
05   is entered, the first time that Mike would've heard
06   from you or on your behalf, that you were claiming
07   money for work, that you continued performed for him
08   and for SeaWater, was when he would've received the
09   letter from your lawyers.  Is that right?
10        A    If I had contacted Mike any other way, I
11   would've been in contempt of Court.
12        Q    Understand.
13        A    And he would've had me jailed.
14        Q    And my question is, the first time that he
15   received any kind of a letter or text or e-mail,
16   anything in writing was from your lawyers when they
17   sent a letter demanding money from him in 2024 in June.
18   Is that right?
19        A    At -- yes.  That has to be right.  That's the
20   way the Courts told me I had to do it.
21        Q    Okay.
22        A    And I abided by the Court's wishes.
23        Q    Understand.  But I mean, you --
24        A    He had failed to respond to any of my
25   verbal -- to any of my verbal claims to please pay me.
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01     Q     Okay.  And did you ask him for -- to sell the

02  business and give you money for it?

03     A     Mike was looking at to sell the business.

04     Q     Okay.  And so --

05     A     But did I ask him to sell the business?

06  Absolutely not.  He was so sick, he couldn't walk 25

07  feet at that time.

08     Q     And if he -- and if he were to sell the

09  business, were you expecting to receive money from him?

10     A     He said that he was going to give me money

11  for that.

12     Q     Okay.  When did this happen?

13     A     This happened when we were living on Briny.

14     Q     Okay.  So, this would've been --

15     A     He had four buyers actually for over two

16  million each.  And that's not in my hours for going in

17  there and working, but it was there.  And he knows that

18  Moji and Debbie can testify to that fact.

19         THE COURT REPORTER:  Can you spell Moji?

20         THE WITNESS:  M-O-J-I.

21  BY MR. POLLOCK:

22     Q     Okay.  And so, at what point did you leave a

23  Google review about SeaWater Pro?

24     A     After Mike threatened to reverse my

25  expungement with the aid of Bailey.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025            Page 144

```
01      Q    So, the -- in the Google Review that you left

02  for SeaWater Pro, was a one star review that you left

03  in --

04      A    Yes.

05      Q    -- August of 2023?

06      A    I believe so.

07      Q    Was that in violation of the restraining

08  order?

09      A    No.

10      Q    Why not?

11      MR. CUTHBERTSON:  Objection.  Calls for legal

12  conclusion.

13  BY MR. POLLOCK:

14      Q    What's your understanding as to why it -- you

15  were leaving a one star Google Review with commentary

16  about SeaWater Pro was not in violation of the

17  restraining order entered on April 14th, 2023?

18      A    2023?  Wait a minute, let me see the date on

19  that.  That's -- if you're saying 2023, that's wrong.

20      Q    There's a review.

21      A    Where the date on this?

22      Q    Top right.

23      A    This is when it's printed.  This is not the

24  date of the review.

25      Q    Bottom at -- that's the date of the e-mail
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  was received.  Bottom right is the date that it was

02  looked at.

03       A    I did not vol -- I did not violate -- I did

04  not violate that.  I don't know why the date's here,

05  but I did not violate it.

06       Q    Because when Google sends a review, as you

07  know, Google also sends you an e-mail indicating the

08  review you got and who you received it from and a

09  little snippet about the review.

10       And then if you click it, you can look at the

11  review and then you can comment on it, reply to it.

12  And so, what you have before you, the first page is the

13  e-mail that SeaWater Pro received once you sent the

14  review.

15       And it says that there was -- the review was

16  received by SeaWater Pro from you on August 29th, and

17  then it was printed, which was the bottom right hand

18  side of the page on August 31st, both of 2023.

19       A    This review said it was two days before this

20  August 29th.

21       Q    Correct.

22       A    So, it would've been August 27th.  And I

23  don't understand why the date is over here in this.

24       Q    It would've been two days before it was

25  looked at --



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        A    You're right.

02        Q    And --

03        A    You're right.

04        Q    -- the looked at is at the bottom right of

05   the page.  It's very small, but --

06        A    And this is on 08/31.  I'm trying to figure

07   this out.

08        Q    Because 08/31, two days before is 08/29,

09   which is the date that e-mail was sent over.

10        A    I don't know why this shows this way.

11   Because I'm telling you, I didn't violate my

12   restraining order.  I wouldn't -- I didn't do that.

13        MR. CUTHBERTSON:  Are you going to number

14   this?

15        MR. POLLOCK:  Yes, we can do that.

16        A    Trust me.  Had I violated, he would've had my

17   butt back in the Court.

18        MR. POLLOCK:  We can number it 104.  I'll

19   make it a Composite.

20   (Thereupon, Defendant's Composite Exhibit 104

21   was entered into the record.)

22   BY MR. POLLOCK:

23        Q    As far as the contents in the review that are

24   on Page 2 of Exhibit 104, that's what you wrote.  Is it

25   not?
```



**Universal COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      A    I don't know.  I know it's true, but I don't

02   know.

03   BY MR. POLLOCK:

04      **Q    So, you don't know if you wrote the review?**

05      A    I don't know, because --

06      **Q    Can you say that please?**

07      A    Because the date --

08      **Q    Forget the date, contents, the review you**

09   **wrote it?**

10      A    I know it's true.  I am not going to say I

11   did that.

12      **Q    Okay.  You're not going to say that you wrote**

13   **the review?**

14      A    The date doesn't work.

15      **Q    Okay.  The contents of the review, you agree**

16   **with, it's the date that you do not?**

17      A    I know the contents of the review to be true.

18      **Q    If that was a review you had written, do you**

19   **understand that that would've been sent to SeaWater**

20   **Pro?**

21      A    Of course.

22      **Q    Okay.  I guess we can take a look at that**

23   **when we get the Google history that we requested.**

24      **Is your Facebook account public or private?**

25      A    Private.



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 148

01        Q     The encounter that you had with Mike -- let
02   me back up.  After the restraining order was entered,
03   did you post any pictures or images or videos of Mike
04   on your Facebook account?
05        A    After the encounter with Mike?
06        Q     After the restraining order was entered on
07   April 14th, 2023?
08        A     No.
09        Q     Okay.  Did you take down any posts of
10   pictures, videos, or images of Mike after the
11   restraining order was entered?
12        A    I deactivated the Facebook page as the Judge
13   requested.
14        Q     Okay.  Answer to a different question than
15   what I asked.
16        A    The YouTube videos were not part of that
17   judgment.
18        Q     On your private Facebook account, did you
19   take down -- did you post any pictures, videos, or
20   images of Mike after the restraining order was entered
21   on your private Facebook account?
22        A    Possibly.  That was not part of the judgment.
23        Q     Okay.  So, it's your understanding that the
24   restraining order allowed you to post pictures or
25   images or videos of Mike on your private Facebook



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 149

01  account?

02       MR. CUTHBERTSON:  Objection, calls for legal

03  conclusion.

04  BY MR. POLLOCK:

05       Q    Go ahead and you can answer.  Should, I mean,

06  you posted them, so you understood that you could do

07  it, right?

08       A    I said possibly.

09       MR. CUTHBERTSON:  Objection, form.

10  BY MR. POLLOCK:

11       Q    Okay.  After the restraining order was

12  entered on April 13th, '23, did you take down any

13  pictures or images or videos of Mike that had been

14  posted to your private Facebook account?

15       A    I don't recall doing anything because I was

16  afraid -- completely afraid, but Mike assumed on some

17  of my post it was about him, which it was not.

18       Q    Okay.  So, when -- so, a picture depicting

19  Mike with his -- being led by a police officer, that

20  wouldn't be a post or a picture about him?

21       A    That video -- one video actually showed me

22  working there at the business.

23       Q    I'm not talking about that video.  I'm

24  talking about a video of Mike being led by a police

25  officer.  That wouldn't be a video about him, is what



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    you're saying?

02        A    That video also had me in it.  I wasn't

03    allowed when the State refused to prosecute my case.

04    Mike told everybody that I was released on a

05    technicality.  The fact that I never committed the

06    crime was never -- I was never allowed to say that.

07        So, I left the video up for people to make their

08    own conclusion.  I did not do -- I did not add to that.

09    I just put the evidence out there for people to see.

10        Q    You put the evidence out there that you

11    wanted people to see, right?

12        MR. CUTHBERTSON:  Objection, form.

13        A    I put the evidence of the tape with the

14    police officer what actually happened and was said and

15    done.  They can make their own conclusions.  I didn't

16    add to that.

17    BY MR. POLLOCK:

18        Q    Okay.

19        A    This has nothing to do with the wage case.

20        Q    I will show what I've marked as Defendant's

21    Exhibit 105, which is marked -- numbered as Plaintiff's

22    1602 through 1606.

23    (Thereupon, Defendant's Exhibit 105 was

24    entered into the record.)

25        MR. CUTHBERTSON:  Do I have a copy of it?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                  Page 151

```
01   BY MR. POLLOCK:
02        Q    Okay.  This was included within documents
03   that you produced to us.  What are we looking at?
04        A    A system that I sold, that I pulled out of my
05   boat.
06        Q    The picture is a picture of a Watermaker that
07   was installed on your boat?
08        A    Yes.  I pulled the Watermaker out of my boat
09   and I sold it.
10        Q    Well, the question was the picture that we're
11   looking at, which is reproduced on each of your posts?
12        A    Oh, no, you're right.  The picture of the --
13   was of a unit -- of a unit that I took at the shop was
14   the exact unit.  I don't know.  It was not the exact
15   unit, but was the same parts, yes.
16        Q    So, you took --
17        A    A picture of the exact unit, that was in my
18   phone.
19        Q    Let me ask you my question.  So, you took a
20   picture that you had on your phone or was it a picture
21   that you found online?
22        A    It was a picture I had on my phone.
23        Q    Of a display or was this a display that was
24   in the front of the warehouse?
25        A    Yes.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        Q    Okay.  And so, then you posted this on

02   different boating sites so that you could sell the

03   Watermaker that was on your boat?

04        A    Yes.

05        Q    And when you said it was refurbed, it was

06   refurbished by whom?

07        A    Me.

08        Q    You posted it when?  On February 3rd, 2024?

09        A    I posted it through Marketplace, which in

10   turn put it on these websites.

11        Q    Okay.

12        A    I only posted it one place, but it

13   automatically went out to these other websites.  I

14   didn't do each one.

15        Q    You posted it on February 3rd, 2024.  Is that

16   right?

17        A    It was around there, yes.

18        Q    Okay.  I'll show you what I marked as Exhibit

19   106, which is the Summons and Complaint.

20   (Thereupon, Defendant's Exhibit 106 was

21   entered into the record.)

22   BY MR. POLLOCK:

23        Q    Have you seen the complaint before?

24        THE WITNESS:  Is this one --

25        MR. CUTHBERTSON:  You can answer that.
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01          THE WITNESS:  Yeah.

02          A    I believe so.

03   BY MR. POLLOCK:

04          Q    Okay.  Share what I've marked as Exhibit 107,

05   two-page Exhibit Demand Letter from your lawyers.

06   (Thereupon, Defendant's Exhibit 107 was

07   entered into the record.)

08          THE COURT REPORTER:  And just for the record,

09   you said 7?

10          MR. POLLOCK:  107.

11          THE COURT REPORTER:  Thank you.

12   BY MR. POLLOCK:

13          Q    Have you seen this document before?

14          A    This one, yes.

15          Q    1 -- 107?

16          A    The Demand Letter?

17          Q    Yes.

18          A    I don't believe I saw the de -- Demand

19   Letter, no.

20          Q    Okay.  The -- if you take a look at Page 2,

21   since you hadn't seen this demand letter, explain that

22   this is a calculation that your lawyers have done about

23   the wages they're claiming that you're owed.

24          A    Yes.

25          Q    And are these hours, weekly hours or average
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   weekly hours worked correct?

02        A     Yes.

03        Q     And so, those are correct, even though during

04   COVID, you testified earlier that there was a week that

05   you wouldn't have worked 91 hours because you were at

06   Holy Cross Hospital for three days?

07        A     Three days -- yes, three days.  Yes.

08        Q     Okay.  And so, you still had managed to work

09   91 hours that week?

10        A     Yes, actually I did.

11        Q     Okay.  And 91 hours is about 13 hours a day.

12   So, when you were looking at four days left, you worked

13   91 hours in four days?

14        A     I actually, I went into the shop.  I had to

15   pick up some things at the shop and Michael was

16   actually out of -- and he was in town or he went out of

17   town to San Juan and that's why he couldn't pick me up

18   with my niece to go to a show.

19        During that showtime is when Fred was coming in

20   and I was securing -- I was securing the boat, I was

21   taking care of stuff that needed to be done in

22   preparation for that Hurricane.

23        Q     Okay.  So, you're working 91 hours over four

24   days.  You're working nearly 23 hours a day for four

25   days, right?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A    Four days, no.

02        Q    No?

03        A    For four days?

04        Q    Yeah.  Because you said you worked 91 hours

05   in the week that you were Baker Acted for three of

06   them.  It only leaves four.

07        A    Okay.  I may have not have put in 91 hours

08   that week.

09        Q    Okay.  And then what about the week that you

10   were sailing on the boat with Mike in Greece and

11   another couple --

12        A    That's not even -- that was pre these

13   employment wage times.

14        Q    Okay.

15        A    We went in 2000 and -- July of 2019.  Prior

16   to this case.

17        Q    If you look, this case goes back to June of

18   2019, so July would be included.

19        A    Okay.  Yeah, we --

20        Q    So, --

21        A    I still was working on the boat.

22        Q    Okay.  And then afterwards you were working

23   37 hours a week after February 27th.  So, and that's

24   based on your working from 08:00 p.m. to 02:00 a.m.

25   basically every night?
```


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 156

```
01        A    Yes.

02        Q    Okay.  And you're claiming that Mike and his

03   company owe you in this letter at least a couple

04   dollars short of $93,000 for which you don't have a

05   document you can show us to his in support of the hours

06   that you worked?

07        A    All my documents were left in Mike's

08   possession, which he disposed of.

09        Q    Okay.

10        A    And he refuses to -- as far as I've heard,

11   he's refusing to present any of the documents where I

12   can show that I was the business signing checks and

13   stuff like that.

14        Q    Okay.

15        A    Or an e-mail because he has all that

16   information.

17        Q    Okay.  What you said is that he disposed of

18   records.  What records do you believe he disposed of?

19        A    I had some records at the shop in a container

20   and he told me he threw them out.

21        Q    Okay.  What records would you have had at a

22   shop in a container?

23        A    I had leases that I had co-signed for and

24   showing that I was the emergency contact and hours that

25   I had some stuff scribbled down on papers of things
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   that I had done and hours that I'd worked and duties

02   that I was forced to perform.

03        Q    When you say duties you were forced to

04   perform, what do you mean duties?  You -- how did he

05   force you to perform them?

06        A    My leg was broken and I was still packing

07   boxes.

08        Q    When was this?  What year?

09        A    This was after the Lake Okeechobee trip

10   because I had a splinter fracture in my leg.  Mike was

11   angry because I wasn't wearing shoes and I slipped on

12   the dock and broke my leg and he knew it.

13        Q    And so --

14        A    You can ask the bookkeeper.  I was having to

15   pack boxes and put my leg up for the swelling to go

16   down.

17        Q    Did you have to get diagnosed, go to a

18   doctor's office, get x-rays?

19        A    He took me to the doctor.  He was present.

20        Q    Okay.  Then you had to go to follow up visits

21   as well?

22        A    Yes.

23        Q    And those were during the workday?

24        A    No.

25        Q    They were after 07:00 p.m., the doctor's



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                 Page 158

01 | office was open?

02 |     A    I made a phone call because I didn't think I

03 | needed to physically go in there.  I knew that my leg

04 | was broken.  I knew that they weren't going to cast it.

05 | So, I told the doctor that I was fine and just going to

06 | continue through.

07 |     Q    So, --

08 |     A    Because he told me what was going to happen

09 | for, to heal.

10 |     Q    So, did you go to a doctor's office to get

11 | diagnosed with a fracture of your leg?

12 |     A    They did an x-ray, yes.

13 |     Q    Okay.  And so, you had to go to the

14 | doctor's, -- you had to go to where a urgent care or a

15 | doctor's office to do that?

16 |     A    We went to a doctor's office.  In the

17 | doctor's office, we're still on our phones conducting

18 | business.  When the doctor was in the room, no, we

19 | weren't on our phones.

20 |     Q    So, you would've been on your phone

21 | conducting business is what you're saying?

22 |     A    Yes, we were both together.

23 |     Q    Well, you said we were on our phones?

24 |     A    Yeah, I was on my phone doing stuff and he

25 | was on his phone doing stuff.



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025               Page 159

```
01        Q     Okay.  So, on your phone you did not have

02   Mike's SeaWater Pro --

03        A     Yes, I did.

04        Q     You had it attached to your phone?

05        A     Yes.

06        Q     Okay.  And what happened to that phone?  It

07   stopped working or you traded it in?

08        A     That phone, we were -- he -- I had his login

09   and password for all of his e-mails.

10        Q     Um-hum.

11        A     So, I was sending direct from my phone.

12        Q     Okay.  And then what did you do with it

13   before you -- what did you do with that phone?  The

14   physical phone?

15        A     The physical phone, it was defective and I

16   had to turn it in to get my warranty claim.

17        Q     When did you turn that in?

18        A     That died in June of 2023, I believe.

19        Q     Okay.

20        A     Somewhere in there.

21        Q     And you said that you had some records that

22   were in a shop at a container, Mike delivered that

23   container?

24        A     No, he did not deliver that particular

25   container.  I had several containers underneath the
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 160

```
01  nest.  He delivered what he wanted to deliver and threw

02  away the rest, the rest including quilts that my great-

03  grandmother had made for me and pictures of my son's,

04  clothing, my car title was in that information.  I

05  haven't got any of that.

06      Q    And this would've been thrown away when?

07      A    How would I know, it was in his possession.

08      Q    Okay.

09      A    He told me he disposed of it though.

10      Q    Had you told Mike what was in the container?

11  The scribble down notes and hours worked duties perf --

12  duties that you were forced to perform?  Did he have

13  any idea what was in there?

14      A    Probably not.

15      Q    Okay.  In early February of '23 did you get

16  money from Dylan?  Was he sending you money?

17      A    '23?

18      Q    Yeah.

19      A    He did send me some money that Mike had sent

20  him.

21      Q    Um-hum.  How much did Dylan send you?

22      A    $3,000 if review the text message Mike said

23  that he wanted me to relocate back to Arizona.

24      Q    And -- but you didn't relocate back to

25  Arizona, although you received the three -- the 3,000,
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 161

01    **right?**

02         A     Yes.

03         **Q     Okay.**

04         THE COURT REPORTER:   Can we take a bathroom

05    break?

06         MR. POLLOCK:   Yeah, sure.

07    (Thereupon, a short discussion was held off

08    record.)

09         (Deposition resumed.)

10         THE COURT REPORTER:   We are back on the

11    record.   Did we mark 108?

12         MR. POLLOCK:   No, I missed it.   I'll do it

13    this way.

14         MR. CUTHBERTSON:   Sorry --

15         THE COURT REPORTER:   Okay.

16    BY MR. POLLOCK:

17         **Q     Share what I've marked as Exhibit 108.**

18    (Thereupon, Defendant's Exhibit 108 was

19    entered into the record.)

20    BY MR. POLLOCK:

21         **Q     Which is the Amended or Updated version of**

22    **your lawsuit, have you seen this document before?**

23         A     Yes.

24         **Q     Okay.  Have you reviewed it to determine**

25    **whether it is accurate or not?**


**UNIVERSAL Court Reporting**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 162

```
01        A    I believe it is.
02        Q    And you see in the lawsuit at the paragraph
03   Number 12 is that, you're claiming that you were not
04   paid, "Full and proper minimum wages".  Do you see
05   that?
06        A    Yes.
07        Q    And so that's your claim is that you weren't
08   paid minimum wages in this case?
09        A    No.
10        Q    Now, what's your claim?
11        A    I was never paid any wages.
12        Q    Okay.  And so, are you claiming minimum wages
13   in this lawsuit or what are you claiming?
14        A    I believe this is calculated on minimum wage
15   because I couldn't give her because we hadn't -- Mike
16   said that he would be fair on what he paid.
17        Q    Okay.  My question to you was what are you
18   claiming in this lawsuit?
19        A    Wages.
20        Q    Which wages?
21        A    At least minimum wage.
22        Q    Okay.  What are you claiming beyond minimum
23   wage?
24        A    Overtime.
25        Q    And how much are you claiming in overtime?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01       A    With the -- on a 91 hour week that -- it
02  would be 41 hours in overtime.  Excuse me.
03       Q    Well, if you're referring to Exhibit A to the
04  Complaint document 28-1, according to this document,
05  the last time that you worked -- for claim to have
06  worked 91 hours a week would've been the week ending
07  February 26th, 2021.  Do you see that?
08       A    Yes.  And that's correct.
09       Q    Okay.  So, -- and do you understand that
10  you're unable to recover for overtime that was worked
11  more than three years before the lawsuit was filed.
12       So, if you worked any overtime, it would've had to
13  have been, I know sometime in at least June of 2021
14  forward.  And you're not -- and you're not claiming
15  that?
16       MR. CUTHBERTSON:  Objection, calls for legal
17  conclusion.
18  BY MR. POLLOCK:
19       Q    Right.  You understand that you're not
20  claiming that you worked overtime since June of 2021?
21       A    No, I didn't.
22       Q    Okay.  So, can we agree that any overtime
23  that you worked would've been more than three years
24  before you filed the lawsuit?
25       MR. CUTHBERTSON:  Objection, form.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                Page 164

```
01   BY MR. POLLOCK:
02         Q    You can answer.
03         A    I don't know the --
04         Q    I'm not asking anything about the law.
05         A    I explained my situation to my lawyers and my
06   lawyers created.
07         Q    Right.  I understand.  I understand your
08   lawyers created the case.  I understand the lawyers
09   created the documents.  I'm ask -- I'm asking you if
10   you understand that --
11         A    I'm not going to get compensated for
12   everything that I worked.  I know that.
13         Q    And you understand that you can't recover in
14   Court for overtime that was worked more than three
15   years before the lawsuit was filed.  Do you understand
16   that?
17         A    Yes.
18         Q    Okay.  And so, you said that you're claiming
19   at least minimum wage.  Are you claiming anything else
20   besides the minimum wage and the overtime that we just
21   discussed?
22         A    Not from this paperwork that I see.
23         Q    Okay.  Is there any other paperwork that I
24   should be directed to that contains any other claim
25   that you're making against Mr. Spanos and his business
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 165

01   for which we're here about today?

02        A    For wages, not that I'm aware of.

03        Q    And when you were living with Mike, do you

04   understand that if he hadn't paid for everything, that

05   your share would've been half of those living expenses?

06        A    I never charged Mark -- Mike for the RV or

07   for the boat, nor did I -- Mike, cover the stays or the

08   gas for the RV.  So, no we were a couple.

09        Q    Okay.

10        A    And we -- and when one could provide a

11   living, they paid for it.

12        Q    So, the RV that was back in what, 2015, 2016?

13        A    Yes.

14        Q    Okay.  And you said that you had cashed out a

15   retirement account and was that a -- and I don't know

16   whether that was a retirement account or whether it was

17   money you got from a divorce settlement?

18        A    No, I cashed out my 401K plus I was working

19   full-time at that time.

20        Q    Okay.  And you purchased the RV, right?

21        A    Yes.

22        Q    You didn't have any payments on it?

23        A    Yes, I had no payments.

24        Q    Okay.  So, --

25        A    But when you park the RV at an RV park, you



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  have to pay rent on that parking spot.  So, I was

02  paying for that.  I was paying for the gas to go in the

03  RV.

04      Q    I mean, the rented a parking spot for an RV,

05  depending on the ground that you're at could be a

06  couple bucks a day, right?  It's a lot cheaper than

07  rent here in South Florida?

08      A    In San Diego I was paying 1,350 a month.  It

09  was going up to 1,875.

10      Q    Okay.  But while you were here in South

11  Florida with Mike, the slips, house, apartments,

12  condos, Mike paid for all that, right?

13      A    I'm sorry, what?  I --

14      Q    Mike paid for all the living expenses while

15  you were here in South Florida?

16      A    No.  When we first got here, I paid for it.

17  The first part that we were here, I paid for it, and

18  then Mike did stopped paying for the boat.  When we

19  moved on Briny, I was paying for the boat on Briny.

20      Q    Okay.  It was your boat, right?

21      A    It was my boat.

22      Q    And since, --

23      A    And it was still being used and it was had

24  Mike's disposal if he ever wanted to show anybody a

25  demonstration for the watermaker on the boat or to take



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                Page 167

```
01   the boat out.
02        Q    And before that, you got a free watermaker,
03   right?
04        A    That was a demonstration unit.
05        Q    Okay.  It was a SeaWater Pro demonstration
06   unit that you had installed on your boat, right?
07        A    Yes.
08        Q    And then after you and Mike were no longer
09   together, you sold it and you kept the money, did you
10   not?
11        A    Yes, I did.
12        Q    Okay.  And between for all the other living
13   expenses from 2019 on other than a couple months for
14   the boat slip for your boat, Mike paid for everything
15   else, did he not?
16        A    Technically.
17        Q    I mean, technically or actually?
18        A    He was paying for everything else, but I
19   wasn't getting any wages at all.
20        Q    Okay.
21        A    We were a couple.  I never asked Mike for
22   anything when he didn't have anything.
23        Q    When Mike didn't have anything, was he still
24   working for the -- was he working for the Navy at that
25   point?
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 168

```
01        A     No, there was also another business before

02   that which --

03        Q     Okay.  And so, in the last page of the

04   lawsuit, 28-1 that you had looked at earlier, it says

05   that your claim is for the total unpaid minimum wages

06   are $81,583.41.  Do you see that?

07        A     Yes.

08        Q     On the second to last column and when I look

09   at the last page of Exhibit 107, which is the

10   calculation of those same minimum wages for the same

11   period of time, it's a different number.  Do you know

12   why that is?

13        A     No.

14        Q     It's 91,900 -- excuse me, $92,911.35.  Do you

15   know why those numbers are different?

16        A     No.

17        Q     Do you agree with me that the totals of the

18   unpaid minimum wages are different between Exhibit A of

19   the Amended Complaint, which is --

20        A     The totals are different.

21        Q     Okay.

22        A     How's calculated I -- not completely sure.

23        Q     Okay.  And then do you see that the weeks

24   between June 16th, 2019 and December 31st, 2019 in the

25   Demand Letter Exhibit 107 says it's 28.43 weeks.  Do
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 169

```
01   you see that?
02        A    No.
03        Q    In the horizontal one?
04        A    Okay.  So, we're looking at June 16th.  Okay.
05        Q    That last line.
06        A    Yes.
07        Q    It says weeks is 28.43.
08        A    Um-hum.
09        Q    You see that and then the total unpaid
10   minimum wages at the time, $21,886.02 for that 28.43
11   weeks.  Do you see that?
12        A    Yes.
13        Q    Okay.  What's 0.43 of a week?
14        A    A 40 hour week.
15        Q    This is your Demand Letter.  I'm just trying
16   to find out what 0.43 is of a week.
17        A    It is almost -- it's a little over 90%.  A
18   little.
19        Q    0.43 of a week is a little over 90% of what?
20        A    Of a week.  Of a 40 hour week.
21        Q    Okay.  But you're claiming you were --
22        A    Is that was asking?
23        Q    No, I'm just trying to find out.  This is
24   your document.  You have percent, you know, decimal
25   points of a week 0.86 of a week 0.7, one of a week,
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 170

```
01   0.14 of a week, 0.29 of a week and 0.43 of a week.

02        I'm trying to find out at least with respect to

03   the time of June 16th, 2019 to December 31st, 2019.

04   What's 28. -- what's 0.43 of a week, 0.43 of a week

05   can't be 90% of a week.

06        MR. CUTHBERTSON:  Objection, form.  Is there

07   a question?

08   BY MR. POLLOCK:

09        Q    So, I'm trying to find out what's your

10   understanding, what's 0.43 of a week.  This is your

11   claim, the Demand Letter that was sent on your behalf

12   to my client for over $90,000.  If you don't know, you

13   can say you don't know.

14        A    I don't know.

15        Q    Okay.

16        A    I gave them the hours I worked and they put

17   it into a legal format.

18        Q    Okay.

19        A    To present I don't understand legal formats.

20   Never -- hence why I went to an attorney.

21        Q    Understood.  Same answer with respect to 0.86

22   of a week that you don't know?

23        A    I would have to assume that there's 365 days

24   in a year that doesn't calculate directly into seven

25   days.  There's more than if it was seven -- seven times
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    52 is not 395 -- 365.

02         Q    Right.  That's why once every four years we

03    add a day.

04         A    Yeah.

05         Q    So, I'm just trying to find out, this is

06    weeks, this is your document.  Do you know what 0.86 of

07    a week is or no?

08         A    I would assume it's for that -- for the leap

09    year.  I don't know.

10         Q    But a leap year comes one day every four

11    years you've got 0.86 of a week followed by the next

12    calculation has a 0.71 of a week.  Do you know what

13    0.86 of a week is?

14         MR. CUTHBERTSON:  Objection.  Asked and

15    answered.

16         A    I don't know.

17    BY MR. POLLOCK:

18         Q    Okay.  Is it true for the rest 0.71, 0.14,

19    0.429 you don't know what those are of a week, agreed?

20         A    I don't know the calculations to get that,

21    no.

22         Q    Okay.  Do you know the reason for the

23    difference in numbers between Exhibit A to document

24    107, which is what we've been looking at and Exhibit A

25    to the Amended Complaint, which is 108.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01      So, the difference between the one that's

02  horizontal and the one that's vertical.  Do you know

03  what the diff -- do you know why the two were

04  different?  Why they have different totals for unpaid

05  minimum wages?

06      A    Because this document doesn't go back until

07  June.

08      Q    Okay.

09      A    The dates were -- the dates worked it's

10  actually less dates worked on this Amended Document.

11      Q    Do you know why that is?

12      A    I assume it has to do some with statutes.

13      Q    So, is this how much you're claiming in the

14  lawsuit for your minimum wages?  Is it the $92,911.35,

15  or is it the $81,583.41 for the minimum wages you claim

16  you're owed?

17      A    Since Exhibit or this is the Amended

18  Complaint, it would be the Amended Complaint that is

19  being filed for.

20      Q    Okay.

21      A    I don't know what happened to the weeks that

22  are not on this form.

23      Q    I'll show you what I've marked as Exhibit

24  109.

25  (Thereupon, Defendant's Exhibit 109 was



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  entered into the record.)

02  BY MR. POLLOCK:

03       Q    Have you seen this document before?

04       MR. CUTHBERTSON:  You can answer.

05       A    Yes.

06  BY MR. POLLOCK:

07       Q    Okay.  What's this document to your

08  understanding?

09       A    It's for -- it's for more hours worked.  I'm

10  assuming that this is for -- it's got some of the

11  months -- no, it doesn't have some of the months in

12  there.  Honestly, I don't know how these tables were

13  configured.

14       Q    Okay.

15       A    I know that there was a table with that

16  showed the hours that I worked the times in and out.  I

17  understood that table.  It looked to be the same as

18  this.

19       Q    So, let me ask you this.  Your claim is all

20  based on what you had told your lawyers and what we're

21  talking about today.

22       And what you had told us today under oath is that

23  you typically, the most that you would work would be

24  Monday to Friday.  It would be 09:00 a.m. to about

25  06:00 or 07:00 in the evening.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A    That's not what I said.

02        Q    Okay.  That wasn't the typical work week?

03        A    No, I did not say that.  I said the typical

04   work week was six days in the shop.

05        Q    Okay.

06        A    And then we worked after hours and on the

07   other day.

08        Q    So, you were -- you would go in 09:00 a.m.

09   and work until about 06:00 or 07:00 and then Monday

10   through Friday and then you would -- and then you would

11   work?

12        A    No, I --

13        Q    Typically a Saturday.

14        A    I said 09:00 to about 07:00 or 08:00

15   usually --

16        Q    Okay.

17        A    -- during the week and then 09:00 to 05:00 on

18   Saturday.  And then on Sunday we were still on our

19   phones answering calls and everything like that.

20        It wasn't unusual to have a cruiser come in and

21   they would bring their dinghy in tie up and we might

22   end up spending the day with a cruiser or taking them

23   around or giving them by card to go.  Like I said,

24   there's a review of us working on Easter Sunday.

25        Q    Okay.  I mean, and you can go in and meet
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01  somebody, right?  To go deliver a product or make a

02  product available to be picked up and then you can

03  leave?

04      A    Yes.

05      Q    Okay.  And what you've told us is that you

06  would work, even if it's 09:00 a.m. to 07:00 p.m. or

07  08:00 p.m.  Right?  That's 11 hours of working, is it

08  not?

09      A    Yes.

10      Q    Okay.  And then you work Saturday less hours

11  and Sunday less hours, right?

12      A    Sometimes but during COVID we were going

13  in -- I mean this business grew incredibly fast.

14      Q    I understand that.

15      A    We didn't become -- Mike didn't become the

16  largest manufacturer in the US by working 09:00 to

17  05:00 week work -- work week.

18      Q    I mean, he couldn't do it all himself if he

19  had to have people that worked with him, right?

20      A    Yes.

21      Q    And the only way to grow is to scale.  Is

22  that right?  In his business when you're selling a

23  product?

24      A    Yes.

25      Q    Okay.  And when you're claiming you would



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 176

01    work, right?  Because let's focus on you because that's

02    what the lawsuit is about.

03         You're saying that you would work up until COVID

04    09:00 a.m. until you'd leave the warehouse or the

05    storage unit 7 o'clock at night, typically?

06         A    No.  A lot of times it was later.

07         Q    Okay.  How much later?

08         A    We -- there were nights that we were there

09    till 2 o'clock in the morning.

10         Q    And I understand that there's occasional

11    nights that you would leave really, really late.

12         A    Um-hum.

13         Q    And we're talking about a typical work week

14    or typical work day.  That wasn't typical, was it?

15         A    02:00 a.m. wasn't typical at the shop, but to

16    10:00 was typical, especially during COVID because

17    phones would quiet down and I could get more done at

18    the shop without phones and without visitors coming in.

19         Q    Well, during COVID that was a couple months?

20         A    No, COVID was much longer.

21         Q    How long was COVID for you?  What do you

22    consider COVID how long?

23         A    COVID, Mike came down with COVID and once he

24    came down with COVID, he relaxed a little bit about it.

25    But Mike didn't come down with COVID until January of



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   2022.

02        Q    Okay.  So, Mike -- '22 or '21 because by

03   the -- by January of 2022, people had already received

04   vaccines, possibly multiple rounds.

05        A    Yes.  But he still wasn't very comfortable

06   with that.

07        Q    Wasn't my question.  Question was -- you're

08   talking about that you worked a lot more than the

09   typical 09:00 p.m. to 07:00 p.m. because you said COVID

10   was very busy.

11        A    Yes.

12        Q    And I'm trying to understand, when do you

13   consider to be COVID for your busy period?  Was it

14   March of -- I mean, when you had March of 2020 --

15        A    Before --

16        Q    Hold on a second.  Middle of March of 2020,

17   you're saying for the couple weeks after COVID started,

18   Mike's business went crazy?

19        A    No.

20        Q    Okay.

21        A    We -- Mike doubled, at least when I was

22   working with him, doubled at least every six months.

23        Q    Okay.  But --

24        A    Then once COVID hit we more than -- number

25   one, we were already doubling in two months.  In that



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   first two months of the last time that I was going in
02   there, we had over $1.4 million.
03        Q    You were last going in there --
04        A    And of that's, we were putting in all those
05   extra hours to get that.  When I left, like I said, he
06   did not pull in another 1.4 million for 10 months.
07        Q    Okay.  I'm trying to understand.  And you
08   talked about what you consider COVID.  You're telling
09   me --
10        A    COVID last --
11        Q    Hold on a second.  Let me ask my question,
12   then you can answer it.  That's how this is going to
13   work.
14        I'm trying to understand from you when you say it
15   got really busy because my question immediately
16   proceeding this was, wasn't it really quiet during the
17   first couple weeks after COVID?
18        A    No.
19        Q    Okay.  So, Florida shuts down.
20        A    Yes.
21        Q    In middle of March.
22        A    Yes.
23        Q    And then that next week, Mike's business goes
24   crazy?
25        A    Yes.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025            Page 179

```
01         Q    Okay.

02         A    Preppers.

03         Q    Okay.  His business goes crazy.  And so,

04    we're at a stay at home essential personnel --

05         A    We were staying at home.

06         Q    Okay.

07         A    We were essential.

08         Q    Okay.  So, you're essential you're going

09    to -- at that point, was it a warehouse or storage?

10         A    That was a warehouse 7,000 square foot

11    warehouse.

12         Q    Okay.

13         A    We weren't a small operation.

14         Q    The 7,000 square foot warehouse was where

15    Dylan helped you move into?

16         A    He helped move and then eventually came back

17    to work at.

18         Q    And that was in July of that year?

19         A    Yes.

20         Q    So, the first warehouse was around 12 or

21    1,300 square feet?

22         A    Yes.

23         Q    And so, during that time it was a 12 or 1,300

24    square foot warehouse.  And you're saying that you were

25    working at the warehouse from -- you're saying that
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 180

```
01   Mike would get there at 09:00 a.m. and he wouldn't
02   leave until 10 o'clock at night, 8 o'clock at night
03   when every day?
04        A    Yes.
05        Q    Okay.
06        A    We were working.
07        Q    When would he -- when would he leave?
08        A    It depended on the day.
09        Q    Okay.  We don't have time records, do we?
10        A    No, we don't.
11        Q    Okay.  So, on an estimate or an average, when
12   would you leave?
13        A    Leave the warehouse.  I've consistently said
14   07:00 in the 1,200 square foot warehouse 07:00.  The
15   other one, it was a little bit bigger or a little bit
16   later, but Mike would actually pull up a lounge chair
17   and sleep in the lounge chair while I continue doing
18   assemblies.
19        Q    Okay.  So, you would leave on an average
20   Monday through Friday --
21        A    But just because we left the show --
22        Q    Hold on a second.  You keep interrupting me.
23   And she's going to go nuts in a little bit.  09:00 a.m.
24   leave at 07:00 p.m. on average Monday through Friday
25   while you're at the 1,200 square foot warehouse during
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  COVID.  Is that right?

02       A     They were all approximates.

03       Q     That's all I'm asking for.  Is that correct?

04  You just told me you would leave at 07:00 when you were

05  at the 1,200 square foot warehouse.

06       I'm just trying to make sure that I understand

07  because this keeps changing and I don't want it to

08  change.  I want to understand what went on.

09       So, tell me if I'm right, you would get there

10  sometime around 09:00, leave sometime around 07:00.

11  Working out of the 1,200 square foot warehouse from

12  COVID on Monday through Friday.

13       A     We were still working past 07:00 a lot of

14  those nights.

15       Q     At the warehouse?

16       A     Yes.

17       Q     Then why did you tell me you would leave

18  around 07:00?

19       A     That was an approximation.

20       Q     Okay.  What's the best approximation for when

21  you would leave during those several couple months

22  after COVID, while you were still in the 1,200 square

23  foot warehouse?

24       A     I put 07:00 because of the -- during the

25  week, we've worked longer days than on the weekend.



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025              Page 182

```
01        Q     Okay.

02        A     But still, when we went home, we were getting

03   calls from Europe, we were getting calls from

04   Australia.  I was still returning e-mails.

05        Q     If you could focus on my question, because

06   you haven't answered it, you've answered four different

07   ways and I'm trying to find out which is what we can

08   rely on.

09        A     Okay.

10        Q     You would get there with Mike --

11        A     Yes.

12        Q     -- on average, sometime around 09:00 a.m.

13   during the couple months after COVID while you were

14   working out of the 1,200 square foot warehouse, right?

15        A     We'd get there at 09:00, yes.

16        Q     Okay.  And then -- and you would go with Mike

17   in his car?

18        A     Yes.

19        Q     Okay.  Then you would leave the warehouse

20   around what time Monday through Friday?  I'm just

21   trying to find out what time was an approximation, an

22   estimate or an average of when you would leave that

23   1,200 square foot warehouse during the couple months

24   after COVID, before you moved Monday through Friday?

25        A     Usually after 07:00.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01        Q    Okay.  When after 07:00 -- it -- after 07:00

02   means 07:01 to midnight when?

03        A    That varied on the day and the business that

04   came in during that day.

05        Q    And for that reason, I've asked for an

06   estimate --

07        A    And it also depended on how Mike felt.  If

08   Mike was tired, we had to go home earlier.

09        Q    Okay.

10        A    If Mike could rest in the recliner, then I

11   got to stay later.

12        Q    And for that reason I asked for an estimate

13   or an average.  What's the estimate or average?  Is it

14   7 o'clock?

15        A    I put 07:00.

16        Q    Okay.

17        A    As far as -- in my head, 07:00 was a good

18   point.  Then there was other things that I could do.

19   You know, I could take work orders and fill them out at

20   home from the orders that came online or I could, or

21   Mike would ask me a question and then I would make

22   notes that I had to complete that assignment for the

23   next day.  But all we did was work during that time.

24        Q    Well, you worked -- you -- working included

25   taking the boat from Okeechobee down, right?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 184

```
01        A    That was during Thanksgiving weekend.

02        Q    Okay.  And did you have time for dinner?

03        A    We didn't go out.

04        Q    Well, you can --

05        A    We might pick up takeout to go on the way

06   home.

07        Q    Okay.

08        A    I did not cook.

09        Q    Was the time that you would leave the

10   warehouse to go to pick up, take home, and then go

11   home, was that work time?

12        A    Yeah, normally Mike was on the phone in the

13   car because it was quieter in the car, the machines

14   held at the shop.

15        Q    That's Mike working.  Mike -- you've

16   established that Mike pretty much worked around the

17   clock?

18        A    Yes, but I was always eavesdropping to know

19   without -- because whatever he was saying, I had to

20   ship the next day or I had to be aware of it.

21        Q    You had to ship the next day or be aware of

22   it.  Wouldn't there be a -- an order, wouldn't there be

23   a document where somebody had purchased something and

24   there'd be a document to reflect what was ordered so

25   that way we didn't have to rely on someone's memory for
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    what would be shipped out?

02         A    Like I said --

03         Q    **Yes or no?**

04         A    The automation had to grow as the business

05    grew.

06         Q    **Understand.  But when there was a purchase**

07    **order, there would be a document reflecting what was**

08    **purchased?**

09         A    The purchase order was for vendors, not for

10    customers.

11         Q    **Okay.  Would be a sales receipt --**

12         A    Mike consistently threw in freebies to

13    customers.

14         Q    **Okay.**

15         A    And he would not that there was not a place

16    to denote that on the online order.

17         Q    **Right, because there'd be an online order**

18    **that would be taken?**

19         A    Yes, and I would have to send e-mails to

20    clarify, like on the online order, it said that they

21    would order a panel, but for months we couldn't pick

22    the color of the panel on the online order.

23         So, I had to return a call and everything else.

24    If Mike said that he was going to throw in a diverter

25    valve, there was not a place to stipulate that on the



**UNIVERSAL
COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 186

```
01   order online.  When people wanted to order, Mike didn't
02   take the order manually, usually he said go online and
03   make the order.
04        Q    Understood.
05        A    So, there were things that were missed, which
06   was drove me crazy.  So, I constantly was eavesdropping
07   on his phone calls because he would put them on speaker
08   so that I could hear what was going on too.
09        Q    And so, how many hours a day or a week were
10   you working?
11        A    I was available to Mike.
12        Q    Okay.
13        A    All day.
14        Q    So, --
15        A    There were times when things would get quiet
16   and I didn't have to do as much, but you know, we
17   were -- before we hired Trevor, you know, like I said,
18   we had huge months that --
19        Q    And my question was how many hours a day or a
20   week would you -- were you typically working during
21   that time for the first couple months of COVID on while
22   you're in that 1,200 square foot warehouse?
23        A    Well, when I was in the 1,200 square
24   warehouse, I was spending four to five hours a day on
25   the phone talking to UPS to find out what customs were
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    open, what were closed.

02        I was also, you know, calling customers and

03    saying, okay, we did a lot of France ordered several

04    units, the beginning of COVID.  So, they were working

05    our typical 09:00 to 05:00 days.

06        So, I was getting return e-mails and stuff like

07    that later on at night.  And then I would make

08    arrangements that if I wasn't shipping to France, then

09    I would ship to Italy because they could go to Italy

10    across the border and pick up there.

11        Q    And again, that translated to how many hours

12    a day or how many hours a week?  Because you're telling

13    me about things that you did, how long it would take on

14    to do something like, you know, find out who was open

15    for COVID and what countries you could ship to and not,

16    that doesn't tell me how many hours a day or a week you

17    were working on average.

18        So, I'm trying to find that out. How many hours a

19    day or a week were you working on average during this

20    period of time that we're talking about where you were

21    at the warehouse on average 09:00 a.m. to 07:00 p.m.

22    How many hours in total were you working?

23        A    09:00 to at least 07:00 we were at the shop.

24        Q    I understand.  I'm asking how many hours a

25    day were you working on average Monday through Friday



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    during that time.  Without telling me what you did in

02    the course of the day, I just want to know a number or

03    an average of the hours worked per day?

04         A    We were doing 09:00 to 07:00 at the shop and

05    I would say easily another four hours after the shop.

06         Q    Okay.  And the four hours was, you're

07    including time that you would call people or speak with

08    them or exchange e-mails as well as the time that you

09    were eavesdropping on Mike and available?

10         A    Um-hum.

11         Q    That's a yes?

12         A    Yes.

13         Q    Okay.  And then on the weekends, how much

14    were you working on the weekends on Saturday and on

15    Sunday?

16         A    It varied on who was come -- customers coming

17    in after --

18         Q    On average, because we don't have time

19    records and we can't go day by day.  If your lawyers

20    would like to, I can go day by day, but I think it'd

21    take a while.

22         A    Okay.

23         Q    Basically, so let's deal with averages and

24    estimates.

25         A    When we would go in, even if we wanted, if



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   Mike say that we would only go in for a couple hours,
02   we would still show up at 09:00 and then something
03   would happen so, we were still there until at least
04   06:00, 05:00 or 06:00 in the after or in the evening at
05   least one of those days a week.
06        Then after that we would go home and we were still
07   having because initially after COVID most of our
08   business was exports.  France ordered a ton of stuff.
09        Mike was also on the phone to India.  He would --
10   while he was on the phone with India, he would ask me
11   how many pressure regulators we had left and stuff like
12   that.  Then he was redesigning the website --
13        Q    And sorry to interrupt.
14        A    We had Sheldon coming over to our house.
15        Q    But my -- you're asking -- you're telling me
16   about all these things that Mike was doing and other
17   people were doing.
18        And my question to you was on the weekend, how
19   many hours a day were you working on average on a
20   Saturday, on a Sunday.  You said one day we would work
21   09:00 a.m. until --
22        A    At least another 30.  Usually, another 30.
23        Q    Another 30?
24        A    Yes.
25        Q    Okay.  And again, that would include the same
```


**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  kind of time where --

02      A    Wait, no, I can't say that on.  It was --

03  that's six, sorry, not 30.  I'd say at least another

04  20.  A little over 20.  I missed -- I didn't carry one

05  right.

06      Q    And so, were you saying that once COVID

07  started that's really when you started working more

08  than before?

09      A    We were working a lot --

10      Q    Not my question.

11      A    -- out of the warehouse.  We worked even

12  harder once COVID started.

13      Q    My question was, once COVID started, were you

14  working more than before?

15      A    Yes.

16      Q    Okay.  And so, what we should see in your

17  estimates is working less up until COVID, agreed?

18      A    No.

19      Q    Okay.  So, if you were working more after

20  COVID, how come you weren't working less before?

21      A    Because we more than doubled during COVID.

22  We were already growing.

23      Q    That -- what does that have to do with your

24  hours if you're working more hours --

25      A    Because money --



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01       Q     Hold on a second.  If you're working more

02   hours, once COVID started, right?  That's what you

03   said, that's a yes?

04       A     Yes.

05       Q     You're working more than before.  It means

06   you were working less, does it not?

07       A     The work changed.

08       Q     It may have changed, but the hours that

09   you're working, that's what we're talking about.  You

10   worked more hours once COVID started than before.

11       A     Yes, I did work more hours.

12       Q     Okay.  So, if you worked more than before

13   COVID, we should see on the estimates that you have

14   less hours, shouldn't we?  On your estimates of how

15   much you worked?

16       MR. CUTHBERTSON:  Objection, form.

17   BY MR. POLLOCK:

18       Q     Agree, yes, or no?

19       A     On the estimates, I don't agree with that.

20       Q     Okay.  So, you told us several times, once

21   COVID hit, it was basically like a bonanza for Mike in

22   the business.  You're working around the clock, you're

23   working --

24       MR. CUTHBERTSON:  Objection.

25   BY MR. POLLOCK:



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 192

01        Q      -- 09:00 to 07:00 plus four hours at home,

02   plus you're working another 20 something hours on the

03   weekends, right?  That's what you told us.  And that's

04   more than you were working before COVID, is that

05   correct?

06        A     We were still working very hard before COVID.

07        Q     Not my question.  My question was --

08        A     You want to see the hours change?  I'm

09   telling you the hours actually got more over COVID, but

10   I didn't ask for more hours.

11        Q     Okay.  So, you were working more than what

12   you're claiming is 91 hours a week?

13        A     Yes.

14        Q     Okay.  And then before COVID, you were

15   working 91 hours a week?

16        A     Yes.

17        Q     And then during COVID you consistently

18   continued to work 91 hours a week?

19        A     I worked more.

20        Q     More.  How come you didn't claim it?

21        A     I thought the claim would look ridiculous if

22   I claimed anymore.

23        Q     You don't think 80 or $90,000 looks

24   ridiculous?

25        MR. CUTHBERTSON:  Objection, form.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01        A    I don't think it looks ridiculous at all.
02  BY MR. POLLOCK:
03        Q    Okay.  And the money that Mike paid towards
04  all of your living expenses that we -- that can be
05  quantified for which you were have responsible, that
06  doesn't factor into any of the money that you're
07  claiming, does it?
08        A    No.
09        Q    Okay.
10        A    It didn't qualify -- that didn't qualify into
11  anything.  When I've cashed out my retirement and he
12  didn't work for over eight months while we traveled
13  here --
14        Q    But Mike didn't --
15        A    -- That was our relationship.
16        Q    Okay.  Mike didn't get --
17        A    When one could provide, we provide it.  His
18  status of living had to go up exponentially with the
19  pay that he got.  I never wanted to move to that house
20  over off of Bel Air.  He knew I hated that place.
21        Q    So, you didn't -- so, you decided I'm not
22  staying there, I'm not going to enjoy the house.  The
23  view, the rooms nothing, right?
24        MR. CUTHBERTSON:  Objection.
25        A    And the rats and the worms.  And --
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   BY MR. POLLOCK:

02        Q     So, you moved out --

03        A     No air.   Yes, I did for a little bit.

04        Q     And then you moved back in?

05        A     When he couldn't walk 25 feet.  Yes, I did.

06        Q     Okay.  And Mike paid for the whole time?

07        A     He paid for that house.  Yes, he did.

08        Q     And for the time that you had the RV, Mike

09   didn't make a claim for any kind of money for helping

10   out or doing whatever he could do?

11        A     No, he did not.  Why would he?

12        Q     And so, if you weren't living with Mike, you

13   would've had to pay for your own living expenses, would

14   you not?

15        A     Yes, but I would not have lived the

16   extravagance that he did.

17        Q     You wouldn't have taken the trips to Greece

18   with him, right?  You would've been able to do that?

19        A     That was part of the business.  He needed me

20   to go to Greece because he needed another captain on

21   that vessel.

22        Q     And so, Mike couldn't have hired, there's no

23   captains that are available in Greece that are licensed

24   to operate a sailboat and take it for two weeks?

25        MR. CUTHBERTSON:  Objection, form.
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01   BY MR. POLLOCK:

02        Q    Is that what you're saying?  That the only --

03   the only thing they rent in Greece are bare bone

04   charter of sailboats?

05        MR. CUTHBERTSON:  Objection, form.

06        A    That is not what I'm saying.

07   BY MR. POLLOCK:

08        Q    Okay.  Because you can get a fully chartered

09   sailboat where they provide a crew, right?

10        A    You are right there.

11        Q    Okay.  So, Mike didn't need you?

12        A    Yes, he did need me.

13        Q    He wanted you there, right?

14        A    Wasn't Mike still in charge of my hours and

15   duties at that time?  I was the youngest one on the

16   boat.  Who do you think was pulling the line?  Who do

17   you think was dropping that anchor?

18        What about the two couples that couldn't continue

19   the sail because they got too seasick and had to take a

20   ferry back.  How is he going to get that boat alone

21   when he can't pick up 20 pounds?

22        Q    So, was you and Mike --

23        A    And on top of it, once we were halfway there

24   on that trip, Mike came out and told me that he

25   couldn't produce his passport, his Greek passport,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 196

```
01   because he had a warrant out for his arrest since he

02   didn't do his service to his country.

03        So, yes, he needed somebody with a documentation

04   to be on that boat.  I didn't know that.

05        Q    And so, you didn't know that you thought you

06   were just going to Greece to sail around the Greek

07   Isles for a couple weeks, right?

08        A    No, we had customers on the boat.

09        Q    Okay.  And customers who happen to also be

10   friends.

11        A    Yes, that's true.  But this is quite common

12   in business practices.

13        Q    Right.

14        A    To entertain clients.

15        Q    Right.

16        A    So, this was an entertainment trip, which I

17   did do.

18        Q    Okay.

19        A    And there's nothing wrong with that as a part

20   of business.

21        Q    No, I mean --

22        A    I was at -- I did what Mike told me when he

23   told me to do it.

24        Q    Okay.  So, when Mike said --

25        A    Definition of a boss.
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    Q    So, when Mike said, "Hey, let's go have

02  dinner and drinks", that was work that you should be

03  paid minimum wage for while in Greece having dinner at

04  a restaurant?

05    A    Absolutely.

06    Q    Okay.  And while you're enjoying a -- while

07  you're docked up and swimming because you've got

08  customers who happen to be friends there for that time,

09  you should be paid hourly.

10    A    Absolutely.

11    Q    Okay.  And your company, Salty Blue Fun that

12  has a website is there a reason why you have Mike in

13  the pictures on your website?

14    A    It's a good picture and it shows the boat

15  very well.

16    Q    And you can't take other pictures of the

17  boat.  I mean, is there a reason why you're using

18  Mike's picture?

19    A    There's nothing wrong with using Mike's

20  picture.

21    Q    Did you get his permission?

22    A    No.

23    Q    Okay.

24    A    He still has my photo though on his websites.

25  He never asked for my permission.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 198

```
01        Q    There's videos that you posted on the web --

02   that you posted on social media, right?

03        A    Yes, there is.

04        Q    Okay.  And those pictures are from 28 --

05   those videos are from 2018?

06        A    Which videos in particular are we talking

07   about?

08        Q    Well, or any of them from after 2018 that you

09   produced in this case.  There is three videos that you

10   produced.

11        A    Yes.  There is a video after 2018 produced.

12        Q    Okay.  Is it the only one that's 2019, is the

13   early part of 2019, right?

14        A    No, there's one after.  There's one of us in

15   the boat demoing.  We're demoing the unit and you'll

16   see me turn it on and off.

17        Q    Okay.

18        A    Then you'll also see the video on the dock.

19   Where I was -- I did a really rough.

20        Q    Assembly?

21        A    Just demonstration of how to use the portable

22   unit.

23        Q    And the longest video that was produced was

24   12 minutes and 50 seconds.  Is that right?

25        A    I would not know.  I would have to look.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 199

```
01        Q    Okay.

02        A    But you don't -- you don't get to get away

03   with first pa -- or the first take, have to make four

04   or five takes.

05        Q    Okay.  So, five takes 12 minutes talking

06   about an hour?

07        A    Yeah, but you're only talking about a video

08   being produced.  You're not talking about the other

09   jobs that I performed.

10        Q    Okay.  I'm just trying to understand what the

11   videos show other than, you know, either you unpacking

12   something, which I think you only do once when you

13   unpack a box and then you assemble it, that you do

14   once, you have to do multiple takes of that.

15        A    Yeah, you do.  When we were doing that video,

16   the landscapers started with their leaf blowers.  Mike

17   had a conniption.  We had to wait for the leaf blowers

18   to stop to finish the video.

19        Q    That was from 2018.  Who cares?

20        A    Well, you're the one that brought it up, not

21   me.

22        Q    Okay.  So, when you're talking about your

23   hours, you're saying that, you know, 91 was being

24   generous with the hours that you were working?

25        A    It after -- especially after COVID.  Yes, I
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                     Page 200

```
01  am saying that.
02       Q    Okay.  And that Mike should get no credit for
03  any of the expenses that he paid for you while you two
04  were living together here in South Florida, right?
05  During --
06       A    Yes, I am.
07       Q    What living expenses does he get credit for?
08       A    No, I said that he sh -- we were a couple.
09  It was part of our agreement as a couple.
10       Q    What was the agreement?  When did you have
11  that?
12       A    It was the way it started with us.  Sh -- if
13  there was a -- if we were dividing living expenses, why
14  did Mike not pay for anything with the RV?
15       Q    I'm just asking --
16       A    Why did he not pay anything for, on buying
17  the boat?  I mean, he wouldn't have just had to cover
18  living expenses for the dock fee.  He would to have
19  make a payment on the boat.  That's not how our
20  relationship worked.  That was a relationship.
21       Q    Well --
22       A    And on top of it, he told me that he was
23  going to pay me for my hourly wage.  I never received
24  that.
25       Q    Oh, he did -- when did he tell you that?
```



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 201

```
01        A    He misstated multiple times that he was going

02   to reimburse me for my time.  He never did that.  I

03   made multiple demands.  He kept skating the issue.

04        Q    He said he would reimburse you for your time.

05   How was he going to reimburse you for your time?  Did

06   he -- was he specific?

07        A    That I would get paid.  As I'm sitting

08   they're writing checks out for everybody else, I'm

09   like, must, you know, I go to Mike and it's like, you

10   know, these people are getting paid 25 an hour.  I'm

11   not even figuring this out at 25 an hour.  And they're

12   putting in less hours than I am.

13        But yet they've got the ability to go out and buy

14   things.  Whereas I didn't have the ability to go out

15   and purchase any big dollar item by myself.

16        Q    You didn't have the ability to go out and

17   purchase a big dollar item by yourself.  But you could

18   do it with Mike.

19        A    I didn't buy anything with Mike.  Mike's the

20   one who was out buying all the luxury cars and the

21   boats and the toys.  If I wanted something like that,

22   Mike would've never approved.

23        Q    Did you try?  Did you try to use the -- a

24   debit card or a check to buy things for yourself?

25        A    I didn't spend anything out of that account
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  without his approval.

02      Q    Yeah.  That wasn't my question.  My question

03  was, did you try to purchase items for yourself with a

04  debit card for that account that you were on with Mike

05  or a check from the account you were on with Mike and

06  see what happened.  Did you try?

07      A    No, because to me that was considered theft.

08      Q    Okay.  And did you ever sit and add up how

09  much money Mike spent for your half of your living

10  arrangements over the past -- during the five years

11  that are at issue in this lawsuit?  Was it two years or

12  three years, whatever the Court decides, you ever added

13  it up to see how much he spent on your behalf?

14      A    No, I didn't, but at the same time, I didn't

15  think we needed to live to that extent.  I thought we

16  were living beyond our means.  And I stated that again

17  several times.  And like I stated, I never wanted any

18  part of that house.

19      Q    Okay.  How about the apartments?

20      A    But he demanded that we lived at that house.

21      Q    And the condos?

22      A    The first condo, I didn't want to move.  I

23  thought it was too soon after moving to the larger

24  warehouse.  I was con -- I was extremely concerned

25  going to a payment of 980 a month to a payment of 330


**UNIVERSAL
COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01  or 3,300 a month when we just signed a thing for the --
02  I believe we were paying over seven grand for the --
03  well, it was going up to seven grand for the warehouse.
04       Q    When you moved and the rent went up bigger
05  place?
06       A    Yes, we moved off the boat into a condo.
07       Q    And then from the condo to a house?
08       A    Yes.
09       Q    And each time it got nicer?
10       A    No, the house sucked.
11       Q    House was more expensive?
12       A    Yes.  But Mike had to live there.
13       Q    And from there it was to a condo on the
14  beach?
15       A    Yes, it was.
16       Q    And once Bailey came back in and you stopped
17  going into the office, you said that was when your
18  hours were 08:00 p.m. to whatever 02:00 a.m.?
19       A    Yes.
20       Q    Okay.
21       A    It -- there wasn't a single hour that was
22  accounted for when I went into the shop.  And saw how
23  the shop was being misrun.  Shouldn't all these text
24  messages --
25       Q    The condo that you moved into, did -- who's
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 204

01     the one that ended up finding that for the two of you

02     to live, was that -- didn't you find that condo?

03          A     No.  Well, which condo are you talking about?

04          Q     The one on the beach.

05          A     I did find that condo.  Mike was looking up

06     buying a condo in the -- in a high rise and he couldn't

07     make it from the parking lot to the elevator, because

08     it was too far of a walk at that time.

09          Q     On --

10          A     His heart condition had escalated.

11          Q     Show you what I've marked as Defendant's 110.

12     (Thereupon, Defendant's Exhibit 110 was

13     entered into the record.)

14     BY MR. POLLOCK:

15          Q     Have you seen those before you as your

16     responses to our written questions?

17          A     I think so.

18          Q     Are those true and accurate?

19          A     I believe so.

20          Q     You believe so?  Are they --

21          A     Yes.

22          Q     -- can we rely on them as the truth or not?

23          A     Yes.

24          Q     Okay.  In your answer to Number 3, it was

25     identifying people who have knowledge about the claims



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   alleged in the lawsuit.

02        A    Yes.

03        Q    You worked with Bailey while you were at

04   Seawater Pro or claiming you worked for SeaWater Pro.

05   Is that right?

06        A    Yes.

07        Q    Okay.  Did you identify Bailey as a witness?

08        A    No.

09        Q    Okay.  What about Arya Jane.  Do you identify

10   her as a witness?

11        A    I have only met her in a courtroom.

12        Q    Okay.  But Bailey, you didn't?

13        A    No.

14        Q    Even though she not only worked at SeaWater,

15   but she lived with you?

16        A    Yes.

17        Q    Why not -- why didn't you identify her as a

18   witness?

19        A    I didn't have to.  There are several

20   witnesses that I didn't call.

21        Q    You didn't have to?  Why didn't you have to

22   identify her as a person with knowledge?

23        A    I have customers that would testify that I

24   worked there, but I don't list every customer.

25        Q    Okay.  So, there's more witnesses whom you
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01   haven't told us whether in the initial interest --
02   interrogatories or the amended answers?
03        A    Yes, there are quite a few more.
04        MR. POLLOCK:  Okay.  Dillon, can we get those
05   supplemented?
06        MR. CUTHBERTSON:  Can you show her the
07   amended?
08        MR. POLLOCK:  Yeah, I'll get to those.
09        THE COURT REPORTER:  Can we get the spelling
10   of Arya Jane?
11        MR. POLLOCK:  A-R-Y-A J-A-N-E.
12        THE COURT REPORTER:  Thank you.
13   BY MR. POLLOCK:
14        Q    And then in your answer to Number 6, which
15   ask for legal proceedings, you didn't identify your
16   divorce as a legal proceeding.  Is there a reason why?
17        A    I didn't hire an attorney for my divorce.
18        Q    Did you have to go to Court to get divorced?
19   Have a Judge approve it?
20        A    You are absolutely right.  I also had to go
21   to Court for my son's adoption.  Excuse me.
22        Q    The misdemeanor that wasn't identified on
23   here either, is that because you had it expunged?
24        A    Yes.
25        Q    And then your testimony or your answer in
```



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  response to interrogatory Number 9, is that the only

02  payment you ever received from my clients from

03  January 1st, 2019 to December 31st, 2022 is a check for

04  $600 that you did not deposit.  You would agree with me

05  that that's incorrect.  Wouldn't you?

06       A    No.

07       Q    Okay.

08       A    These claims were for wages, hours and wages.

09  I was never paid for hours and wages.

10       Q    Okay.  In your answer to Number 10, you

11  indicate that Mr. Spanos regularly communicated to you

12  that he and his company would pay you back the money

13  they owed you.  What money did they owe you?

14       A    They owed me four hours in wages.

15       Q    Okay.  Because the next sentence is,

16  "Plaintiff was never paid properly paid for the hours

17  she worked or the wages Plaintiff was owed."  So, these

18  last two sentences, the money you're owed is the same

19  as the hours you're claiming you worked and the wages

20  you're claiming you're owed, right?  It's all the same.

21       A    Which sentence are you talking about?

22       Q    Are -- your answer to question Number 10.

23       A    Yep.

24       Q    It says "Spanos communicated to Plaintiff the

25  Defendants would pay her back the money they owed her."



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    And talking about the money they owed, you're referring

02    to wages, right?

03          A    Yes.  He never paid me for the age -- wages

04    and he never paid me for, when I was just paid for the

05    boat slip fees when the business couldn't afford to pay

06    it.  But that was okay, that was a relationship.

07          Q    Okay.  Then you said that you demanded

08    payment once, and your answer's here Number 11.  So,

09    did you only demand payment from Mike once in 20 --

10    December of 2022?

11          A    No, I demanded payment several times.  He

12    only produced a check at one time.

13          Q    Because the question was, "Describe every

14    instance in which you demanded payment from Defendants

15    for work you allegedly performed.  Including the dates

16    of these demands and the responses received".  And in

17    your answer to Number 11, it was this one time in

18    December of 2022.

19          And now you're telling me, and you've told me

20    today, that you've demanded payment on other occasions.

21    So, --

22          A    Yes, I had, this was the only demand that he

23    acknowledged with a check.

24          Q    Okay.  Is there a reason why you didn't,

25    besides the fact that he didn't offer a check, identify



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  any other instance when you demanded payment from them

02  as requested in this question Number 11?

03       A    An oversight on my behalf.

04       Q    So, the answer to Number 11 is part right

05  part wrong?

06       A    Yes.

07       Q    So, when else besides December of 2022 or

08  when before then, did you demand payment from Mike?

09       A    Almost every time that I had to give out a

10  payroll check.  Seeing the money that everybody was

11  making, knowing that they were padding hours.  And I

12  was not making anything.

13       Q    So, for -- you would demand payment from Mike

14  52 times a year, over how many years, we're talking

15  about over a hundred and something times, maybe two.

16  You would demand payment from Mike every week?

17       A    I would say, where's -- what am I making out

18  of this?  Where's my money?

19       Q    Okay.  And so, as a result, you just decided,

20  I'm just not going to -- I'm going to keep working?

21       A    Yes, I believed in him.

22       Q    Okay.  And was it your expectation that you

23  weren't going to get paid hourly, that instead you were

24  just going to get a part of the business.  For helping

25  build it?  Was that your expectation?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 210

01      A     He didn't put in -- he did not put my name on

02   the LLC.

03      Q     That wasn't my question.  Question was, was

04   it your expectation that for the time that you put into

05   the business you were going to get a piece of it?

06      A     I thought I was going to get wages and a

07   piece of the business, yes.

08      Q     Okay.  So, after three, four years of not

09   getting wages, what -- when was it that you thought you

10   were going to get paid wages?

11      I mean, you've asked him 50 times the first year,

12   50 times the second year, still haven't gotten paid.

13   At what point did you think you were going to get paid?

14      A     That's why I kept asking.

15      Q     Okay.  And you kept getting the same answer.

16   So, why did you have an expectation that you were going

17   to get paid?

18      A     Because I trusted him.  We had a history and

19   I trusted him.

20      Q     But you trusted him about what?  That he was

21   going to pay you on the 217th time, but not the 216th?

22      MR. CUTHBERTSON:  Objection, form.

23   BY MR. POLLOCK:

24      Q     What did you expect to change?

25      A     I expected it.



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q     You expected it?

02        A     Yes.

03        Q     And so for that reason, you waited until, or

04   no, 15 months after or 16 months or 14 months after a

05   restraining order was entered against you before you

06   first made a claim for wages?

07        A     How much longer should I have waited?  I

08   thought I waited long enough.

09        Q     Okay.  Why wait?

10        A     Mike had made payments and I thought that he

11   was going to do something right.  He did not do that.

12        Q     Mike made payments.  You're talking about the

13   $3,000 a month?

14        A     Yes.

15        Q     Okay.  And how come you don't account for

16   that in your answers?

17        A     Because that was not a wage claim.

18        Q     What was it for?

19        A     That was for me to get out away from him.  He

20   destroyed a lot of my property.  He had done horrible

21   things to me.

22        Q     Okay.  And so, he was paying $3,000 a month.

23   That doesn't get factored into what you're claiming you

24   owed.  Did Mike just make gratuitous payments?  I mean,

25   there was --
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 212

```
01        A    Yes.

02        Q    Okay.  I mean, he -- there was no promissory

03   note, there was no document or agreement that required

04   Mike to make any payments to you whatsoever, was there?

05        A    There was a seven year relationship.

06        Q    Wasn't my question.

07        A    That I put everything I had into him and

08   didn't come out of it.  I was getting in fact, he

09   compared it to the alimony that I was receiving from my

10   ex-husband thinking that he was doing me a favor by

11   paying the lesser amount of my alimony.

12        Q    You indicated your alimony was 1,800 a month,

13   about?

14        A    Not at the end.  It went down to 1,500 a

15   month.

16        Q    And Mike was paying you 3,000 a month?

17        A    Right.

18        Q    And so, there was no agreement or contract

19   that required Mike to make any payments of you -- to

20   you?

21        A    And that's exactly what I asked.

22        Q    Is that correct?

23        A    I had asked for a contract in writing.  He

24   failed to produce it and stopped making payments.

25        Q    Did you send him one by e-mail or text or
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01  anything?
02      A    No.  Mike had sent a nice not that little --
03  he had threatens me with a law reversing my expungement
04  and another lawsuit on top of it the lawsuit from
05  Bailey and AJ.
06      Q    Mike threatened you with a lawsuit, meaning?
07      A    To reverse my expungement.
08      Q    Well, the lawsuit to find you in contempt for
09  not complying with the Judge's orders, for posting
10  about him online.  Is that what you're talking about?
11      MR. CUTHBERTSON:  Objection, calls for legal
12  conclusion.
13      A    No.
14  BY MR. POLLOCK:
15      Q    What lawsuit?
16      A    The $3,000 payments were before the lawsuit
17  was filed.
18      Q    Right.  So, --
19      A    And then he files the lawsuit.  He stops
20  paying and makes the lawsuit.  I did not violate my
21  control -- my Court order by the no contact order.
22  Whether it's right or wrong, I didn't know if an
23  attorney could contact him direct because I thought it
24  was a violation of that no contact order.  I am not
25  well versed in legal matters.
```



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025              Page 214

01        Q     And you know, then we have this whole thing
02    where you wouldn't accept money from Mike, so he paid
03    it to you through your son, another $3,000, right?
04        A     You'd have to ask Mike that.  That's what he
05    did.
06        Q     And then --
07        A     If he's paying it through my son, doesn't
08    that mean he thinks I'm entitled to something?
09        Q     Or you would refuse to take the money from
10    Mike, so instead he filed it for your son.  Is that
11    what your son's going to say that he got the money from
12    Mike to pay to you?
13        A     My son's not going to lie.
14        Q     Okay.  Yeah.  And so, besides the answers to
15    the written questions then -- that we went through,
16    then we have the revised version, the amended version
17    where in a second bite at the apple to go ahead and
18    provide these answers.
19        I'll show you what's marked as 111, which is your
20    amended responses to our first request for information.
21    (Thereupon, Defendant's Exhibit 111 was
22    entered into the record.)
23    BY MR. POLLOCK:
24        Q     And in this one for the -- your revised, your
25    prior responses to include a revised answer to request



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    number -- to interrogatory Number 6 or Question 6 which

02    you have on your amended is Number 1, which is the

03    legal proceedings.  And those are the same?

04          A     No, actually it's not.  Or -- all right.

05    Yes, you're right.  I'm sorry.

06          Q     Okay.  And then --

07          A     Oh no, we had to add the credit card debt.

08          Q     And then the amended answer right is the

09    credit card debt.  And then you also amended, but you

10    didn't add your divorce proceeding.

11          A     Like I said, it was an oversight.

12          Q     Okay.  And you didn't add the misdemeanor

13    charge?

14          A     Misdemeanor was expunged.  But I also didn't

15    order my adoption for the -- my son.

16          Q     Okay.  And then for the witnesses for Number

17    2, you didn't identify Bailey in that one, did you?

18          A     I told you I have more witnesses, I just

19    didn't produce them.

20          Q     Okay.  I mean, the question asked for all of

21    your witnesses.  At what point are we entitled to

22    receive the names and what each one you believe knows.

23          A     I have --

24          Q     At what point?

25          A     I can give you more than 10.  I do have a



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  longer list.  If Mike wishes for all of those witnesses

02  to be deposed, okay.

03      Q    Have you talked to your son, Dylan about how

04  he got the money that he sent to you?

05      A    Yes, I did.

06      Q    And what'd he tell you?

07      A    The truth.

08      Q    He told you that Mike sent it to him?

09      A    Yes.

10      Q    Okay.  Did he tell you why Mike had to send

11  it to him instead of directly to you?  Did you talk to

12  him about that?

13      A    Yes.

14      Q    And how you wouldn't accept it from Mike, but

15  you took it from Dylan?

16      A    Yes.

17      Q    And why wouldn't you -- why didn't you take

18  it from Mike?

19      A    I asked Mike to put something in writing.

20      Q    Okay.  And he -- you asked him to put

21  something in writing, sent him a text or anything to

22  ask that?

23      A    No.

24      Q    Did Dylan show you the text messages that he

25  had with Mike?



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                Page 217

```
01       A    He sent me partial of a text message.
02       Q    Okay.  I'll show you what I've marked as
03  Defendant's 112, which is SeaWater 251 through 256.
04  (Thereupon, Defendant's Exhibit 112 was
05  entered into the record.)
06  BY MR. POLLOCK:
07       Q    The last page you likely have not seen, which
08  is 256, but tell me if you've seen 251 through 255.
09       A    No, I have not seen that.  I -- the first
10  time I saw this complete text thread was in the
11  paperwork that I received for this Deposition.
12       Q    Okay.  Which part of this conversation, this
13  text conversation between Mr. Spanos and your son Dylan
14  did you see?
15       A    The first part.
16       Q    So, you only saw the screenshot of the first
17  page?
18       A    Yes.
19       Q    You didn't see anything from the second?
20       A    No.  And this isn't the beginning of the
21  first part of the thread.  If you look.
22       Q    It goes above where Dylan says her ego is in
23  the way?
24       A    Yes.
25       Q    Okay.  Did you end up moving in with Dylan?
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      A     No.

02      Q     Besides the $600 check and the $1,100 that we

03   talked about earlier, did you receive any other

04   transfers of money directly from Mike or SeaWater since

05   June of 2019?

06      A     Transfers?

07      Q     Sure.

08      A     On bank accounts?

09      Q     Yes.

10      A     Not that I'm aware of.

11      Q     Okay.  Have you reviewed your bank accounts

12   to determine whether you received transfers from Mike

13   or his business?

14      A     I glanced over them, I did not see anything.

15      Q     Okay.  Until when was Mike a civilian

16   contractor for the Navy?

17      A     December of 2018.  I am sorry,

18   December of 2017.

19      Q     And how are you sure that Mike worked for the

20   Navy as a civilian contractor through 2017?

21      A     Okay.  Was -- repeat that again.

22      Q     You said that Mike worked -- you said it was

23   your understanding that Mike worked as a civilian

24   contractor through the -- for the US Navy through 2017.

25   Why do you believe it was 2017 and not later?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    A    I'm mistaken.  In 2015, we met -- we spent

02  that first year in Arizona in 2016, we traveled.  We

03  left Arizona.

04        We spent eight months getting to Florida, 2017.

05  You know, he worked the year of 2017.  Because when

06  the -- he initially started with Navy as a -- he was

07  with a temp agency, then they converted over and then he

08  was let go in December.

09    **Q    Let go in December of which year?  2017,**

10  **you're saying?**

11    A    I believe so.  '16.

12    **Q    So, you're saying that Mike wasn't working**

13  **for the Navy when he was starting SeaWater from his --**

14    A    He started SeaWater Pro while he was in the

15  Navy.  He used to brag to customers how he was working

16  for the Navy and taking calls for SeaWater Pro while he

17  was working.  We created that video on YouTube right

18  after he quit the Navy.

19    **Q    So, your Wells Fargo account -- you haven't**

20  **paid, according to the lawsuit that filed against you**

21  **since April 9th, 2024.**

22    A    Unfortunately.

23    **Q    And then two months later you filed this**

24  **lawsuit against Mike, right?  And his company?  Within**

25  **two months of not stopping -- not paying your Wells**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  Fargo credit card, you sue Mike and his business?

02       A   I was speaking to them, but yes, that's how

03  the timeline worked.  I wasn't even aware of the case

04  against them until Dylan told me, I received no

05  notification.

06       **Q   And the last statement you received or the**

07  **statement that was sent to you dated April 9th, 2024**

08  **from Wells Fargo indicated that you owed them just**

09  **under $22,000, right?  That you had in debt?**

10       A   The debt that I actually looked at them was

11  less than that, but I assumed with the charges, the

12  Court fees and everything, they were awarded that.

13  Like I said, I was never notified of that going to the

14  Court.

15       **Q   Have you looked at that lawsuit?**

16       A   No, I have not seen that lawsuit.

17       **Q   Have you been served with it?**

18       A   No, I was never served.

19       **Q   I will mark as Exhibit 113, the complaint**

20  **filed by Wells Fargo Bank, NA against you.**

21  (Thereupon, Defendant's Exhibit 113 was

22  entered into the record.)

23       A   I've never seen this.

24  BY MR. POLLOCK:

25       **Q   Attached to this lawsuit as Exhibit C is a**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 221

```
01   statement that Wells Fargo claims have sent to you?
02        A    What are these --
03        Q    Up at the top, page before, keep going.
04   Before that.  Had you received this statement from
05   Wells Fargo?
06        A    No.
07        Q    I'm sorry?
08        A    No.
09        Q    Do you have online access to your Wells Fargo
10   account?
11        A    Yes, I do.
12        Q    Did you log into your Wells Fargo account and
13   look to see what your balance was on your credit card?
14        A    Yes, I did.
15        Q    Okay.  And it says that as of the issuance of
16   this statement, your balance was $21,889.60.  Do you
17   see that?
18        A    Yes.
19        Q    And that's because you had a prior balance of
20   $21,363.27 that was due based on the prior statement?
21        A    Yes.
22        Q    Okay.  So, you hadn't been paying your credit
23   card for some time.  How long had it been since you
24   were paying your credit card?
25        A    Two months.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01      Q    So, your balance for the bill that was --

02      A    I believe two months.

03      Q    Because on this statement for which a payment

04 is due on May 4th, 2024, the only charges to that

05 account were fees and interest.

06      So, are you saying that in the month before that's

07 when you incurred the rest of the debt?

08      A    No.

09      Q    Okay.

10      A    It grew.

11      Q    I'm sorry?

12      A    It grew.

13      Q    It grew over time?

14      A    Yes.

15      Q    Okay.  Over how much time did that debt grow?

16      A    Maybe a year-and-a-half.

17      Q    And so, from the previous balance that you

18 incurred for the statement that would've ended in

19 April -- excuse me, the statement that would've ended in

20 March because this statement looks like it goes from

21 March 11th until sometime in April, right?  At the top,

22 March, 11th, '24 to April something of '24.  That's

23 what this statement is for the one that's attached as

24 Exhibit C.

25      A    Okay.  I see it.  Yes.
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01      Q     Okay.  This statement that would've closed on

02  March 10th, you didn't make any payments toward that,

03  did you?

04      A     No.

05      Q     And why did you stop making payments?

06      A     I didn't have the money.

07      Q     Did you go back to teaching Pilates in order

08  to try to earn the money?

09      A     As much as I could, yes.

10      Q     And what about the trips that you took to The

11  Bahamas since you and Mike stopped seeing each other?

12      A     I had captain's jobs.

13      Q     I will show you Plaintiff's 303.  I'll mark

14  it as Exhibit 114.

15  (Thereupon, Defendant's Exhibit 114 was

16  entered into the record.)

17  BY MR. POLLOCK:

18      Q     That's your handwriting?

19      A     It's not my handwriting.

20      Q     Okay.  What's the significance of that

21  document that you produced in this case?

22      A     I produced this document.

23      Q     It says Plaintiff 0303 indicates it was

24  produced by you.  Do you know what the significance of

25  that document is, if any?



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 224

```
01        A    No.  I don't have any TV.

02        Q    Is that TV that you had at Mike had at the

03  house or the condo or the apartment?  I --

04        A    There's no date on this.  I don't.

05        Q    I'm just trying to figure out what it is.

06  Because you produced it.  If you don't know, you don't

07  know.

08        A    I don't know.

09        Q    Okay.  I'll show you what I've marked as

10  Defendant's 115, which is Plaintiff's Number 230.

11  (Thereupon, Defendant's Exhibit 115 was

12  entered into the record.)

13  BY MR. POLLOCK:

14        Q    What's the significance of that document?

15        A    That's inside of a boat.  I believe that was

16  Gates boat.

17        Q    Okay.  Why did you produce it?

18        A    Proof of work.  Probably.

19        Q    Proof of what work?

20        A    This was a customer, and this -- he had the

21  Karcher pressure washer, which -- this is also the

22  couple that we went to Greece with.

23        Q    So, the Karcher pressure washer would've been

24  used in the early --

25        A    Yes.
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 225

```
01        Q    So, it would've been sometime in 2018?

02        A    Yes.

03        Q    Okay.  Did Mike also pay for -- or contribute

04   for your son Dylan's lease for a place to stay?

05        A    Dylan and Bailey stayed with us.

06        Q    Okay.  Did he also contribute to their own

07   personal living expenses, why?  For their own

08   apartments?

09        A    He told me that he was going to pay for

10   Bailey's apartment if he did.  I'm not sure.  Dylan, he

11   never paid for Dylan's apartment or anything.  I mean,

12   if there was a meal, yeah, he paid for the meal.

13        Q    Why would Mike have transferred $2,000 to

14   your bank account in August -- late August of '21?

15        A    I believe that was -- I believe that was a

16   reimbursement because he didn't have a company check or

17   a personal check for a down payment on -- or to hold a

18   home.

19        I would have to look into that further to know, to

20   remember exactly.

21        Q    I mean, it just -- I mean, were you moving

22   into another place?

23        A    Yes.

24        Q    Late August of 2021?

25        A    We were looking for another place because the
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    condo that we were renting was -- '21.

02          Q     Okay.

03          A     The condo that we were renting was bought out

04    by some investors and they wanted us out earlier.

05          Q     I mean, what you're saying is this isn't --

06    there was a prior occasion where Mike had transferred

07    money over to your account.

08          You said that was because he didn't have checks

09    personal or business checks available?

10          A     And I had one in the car.

11          Q     Okay.  Same thing in '21 -- August '21.

12          A     August '21 was about when we were looking for

13    another place.

14          Q     Okay.  And you had said that when Mike had

15    transferred in April of 2020, the $100 and $1,000, that

16    was the same reason?

17          A     Yes.

18          Q     Okay.  And then when Mike transferred

19    $3,052.99 to you on --

20          A     I have no idea what that's for.

21          Q     Okay.

22          A     That I never saw that amount going to my

23    account.

24          Q     Besides doctor's appointments for your

25    fracture of your leg and at Holy Cross, what other



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    medical appointments have you attended between June of

02    2019 and when you left Mike in '22?

03          A    I believe there was one doctor's appointment

04    that actually Mike had his doctor's appointment right

05    after it that we attended together.

06          Q    When was that?

07          A    I don't know exactly.  I had really bad

08    insurance.  So, I didn't go to the doctor.

09          Q    What kind of doctor was it?

10          A    Just a primary.

11          Q    Did you accompany Mike to other doctor

12    appointments of his?

13          A    Absolutely.

14          Q    How often would that occur?

15          A    Quite often.  I mean, I went to his primary

16    with him.  I went to the cardiologist with him.  I went

17    to the electrophysiologist with him.  I went to the CHF

18    doc.  I stayed at the hospital with him.

19          And he had two cardiologists, one at Cleveland and

20    then another one over by Holy Cross, yeah, we were

21    always at doctor's offices.

22          Q    And it's your testimony that while you're at

23    the doctor's office, while you're in the waiting room,

24    while you're in with the doctor, in with the nurse,

25    you're working that whole time because you're on the



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                Page 228

01  phone or you're available?

02      A    I said I was available.

03      Q    Okay.  And for you work means that you're

04  available, right?  That's what you consider to be work

05  time being available?

06      A    Not all the time, but it's quite a bit of the

07  time, yes.  Who honestly wants to spend a whole

08  afternoon at the doctor's office.

09      Q    Well, sure.  But when you're there with your

10  significant other, it's one of the sacrifices you make,

11  right?

12      MR. CUTHBERTSON:  Object to form.

13  BY MR. POLLOCK:

14      Q    Isn't it?  One of the sacrifices you make is

15  going to medical appointments with those you care

16  about?

17      A    Yes, it is.

18      Q    Okay.

19      A    But the extent was overwhelming.  And on top

20  of it, Mike's mental capacity, especially when he is

21  not feeling well, diminishes quite bit.

22      Q    Okay.  I mean -- and so, because Mike has to

23  go to a lot of doctors and because, you know, his -- he

24  doesn't cope with it really well, when he's not feeling

25  well.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 229

01          Does that change in your mind, accompanying a

02     loved one to work?  Does that change the nature of what

03     you're doing, just because Mike's not feeling well or

04     he has to go to a bunch of doctors?

05          A    Actually, my workload goes up because I'm not

06     at the shop doing things.

07          Q    Your workload goes up the next day when you

08     have to go back in and pack boxes that weren't packed,

09     or it goes up while you're at the doctor's with him?

10          A    My work time goes up because yes, I'm not --

11     I wasn't there.

12          Q    And you weren't there because, you were doing

13     something else with Mike during the day while you're

14     waiting in the waiting room to get called in and then

15     see the doctor and then have to check out and you have

16     to drive back and forth, right?

17          A    Yes.

18          Q    And none of that's work time.  Is it?

19          A    That's not true.  Mike is -- in the car, Mike

20     is always on the phone.  Mike is on a call.  In fact,

21     he'll put the -- he would've actually, make doctors

22     wait because he was taking phone calls.

23          Q    When you were driving to these doctor's

24     appointments, Mike was in the driver's seat?

25          A    Yes.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 230

01      Q     And so, you're a passenger while Mike's on

02   the phone talking to customers and whatnot?

03      A     Yes.

04      Q     And you're just available in case he asks you

05   to do something real quick?

06      A     No.  Sometimes, I was doing things in my

07   phone responding to e-mails or WhatsApp messages.

08      Q     And so, where do you draw the line between

09   what you were doing with Mike in your personal life and

10   what was business?

11      MR. CUTHBERTSON:  Objection, calls for legal

12   conclusion.

13      MR. POLLOCK:  You can answer.

14      A     When Mike would turn off his phone.

15   BY MR. POLLOCK:

16      Q     Okay.  When would Mike turn off his phone?

17      A     Late night.

18      Q     How long were the Pilates classes last --

19      A     One hour.

20      Q     -- that you would teach?

21      A     One hour.

22      Q     And you'd have to get there, how long before

23   was the requirement from LA Fitness?

24      A     10 minutes.

25      Q     And then you'd have to bike from your



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   apartment to LA Fitness?

02        A    Um-hum.

03        Q    That's a yes?

04        A    Yes.

05        Q    And then you would bike from LA Fitness over

06   to the warehouse?

07        A    Yes.

08        Q    And the time that you were biking over to LA

09   Fitness teaching, punching in and punching out and

10   bike -- biking back to SeaWater, that's all time that

11   you agree is not work time for SeaWater, right?

12        A    I do agree.

13        Q    And so, in your mind, the only distinction

14   between what's personal life and what you're doing for

15   business, or for work for SeaWater Pro is based on when

16   Mike would turn his phone off?

17        A    Or when he would -- basically yeah --

18        Q    Okay.

19        A    -- for him, he has to turn it off because

20   he's constantly plugged into his phone.

21        Q    And that's Mike's work.  And then let's talk

22   about yours.  So, when you go out on Mike's boat and

23   you film a video to demonstrate the -- a portable

24   watermaker, and then you go to the Sand Bar and you

25   hang out or you go to the ocean side and hang out, how
```



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 232

```
01   much of that is work and how much is not work?  I mean,

02   when you're hanging out on a tube next to the boat, is

03   that work?

04        A    No.

05        Q    Okay.

06        A    That happened very rarely after COVID, very

07   rarely.

08        Q    But -- going on the boat happened rarely,

09   once COVID started?

10        A    Yes.

11        Q    Wasn't that the safest place to be?  Was that

12   on the boat away from people?

13        A    Yes, it is.

14        Q    And one of the videos you sent over was you

15   and Mike on a boat.

16        A    I was taking orders from Mike about starting

17   that watermaker.

18        Q    Okay.

19        A    That was making a video.  I was under his

20   direction.

21        Q    And the video, that was with the portable

22   unit was about two minutes and 19 seconds?

23        A    Yes.  But it took several takes, and it's not

24   very good.

25        Q    So, it's like maybe 10 minutes.  It took
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 233

```
01   several takes?

02       A    No, I took a -- it was a couple hours.

03       Q    A couple hours?

04       A    Yes.

05       Q    A couple hours by the time you untied the

06   boat, idled out of where you were docked out to the

07   Oceanside --

08       A    Now which portable are you talking about, the

09   one that was mounted on the boat?

10       Q    There was one that was on the back of the

11   center console.

12       A    Okay.  That one took much longer.  It took 45

13   minutes to get out to the inlet.

14       Q    Okay.

15       A    And then out there, we did several takes and

16   then Mike was fiddling around with the unit because he

17   wanted to optimize the performance.  And then yes, he

18   jumped into the water on a raft.

19       Q    Okay.

20       A    And then we came back.

21       Q    And you were hanging out in the water too?

22       A    I was hanging out on the water, but on the

23   way back I was taking videos, which I later posted on a

24   small video somewhere on one of the social media sites.

25       Q    Okay.  So, you go up and back to hang out in
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 234

01    the water and then for a period of time, 10 or so or

02    whatever minutes, you film one video of the portable

03    unit operating?

04        A    It took longer than 10 minutes to do that.

05        Q    15?

06        A    I don't know the -- I didn't have a time card

07    that I punched in there, but it -- we got out there and

08    there was Mike, there was something an issue that he

09    needed to remedy before we shot the video.

10        Q    I'm just trying to get an understanding as to

11    how long in this day when you're out on the boat you

12    were working because if you say you're shooting a video

13    and you had to take multiple takes, and the video that

14    you produced was two minutes 19 seconds long.

15        I'm trying to find out how much time you spent

16    recording these videos of which you provided us with

17    one?

18        A    Recording videos and actually getting the

19    footage are two things.  Because, like I said, there

20    was an issue, Mike had to tighten some adapters before

21    the video was shot because it was leaking, I believe.

22        Q    Was it shot on your phone?

23        A    I don't know what phone that was shot on.

24        Q    Okay.  Do you know where the other versions

25    of the video are that weren't produced?



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 235

```
01        A    It's either -- it was on the phone that was

02   taken, whether it was my phone or his phone.

03        Q    Okay.  And what we have is one video for two

04   minutes and 19 seconds.  What I'm trying to find out is

05   on that boat day, how long were you recording for, if

06   one video was less than two-and-a-half minutes and you

07   had to do a couple different takes, how long was that?

08        A    I would say shooting the video was about an

09   hour.

10        Q    Okay.

11        A    Now the photographs and the synopsis of the

12   day, that was just coming in and out of the port.

13        Q    Okay.  So, you're taking a picture?

14        A    It took longer.  Taking a picture?  Yes.  But

15   transportation to get where you need to go.

16        Q    Well, transportation to get from where you

17   were to the ocean takes?

18        A    45 minutes from where we were and 45 minutes

19   back.

20        Q    Because you're not going to hang out and jump

21   in and -- in the intercoastal?

22        A    No.

23        Q    So, you're going to jump in the ocean?

24        A    Correct.

25        Q    And so, while you're going back and forth,
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01    you can snap a couple pictures in the port, right?

02         A    Yes.  I --

03         Q    Okay.  And that's what you did?

04         A    Yes.

05         Q    And you're saying that whole day was a work

06    day, you should be paid for all of it?

07         A    No, I didn't say the whole day.

08         Q    Okay.

09         A    Part of the day I should have been

10    reimbursed.

11         Q    For 15 or 20 minutes that you guys were

12    taking pictures of the watermaker running?

13         A    There is the time --

14         MR. CUTHBERTSON:  Objection.

15         A    -- to get out there.

16    BY MR. POLLOCK:

17         Q    So, the whole time to get out there, that

18    wasn't part of fun.  That wasn't just, let's run it

19    while we're out here.  That's -- the whole purpose of

20    the whole day is just to run the watermaker and then

21    you just discount the time you're in the water.  Is

22    that what you're saying?

23         A    Yes.

24         Q    Okay.  And that's what you're going to tell

25    the Jury that the whole time to and from the ocean so



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    you can hang out in the water, that's all work time,

02    just discount the time that I was hanging out in the

03    water?

04        A    Yes.

05        Q    Okay.

06        A    It's not a crime to enjoy your work.

07        Q    As far as your cell phone records, we asked

08    for your record -- for your phone records from

09    September 26th, 2019 to June 30th, 2022.  Was the phone

10    in your name at that time?

11        A    No.  It was in Mike's name.

12        Q    The whole time, from September to June?

13        A    Yes.

14        Q    Okay.  Is the phone in his name now?

15        A    No.

16        Q    Whose name is in -- is it?

17        A    It's in my name.

18        Q    Okay.  Can Mike access a phone that's not in

19    his name?  Could he -- does he have a login for it?

20        A    He deleted all the information on my phone

21    remotely one time --

22        Q    Okay.  It wasn't my question.

23        A    -- so yes.

24        Q    He can log into your -- to the account even

25    though he's not on it at all?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 238

```
01        A    Which account are we talking about?

02        Q    Okay.  Your phones, you had two phones,

03   right, there was one --

04        A    I didn't have the -- my second phone until

05   after we -- after, I was no longer working with the

06   business.

07        Q    0840, right, that was the phone that we're

08   talking.

09        A    That was the primary phone that I had while I

10   was with Mike, yes.

11        Q    And that's the phone that was transferred to

12   your name, right?

13        A    Yes.

14        Q    And so, transferring it to your ma -- name

15   means you're the account holder.  Is that right?

16        A    Yes.

17        Q    And so, Mike is not on that account anymore.

18   Is he?

19        A    No.

20        Q    And so, Mike can't access that phone account

21   with Verizon.  Can he?

22        A    No.

23        Q    Only you can?

24        A    Yes.

25        Q    And so, when your answer to my request for
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01    your phone records is none, why is that?

02          A    Because Mike -- a part of the business he was

03    paying -- what date are you asking the for -- phone

04    records from?

05          Q    Okay.  Right now, you're the only one --

06    okay.

07          A    On these phones?  Yes.

08          Q    Right.  So, you're the only one who can

09    access the phone records?

10          A    When I was with Mike --

11          Q    Not when you're with Mike, now, right now, if

12    we were to ask the phone company if Mike were to try to

13    log in, he couldn't log in and access your phone

14    records.  Do you agree?

15          A    The phone records?  It should only be me,

16    yes.

17          Q    Okay.  And so, we've asked for those and you

18    indicated none.  Why is that?  Don't you have access to

19    your own phone records?

20          A    Where's the request?

21          Q    Request Number 46 and your amended response

22    that was served on us.

23          A    And the date range for those?

24          Q    Hold on, excuse me.  On January 17th, which

25    would be last Friday was none.  The date range is



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   September 26th, 2019 to June 30th, 2022.  We asked for

02   you to provide us with your phone records.

03        A    This are under my -- that Mike was still

04   paying the cell phone bill.

05        Q    Correct.  But we asked now, Mike doesn't have

06   access now?

07        A    But Mike had -- I changed when I went to my

08   new phone that was under Cricket, I changed to a whole

09   different provider.

10        Q    Okay.

11        A    That's -- so I can't go back to those phone

12   records.  He was primary.

13        Q    So, from September 26th, 2019 to

14   June 30th, 2022, the provider at that time was Cricket?

15        A    Yes.

16        Q    And so, since you can't access it and it --

17   number was changed before or after it was moved from

18   Cricket to Verizon?

19        A    I didn't move it to Verizon, until after

20   June.

21        Q    So, you became the primary account holder

22   with Cricket and then --

23        A    No.  Mike was primary account holder with

24   Cricket.

25        Q    Okay.  How did it go -- who authorized the
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 241

```
01   switch to Verizon?
02        A    I was lucky that I knew the PIN Number and I
03   got it out of that account and started my own account.
04        Q    Okay.  So, you transferred it?
05        A    Yes, I did.
06        Q    Okay.  So, then -- okay.
07        THE COURT REPORTER:  Could we take a quick
08   break?
09        MR. POLLOCK:  Yes, sure.  Okay.  We're going
10   to finish soon here.
11   (Thereupon, a short discussion was held off
12   record.)
13        (Deposition resumed.)
14   BY MR. POLLOCK:
15        Q    Let's see.  Have any of the witnesses that
16   you identified in your answers to our Interrogatories,
17   have you spoken with any of them about your claims in
18   this lawsuit?
19        A    I have seen -- I have seen my neighbors in
20   passing by, when it comes to this lawsuit, when we did
21   mediation, there was a no contact order.
22        Q    What did you do to prepare for your
23   Deposition today?
24        A    I met with my Attorneys, several times since
25   they --
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 242

01      Q    Did you review any documents?

02      A    Yes.

03      Q    What did you review?

04      A    I don't know the names of the documents.  I

05  have a great deal of difficulty understanding these.

06      Q    In looking at your answers to our request for

07  information or your answers to Interrogatories and

08  Request Number 12 asked for you to identify all sources

09  of income and in response you identified only your

10  alimony that -- you said fluctuated from $1,500 to

11  $1,800 a month.  Do you want to correct that?

12      A    Yes.

13      Q    Okay.  What other sources of income did you

14  have besides your alimony during the same timeframe?

15      A    I had this two Pilates classes.

16      Q    Were there any other Pilates classes that you

17  taught or any other private instruction or classes that

18  you gave besides the ones at LA Fitness during the same

19  timeframe?

20      A    No.  We didn't have time -- I did not have

21  time to do that.

22      Q    Okay.  And if the Pilates class would start

23  at what, 09:30?  The morning ones?

24      A    9:45.

25      Q    09:45, and you wouldn't get done until 10:45



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01   and then you'd have to bike over, which would be what

02   about 11:00?

03       A    10:40, I'd be back.  I was in the warehouse

04   by 11:00.

05       Q    Okay.  And for the two days a week, that you

06   were teaching the Pilates classes, that means that you

07   weren't getting to SeaWater until 11:00?  Those two

08   days a week?

09       A    It would be right there.

10       Q    And so, when you would go home, what would

11   you do with your bike?

12       A    A lot of times the bike stayed at the shop

13   until we had two electric bikes.  Sometimes, there were

14   two electric bikes there.  And then I would have to

15   take one home at another time.

16       Q    Okay.  So, for the days -- the two days a

17   week that you were teaching Pilates classes, which was

18   through, what, about COVID till about March of 2020?

19       A    Um-hum.

20       Q    That's a yes?

21       A    Yes.

22       Q    You wouldn't be getting into the office at

23   09:00 a.m. you'd be getting in the office close to

24   11:00, right?

25       A    Yes.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 244

```
01        Q    Okay.  And so, for the two days a week that
02   you'd be getting in at 11:00 instead of 09:00, do you
03   agree that, you know, your claims still indicates that
04   you were working 91 hours a week?
05        A    Yes.
06        Q    Okay.  And for your living arrangements where
07   Mike was paying half during the time relevant to this
08   lawsuit, it's your testimony that although Mike was
09   paying half of that, nearly all the time that you two
10   would spend together, outside of the office, was work
11   time, right?
12        A    Quite a bit.  Especially when, most of the
13   time that we were out in those, we had employees living
14   with us.
15        Q    Okay.  But --
16        A    He didn't charge them to live with us.
17        Q    Okay.  Do you know if he was allowed to --
18   Mike was allowed to get a credit against whatever wages
19   were owed by providing them with room and board?
20        A    Was he allowed to?
21        MR. CUTHBERTSON:  Objection, calls for legal
22   conclusion.
23   BY MR. POLLOCK:
24        Q    I'm just asking if you know that.  Do you
25   know if he's allowed?
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 245

```
01        A    I don't know if he's allowed.  At the same

02   time, there was no reason to give my niece the master

03   bedroom in the house.

04        Q    And --

05        A    Hence, why he was going to pay for her rent.

06        Q    And during the evening when you were home, on

07   social media, was there any part of that time that you

08   were on social media that was for your personal

09   consumption?

10        A    Yes.  Because I had to log in through my

11   personal account.

12        Q    Okay.  But logging in through your personal

13   account, did you then look at stuff because it was fun,

14   because it was recreational?

15        A    Well, for the Facebook account, because it

16   hadn't been set up as a business account, yes.  I went

17   through my personal account and I would see things that

18   came up.

19        At the same time though, a lot of my stuff with

20   that has to deal with sailing and cruising --

21        Q    You mean --

22        A    -- and it was fun to see what -- how our

23   customers were utilizing the system when they were at

24   Anchor.

25        Q    I mean, but you just have to do a search
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01   for --

02        A    That I did at times --

03        Q    Excuse me.  You would've to do a search for

04   SeaWater and any content that had that tag in it, it

05   would pop up, right?

06        A    Yes.

07        Q    And so --

08        A    SeaWater Pro?

09        Q    SeaWater Pro.

10        A    Um-hum.

11        Q    And so, that doesn't take a heck of a lot of

12   time?

13        A    No.  But I also only have 40 friends on my

14   social media.

15        Q    I'm sorry?

16        A    I only have 40 friends on my social media.

17   So, it's not like they post every day.

18        Q    Correct.  And so, when you're doing searches

19   and you're checking Google to see what registrations

20   are come up, I mean, that doesn't take that long

21   because you're looking, the searches pop up and there's

22   your answers?

23        A    Not necessarily.

24        Q    But I mean, when you're doing it daily, it

25   shouldn't take that long.  You don't have that many
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025                    Page 247

01  registrations that you're searching for daily.

02       A    If you're going through a watermaker's

03  discussion group that's not listed on a Google search,

04  it takes quite a bit longer.

05       Q    And how many of those groups are you looking

06  at a day?

07       A    I was looking at quite a few every day.  I

08  mean, just on selling that watermaker unit, you saw

09  that it was, what, four different sites.

10       Q    You said it was one posting through Facebook

11  marketplace?

12       A    That was for sale, but to go to each site to

13  see if there was a comment made about SeaWater Pro took

14  much longer.  Because you can't do a search like that

15  unless there's something for sale.

16       Q    Right.

17       A    You have to go to each site to search it.

18       Q    But when there's comments, they post to your

19  Facebook page.  If there's questions or comments.

20       A    It is through my Facebook page, but a lot of

21  times I didn't make my personal accounts.  I didn't

22  make that.  I -- it's a private account.

23       Q    Right.  But --

24       A    And a lot of people, if I didn't want them to

25  have my personal information, I didn't give it out.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 248

01  So, I'd have to go each site independently.

02      **Q    Okay.  So, we're talking about four sites.**

03      A    No, there's a lot more than four sites.

04      **Q    Okay.  I mean --**

05      A    A lot more than four sites.

06      **Q    And so --**

07      A    And just checking the sail -- the sailing
08  YouTube channels and actually watching their videos,
09  some of those videos could be over 20 minutes long.

10      **Q    Some of them could be over an hour-and-a-half**
11  **long?**

12      A    Yes.

13      **Q    But a lot of them are put out because they're**
14  **kind of like documentaries?**

15      A    Yes.  But in the process of making those
16  videos, they might be -- they might say something about
17  the business or they might have a plug for the
18  business.

19      **Q    And so, wouldn't they have that in a**
20  **description?**

21      A    No, not always.

22      **Q    But usually, right?  If -- I mean, if they**
23  **know what they're doing, they're going to put a --**
24  **they're going to put it in the description where**
25  **they're going to put SeaWater Pro in there --**


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 249

```
01          MR. CUTHBERTSON:  Objection.  Form.
02   BY MR. POLLOCK:
03       Q    -- won't they?
04       A    I can't answer for them, but no, that's not,
05   that was not always my experience.
06       Q    It's not always, but it's customary as
07   somebody who's a professional YouTuber?
08       A    True.  But Colin with Parlay Revival, when
09   the COVID shutdown happened, he didn't put a tag in for
10   the watermaker, but yet when I went to the video, he
11   was talking about the unit for, I believe, six minutes
12   or so.
13       Q    And when you were spending your time looking
14   through social media, you were doing it on your phone
15   or your computer?
16       A    Always my phone.
17       Q    Okay.  Was Mike looking over your shoulder to
18   see what you were doing?
19       A    I had -- he bought me the same phone.  He
20   could see what I was doing at any time.
21       Q    Well, I mean, he could, but he also didn't
22   necessarily know what you were doing on your phone at
23   any given time, when you're looking at it at night,
24   right?
25       A    That could be very true.
```



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01        Q     Okay.  So, I mean, it could also be that he

02   had no idea whether you were consuming personal media

03   for yourself or you were doing market research for the

04   business, right?

05        MR. CUTHBERTSON:  Objection, speculation.

06        MR. POLLOCK:  Go ahead.

07        A    That's true.

08   BY MR. POLLOCK:

09        Q     Okay.  I mean, it's not like you would give

10   him a report about what you were researching and what

11   you found on a nightly or daily basis, correct?

12        A    That's true.

13        Q     Okay.  So, as far as Mike is concerned, there

14   was probably a lot of time that he had no idea that you

15   were looking on social media on your phone for what you

16   contend to be work related purposes, correct?

17        MR. CUTHBERTSON:  Objection, speculation.

18        MR. POLLOCK:  You can answer.

19        A    It's about the same about it -- what his

20   employees are doing right now at the shop.

21   BY MR. POLLOCK:

22        Q     It wasn't my question.  My question was --

23        A    I said it's possible.

24        Q     So, it's possible.  Mike had no idea what was

25   going on, what you were doing on your phone at night,
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025                    Page 251

01 | right?  Because you didn't tell --

02 |      A    For every minute, it is a -- for every minute

03 | you're po -- it was possible.

04 |      Q    Well, I mean, we're not just talking about

05 | the minutes.  We're talking about what you were doing

06 | on a general basis.  He -- how would he know?

07 |      A    He knew every night that I was searching

08 | social media to find things about the business and when

09 | I came across a review or something like that, I would

10 | send it to him.

11 |      When there was a negative comment made on the

12 | watermaker discussion group, he actually would respond

13 | to the group even doing it under my own personal name

14 | because Mike was never -- he did not believe in social

15 | media, even though he was -- wanted me to advertise on

16 | it.  He did not want -- or I'm sorry.  He did not want

17 | his own personal business on social media.

18 |      Q    Mike had no idea how much time you were

19 | spending on social media --

20 |      A    Yes, he did.

21 |      Q    -- for, excuse me, for work versus for your

22 | personal use, right?  He didn't know what the division

23 | was.  Did he?

24 |      A    I can't answer to that.

25 |      Q    Okay.



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

01       A    He had the ability to look over my shoulder

02  and see what I was doing.

03       Q    And you had your own social media accounts,

04  personal, that you were using to consume and post your

05  own personal social media in the evenings.  Isn't that

06  true?

07       A    I didn't post that very often, but yes.

08       Q    Okay.  And so -- for YouTube or TikTok or

09  Instagram, right, Twitter or X, Threads, whatever

10  social media outlet you want to talk about, Mike didn't

11  know when you were on any particular social media site

12  or what you were doing while you were on that site in

13  the evenings.  Do you agree?  He didn't know what you

14  were doing while you were doing it?

15       A    I can't answer that.  You would have to ask

16  him that.

17       Q    I mean, he wasn't looking over your shoulder

18  and you weren't reporting to him?

19       MR. CUTHBERTSON:  Objection to form.

20  BY MR. POLLOCK:

21       Q    He wasn't looking at over your shoulder while

22  you were on social media at night.  Was he?

23       A    Not every minute, no.

24       Q    Okay.  He also wasn't -- you also weren't

25  reporting to Mike what you were doing while you were



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025          Page 253

01  doing it, when you were on social media at night.  Were

02  you?

03      A    No.  I reported to Mike whenever I saw a

04  review or something going on that I thought had

05  questionable.

06      Q    So, as far as Mike is concerned, if he didn't

07  hear anything from you about something questionable or

08  something relating to SeaWater Pro, he would have no

09  idea that you were looking online for something related

10  to SeaWater Pro.  Do you agree?

11      MR. CUTHBERTSON:  Objection, speculation.

12      A    I don't know how often Mike was looking over

13  my shoulder.

14  BY MR. POLLOCK:

15      Q    We'd have to ask Mike?

16      A    It wasn't like -- yes.  It wasn't like I hid

17  anything from him.

18      Q    Okay.  But I mean, if -- since you can't

19  speak for Mike --

20      A    I can't.

21      Q    -- it depends on what Mike's going to tell us

22  as far as what he knew and what he didn't know about

23  your -- what you were doing on social media.  Do you

24  agree?

25      A    He had -- he knew that I was on social media



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 254

```
01   looking out for the company at all times.
02        Q    He had no idea on a nightly basis how much --
03        A    How much of this was personal --
04        Q    -- time you were spending?
05        A    -- and how much was business.
06        Q    He did not know that, correct?
07        A    He may not have known it.
08        Q    Okay.  Was there any reason to believe -- do
09   you have any reason to believe that Mike knew how much
10   time you were spending on a nightly basis on the
11   business, on social media?
12        A    He was right there next to me.
13        Q    I mean, my wife's next to me on the couch,
14   but I have no idea what she's looking at half the time.
15   She's on her own phone, just like you were on yours.
16        A    Yes.
17        Q    Okay.  So, we'd have to ask Mike if he knew
18   what you were doing while you're on social media,
19   right --
20        MR. CUTHBERTSON:  Objection to form.
21   BY MR. POLLOCK:
22        Q    -- at night?
23        A    Mike knew that I was always looking out for
24   the business.
25        Q    I understand that you're always looking out
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

01  for the business.  My question is related to your

02  spending time on social media and what Mike knew about it.

03      A    Mike would have to testify to what he

04  believed, but he knew I was watching this on social

05  media platforms.

06      Q    So, he's going to testify that he knew you

07  were looking at social media at night.

08      A    Um-hum.

09      Q    I think Mike testified he had no idea how

10  much time you were looking on behalf of SeaWater versus

11  on behalf of yourself.

12      Would you have any reason to dispute that?  But he

13  didn't know how much time you were spending for

14  yourself versus SeaWater at night on social media?

15      MR. CUTHBERTSON:  Objection, speculation.

16      MR. POLLOCK:  You can answer.

17  BY MR. POLLOCK:

18      Q    Do you have any re -- do you have any reason

19  to dispute that?

20      A    I know what I was doing, what Mike testifies

21  to, I don't know what he's going to do, but just the

22  fact that I don't have over 40 friends on a Facebook

23  should say that I wasn't doing a lot of personal stuff.

24      Q    I mean, you could be a consum -- you could be

25  a -- view things on Instagram --



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01          MR. CUTHBERTSON:  Objection --
02   BY MR. POLLOCK:
03          Q    -- doesn't mean you need a lot of friends,
04   right?
05          MR. CUTHBERTSON:  -- objection, form.
06   BY MR. POLLOCK:
07          Q    Correct?
08          A    Yes. I was primarily on all the boating sites.
09          Q    Okay.  And you could be on Facebook looking
10   at all kinds of stuff, right?
11          A    Yes, but I was not.
12          Q    Okay.  You could be on YouTube looking at all
13   kinds of different content, right?
14          A    I was always sailing and cruising and
15   people -- you know, looking at cruisers that I thought
16   had a great presence.
17          Q    And that's also your personal interest,
18   right, boating and cruising?
19          A    Yes.
20          Q    And that's why you have the Salty Blue Fun
21   business?
22          A    Yes.
23          Q    And why you got your Captain's License?
24          A    Yes.
25          Q    Okay.  So, there's a blur between what's
```



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025          Page 257

```
01   personal and what's work, right, when you're looking at
02   social media?
03        A    Sometimes --
04        MR. CUTHBERTSON:  Objection, calls for legal
05   conclusion.
06        MR. POLLOCK:  Go ahead.
07        A    I -- like I said, there's no sin in enjoying
08   your work.
09   BY MR. POLLOCK:
10        Q    Okay.  And then the question is just, where
11   do you draw the line between what's personal
12   consumption and what's work consumption, right?
13        A    That's true.
14        MR. POLLOCK:  Okay.  I don't have anything
15   else.  Dillon you have any questions or you want
16   to just read or waive?  You can read your
17   deposition for its accuracy or you can waive a
18   reading.
19        MR. CUTHBERTSON:  We'll waive -- we'll waive it.
20        THE COURT REPORTER:  You waive?
21        MR. POLLOCK:  Waive.
22   (Deposition concluded at 05:12 p.m.)
23   (Reading and signing of the
24   deposition by the witness has been
25   waived.)
```



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

```
01                CERTIFICATE OF REPORTER

02

    STATE OF FLORIDA
03
    COUNTY OF BROWARD

04

05       I, GINA PETRILLO, Court Reporter and Notary

06   Public for the State of Florida, do hereby certify that

07   I was authorized to and did digitally report and

08   transcribe the foregoing proceedings, and that the

09   transcript is a true and complete record of my notes.

10       I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties,

12   nor am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am

14   I financially interested in the action.

15

16       Witness my hand this 20th day of May, 2025.

17

18

19

20

21

22

23
     _____
24   GINA PETRILLO, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
25
```



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

```
01                    CERTIFICATE OF OATH

02

     STATE OF FLORIDA
03
     COUNTY OF BROWARD
04

05        I, GINA PETRILLO, the undersigned authority,

06   certify that MELINDA MICHAELS, personally appeared

07   before me and was duly sworn on the 21st day of

08   January, 2025.

09
          Witness my hand this 20th day of May, 2025.
10

11

12

13

14

15

16

17   _____
     GINA PETRILLO, CER, COURT REPORTER
18   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.:  HH 87639
19   Commission Exp.:  02/01/2029

20

21

22

23

24

25
```



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**$**

**$1,000**
226:15

**$1,100**
87:11,15 88:1
218:2

**$1,500**
242:10

**$1,800**
242:11

**$1.4**
55:24 178:2

**$10,000**
140:17

**$100**
226:15

**$100,000**
38:11 58:20
127:12

**$11,000**
69:2

**$150**
69:16

**$168**
69:17

**$2,000**
225:13

**$21,363.27**
221:20

**$21,886.02**
169:10

**$21,889.60**
221:16

**$22,000**
220:9

**$3,000**
69:12 84:19,21,23

85:2,11,15,16
160:22 211:13,22
213:16 214:3

**$3,052.99**
226:19

**$3,300**
78:3,5,6

**$384**
106:9

**$4,300**
78:1

**$4,400**
78:1

**$5,000**
77:23

**$600**
84:6 207:4 218:2

**$81,583.41**
168:6 172:15

**$850**
78:9

**$880**
78:9

**$90,000**
170:12 192:23

**$92,911.35**
168:14 172:14

**$93,000**
156:4

**0**

**0.14**
170:1 171:18

**0.29**
170:1

**0.429**
171:19

**0.43**
169:13,16,19
170:1,4,10

**0.7**
169:25

**0.71**
171:12,18

**0.86**
169:25 170:21
171:6,11,13

**01:00**
130:23

**02:00**
56:6 97:17 98:3,5,
6 114:19,20 115:3
116:15 155:24
176:15 203:18

**0303**
223:23

**04:00**
127:4

**04:30**
44:9 118:1,5

**05:00**
131:24 174:17
175:17 187:5
189:4

**05:12**
257:22

**06:00**
56:4,16,18,20
57:1,11 58:2,14,24
59:7,10 62:7 64:3,
6 126:17,25
127:17 128:16
129:15 173:25
174:9 189:4

**07:00**
60:6,21 126:17,25
127:17 128:17
129:16 157:25

173:25 174:9,14
175:6 177:9
180:14,24 181:4,
10,13,18,24
182:25 183:1,15,
17 187:21,23
188:4 192:1

**07:01**
183:2

**07:30**
62:15

**08/29**
146:8

**08/31**
146:6,8

**0840**
21:20 22:15 23:3
74:14 129:11,13
238:7

**08:00**
56:5,21 57:11
58:2,17 60:7,12,22
62:15 97:17 98:3,
5,6 114:19,20
115:3 116:15
117:19 118:8
155:24 174:14
175:7 203:18

**09:00**
56:3,16 57:1,10
58:1,14,23 59:6,10
60:6,11,21 62:6
64:3,6 126:17,25
127:3,17 128:16
129:15 130:22
173:24 174:8,14,
17 175:6,16 176:4
177:9 180:1,23
181:10 182:12,15
187:5,21,23 188:4
189:2,21 192:1
243:23 244:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**09:30**
242:23

**09:45**
44:2,8,16 45:19
118:2,4,5 242:25

**0:24-cv-60984-
rosenberg/
augustin-birch**
5:6

---

**1**

**1**
17:15 34:7 153:15
215:2

**1,200**
40:2,17 47:23 48:3
68:10 180:14,25
181:5,11,22
182:14,23 186:22,
23

**1,300**
179:21,23

**1,350**
166:8

**1,500**
212:14

**1,800**
212:12

**1,875**
166:9

**1.4**
178:6

**10**
93:14 178:6 180:2
207:10,22 215:25
230:24 232:25
234:1,4

**100-ton**
11:18 12:10,19

**13:13 14:10,13
15:4,15**

**101**
86:16,17,25

**102**
135:3,4 136:21

**103**
137:25 138:3

**104**
146:18,20,24

**105**
150:21,23

**106**
152:19,20

**107**
153:4,6,10,15
168:9,25 171:24

**108**
161:11,17,18
171:25

**109**
172:24,25

**10:00**
176:16

**10:05**
5:7

**10:40**
243:3

**10:45**
242:25

**10th**
112:13 223:2

**11**
130:21 175:7
208:8,17 209:2,4

**110**
204:11,12

**111**

**214:19,21**

**112**
217:3,4

**113**
220:19,21

**114**
223:14,15

**115**
224:10,11

**11:00**
34:7 243:2,4,7,24
244:2

**11th**
222:21,22

**12**
162:3 179:20,23
198:24 199:5
242:8

**13**
82:1 154:11

**1314**
17:14

**135**
41:13

**138**
107:3,23

**13th**
149:12

**14**
211:4

**14th**
135:22 136:2,5
137:13 138:12
141:7,23 144:17
148:7

**15**
211:4 234:5
236:11

**154**
106:24 107:3,23

**1559**
86:25

**16**
211:4 219:11

**1602**
150:22

**1606**
150:22

**16th**
168:24 169:4
170:3

**17**
122:10

**17th**
42:4 43:1,11
239:24

**183**
106:24

**19**
37:18 232:22
234:14 235:4

**1968**
21:19 22:5,6,25
23:2

**1969**
8:9

**1st**
17:14 87:15 207:3

---

**2**

**2**
39:22 52:13,15,16
146:24 153:20
176:9 215:17

**20**
37:10 52:12 190:4
192:2 195:21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

208:9 236:11
248:9

**2000**
13:3,8 37:10,12
39:22 47:24 51:19
92:7 155:15

**2004**
13:8

**2015**
24:5 48:25 49:3
165:12 219:1

**2016**
165:12 219:2

**2017**
25:25 68:24
218:18,20,24,25
219:4,5,9

**2018**
39:13 47:9,15
68:23 118:13
198:5,8,11 199:19
218:17 225:1

**2019**
23:11 24:9 32:4,12
37:9,19 39:14
42:21,24 43:4,13,
15 44:14,17 45:20
68:7,9,22,23
69:21,23 70:1,3,5,
6 78:23,25 79:1,
10,11,12 82:20
83:7 84:4,5 108:6
118:12 120:21,22
126:14 133:10
155:15,18 167:13
168:24 170:3
198:12,13 207:3
218:5 227:2 237:9
240:1,13

**2020**
37:13,14,22,23
38:1 39:16,21,23,

25 44:24,25 45:5,
7,13,16 49:25 50:1
52:1,21 58:23
59:23,25 60:5,6,
11,20 61:11,19,22
62:6 65:9 74:2
79:10 82:23,25
85:13 92:10,21
93:20 117:24
118:7 120:13,15,
24 121:1 128:10
177:14,16 226:15
243:18

**2021**
29:5 32:21 34:11
51:20 52:15 84:8
87:5 94:17,18,23
95:3,5,12 112:21
121:2 126:13
127:15,17 128:2,
10 163:7,13,20
225:24

**2022**
14:1,2,17 16:2
20:20,22 22:2 24:6
26:1 43:4,13 44:17
52:14,17 53:10
55:16 74:1 76:13
85:10,13 91:14
94:11,12,14,20
97:1,6 99:5 100:22
104:12 114:11
116:6,21 118:16,
17 120:7 177:1,3
207:3 208:10,18
209:7 237:9 240:1,
14

**2023**
12:13,17 13:25
14:7 15:14 22:6,22
90:4 103:21,22
134:17 135:1,15,
22 136:2,8,23
137:13 138:12
141:23 144:5,17,

18,19 145:18
148:7 159:18

**2024**
12:14 17:10 19:18
48:8 111:14 112:9,
13,16,22 142:17
152:8,15 219:21
220:7 222:4

**2025**
5:2,7

**20th**
138:12

**21**
5:2 29:7,18 35:7
37:13,15 50:3,4
52:4,6,12,17 53:7,
25 57:13 177:2
225:14 226:1,11,
12

**212**
9:25 10:12

**216th**
210:21

**217th**
210:21

**21st**
5:7

**22**
14:3,11,14 21:1,5
22:11,18 42:21,24
43:15 47:5,12
53:11 90:6 96:9
102:19 116:14
177:2 227:2

**23**
14:9,15 19:15 24:6
48:9,10 90:5
149:12 154:24
160:15,17

**230**
224:10

**24**
19:14,23 24:6
222:22

**24th**
135:15

**25**
19:16 46:4 49:8
143:6 194:5
201:10,11

**251**
217:3,8

**255**
217:8

**256**
217:3,8

**26th**
163:7 237:9 240:1,
13

**27th**
145:22 155:23

**28**
170:4 198:4

**28-1**
163:4 168:4

**28.43**
168:25 169:7,10

**2836**
5:11

**28th**
136:8

**2911**
87:4

**29th**
145:16,20

**2nd**
28:9 29:3 39:9
87:16


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

**3**

**3**
204:24

**3,000**
160:25 212:16

**3,300**
203:1

**30**
189:22,23 190:3

**300**
107:9

**303**
223:13

**30th**
237:9 240:1,14

**31st**
145:18 168:24
170:3 207:3

**3233**
28:9 29:2 36:12
39:9

**33**
78:4

**330**
202:25

**33301**
9:10

**365**
170:23 171:1

**37**
9:9 103:2 155:23

**395**
171:1

**3rd**
152:8,15

**4**

**4**
9:9,16

**4,100**
9:23

**40**
169:14,20 246:13,
16 255:22

**401K**
165:18

**41**
163:2

**45**
233:12 235:18

**46**
239:21

**4620**
17:4

**4me@gmail**
23:19

**4th**
132:5,6 222:4

**5**

**50**
73:23 103:2,3
198:24 210:11,12

**52**
171:1 209:14

**6**

**6**
131:23 206:14
215:1

**60**
38:12

**602**
106:17,19

**7**

**7**
131:22,23 153:9
176:5 183:14

**7,000**
40:3,17 179:10,14

**75**
103:3

**7th**
112:15,22

**8**

**8**
117:20,22 131:22,
23 180:2

**80**
192:23

**8th**
8:9 87:5 112:21

**9**

**9**
207:1

**90%**
169:17,19 170:5

**90s**
16:13

**91**
108:6,8 109:7
130:10 154:5,9,11,
13,23 155:4,7
163:1,6 192:12,15,
18 199:23 244:4

**91,900**

168:14

**913 710-0840**
16:4 27:11

**954**
106:19

**954 250-4620**
16:20

**954 838-1968**
15:23

**980**
202:25

**9:45**
242:24

**9th**
17:10 87:5 219:21
220:7

**@**

**@gmail**
23:17

**A**

**A-F-A**
13:9

**A-R-Y-A**
206:11

**a.m.**
5:7 56:16 57:10
58:1,14,24 59:6
60:21 62:6 64:3
98:3,5,6 114:20
115:3 116:15
126:25 128:16
129:15 155:24
173:24 174:8
175:6 176:4,15
180:1,23 182:12
187:21 189:21
203:18 243:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**A4**
9:25 10:12

**AAERT**
5:10

**abided**
142:22

**ability**
8:15 47:17 103:10
125:21 201:13,14,
16 252:1

**ablation**
41:10

**able**
16:25 23:7 103:4
117:15 135:18
194:18

**about**
14:1,16,19 15:17
16:3 18:11,19,20
19:5,7,9,10,21
20:11 21:9 23:3,7
33:19 37:17 38:5
43:12 45:9 46:20
48:6 49:18 50:17
51:25 56:1,4
58:14,22,24 59:15
64:10 65:4 67:2
69:9 71:7,10 73:21
74:21,22 76:22
77:11,24 78:2,16,
17,18 79:16 83:25
84:19 85:21 92:5,
24 95:13,22,24
96:11,21 99:9
102:4,9,22 103:25
104:10,25 107:23
112:1,23 113:23
116:3,6,7,13
121:18 127:15,17
129:5,24 130:25
139:4 140:9,19
141:21 143:23
144:16 145:9

149:17,20,23,24,
25 153:22 154:11
155:9 164:4 165:1
173:21,24 174:9,
14 176:2,13,24
177:8 178:8
187:13,20 189:16
191:9 195:18
198:7 199:6,7,8,22
202:19 204:3,25
205:9 207:21
208:1 209:15
210:20 211:12
212:13 213:10
216:3,12 218:3
223:10 226:12
228:16 231:22
232:16,22 233:8
235:8 238:1
241:17 243:2,18
247:13 248:2,16
249:11 250:10,19
251:4,5,8 252:10
253:7,22 255:2

**above**
217:22

**absolutely**
17:18 24:11 31:15
40:12 54:14,25
56:24 64:1 115:21
140:5 143:6 197:5,
10 206:20 227:13

**accept**
85:25 214:2
216:14

**accepted**
100:1,2

**access**
63:11 91:19 99:18
101:22 106:25
107:22,25 119:24
134:4 221:9
237:18 238:20
239:9,13,18 240:6,

16

**accidental**
41:12

**accommodate**
6:16 40:18

**accompany**
72:12 227:11

**accompanying**
229:1

**according**
163:4 219:20

**account**
18:9 23:8 63:3
68:3 69:25 70:1,4,
5 83:23 84:1 85:18
87:4,9 88:14,20
89:2,4,14,15,17
91:20,22 99:5,18,
23 100:2,4 101:2,5
105:19 147:24
148:4,18,21 149:1,
14 165:15,16
201:25 202:4,5
211:15 219:19
221:10,12 222:5
225:14 226:7,23
237:24 238:1,15,
17,20 240:21,23
241:3 245:11,13,
15,16,17 247:22

**accounted**
203:22

**accounting**
33:11,12 117:12

**accounts**
35:2 87:15 218:8,
11 247:21 252:3

**accuracy**
257:17

**accurate**
161:25 204:18

**accused**
140:2

**acknowledged**
208:23

**across**
71:25 72:20,21
73:9,11 117:3
187:10 251:9

**Acted**
110:12 155:5

**active**
17:20 20:10
101:17

**actively**
20:12 21:19

**activities**
23:23 35:10 57:4

**activity**
128:15 129:14
130:2

**Acts**
110:13

**actually**
12:12 23:5 30:15,
16,20 33:22 44:10
50:18 56:7 59:3,4
63:3,10 66:18,19
67:20 81:8,9
131:20 132:3
135:24 140:8
143:15 149:21
150:14 154:10,14,
16 167:17 172:10
180:16 192:9
215:4 220:10
227:4 229:5,21
234:18 248:8
251:12

**adapter**
33:23



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**adapters**
66:3 234:20

**add**
150:8,16 171:3
202:8 215:7,10,12

**added**
202:12

**addition**
69:20 82:10 89:14

**additional**
70:12

**address**
9:8 25:21,24 26:3
27:9 29:3 36:19
107:7

**addressed**
84:11 90:11

**addresses**
23:12 25:6,9 37:4

**admission**
109:12

**admitted**
108:22,25 109:6
110:10 130:11

**adoption**
206:21 215:15

**advertise**
251:15

**aerobic**
12:3

**Aerobics**
13:10

**AFAA**
13:7,9

**affect**
8:15

**affirm**
5:12

**afford**
208:5

**afraid**
118:18,21 149:16

**Africat**
73:24

**after**
5:22 41:5 43:1
46:22 56:20 59:11,
13,14 61:22 63:3
64:6 75:4 76:5,12
85:3,5,8,10,12
92:8 93:23 94:2
100:12,21 102:19
103:21,22 120:10,
11 129:9 130:16
131:8,9 138:11
139:21 140:17
142:4 143:24
148:2,5,6,10,20
149:11 155:23
157:9,25 167:8
174:6 177:17
178:17 181:22
182:13,24,25
183:1 188:5,17
189:4,6,7 190:19
198:8,11,14
199:25 202:23
210:8 211:4
219:18 227:5
232:6 238:5
240:17,19

**afternoon**
133:3 228:8

**afterwards**
120:2,5 155:22

**again**
52:4 67:19 75:19
107:1 114:17
123:9 137:18
187:11 189:25
202:16 218:21

**air**
6:4 112:5 134:16
135:18 136:2
138:21 164:25
211:5 219:20,24
220:4,20 244:18

**age**
208:3

**agency**
110:16 219:7

**ago**
100:10

**agree**
53:3 110:22 111:5
120:1 147:15
163:22 168:17
191:18,19 207:4
231:11,12 239:14
244:3 252:13
253:10,24

**agreed**
109:10 171:19
190:17

**agreement**
29:25 30:13 200:9,
10 212:3,18

**ahead**
6:16 7:1,11 97:5
111:24 118:19
119:3 123:2,10
124:16 125:13
149:5 214:17
250:6 257:6

**AI**
5:12

**aid**
143:25

**aides**
13:16,17,18

**air**
193:20 194:3

**airfare**
82:12

**airline**
83:19

**AJ**
213:5

**alcohol**
31:20

**alimony**
212:9,11,12
242:10,14

**all**
6:20 7:2,13 14:2,5
15:18 18:1,17 23:6
25:16 31:11 34:18
35:2,23 37:23
39:8,19 40:23,24
42:20 44:17 48:5
54:17 55:19 60:4,
15 64:25 68:15
69:24 70:2 71:7,
11,16,19 72:14,24
74:9,11 78:16
81:12 82:12 84:13
85:20 86:2 94:10
95:14 99:18 100:3
112:18 115:6,11
134:5 156:7,15
159:9 166:12,14
167:12,19 173:19
175:18 178:4
181:2,3 183:23
186:13 189:16
193:1,4 201:20
203:23 207:20
215:4,20 216:1
228:6 231:10
236:6 237:1,20,25
242:8 244:9 254:1
256:8,10,12

**allegations**
114:1



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

**alleged**
205:1

**allegedly**
208:15

**allotted**
122:12

**allow**
12:7 102:25 116:4, 22

**allowed**
31:3 34:6 42:25 110:1 117:17 139:1 148:24 150:3,6 244:17,18, 20,25 245:1

**allows**
12:8 113:2

**almost**
169:17 209:9

**alone**
73:15 97:22 103:2, 4,7 104:18 195:20

**along**
11:22 12:25 41:12, 25 65:7 80:4

**already**
87:14 105:12 177:3,25 190:22

**also**
11:21,22 12:2,24 14:25 15:7 22:22, 23 25:12 27:12 31:19 33:6 35:2, 10,12 40:21 42:7, 10 47:10 48:13 50:13,14 53:7 56:11 57:14,15 60:19,22 61:24 66:2,4,8,9,13,16 67:9 69:5 70:9 74:16,20 78:20

81:18 82:11 83:23 85:1,19 89:15 92:23 93:2 95:18 97:23,24,25 98:23 102:17 104:21 117:12 119:6,19, 21 120:8,9 122:16 129:3 132:11 136:13 145:7 150:2 168:1 183:7 187:2 189:9 196:9 198:18 206:20 215:9,14 224:21 225:3,6 246:13 249:21 250:1 252:24 256:17

**although**
123:6 160:25 244:8

**always**
13:15 26:7,9,13,15 28:17 32:4 63:8,13 64:8 74:11 90:10 116:25 125:19 130:22,24 184:18 227:21 229:20 248:21 249:5,6,16 254:23,25 256:14

**am**
14:11 21:14 30:20 49:15 78:10 134:15 147:10 200:1,6 201:12 209:17 213:24 218:17

**Ambien**
134:3,7,11,12

**amended**
161:21 168:19 171:25 172:10,17, 18 206:2,7 214:16, 20 215:2,8,9 239:21

**American**
12:23 13:10

**amount**
69:11 212:11 226:22

**ampersand**
24:19

**anchor**
13:20 80:9 195:17 245:24

**and/or**
102:4

**angry**
84:12 157:11

**Annapolis**
120:9

**annoyed**
7:8

**annoying**
63:17

**another**
7:6 16:16,17 32:19 42:12 61:3 68:24 87:15 93:7 126:21 132:23,25 155:11 168:1 178:6 188:5 189:22,23 190:3 192:2 194:20 213:4 214:3 225:22,25 226:13 227:20 243:15

**answer**
6:7,9,13,24,25 7:2, 11 63:15 74:9 97:5 104:15 107:8 124:15 125:3,5,15 141:24,25 148:14 149:5 152:25 164:2 170:21 173:4 178:12 204:24 206:14,25

207:10,22 208:17 209:4 210:15 214:25 215:8 230:13 238:25 249:4 250:18 251:24 252:15 255:16

**answer's**
208:8

**answered**
6:19 105:7 171:15 182:6

**answering**
57:6 74:7 105:9 174:19

**answers**
9:6 206:2 211:16 214:14,18 241:16 242:6,7 246:22

**any**
7:19 8:14,15 10:21 11:7,15 13:11,19 14:18 16:14 17:16 20:14,19 21:6 22:25 24:8 25:1,6 46:12 48:15 49:14, 16 50:15,23 54:19 55:1 60:2 63:24 65:2,7,11 66:24 69:6 83:7 84:14 85:12,17 88:4,19, 23 89:2 90:19,21 91:2 95:21,22 97:24 98:19 99:18 101:20 107:6,10 108:22 110:7 111:12 115:5 116:20 118:8 124:19 133:25 137:14,15 138:12, 15 141:4 142:10, 15,24,25 148:3,9, 19 149:12 156:11 160:5,13 162:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

163:12,22 164:23,
24 165:22 167:19
193:6 194:9 198:8
200:3 201:15
202:17 209:1
212:4,19 218:3
223:2,25 224:1
241:15,17 242:1,
16,17 245:7 246:4
249:20,23 252:11
254:8,9 255:12,18
257:15

**anybody**
109:13 166:24

**anymore**
89:22 192:22
238:17

**anyone**
130:18

**anything**
18:8,16 20:7 33:24
50:16 54:19 75:16
79:14 84:14 88:4
90:2,18,21 91:1
95:14 96:21 97:24
99:6,8 100:17
103:14,16 142:16
149:15 164:4,19
167:22,23 193:11
200:14,16 201:19,
25 209:12 213:1
216:21 217:19
218:14 225:11
253:7,17 257:14

**Anytime**
90:11

**anywhere**
41:21 86:9

**apartment**
9:25 10:3,12 51:5,
9 54:9 70:16,22
74:23,24 76:5,17,
21 77:1,4,8,19,22

91:16 224:3
225:10,11 231:1

**apartments**
70:20 78:17
166:11 202:19
225:8

**app**
90:25 119:20

**appear**
64:11,21 65:7

**apple**
214:17

**applied**
12:19 114:2
136:22

**appointment**
121:23 227:3,4

**appointments**
122:4 226:24
227:1,12 228:15
229:24

**appreciate**
26:23 27:3

**approach**
56:11 91:7

**approached**
21:12 65:16,17

**approval**
202:1

**approve**
206:19

**approved**
201:22

**approximates**
181:2

**approximation**
181:19,20 182:21

**April**
19:3,22 52:14,17

87:5,15 94:11
135:1,22 136:2,3,4
137:13 138:12
141:7,23 144:17
148:7 149:12
219:21 220:7
222:19,21,22
226:15

**aquatic**
12:20

**aquatics**
11:20

**AR**
66:8

**area**
28:10,19 29:7
40:21 56:8

**arguing**
80:13

**argument**
137:4

**arguments**
53:16

**Arizona**
11:13,14 160:23,
25 219:2,3

**arm**
72:1

**around**
13:8 56:3 57:1
67:17 69:15 73:24
78:9 79:7,18 82:19
116:2 127:3
152:17 174:23
179:20 181:10,18
182:12,20 184:16
191:22 196:6
233:16

**arrange**
57:18

**arrangement**
46:2

**arrangements**
187:8 202:10
244:6

**arrest**
139:22 140:2,4
196:1

**arrested**
139:7,23,24
140:11,22

**arrived**
46:23 47:1 132:21

**arthritis**
12:25

**Arya**
136:23 137:8
205:9 206:10

**ask**
6:4,6,18 8:10,11
63:21 97:4 111:15,
25 119:16 122:20
138:8,14 143:1,5
151:19 157:14
164:9 173:19
178:11 183:21
189:10 192:10
206:15 214:4
216:22 239:12
252:15 253:15
254:17

**asked**
45:23 72:6 79:19
90:16 92:15 105:6
108:2,12 115:8,20
117:10 139:18,21
140:2,4 141:6
148:15 167:21
171:14 183:5,12
197:25 210:11
212:21,23 215:20
216:19,20 237:7



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

239:17 240:1,5
242:8

**asking**
56:1 79:16 117:1
123:7 164:4,9
169:22 181:3
187:24 189:15
200:15 210:14
239:3 244:24

**asks**
230:4

**assaulted**
139:12

**assem**
34:21

**assemble**
199:13

**assemblies**
34:22 38:17 94:15,
21 180:18

**Assembly**
198:20

**assigned**
25:3

**assignment**
183:22

**Association**
12:23,24 13:10

**assume**
170:23 171:8
172:12

**assumed**
149:16 220:11

**assuming**
173:10

**astronomical**
35:3

**ate**
120:14,16

**attached**
159:4 220:25
222:23

**attended**
32:7 227:1,5

**attorney**
101:21 108:2,3
170:20 206:17
213:23

**Attorneys**
241:24

**August**
22:6,22 144:5
145:16,18,20,22
225:14,24 226:11,
12

**Australia**
57:20 182:4

**Australian**
57:16

**authorize**
91:19

**authorized**
240:25

**automated**
127:14

**automatic**
100:6,7,14

**automatically**
152:13

**automation**
185:4

**Automotive**
17:14

**available**
108:8 115:12,14
126:4 175:2
186:11 188:9
194:23 226:9
228:1,2,4,5 230:4

**Ave**
92:7

**Aventura**
42:9

**Avenue**
10:2,3 17:15 28:10
29:3 39:9

**average**
153:25 180:11,19,
24 182:12,22
183:13 187:17,19,
21,25 188:3,18
189:19

**averages**
188:23

**awarded**
136:19 220:12

**aware**
26:6,8 69:5 165:2
184:20,21 218:10
220:3

**away**
125:20 137:10
160:2,6 199:2
211:19 232:12

---

**B**

**B-A-I-L-E-Y**
29:11

**B-A-L-D-O-T-T-A**
66:22

**B-L**
66:22

**back**
6:10 7:5 31:3 32:5,
8,9 38:7 39:3
45:14 53:6 67:16
68:6 77:7,15
83:17,20 86:4,10
88:23 95:19 97:16

105:25 112:17
113:2 114:4,24
119:7 122:5
128:23 132:20
133:20,21 137:15,
21 138:11 141:4,9
146:17 148:2
155:17 160:23,24
161:10 165:12
172:6 179:16
194:4 195:20
203:16 207:12,25
223:7 229:8,16
231:10 233:10,20,
23,25 235:19,25
240:11 243:3

**background**
50:15 98:14

**bad**
33:16 41:8 104:12
105:11 227:7

**Bahamas**
53:23 83:9,21
223:11

**Bailey**
29:8,10,11,15,21,
23,24,25 30:4,6,
14,15,18,22,25
31:1,9,10,14,17,21
33:6 34:4 37:17,25
39:1 50:23 51:11,
15,22,25 52:16,19,
20,24 53:10,16,24
54:8,13,16,20,22
93:6,18 95:6,8,19
97:24 114:23,24
115:25 119:7
128:3,8 136:23
137:7 143:25
203:16 205:3,7,12
213:5 215:17
225:5

**Bailey's**
29:14 53:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

225:10

**Baker**
110:12,13 155:5

**balance**
221:13,16,19
222:1,17

**Baldotta**
66:17,21 97:18

**bank**
70:4,5 83:23 84:1
85:18 87:3,15
91:20,22 218:8,11
220:20 225:14

**Bar**
231:24

**bare**
195:3

**base**
113:22

**based**
155:24 173:20
221:20 231:15

**basically**
20:2 125:1 155:25
188:23 191:21
231:17

**basis**
250:11 251:6
254:2,10

**bathroom**
161:4

**Bay**
17:14,15

**beach**
9:25 15:3 203:14
204:4

**bears**
86:25

**became**

35:3 80:19 240:21

**because**
6:11 7:7,9 16:17,
24 19:25 20:22
28:11 30:16,23,25
32:9,12 35:22
45:9,19,25 48:20
52:7 55:9 56:19,21
58:19 59:15,18
60:2 61:2 63:15
64:13 65:16 67:16
68:9 69:16 81:2
83:17 84:10 85:25
88:17 90:24 93:15
94:7 98:13 99:15,
24 101:14 103:13
104:1 105:24
106:14,18 107:15
113:16,17,19
115:19 116:9,23
117:10 118:21
121:5,11,20
122:22 123:20
124:3,23 125:7
126:6 127:12,24
128:15 129:16,19
130:6 131:1
133:18 139:8
140:12 141:16
145:6 146:8,11
147:5,7 149:15
154:5 155:4
156:15 157:10,11
158:2,8 162:15
172:6 176:1,16
177:2,9 178:15
180:21 181:7,24
182:5 184:13,19
185:17 186:7
187:9,12 188:18
189:7 190:21,25
194:20 195:8,19
196:1 197:7 202:7
204:7 206:23
207:15 208:13

210:18 211:17
213:23 219:5
221:19 222:3,20
224:6 225:16,25
226:8 227:25
228:22,23 229:3,5,
10,12,22 231:19
233:16 234:12,19,
21 235:20 239:2
245:10,13,14,15
246:21 247:14
248:13 251:1,14

**become**
21:4 126:7 175:15

**bedroom**
245:3

**bef**
10:7 62:24

**before**
7:11 8:2,4 9:24
16:3 38:7 39:5
41:2,4 44:14 45:20
48:17 58:18,22
59:24 61:18 64:4
68:7,11 70:17
76:15 77:16 78:2
80:15 83:15 88:6
91:15 92:21
100:21 107:15
108:23 111:13,18
112:18 113:4,9
117:19 118:1,7
120:22 126:11
127:8,9 137:3
138:12 141:6,7,23
145:12,19,24
146:8 152:23
153:13 159:13
161:22 163:11,24
164:15 167:2
168:1 173:3
177:15 182:24
186:17 190:8,14,
20 191:5,10,12

192:4,6,14 204:15
209:8 211:5
213:16 221:3,4
222:6 230:22
234:9,20 240:17

**beforehand**
77:25

**beginning**
19:15 29:5 34:16
57:12 94:13 187:4
217:20

**behalf**
99:6,19 142:6
170:11 202:13
209:3 255:10,11

**behind**
76:4

**Bel**
193:20

**believe**
9:13 12:13 13:3
14:15 15:14 17:11
19:3,13,19 22:6
23:10 24:25 32:3
39:21,23 45:9
51:19,21 52:18
53:12,15 67:21
68:8,23 69:12,16
70:1 71:1,3 73:17
77:12 79:5 81:8
83:6 87:7,23 88:25
92:7 93:6 100:11
105:20,21,23
112:12 131:24
133:6 134:21,22
144:6 153:2,18
156:18 159:18
162:1,14 203:2
204:19,20 215:22
218:25 219:11
222:2 224:15
225:15 227:3
234:21 249:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

251:14 254:8,9

**believed**
209:21 255:4

**below**
41:13

**benefits**
54:6

**besides**
11:14 13:11 48:5
50:22,23 78:17
83:22 87:13 89:1
104:9 110:4 126:9
164:20 208:25
209:7 214:14
218:2 226:24
242:14,18

**best**
181:20

**bet**
74:19

**between**
30:18 42:21,23
43:3,14 62:14
64:3,5 70:19 74:22
81:9 103:3 167:12
168:18,24 171:23
172:1 217:13
227:1 230:8
231:14 256:25
257:11

**beyond**
162:22 202:16

**big**
73:20 121:10
201:15,17

**bigger**
39:25 180:15
203:4

**bike**
44:2 45:10 47:20,
22 48:2 133:14

230:25 231:5,10
243:1,11,12

**bikes**
48:13 243:13,14

**biking**
231:8,10

**bill**
222:1 240:4

**birth**
8:8

**birthday**
82:21

**bit**
25:13 30:3 56:25
66:15 106:15,16
121:8 176:24
180:15,23 194:3
228:6,21 244:12
247:4

**bite**
62:16 214:17

**blessing**
32:10

**blowers**
199:16,17

**Blue**
10:18 20:5 24:12,
16 48:7 197:11
256:20

**blur**
256:25

**board**
19:8 244:19

**boat**
9:22 24:6 41:16,20
48:12 51:4 52:2
57:3 69:21 70:7,15
71:24 72:4,12,13,
19 73:8,17,20
75:5,10,22,24

76:11,18,22 78:7
79:2,20 80:5,21
81:7,8,13 82:11
108:18 151:5,7,8
152:3 154:20
155:10,21 165:7
166:18,19,20,21,
25 167:1,6,14
183:25 195:16,20
196:4,8 197:14,17
198:15 200:17,19
203:6 208:5
224:15,16 231:22
232:2,8,12,15
233:6,9 234:11
235:5

**boater's**
81:24,25 82:6

**boating**
152:2 256:8,18

**boats**
71:22 90:20
201:21

**Body**
15:3

**bonanza**
191:21

**bone**
195:3

**bookkeeper**
26:7,8,12,16 28:23
64:24 92:1,3 94:5
157:14

**books**
55:25

**boot**
76:4

**border**
187:10

**boss**
196:25

**both**
7:8 21:22 51:5
70:20 75:12 76:16
78:7 88:14 124:24
128:14 145:18
158:22

**bothered**
34:8 38:24 130:24

**bottom**
26:4,5 87:1 144:25
145:1,17 146:4

**bought**
41:14,20 57:21
86:12 226:3
249:19

**box**
199:13

**boxes**
29:16,19,21 44:7
72:3 94:8,9,14,20
95:1 103:1,3
123:11,20,24
128:19,21 157:7,
15 229:8

**brag**
219:15

**brain**
65:20

**brand**
54:7

**break**
6:15 32:6,8 46:13
111:22 134:5,10
161:5 241:8

**Brian**
5:18 6:1

**brief**
19:8,10

**bring**
118:22 119:7
174:21

**Universal**
**Court Reporting**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**Briny**
9:25 10:2,3,12
70:16 74:23,24
75:19 76:5,6,8,17,
21 77:1,4,8,18,22
91:15 143:13
166:19

**broke**
72:1,2 157:12

**broken**
22:8 157:6 158:4

**brought**
6:4 55:10 138:21
199:20

**Broward**
135:10

**bucks**
166:6

**build**
38:12 209:25

**building**
34:21,22 38:19
50:17

**built**
36:3 50:13

**bunch**
59:18 107:7,20
229:4

**bus**
42:10

**business**
16:18 17:3,5,12,16
18:13,20 20:5,6
21:13 25:25 26:23
27:1 29:10 31:2,24
34:3,16,18 38:5
39:9 40:14,23
41:15 43:2,12
48:15 50:7,9,19
55:24 57:14 58:8
61:23 62:1 65:17

67:3 69:23 70:2
71:11,13,16 72:9,
16,22 73:2,7
78:22,23,24 82:16
85:5 88:12,20
90:14,17,24,25
91:4,5,6,8 96:1,2,
5,22 97:8 99:25
102:18 103:1,4,7
104:1,18 105:11,
14 127:13 130:18
143:2,3,5,9 149:22
156:12 158:18,21
164:25 168:1
175:13,22 177:18
178:23 179:3
183:3 185:4 189:8
191:22 194:19
196:12,20 208:5
209:24 210:5,7
218:13 220:1
226:9 230:10
231:15 238:6
239:2 245:16
248:17,18 250:4
251:8,17 254:5,11,
24 255:1 256:21

**busy**
94:7,9,25 130:6
177:10,13 178:15

**butt**
146:17

**buy**
48:21 57:22 90:21
201:13,19,24

**buyers**
143:15

**buying**
66:1,16 90:19
200:16 201:20
204:6

**buzzer**
141:24

**bypassing**
33:11

---

**C**

**calculate**
93:12 170:24

**calculated**
162:14 168:22

**calculating**
93:21,23,24

**calculation**
153:22 168:10
171:12

**calculations**
171:20

**call**
97:19,20 101:19
119:17,18 123:18,
21 124:1 129:23
139:15,18,20
158:2 185:23
188:7 205:20
229:20

**called**
5:22 28:11 110:11
139:6 229:14

**calling**
57:17 187:2

**calls**
63:9 64:15 74:6,7,
8,10,11,14 79:15
101:20 118:25
121:6,13,14 122:4,
24 124:7,12 130:3
133:19 144:11
149:2 163:16
174:19 182:3
186:7 213:11
219:16 229:22
230:11 244:21
257:4

**came**
12:14 34:24 37:6,
7,8,12,14 38:25
43:19 44:20 51:23
53:6 62:2 64:24
66:4,5,8,10,14,17
83:17 86:6 92:1,3
95:16 100:16
104:25 117:12
131:20 133:8
139:21 176:23,24
179:16 183:4,20
195:24 203:16
233:20 245:18
251:9

**camera**
139:9

**campaigns**
107:11

**can**
5:12,14 6:7,19 7:9,
23 8:21 9:5 18:14
20:21 21:9 23:14
25:2 32:14 97:5
99:2 104:15
106:15 107:1,8
108:15 110:14
112:17 114:4
117:21 124:15
125:5,15,22
131:13 137:20,25
141:20 142:3
143:18,19 145:10,
11 146:15,18
147:6,22 149:5
150:15 152:25
156:5,12 157:14
161:4 163:22
164:2 170:13
173:4 174:25
175:2 178:12
182:7 184:4
188:20 193:4
195:8 204:22
206:4,6,9 215:25



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

230:13 236:1
237:1,18,24
238:21,23 239:8
250:18 255:16
257:16,17

**can't**
54:21 103:1
111:24 138:8
141:21 164:13
170:5 188:19
190:2 195:21
197:16 238:20
240:11,16 247:14
249:4 251:24
252:15 253:18,20

**Canadian**
80:12 81:3

**canceled**
88:3

**capacity**
228:20

**captain**
81:14 194:20

**captain's**
11:18 13:13 14:6,9
15:4,15 82:7
223:12 256:23

**captains**
194:23

**car**
63:9,10,12,14
67:5,6,14,16,21,23
68:4,5,12,13,14,
15,17,19,21 69:1,
9,13 71:20 78:19,
20 104:18 122:4
125:20,22,23,24
132:13,15,17,23,
24 133:2,8,18
140:10 160:4
182:17 184:13
226:10 229:19

**card**
174:23 201:24
202:4 215:7,9
220:1 221:13,23,
24 234:6

**cardiologist**
227:16

**cardiologists**
227:19

**care**
31:14 72:16 89:11
154:21 158:14
228:15

**cares**
199:19

**carrier**
15:24 16:8

**carriers**
16:6

**carry**
129:19 190:4

**cars**
90:20 201:20

**case**
5:5 9:3 130:9
134:23 135:9,11
150:3,19 155:16,
17 162:8 164:8
198:9 220:3
223:21 230:4

**cases**
122:16,17 140:24

**cash**
84:16,17,20 85:2,
17 140:17

**cashed**
41:13 48:20,23
165:14,18 193:11

**cast**
33:23 158:4

**Cat**
73:21

**Cath**
41:9

**Causeway**
42:4

**causing**
80:13

**celebrated**
131:20

**cell**
15:21 16:14,16
79:15 141:13
237:7 240:4

**center**
233:11

**certain**
57:20

**certification**
5:10 14:13 15:3,16

**certifications**
11:15 12:4,13,22
14:8,18 15:17 82:5

**certified**
5:9 13:7

**ceviche**
63:16

**chair**
60:7 180:16,17

**challenges**
59:19 61:25

**change**
59:12 60:5 61:21
68:1 90:12 181:8
192:8 210:24
229:1,2

**changed**
22:1,4,11,17,21
55:20 68:9 128:1,2

191:7,8 240:7,8,17

**changing**
181:7

**channels**
248:8

**chaos**
61:4

**chapter**
20:12

**chapters**
20:4

**charge**
55:9,10 108:1
138:21,22 139:7
195:14 215:13
244:16

**charged**
55:12 138:24
165:6

**charges**
139:10 220:11
222:4

**charter**
48:14 195:4

**chartered**
195:8

**Chase**
89:15,17,19

**cheaper**
166:6

**check**
19:18 68:2,6 84:3,
6 88:3,7,13,16,17
117:9,11 201:24
202:5 207:3
208:12,23,25
209:10 218:2
225:16,17 229:15

**checking**
89:2,4,17,19,20



**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

117:9 128:21
246:19 248:7

**checks**
87:17,18 88:19
89:3 92:2,15,16,
22,25 93:6,21,22
94:7 156:12 201:8
226:8,9

**CHF**
121:20 227:17

**children**
49:9,10

**choice**
100:11

**choose**
13:19

**Christmas**
71:19 131:16,17,
18,19,21,22 132:8

**circumstances**
55:6

**circumvent**
93:18

**City**
11:5

**civilian**
218:15,20,23

**claim**
104:1 109:5
111:11,17 112:17,
19 122:22 142:2
159:16 162:7,10
163:5 164:24
168:5 170:11
172:15 173:19
192:20,21 194:9
211:6,17

**claimed**
90:1 136:15
192:22

**claiming**
59:8 111:12 113:8,
12,24 114:1 115:3
130:10 139:12
142:6 153:23
156:2 162:3,12,13,
18,22,25 163:14,
20 164:18,19
169:21 172:13
175:25 192:12
193:7 205:4
207:19,20 211:23

**claims**
69:6 142:25
204:25 207:8
221:1 241:17
244:3

**clarified**
108:2

**clarify**
185:20

**class**
32:7 82:15 117:19,
25 242:22

**classes**
42:25 43:5,11,15,
20,21,25 117:20
118:13 230:18
242:15,16,17
243:6,17

**clear**
6:25

**Clerk**
135:9

**Cleveland**
227:19

**click**
145:10

**client**
170:12

**clients**
6:4 196:14 207:2

**clock**
184:17 191:22

**close**
51:20 243:23

**closed**
187:1 223:1

**clothing**
160:4

**club**
42:13 45:10

**CMCS**
133:18

**CNCS**
28:11 50:14 63:15

**co-sign**
34:4

**co-signed**
156:23

**coast**
15:5,7,10 41:17,18
81:21

**Coconut**
42:6

**Code**
10:1

**coke**
131:5

**cold**
41:17

**Colin**
249:8

**college**
10:21,24,25 11:1,
2,4 32:6

**color**
185:22

**column**
168:8

**come**
29:24 30:6 31:4
32:8 36:2 41:1
50:19 63:2 65:21
71:17,21 75:5,14
86:10 97:15 106:4
109:4 115:25
117:3 127:24
130:20 132:11
133:20 174:20
176:25 188:16
190:20 192:20
211:15 212:8
246:20

**comes**
171:10 241:20

**Comet**
66:5

**comfortable**
177:5

**coming**
31:2 36:7 114:24
129:22,23 154:19
176:18 188:16
189:14 235:12

**comment**
27:1 104:25 105:1
145:11 247:13
251:11

**commentary**
102:9 144:15

**comments**
99:9 100:5 102:10,
12,15 105:10,12
106:1 138:8
247:18,19

**commitments**
110:14

**committed**



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

150:5

**common**
196:11

**communicated**
207:11,24

**Community**
10:24 11:1,4

**company**
17:8,19 18:12 21:4
48:11 65:7,23 69:7
106:18 112:5
156:3 197:11
207:12 219:24
225:16 239:12
254:1

**compared**
212:9

**compartmentaliz
ed**
23:22

**compensate**
141:4

**compensated**
103:14 104:2,4
164:11

**competes**
17:5

**competitor**
17:2

**complained**
130:25

**complaint**
152:19,23 163:4
168:19 171:25
172:18 220:19

**complete**
91:19 183:22
217:10

**completely**
149:16 168:22

**complying**
213:9

**Composite**
146:19,20

**computer**
27:13,17,18,19,23
28:2,22,24 29:2,6
101:19 128:18
249:15

**computers**
27:20,21 28:12,20
74:20

**con**
202:24

**concerned**
202:24 250:13
253:6

**concluded**
257:22

**conclusion**
119:1 122:25
124:8,13 144:12
149:3 150:8
163:17 213:12
230:12 244:22
257:5

**conclusions**
150:15

**condition**
102:25 204:10

**conditions**
8:14 103:10

**condo**
47:25 51:6,9 52:8
62:4 70:23,24
71:1,4 74:23 75:4,
5 78:2 86:13 87:24
88:1,5 202:22
203:6,7,13,25
204:2,3,5,6 224:3
226:1,3

**condos**
166:12 202:21

**conducting**
158:17,21

**configured**
173:13

**confirm**
49:20

**confusing**
123:4

**connection**
21:15

**conniption**
199:17

**consider**
90:13,16,23
125:10 176:22
177:13 178:8
228:4

**considered**
72:8,21 73:2
124:5,21 202:7

**considering**
124:2

**consistently**
80:13 109:18,20
180:13 185:12
192:17

**console**
233:11

**constant**
130:24

**constantly**
56:9 97:21 186:6
231:20

**consum**
255:24

**consume**
252:4

**consuming**
250:2

**consumption**
245:9 257:12

**contact**
109:12,14,16,17
156:24 213:21,23,
24 241:21

**contacted**
142:10

**container**
156:19,22 159:22,
23,25 160:10

**containers**
159:25

**contains**
164:24

**contempt**
108:1 142:11
213:8

**contend**
87:21 88:5 250:16

**content**
18:17 19:24 246:4
256:13

**contention**
108:6

**contents**
146:23 147:8,15,
17

**contest**
6:17

**continue**
32:14 47:5,11
76:4,11 85:14
127:5 158:6
180:17 195:18

**continued**
142:7 192:18



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**contract**
212:18,23

**contractor**
46:6 218:16,20,24

**contribute**
225:3,6

**contributed**
88:23

**control**
33:5 115:10,14
116:16 117:2
118:14 124:20
125:17,18,19,25
213:21

**controlled**
116:19,23 117:15
123:17

**controlling**
107:17

**conversation**
217:12,13

**conversational**
7:5

**converted**
219:7

**convinced**
110:11

**cook**
184:8

**cooperates**
121:11

**coordinating**
122:15

**cope**
228:24

**copies**
92:16

**copy**
12:18 86:19 135:6

136:7 141:19
150:25

**corners**
131:2

**correct**
17:11 21:7,14
22:13 37:2 45:7,8,
15 50:2 109:8
114:12 134:15
135:16 136:2
141:9 145:21
154:1,3 163:8
181:3 192:5
212:22 235:24
240:5 242:11
246:18 250:11,16
254:6 256:7

**correspond**
138:14

**correspondence**
119:20

**Costa**
53:23

**Costco**
122:13 123:22
124:1

**couch**
254:13

**could**
34:16 38:12 46:12
58:25 60:6 62:7,20
63:15 66:20 99:6
112:19 115:7
116:20 117:9,10,
11,12,14 118:14,
24 119:10,11,23
121:19,20 124:20
125:23,24 133:19
137:16,17 138:10,
13 149:6 152:2
165:10 166:5
176:17 182:5

183:10,18,19,20
186:8 187:9,15
193:17 194:10
201:17 213:23
223:9 237:19
241:7 248:9,10
249:20,21,25
250:1 255:24
256:9,12

**couldn't**
27:25 70:1 73:15
88:15 90:25
109:12,22 118:15
119:10,11 124:23,
25 125:22 129:19
131:4 143:6
154:17 162:15
175:18 185:21
194:5,22 195:18,
25 204:6 208:5
239:13

**Counselors**
5:14

**countries**
60:25 187:15

**country**
196:2

**County**
10:24 11:1,4,5
135:10

**couple**
23:23 36:11 42:1
61:5,6 76:23 77:9
81:10 155:11
156:3 165:8 166:6
167:13,21 176:19
177:17 178:17
181:21 182:13,23
186:21 189:1
196:7 200:8,9
224:22 233:2,3,5
235:7 236:1

**couples**
81:10 195:18

**course**
13:22,24 14:3
32:16 147:21
188:2

**Court**
5:3,9 7:23 29:11
41:18 49:20 66:20
78:10 108:1
137:25 142:11
143:19 146:17
153:8,11 161:4,10,
15 164:14 202:12
206:9,12,18,21
213:21 220:12,14
241:7 257:20

**Court's**
142:22

**courtroom**
9:2 205:11

**Courts**
114:6 135:10
139:8 142:20

**cover**
165:7 200:17

**covered**
70:2

**covering**
67:25

**COVID**
32:9 37:19,22 43:8
44:17,20,25 45:4,
6,11 47:25 48:1
50:1 55:21 56:2
57:1 58:18,22
59:5,9,11,13,14,
15,22 60:18,20
61:6,10 62:5,24
63:22 64:4 72:1
83:15 92:8 110:9
116:5,9,23 118:18


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

120:1,2,3,4,23,25
121:15 122:13
127:6,7,8,9 154:4
175:12 176:3,16,
19,20,21,22,23,24,
25 177:9,13,17,24
178:8,10,17 181:1,
12,22 182:13,24
186:21 187:4,15
189:7 190:6,12,13,
17,20,21 191:2,10,
13,21 192:4,6,9,
14,17 199:25
232:6,9 243:18
249:9

**Craigslist**
23:22 24:1

**crazy**
105:3 177:18
178:24 179:3
186:6

**create**
13:16,18 106:18,
25

**created**
18:25 29:23 101:2
105:18 106:13,21
164:6,8,9 219:17

**credit**
90:25 200:2,7
215:7,9 220:1
221:13,22,24
244:18

**Creek**
42:6,10

**crew**
195:9

**Cricket**
240:8,14,18,22,24

**crime**
55:12 150:6 237:6

**cross**
73:15 108:25
109:6,11 111:5
130:11 154:6
226:25 227:20

**cruiser**
174:20,22

**cruisers**
36:20 256:15

**cruising**
79:7 245:20
256:14,18

**current**
9:8 18:6 106:22

**currently**
16:9 17:19

**customary**
249:6

**customer**
33:20 36:5,6 45:24
64:18 67:17 71:24
72:6,12,18 73:15
127:24 132:19,23,
24,25 133:4
205:24 224:20

**customers**
21:12 26:11,14,18
34:23,24 44:4,7
63:11 67:5 69:4
70:10 71:17,21
79:3,21,23 80:14,
17,19,20,25 83:11
131:20 133:2,4
185:10,13 187:2
188:16 196:8,9
197:8 205:23
219:15 230:2
245:23

**customs**
60:25 61:1 186:25

**Cuthbertson**

5:16 32:14 86:21
105:6 107:1,8
111:1,22,24
112:23 118:25
122:24 123:9
124:7,12,16 125:3,
13 135:6 144:11
146:13 149:2,9
150:12,25 152:25
161:14 163:16,25
170:6 171:14
173:4 191:16,24
192:25 193:24
194:25 195:5
206:6 210:22
213:11 228:12
230:11 236:14
244:21 249:1
250:5,17 252:19
253:11 254:20
255:15 256:1,5
257:4,19

**cyber**
117:8 134:23
136:13,14,16

**cyber-stalking**
55:9,10,15

**Cypress**
42:9

**D**

**D-I-L-L-O-N**
67:12

**D-Y-L-A-N**
49:21

**daily**
35:9,10 63:6
122:17,18 246:24
247:1 250:11

**damage**
69:3

**date**
8:8 17:11 19:18
65:13 135:14,21
136:4 144:18,21,
24,25 145:1,23
146:9 147:7,8,14,
16 224:4 239:3,23,
25

**date's**
145:4

**dated**
220:7

**dates**
105:25 137:18
172:9,10 208:15

**daughter**
105:20

**day**
29:4 30:2,21 34:8
35:14 36:1,16
38:13,24 39:1
56:24 57:8 58:5
60:19,23 62:9,10,
13,15,21 63:24
67:17 74:19 83:19
94:16 115:1 116:1,
3 121:22 122:11
126:16,19,22
127:1,20 130:6
131:17,18,19
132:2,3,6,7,8,10,
11 133:18,21
154:11,24 166:6
171:3,10 174:7,22
176:14 180:3,8
183:3,4,23 184:20,
21 186:9,13,19,24
187:12,16,19,25
188:2,3,19,20
189:19,20 229:7,
13 234:11 235:5,
12 236:5,6,7,9,20
246:17 247:6,7



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

**day-to-day**
29:8 32:20,22 33:1
34:9,12,13 35:6
55:23 119:7 128:4

**days**
32:12,25 41:8
45:25 56:25 58:8,
12,19 60:2,13,15,
16 63:4 66:18
72:11,18,24
114:21 126:22
131:4,11 132:8
145:19,24 146:8
154:6,7,12,13,24,
25 155:1,3 170:23,
25 174:4 181:25
187:5 189:5 243:5,
8,16 244:1

**de**
153:18

**deactivated**
101:18 106:3,14
148:12

**deal**
86:11 121:10
188:23 242:5
245:20

**dealer**
57:16,21 97:19

**dealers**
97:19 98:7

**dealing**
131:6 133:24

**Debbie**
143:18

**debit**
201:24 202:4

**debt**
69:10 215:7,9
220:9,10 222:7,15

**December**
22:18 53:10
168:24 170:3
207:3 208:10,18
209:7 218:17,18
219:8,9

**decide**
138:1

**decided**
28:10 90:8 193:21
209:19

**decides**
202:12

**decimal**
169:24

**defective**
83:9 159:15

**Defendant's**
86:15,17 135:2,4
138:3 146:20
150:20,23 152:20
153:6 161:18
172:25 204:11,12
214:21 217:3,4
220:21 223:15
224:10,11

**Defendants**
5:19 86:25 207:25
208:14

**defibrillator**
41:11

**definitely**
14:23 101:1
126:20 127:22

**Definition**
196:25

**degrees**
11:7

**delete**
100:6,7,14,18,24

**deleted**
237:20

**deliver**
71:22 122:14
123:22 159:24
160:1 175:1

**delivered**
85:25 159:22
160:1

**demand**
153:5,16,18,21
168:25 169:15
170:11 208:9,22
209:8,13,16

**demanded**
202:20 208:7,11,
14,20 209:1

**demanding**
137:15 138:11
141:9,13 142:1,17

**demands**
201:3 208:16

**demo**
13:19

**demoing**
198:15

**demonstrate**
231:23

**demonstration**
166:25 167:4,5
198:21

**demonstrations**
70:9

**denote**
185:16

**department**
36:9,10,18 37:1

**depended**
35:14 180:8 183:7

**dependency**
134:13

**depending**
166:5

**depends**
253:21

**depicting**
149:18

**deposed**
216:2

**deposit**
85:17 87:24 88:12,
24 207:4

**deposited**
89:4

**deposition**
5:1 6:3 8:2 46:18
78:14 137:21
138:9 161:9
217:11 241:13,23
257:17,22,24

**Desalination**
17:9 18:12,23
19:1,6 20:9 21:5,
16 24:14,18,23
48:6

**Desantis**
121:4

**Describe**
208:13

**description**
108:17 248:20,24

**desk**
27:20

**desktop**
28:16

**destroyed**
211:20

**determine**


**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

161:24 218:12

**diagnosed**
157:17 158:11

**didn't**
13:17 23:24 31:8
38:13,18,23 39:4,6
41:16 49:15 57:21
60:2 63:11 64:8
66:12 68:1 71:21
72:7 75:16 82:8
85:1,12 86:8
88:12,17,19 89:22
90:13,20,23 92:20
95:15,20,21 96:2,
18 107:5,16 110:7
114:21,22 115:16
119:4 120:13
123:5,6 125:6,20
127:14 128:11,16
129:8,16 130:18,
19 146:11,12
150:15 152:14
158:2 160:24
163:21 165:22
167:22,23 175:15
176:25 184:3,25
186:1,16 190:4
192:10,20 193:10,
12,14,16,21 194:9
195:11 196:2,4,5
201:14,16,19,25
202:14,22 204:2
205:12,17,19,20,
21 206:15,17
208:24,25 210:1
212:8 213:22
215:10,12,14,17,
19 216:17 217:19
223:2,6 225:16
226:8 227:8 234:6
236:7 238:4
240:19 242:20
244:16 247:21,24,
25 249:9,21 251:1,
22 252:7,10,13

253:6,22 255:13

**die**
56:19 58:16

**died**
23:5 159:18

**Diego**
41:16 166:8

**diff**
172:3

**difference**
171:23 172:1

**different**
11:20 12:20 36:21,
25 42:8 59:7,19
61:3 78:16 101:25
102:10 107:21
110:14 116:2
148:14 152:2
168:11,15,18,20
172:4 182:6 235:7
240:9 247:9
256:13

**difficult**
122:20 128:25

**difficulty**
242:5

**digital**
141:19

**Dillon**
5:16 6:22 67:7,10
93:5 132:16,18
206:4 257:15

**diminishes**
228:21

**dinghy**
71:17,23 80:8
174:21

**dinner**
57:4 71:18 116:2
184:2 197:2,3

**direct**
5:24 64:18 99:23
107:11 159:11
213:23

**directed**
101:23 164:24

**direction**
232:20

**directive**
34:6 105:22
108:10 115:5

**directives**
121:24

**directly**
62:16 76:1 170:24
216:11 218:4

**discount**
236:21 237:2

**discussed**
105:12 136:13
164:21

**discussion**
33:19 46:16 78:12
99:10,23,24 161:7
241:11 247:3
251:12

**display**
40:21 151:23

**displays**
56:7

**disposal**
115:4 166:24

**disposed**
85:20 86:6,11
156:8,17,18 160:9

**dispute**
255:12,19

**disrespected**
54:16

**distinction**
231:13

**distinguish**
107:5

**diverted**
106:10

**diverter**
185:24

**dividing**
200:13

**division**
251:22

**divorce**
49:2 165:17
206:16,17 215:10

**divorced**
49:5 206:18

**doc**
227:18

**dock**
71:17 80:7 157:12
198:18 200:18

**dockage**
75:14 78:3,5,6

**docked**
197:7 233:6

**doctor**
157:19 158:5,18
227:8,9,11,24
229:15

**doctor's**
122:4 157:18,25
158:10,14,15,16,
17 226:24 227:3,4,
21,23 228:8 229:9,
23

**doctors**
228:23 229:4,21

**document**


**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

86:24 153:13
156:5 161:22
163:4 169:24
171:6,23 172:6,10
173:3,7 184:23,24
185:7 212:3
223:21,22,25
224:14

**documentaries**
248:14

**documentation**
81:14,17,19 82:6
196:3

**documents**
130:9 151:2 156:7,
11 164:3 242:1,4

**doesn't**
6:24,25 36:21 97:3
109:4 147:14
170:24 172:6
173:11 187:16
193:6 211:23
214:7 228:24
240:5 246:11,20
256:3

**dollar**
201:15,17

**dollars**
107:9 156:4

**domestic**
139:7

**don't**
6:5 14:20 16:17,22
20:20 33:14 42:11
44:13 54:20 59:13
65:21 69:11 71:2
73:17 86:19,21
88:2 89:5 90:7
93:6,8 100:18
109:4 113:11,18,
22 137:20 138:7,
23 145:4,23

146:10 147:1,4,5
149:15 151:14
153:18 156:4
164:3 165:15
170:12,13,14,19,
22 171:9,16,19,20
172:21 173:12
180:9,10 181:7
188:18 191:19
192:23 193:1
199:2 205:24
211:15 224:1,4,6,8
227:7 234:6,23
239:18 242:4
245:1 246:25
253:12 255:21,22
257:14

**done**
19:8 36:6 38:17
39:3 57:8,9 58:21
74:11,16 99:14
103:14,17 108:4
142:2 150:15
153:22 154:21
157:1 176:17
211:20 242:25

**door**
53:19

**doubled**
40:14 177:21,22
190:21

**doubling**
177:25

**down**
7:9 9:2 31:3 33:18
35:1 39:19 41:13,
17 43:8 44:20
56:20 58:16 60:7,
25 61:2,8 83:15,
18,19 93:14 98:19
106:15,16 108:19
111:22 121:1
135:11 140:20
141:22 148:9,19

149:12 156:25
157:16 160:11
176:17,23,24,25
178:19 183:25
212:14 225:17

**download**
116:1

**downstairs**
28:14

**drama**
29:23

**draw**
230:8 257:11

**drinks**
197:2

**drive**
63:11 67:5,6 68:24
86:8 125:22,23,24
229:16

**driver's**
11:10,12,14
229:24

**driving**
45:10 229:23

**drop**
63:13 139:10

**dropping**
195:17

**drove**
67:9 186:6

**drunk**
32:13

**due**
33:22 41:7 60:8
221:20 222:4

**DUI**
104:19

**duly**
5:22

**dumped**
86:8

**during**
23:1 25:23 28:25
35:9 36:11 41:8
47:25 49:18 56:16
60:16 61:10 62:13,
21,24 72:1,17 74:4
76:16,20 77:14
79:9 92:8 105:24
108:5,22 109:3
111:4,13,17 113:8
115:1 116:20,24
120:1,3,4 122:13
124:3,6 129:16
130:6,11 132:13,
17 133:9,12,18
137:21,23 138:8
139:14 154:3,19
157:23 174:17
175:12 176:16,19
178:16 179:23
180:25 181:21,24
182:13,23 183:4,
23 184:1 186:20
187:19 188:1
190:21 192:17
200:5 202:10
229:13 242:14,18
244:7 245:6

**duties**
34:15 35:15 40:24
50:11 141:5 157:1,
3,4 160:11,12
195:15

**Dy**
95:8

**Dylan**
31:7,9 49:13,19,
21,24 50:15,22
51:1,7 62:2 67:9
93:5 95:6 126:11,
12 128:3,21
160:16,21 179:15


UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

216:3,15,24
217:13,22,25
220:4 225:5,10

**Dylan's**
31:7 225:4,11

---

**E**

**e-**
23:24

**e-mail**
23:12 25:3,6,9,24
26:3 64:17 95:15,
22 96:14,16,20
109:22,24 137:14
138:10 141:8,20,
25 142:15 144:25
145:7,13 146:9
156:15 212:25

**e-mailed**
95:12

**e-mails**
23:1,3,7,8 24:8
25:1 26:2,10,13,17
57:6 63:22,25
64:2,5,9 91:2
101:20 159:9
182:4 185:19
187:6 188:8 230:7

**each**
62:8 143:16
151:11 152:14
203:9 215:22
223:11 247:12,17
248:1

**earlier**
154:4 168:4 183:8
218:3 226:4

**earliest**
56:19

**early**
60:8 160:15

198:13 224:24

**earn**
11:7 223:8

**earned**
141:5

**eased**
121:8

**easily**
188:5

**Easter**
131:14 174:24

**easy**
81:21

**eat**
62:16 79:25
120:19

**eating**
121:9,10

**eavesdropping**
184:18 186:6
188:9

**economy**
82:15,17

**Edward**
49:13

**EEG**
11:24

**EEGS**
11:23

**EEKG**
11:24

**effect**
136:11

**effectively**
124:24 126:5

**ego**
217:22

**eight**
68:24 132:18
193:12 219:4

**either**
11:7 21:24 22:1
70:24 84:3 88:19
132:20 137:1,4,10
199:11 206:23
235:1

**EKGS**
11:23,25

**electric**
48:13 243:13,14

**electricity**
70:11

**Electro**
11:23

**electrophysiologi
st**
227:17

**elevator**
204:7

**else**
24:21 41:21,24
43:19 49:4 54:19
57:1 74:10 91:25
98:21 103:25
104:6,20 105:4,16
107:10,14,16
119:23 131:2
164:19 167:15,18
185:23 201:8
209:7 229:13
257:15

**elsewhere**
30:9

**embarrass**
109:4

**emergency**
156:24

**employee**
34:6 40:8 46:6,8
50:6,9 52:25 53:4
54:2,5 122:7,23
123:8 130:23
131:4 132:11,14

**employees**
33:13 34:5,24 39:4
40:5,6,11,19 55:1
60:3 63:10 67:5,6
84:13 92:23,24
93:13 103:7
124:22 125:1,7
126:4,5 128:24
130:20 131:1,10
244:13 250:20

**employment**
155:13

**enabled**
100:24 101:23

**encounter**
148:1,5

**end**
24:24 37:9,15 61:1
90:3 109:18
126:15 128:1
133:21 174:22
212:14 217:25

**ended**
44:10 67:15 73:16
120:9 204:1
222:18,19

**ending**
87:4 163:6

**endurance**
6:17

**enforcement**
110:15

**engineering**
50:15



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**English**
13:11

**enjoy**
72:7 73:3 108:15
193:22 237:6

**enjoyed**
73:18,25

**enjoying**
197:6 257:7

**enough**
6:7 7:11 69:23
211:8

**enter**
80:11

**entered**
86:18 135:5 136:1
138:4 141:8 142:5
144:17 146:21
148:2,6,11,20
149:12 150:24
152:21 153:7
161:19 173:1
204:13 211:5
214:22 217:5
220:22 223:16
224:12

**entering**
33:11

**entertain**
71:18 79:22
196:14

**entertaining**
79:21 80:12

**entertainment**
196:16

**entire**
41:18 115:4

**entities**
15:18

**entitled**

**138:1 214:8**
215:21

**entitlement**
54:21

**entity**
15:19

**environment**
116:23 117:7
118:21

**equipment**
13:19

**Ernst**
93:1

**errand**
125:2,12,21

**error**
130:13

**escalated**
204:10

**especially**
36:24 137:23
176:16 199:25
228:20 244:12

**essential**
61:11 179:4,7,8

**establish**
18:14

**established**
184:16

**estimate**
180:11 182:22
183:6,12,13

**estimates**
188:24 190:17
191:13,14,19

**ethic**
50:18

**Europe**
182:3

**evaluation**
111:9

**Eve**
131:17,18,22
132:1

**evening**
56:4 57:15 60:8
64:6 115:17
116:20 118:13
173:25 189:4
245:6

**evenings**
32:24 56:5 97:13
114:15 116:12
117:16,18 118:16
252:5,13

**eventually**
38:20 51:23 66:15
118:6 120:7
179:16

**every**
32:5 35:14 40:14
60:15,19 62:10,15
93:25 94:16 96:18
114:23 115:10
126:19 155:25
171:2,10 177:22
180:3 205:24
208:13 209:9,16
246:17 247:7
251:2,7 252:23

**everybody**
93:25 121:17,19
130:15 131:23
150:4 201:8
209:10

**everyone**
61:16 84:13

**everything**
31:20 33:6 129:18,
20 131:2 164:12
165:4 167:14,18

**174:19 185:23**
212:7 220:12

**evidence**
150:9,10,13

**ex-husband**
212:10

**exact**
19:18 36:19 44:13
65:20 69:11 73:22
92:4 100:19
151:14,17

**exactly**
81:12 99:11
212:21 225:20
227:7

**EXAMINATION**
5:24

**exchange**
95:22,23 188:8

**excuse**
14:1 34:21 43:16
47:16 56:10 74:2
77:12 83:9,10
112:15 138:11
163:2 168:14
206:21 222:19
239:24 246:3
251:21

**Exhibit**
86:17 135:4
136:21 137:25
138:3 146:20,24
150:21,23 152:18,
20 153:4,5,6
161:17,18 163:3
168:9,18,25
171:23,24 172:17,
23,25 204:12
214:21 217:4
220:19,21,25
222:24 223:14,15
224:11



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**exist**
63:20,25 64:2

**exists**
63:1 141:19

**expect**
210:24

**expectation**
209:22,25 210:4,
16

**expected**
210:25 211:1

**expecting**
143:9

**expense**
89:8,10

**expensed**
81:9

**expenses**
71:11,16 89:12
165:5 166:14
167:13 193:4
194:13 200:3,7,13,
18 225:7

**expensive**
203:11

**experience**
249:5

**explain**
21:9 94:25 114:9
153:21

**explained**
21:12 101:11
164:5

**exponentially**
193:18

**exports**
189:8

**expressing**
33:6

**expunged**
138:25 139:4,5
140:22 206:23
215:14

**expungement**
138:19,20,24
139:1 141:1
143:25 213:3,7

**extended**
56:24

**extent**
202:15 228:19

**extra**
178:5

**extravagance**
194:16

**extremely**
126:7 131:5
202:24

**Exumas**
83:13

---

**F**

**Facebook**
18:9,11,22,25
19:3,21,24 20:3,
11,14 24:7 98:24
99:1,5 100:2,4,8,
25 101:2,5,8,22,25
102:4,21 103:12,
15,20 104:10
105:18 106:2,4
119:20 136:16
147:24 148:4,12,
18,21,25 149:14
245:15 247:10,19,
20 255:22 256:9

**facility**
108:22 109:13
111:5

**fact**
64:14 85:24 92:20
96:2 129:18
143:18 150:5
208:25 212:8
229:20 255:22

**factor**
193:6

**factored**
211:23

**failed**
142:24 212:24

**failure**
41:7

**fair**
6:7 7:11 162:16

**Faith**
7:18

**fall**
12:12,13 14:9,13
15:14

**familiar**
37:3

**family**
50:23

**far**
18:13 20:18 29:1
34:9 63:18 110:7
111:11 114:1,4
115:24 119:25
129:21 130:2,14
133:23 146:23
156:10 183:17
204:8 237:7
250:13 253:6,22

**Fargo**
87:4 89:14,20
92:15 219:19
220:1,8,20 221:1,
5,9,12

**fart**
65:20

**fast**
127:13 175:13

**favor**
7:10 72:5 212:10

**FCC**
15:12

**fear**
116:23 119:25

**features**
100:20

**February**
37:9,10,15 94:13,
19 120:21,22
121:4 127:10
128:1 152:8,15
155:23 160:15
163:7

**fee**
200:18

**feedback**
11:23

**feel**
91:4,5 119:4

**feeling**
12:2 228:21,24
229:3

**fees**
208:5 220:12
222:5

**feet**
143:7 179:21
194:5

**felt**
105:13 183:7

**ferry**
195:20

**few**

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

21:11 26:15,17
32:25 52:10 57:4
63:5 93:4 206:3
247:7

**fiddling**
233:16

**figure**
20:24 60:24 62:8
115:21 121:22
146:6 224:5

**figuring**
98:1 201:11

**filed**
108:23 111:18
112:4,8,16 113:4,9
134:23 163:11,24
164:15 172:19
213:17 214:10
219:20,23 220:20

**files**
213:19

**filing**
111:14 135:14

**fill**
90:25 183:19

**filled**
123:20

**Filling**
123:11

**film**
231:23 234:2

**filters**
66:2

**final**
141:24

**finally**
52:10

**find**
30:24 41:16 48:21
58:1 92:22 98:19

107:24 113:23,25
116:19 117:16
141:18 142:3
169:16,23 170:2,9
171:5 182:7,21
186:25 187:14,18
204:2,5 213:8
234:15 235:4
251:8

**finding**
140:17 204:1

**fine**
158:5

**finish**
7:10 10:15 105:9
199:18 241:10

**fire**
34:6 119:6 128:8

**fired**
105:24

**first**
5:22 13:5 30:15
31:17 41:1,8 46:23
47:1 52:21 53:1
55:22 82:15
127:10 142:5,14
145:12 166:16,17
178:1,17 179:20
186:21 199:3
202:22 210:11
211:6 214:20
217:9,15,16,21
219:2

**fitness**
11:19 12:23,24
13:10 14:23 41:25
42:2 43:16,17
44:23 45:5,15,25
46:3,21,25 47:17,
18,21,22 48:3,5
116:5,10 117:18,
21 133:14 230:23
231:1,5,9 242:18

**five**
11:20 12:20 41:9
49:18 108:23
114:21 186:24
199:4,5 202:10

**fixed**
69:3

**flew**
82:14

**floor**
27:24 28:7 31:18
94:16

**Florida**
9:10 10:1 11:10
17:10 41:1,22
46:24 47:1 49:14,
16,24 51:1,7 73:10
121:10 135:10
166:7,11,15
178:19 200:4
219:4

**fluctuated**
242:10

**fly**
83:18,20

**focus**
176:1 182:5

**follow**
157:20

**followed**
171:11

**followers**
106:24 107:4,23

**follows**
5:23

**foot**
40:2,3,17 47:23
48:3 68:10 179:10,
14,24 180:14,25
181:5,11,23
182:14,23 186:22

**footage**
234:19

**force**
157:5

**forced**
157:2,3 160:12

**forever**
97:22

**Forget**
147:8

**forgetting**
23:24

**forgive**
14:2 121:3

**form**
111:1 123:9 125:3,
13 149:9 150:12
163:25 170:6
172:22 191:16
192:25 194:25
195:5 210:22
228:12 249:1
252:19 254:20
256:5

**formal**
117:7

**format**
141:19 170:17

**formats**
170:19

**Fort**
9:9 41:19 71:25

**forth**
6:11 7:5 132:20
137:21 141:4
229:16 235:25

**forward**
163:14

**forwarded**
101:20

**Universal COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**found**
131:5 151:21
250:11

**four**
8:11 33:10 37:8
44:4,6 60:23 61:8
67:15,18 72:11,18,
24 90:8 132:23
143:15 154:12,13,
23,24 155:1,3,6
171:2,10 182:6
186:24 188:5,6
192:1 199:3
207:14 210:8
247:9 248:2,3,5

**fracture**
157:10 158:11
226:25

**France**
187:3,8 189:8

**Francis**
8:7 49:12

**Fred**
154:19

**free**
22:9,23 56:12
89:22,24 167:2

**freebies**
185:12

**Freight**
63:17

**French**
80:12 81:2

**Friday**
60:13,14,16,21
126:20 127:19,23
128:17 129:15
130:16 131:8,12
173:24 174:10
180:20,24 181:12
182:20,24 187:25

239:25

**friendly**
80:22

**friends**
7:6 80:15,16,19
196:10 197:8
246:13,16 255:22
256:3

**from**
10:17,23 11:7,12
17:13 25:4,6,18,25
26:2,4 28:11 29:4
34:16 35:8 37:25
40:16 41:12 43:12
44:16 45:10 46:10
47:20,22 48:2,14,
18 49:2 52:1,4,5,8,
16,21 53:19,24
54:3 56:15,17
57:10,12 58:1,5,14
60:10,11 61:13
62:12 65:5 66:1,4,
15,17 69:16 70:15
71:24 72:19 73:9
74:14 83:20 84:4
85:2 87:3,4,9
88:14,19 89:3
90:24 91:21 93:20
97:17 98:3 99:8,17
105:25 106:19
107:5 108:18
110:25 112:21
114:18 115:3,25
116:1,14,15,21
118:16 120:15,25
128:16 133:9,14,
18 135:9 137:10
140:18 141:13
142:6,9,16,17
143:9 145:8,16
153:5 155:24
159:11 160:16
164:22 165:17
167:13 178:14
179:25 181:11

182:3 183:20,25
198:4,5,8 199:19
202:5 203:7,13
204:7 207:2 208:9,
14 209:1,8,13,16
211:19 212:9
213:4 214:2,9,11
216:14,15,18
217:19 218:4,12
219:13 220:8
221:4 222:17,20
230:23,25 231:5
232:12,16 235:16,
18 236:25 237:8,
12 239:4 240:13,
17 242:10 253:7,
17

**front**
27:20 28:4 40:21
151:24

**frustrated**
38:25 124:21

**frustrating**
131:6

**fudging**
93:15

**fulfill**
57:23

**full**
104:19 126:25
130:15 162:4

**full-time**
165:19

**fully**
195:8

**fun**
20:5 48:7 197:11
236:18 245:13,22
256:20

**furniture**
86:12,14

**further**
82:5 225:19

---

**G**

---

**gallbladder**
41:10

**gas**
165:8 166:2

**Gates**
224:16

**gave**
8:21 45:19 65:12
67:17 68:24 84:17
85:15,18 96:2
100:11,15 115:5
118:6,13 125:20
131:17 133:7
170:16 242:18

**general**
251:6

**generally**
14:22 56:3 97:16
98:13 127:4

**generous**
199:24

**gentleman**
66:4

**geography**
33:7

**Germany**
61:3

**get**
6:19 7:4 12:15,18
36:3,18 38:7 56:5
57:8 60:4 67:16
72:14 74:24 80:1,3
84:3 91:4 95:18
97:16 98:22 99:13
100:16 109:19
114:22 115:25



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

117:12 121:6,7,13,
15,19,20,22,23
122:11 124:1,23
126:3,7 127:15
128:23 129:8
130:23 133:15
134:11,16 135:18,
20 141:23,24
147:23 157:17,18
158:10 159:16
160:15 164:11
171:20 176:17
178:5 180:1 181:9
182:10,15 186:15
193:16 195:8,20
197:21 199:2
200:2,7 201:7
206:4,8,9,18
209:23,24 210:5,6,
10,13,17 211:19,
23 229:14 230:22
233:13 234:10
235:15,16 236:15,
17 242:25 244:18

**get along**
79:25 80:2

**getting**
7:8 34:20 41:18
45:24 53:2 61:25
90:24 95:23 96:21
99:20 116:5
118:18 121:2
122:12 123:4,15
126:10 167:19
182:2,3 187:6
201:10 210:9,15
212:8 219:4
234:18 243:7,22,
23 244:2

**Gina**
5:8

**Gina's**
7:7

**girl's**
115:17,20 116:18

**girlfriend**
104:22 105:21,25
122:21 123:8,12,
25

**girlfriends**
116:18

**give**
8:22 35:15,16,19
44:11,14 65:21
67:5 84:16 91:8
95:25 96:4 97:7
116:1 143:2,10
162:15 209:9
215:25 245:2
247:25 250:9

**given**
8:2 50:16 57:22
63:10 67:6 104:18
116:20 249:23

**giving**
44:10 53:21 54:6
84:19 108:10
174:23

**glanced**
218:14

**Glenn**
93:5 130:21

**go**
6:16,18 7:1,11
28:10 33:3,14
35:25 36:3,21 44:3
53:19 56:3,15,23
57:5 63:16 86:3
92:20 97:5 98:18,
19 104:23 110:22,
23 111:24 112:17
113:2 114:4
115:16,20 116:22
117:9,21 118:19
119:3 120:8 123:2,

9,16 124:16
125:11,13 126:14,
18,23,24 127:2,24
131:2 133:13,17
137:1,3,6 149:5
154:18 157:15,17,
20 158:3,10,13,14
166:2 172:6 174:8,
23,25 175:1
180:23 182:16
183:8 184:3,5,10
186:2 187:9
188:19,20,25
189:1,6 193:18
194:20 197:1
201:9,13,14,16
206:18,20 214:17
219:8,9 223:7
227:8 228:23
229:4,8 231:22,24,
25 233:25 235:15
240:11,25 243:10
247:12,17 248:1
250:6 257:6

**goal**
13:15

**goes**
49:12 155:17
178:23 179:3
217:22 222:20
229:5,7,9,10

**going**
6:2,11,13,24 7:7
8:10 30:14 36:21
45:14 53:23 54:10
57:2,3 59:17 61:12
62:1 72:7 79:25
80:15 90:10 95:18,
19 96:1,5 97:8
103:16 104:23
105:2 107:7
110:25 117:13
118:20 119:6
120:9 128:8 130:5
131:1 132:20

138:14,18 140:9,
20 141:3 143:10,
16 146:13 147:10,
12 158:4,5,8
164:11 166:9
175:12 178:1,3,12
179:8 180:23
185:24 186:8
193:22 195:20
196:6 200:23
201:1,5 202:25
203:3,17 209:20,
23,24 210:5,6,10,
13,16,21 211:11
214:11,13 220:13
221:3 225:9
226:22 228:15
232:8 235:20,23,
25 236:24 241:9
245:5 247:2
248:23,24,25
250:25 253:4,21
255:6,21

**gone**
16:6 32:5 37:20
78:24 114:25

**good**
5:3 6:1 41:8
121:21 183:17
197:14 232:24

**goodness**
42:3

**Google**
98:19 119:21
143:23 144:1,15
145:6,7 147:23
246:19 247:3

**gotten**
86:7 90:1 95:14
210:12

**government**
15:19



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**grand**
203:2,3

**granddaughter's**
82:21

**grandmother**
160:3

**gratuitous**
211:24

**great**
86:11 242:5
256:16

**great-**
160:2

**Greece**
79:2,7,18 80:21
82:19 104:17
108:5 115:7
140:18 155:10
194:17,20,23
195:3 196:6 197:3
224:22

**Greek**
82:8 195:25 196:6

**grew**
34:18 38:6 40:23,
24 57:14 127:13
175:13 185:5
222:10,12,13

**groceries**
71:10,15 75:2
78:19

**grotesque**
103:16

**ground**
166:5

**group**
11:19 99:10,24
100:1 247:3
251:12,13

**groups**

247:5

**grow**
175:21 185:4
222:15

**growing**
61:23 190:22

**guard**
15:5,7,10 81:21

**guess**
22:17 147:22

**guessing**
24:9

**Guest**
66:2

**Gulf**
41:18

**gun**
54:24 55:4,7

**guns**
55:9 104:25

**guy**
31:18 66:8,13,17
93:3,7 101:19

**guys**
32:14 66:10
236:11

**gym**
43:8 44:20 118:21,
23

---

**H**

---

**had**
13:1 16:12 20:7
23:5,17,18 28:12
29:8,9,24 30:6,13
31:1,7 32:7 33:9,
23 34:2 35:7,17
36:7,9 38:15,16
39:3,5,7 40:1,4

41:9,10,11 44:4
45:23,25 47:10
48:20 49:7 50:18
51:11 52:14 53:16,
17,20 55:8 57:3,7,
21,22 58:20 59:18
61:16 63:1,10
66:4,9,13 67:7,14,
18,19 69:24 70:5,
13 71:18 72:8
75:19 79:2 80:12
81:13,14,17,18
83:9,10,20 84:10,
11,13,14 85:19,24
86:1,7,11 88:23
89:15,17,19,20,22
90:1 93:6,12 95:12
97:23,24 98:13,24
101:23 102:1,13
103:7,13,14 104:7,
16,17,18,19,22
105:14,18,24
106:11,18,25
107:15,25 108:2,4,
11 109:14,16,17,
24 110:11 111:8
114:10,25 115:10
116:16,18 117:24
119:4,13,14,15
120:11 121:4,8
122:1 123:22
124:20 125:1,17,
19 127:23 129:2,3,
6,8 131:8,20
132:21,23,24,25
133:1 134:9
135:23 136:22
137:14 139:12,14,
17 140:2,15,17,22
141:5,8 142:1,10,
13,20,24 143:15
146:16 147:18
148:1 149:13
150:2 151:20,22
154:8,14 156:19,
21,23,25 157:1,10,

20 158:13,14
159:4,8,16,21,25
160:3,10,19
163:12 165:14,23
166:23 167:6
168:4 173:20,22
175:19 177:3,14
178:2 183:8,22
184:19,20,21,23
185:4,23 186:18
189:11,14 193:18
194:8,13 195:19
196:1,8 199:17
200:17 203:12
204:10 206:20,23
208:22 209:9
210:18 211:10,20
212:7,23 213:2,3
215:7 216:10,25
220:9 221:4,19,23
223:12 224:2,20
226:6,10,14 227:4,
7,19 234:13,20
235:7 238:2,9
240:7 242:15
243:13 244:13
245:10 246:4
249:19 250:2,14,
24 251:18 252:1,3
253:4,25 254:2
255:9 256:16

**hadn't**
90:1 95:14 104:2
118:8 153:21
162:15 165:4
221:22 245:16

**half**
86:12 90:8 96:2
127:1,10 165:5
202:9 244:7,9
254:14

**halfway**
195:23

**hand**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

145:17

**handle**
35:7 119:16 126:3

**handling**
33:13 34:13

**handout**
84:13

**hands**
140:8

**handwriting**
223:18,19

**handwritten**
35:16

**hang**
106:15 137:19
231:25 233:25
235:20 237:1

**hanging**
232:2 233:21,22
237:2

**hap**
101:16

**happen**
67:13 95:20 96:6
110:14 143:12
158:8 189:3 196:9
197:8

**happened**
30:21 67:20 96:7
101:16 143:13
150:14 159:6
172:21 202:6
232:6,8 249:9

**happening**
124:3

**happens**
124:6

**Harbor**
63:17

**hard**
50:18,21 122:9
192:6

**harder**
190:12

**has**
20:10,25 21:17
31:19 39:19 41:7
42:8 50:18 104:14
106:24 120:5
142:19 150:19
156:15 171:12
172:12 197:12,24
228:22 229:4
231:19 245:20
257:24

**hated**
193:20

**have**
6:18 7:14,19 8:2,4,
14 9:11 10:7
11:10,15,18,19,20,
21,22 12:2,8 13:21
16:1,16,25 17:16
18:1,3,9,11,19
19:8,24 20:2,4,14,
19,23 21:11,12
22:1 23:12,15,16
24:8,11 25:21,24
26:2 28:1 33:15,
19,24 36:2,7
38:13,23 39:4,6
40:10,11,21 41:21
42:2,23 44:22
46:22 48:7,13
49:9,10 50:4,15
51:8 55:1,4,12
57:18 60:2 61:17,
24 62:15 63:4,11,
23 65:6,11 66:24
68:2,6,21 69:1,16
70:3 71:17,21
75:6,16 77:16
78:24 80:16 81:19

82:5,7 86:9 87:25
88:3,7,11,12,15,
17,19 90:20 91:2,
19 92:25 95:15,22,
23 96:18 98:4,8
99:18 100:3 101:9,
23 102:1 103:17,
22 105:10,21
106:7,25 107:22
109:12,22,24
110:7,12 115:14,
17 117:2 119:24
123:11,16 124:22
125:11,18,21
127:14 128:10,11,
16 129:16 130:13,
14 132:7 134:12,
25 135:6 137:25
138:24,25 139:4,5
140:24 141:10,11
142:2 145:12
150:25 152:23
153:13,22 154:5
155:7 156:4,21
157:17 159:1
160:12 161:22,24
163:5,13 165:22
166:1 167:22,23
169:24 170:23
172:4 173:3,11
174:20 175:19
180:9 184:2,25
185:19 186:16
188:18 190:23
191:8,13 193:5
194:15,17,22
197:1,12 198:25
199:3,14 200:10,
17,18 201:14,16
204:15,25 205:11,
19,21,23 206:18,
19 210:16 211:7
214:1,4,16 215:2,
18,23,25 216:3
217:7,9 218:11
220:15,16,17

221:1,9 223:6
224:1 225:13,16,
19 226:8,20 227:1
229:8,15 230:22,
25 234:6 235:3
236:9 237:19
238:4 239:18
240:5 241:15,17,
19 242:5,14,20
243:1,14 245:25
246:13,16,25
247:17,25 248:1,
17,19 252:15
253:8,15 254:7,9,
14,17 255:3,12,18,
22 256:20 257:14,
15

**haven't**
14:19 18:15 19:2
21:6 86:13 160:5
182:6 206:1
210:12 219:19

**having**
5:22 55:6 107:17
119:25 122:13
131:10 157:14
189:7 197:3

**he**
6:22,23,25 7:1
26:6 27:21,24,25
28:7,10,14,15,17
30:14 31:3,10 34:7
35:16,24 36:4,6
37:8,12 39:1,5
41:6,7,10,11,13,
15,18 43:1 44:4
50:6,9,10,13,14,
18,20,21 51:2,8
54:10 55:24 57:7,
19 59:16 62:3
63:13,14,15,16
64:15 66:5,6,8,9,
10,18 67:7,14,19
68:24 69:3,10 70:9
72:13 79:14 81:6,8



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

82:7 84:9,12,17,
21,25 85:6,15,19
86:6,8,10,11
88:11,22 89:11
90:10 91:8,9 93:15
94:6 95:15,18
96:1,2,18,25 97:2,
8,15,16,17,20,24
98:3,6,9 103:1,3,6,
7,8 104:16,17,18
106:11,18,25
107:9,13 115:5,10,
14,16,20 116:5,8,
24 117:2,3,4,10
118:17,20,21
119:6,13,16,17
120:7,8,10,11,13,
20,22 121:5,8
122:2,10 123:3,21
124:15 125:17,20,
25 126:7 128:8
130:24,25 131:5
133:17,19 134:3
135:20,23,25
138:14 139:9,15,
20 140:6,17,18,19
141:4,5 142:8,13,
14,24 143:6,8,10,
15,17 146:16
154:16,17 156:8,
10,15,17,18,20
157:4,12,19 158:8,
24 159:8,24 160:1,
9,12,16,19,23
162:16 165:4
166:24 167:15,18,
22,23,24 175:18
176:23,24 177:5
178:5 179:16
180:1,7 184:19
185:15,24 186:2,7
189:9,10,12
193:11,19,20
194:5,7,10,11,16,
19,20 195:12,13,
20,21,24 196:1,3,

22 197:24,25
200:3,7,8,16,17,
18,22,25 201:1,2,
3,4,5,6 202:13,20
204:6 207:12
208:3,4,11,22,25
210:1,20 211:10,
11,19,20,22 212:2,
8,10,23 213:3,19
214:2,4,8,10,11
216:4,6,8,10,20,24
217:1 219:5,6,7,
13,14,15,16,18
224:20 225:6,9,10,
12,16 226:8
227:19 228:20,23
229:4,21,22 230:4
231:17,19 233:16,
17 234:8 237:19,
20,24 238:18,21
239:2,13 240:12
244:16,17,20
245:5 249:9,10,19,
21 250:1,14 251:6,
7,12,14,15,16,20,
22,23 252:1,13,17,
21,22,24 253:6,8,
22,25 254:2,6,7,
12,17 255:3,4,6,9,
12

**he'd**
90:11 98:8

**he'll**
229:21

**he's**
6:23,24 35:23 41:7
65:25 69:5 112:23
116:25 156:11
214:7 228:24
231:20 237:25
244:25 245:1
255:6,21

**head**
6:10,12 131:5

183:17

**heal**
158:9

**health**
59:19 60:8 103:6

**hear**
13:17 113:23
186:8 253:7

**heard**
142:5 156:10

**hearing**
135:25 136:7
137:1,2,3,6

**heart**
41:7 204:10

**heavy**
103:1

**heck**
246:11

**height**
120:4

**held**
46:16 78:12 161:7
184:14 241:11

**help**
39:2 62:2 72:6
111:24

**helped**
71:24 179:15,16

**helping**
80:7,8 194:9
209:24

**hence**
170:20 245:5

**Hendricks**
9:9

**her**
30:1 31:3,17 34:2
36:16 54:6,21,24

93:6 95:9 96:6
104:17,18 105:1,
21,25 107:20
111:22 162:15
205:10,11,17,22
206:6 207:25
217:22 245:5
254:15

**here**
6:3,19 8:16 31:3
46:24 49:14,16,19,
24 51:1,7 85:21
87:8 109:3 122:20
140:24 145:4,23
165:1 166:7,10,15,
16,17 193:13
200:4 206:23
208:8 236:19
241:10

**Hey**
197:1

**hid**
253:16

**hide**
39:6

**high**
10:15,18 204:6

**him**
7:1 41:7 50:16
56:14 57:18,22
66:7,15 84:11 86:4
89:23 90:11 91:3,7
93:11 95:13,15,16,
21,23,25 96:4,14,
17,18 97:13
102:25 115:18
118:15 121:7,13
122:3 124:23
125:12,25 131:6
138:17 139:9,17
140:3,4 141:2,15
142:7,17 143:1,5,9
149:17,20,25



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

160:20 175:19
177:22 194:18
209:21 210:11,18,
19,20 211:19
212:7,25 213:10,
23 216:8,11,12,20,
21 227:16,17,18
229:9 231:19
250:10 251:10
252:16,18 253:17

**himself**
69:3 175:18

**hire**
29:23 30:14 38:18
206:17

**hired**
29:15,25 30:1,16,
23 61:15 186:17
194:22

**hiring**
30:25

**his**
6:23 27:23 28:1
41:7,10,11,15
50:11 51:8 57:6,
18,23 60:8 63:15
64:15 67:11,21
71:24 72:18,19
74:19 79:15 82:7,8
88:14,20 93:8,14
96:3 98:9 101:18,
19 103:10 104:1,
16 105:10,22
106:22 108:3
112:5 115:25
116:23,25 120:20
121:24 122:1,3,7,
8,10,11,14,21,23
123:3,7,8,24
124:1,23 125:22,
23 126:7 133:14,
19,25 134:5,14
140:8,15 141:13
149:19 156:2,5

158:25 159:8,9
160:7 164:25
175:22 179:3
182:17 186:7
193:17 195:25
196:1,2 197:21,24
202:1 204:10
207:12 218:13
219:13,24 220:1
227:4,12,15
228:23 230:14,16
231:16,20 232:19
235:2 237:14,19
250:19 251:17

**history**
99:14 100:4,8,16,
25 102:22 147:23
210:18

**hit**
43:8 55:21 56:2
60:18,20 139:12
140:6,10 141:24
177:24 191:21

**hitting**
140:3

**hold**
20:8 63:21 88:18
97:3 108:18
177:16 178:11
180:22 191:1
225:17 239:24

**holder**
238:15 240:21,23

**Holy**
108:25 109:6,11
111:5 130:11
154:6 226:25
227:20

**home**
9:8 35:4 36:21
54:17 57:5 61:13
95:16 96:18 97:15
115:25 118:15,22

119:15 133:21
179:4,5 182:2
183:8,20 184:6,10,
11 189:6 192:1
225:18 243:10,15
245:6

**honest**
9:6 66:13

**honestly**
44:13 56:18
173:12 228:7

**hope**
17:5 109:4

**hoping**
16:17

**horizontal**
169:3 172:2

**horrible**
211:20

**Hoses**
66:14

**hospital**
108:22 109:1,6,11
122:2 130:12
154:6 227:18

**hour**
46:4 84:15 163:1
169:14,20 199:6
201:10,11 203:21
230:19,21 235:9

**hour-and-a-half**
248:10

**hourly**
53:2,4 54:1,3,5
197:9 200:23
209:23

**hours**
57:15 60:23 93:12,
14,21,23,24 94:6
96:12 97:12,14
98:1,15,16 108:7,8

109:7 114:3 124:4,
6,11,18,19 130:10
141:5 143:16
153:25 154:1,5,9,
11,13,23,24 155:4,
7,23 156:5,24
157:1 160:11
163:2,6 170:16
173:9,16 174:6
175:7,10,11 178:5
186:9,19,24
187:11,12,16,18,
22,24 188:3,5,6
189:1,19 190:24
191:2,8,10,11,14
192:1,2,8,9,10,12,
15,18 195:14
199:23,24 201:12
203:18 207:8,9,14,
16,19 209:11
233:2,3,5 244:4

**house**
24:3 39:14 52:9,
11,13 70:22,23,25
71:1,14 74:23
75:14 77:24 91:12
96:7 97:6,25 116:9
166:11 189:14
193:19,22 194:7
202:18,20 203:7,
10,11 224:3 245:3

**housings**
38:14,17 66:1

**How's**
168:22

**hug**
41:17

**huge**
130:20 186:18

**hugged**
41:17

**hundred**
209:15



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**Hurricane**
154:22

**I**

**I'D**
69:15 127:22
137:24 157:1
190:3 243:3 248:1

**I'LL**
6:6,16 86:15
111:25 135:2
146:18 152:18
161:12 172:23
206:8 214:19
217:2 223:13
224:9

**I'M**
5:8,9 8:10 10:1
11:25 12:2 13:17
14:11,20 16:17
17:22 19:13 20:21,
24 23:23 24:9
30:20,24 37:2,12,
23,24 38:4 39:18
43:12 44:5 45:2
47:4 50:8 54:12
57:25 65:4,10,20
68:18 71:2 72:7
73:21 76:7 79:16
81:12 82:24 85:13
92:4 94:17 101:11
103:17 109:3,15
111:19 113:11
116:18 117:1,16
120:24 121:2
122:20 123:7
129:5 134:2
137:22 138:1
141:16,18,23
146:6,11 149:23
164:4,9,11 165:2
166:13 169:15,23
170:2,9 171:5

173:9 177:12
178:7,14 181:3,6,9
182:7,20 187:18,
24 192:8 193:21,
22 195:6 199:10
200:15 201:7,8,10
209:20 214:8
215:5 218:10
219:1 221:7
222:11 224:5
225:10 229:5,10
234:10,15 235:4
244:24 246:15
251:16

**I'VE**
9:12 12:2,22,23,24
14:25 18:1,15,25
19:7 20:2 24:12
42:3,4,5,6,7 56:6
65:20 69:2 100:6
101:20 135:2
150:20 153:4
156:10 161:17
172:23 180:13
183:5 193:11
204:11 217:2
220:23 224:9

**idea**
107:16 160:13
226:20 250:2,14,
24 251:18 253:9
254:2,14 255:9

**identified**
66:25 86:25
206:22 241:16
242:9

**identify**
205:7,9,17,22
206:15 208:25
215:17 242:8

**identifying**
204:25

**idle**

128:10,12,16
129:17

**idled**
233:6

**images**
148:3,10,20,25
149:13

**imagine**
65:10

**immediately**
178:15

**implemented**
93:17

**impressed**
50:20

**in**
5:4,12 6:3,6 9:2
10:12 11:4,5,23
12:11,12,13,14,17
13:8,15,25 14:3,6,
9,13,15,22 15:14
16:14 17:5,19
18:1,13 19:15
20:11 21:15 22:6,
22 23:4,24 24:5,9
25:25 26:19 27:19,
21 28:2,5,20,23
29:7,17,21 31:2,3,
19,24 32:4,15,21,
25 33:3,6 34:2,3,8,
11,20,24 35:25
36:1,2,3,12 37:19
38:25 39:13,21,22,
24 40:21 41:5
42:10,12 43:19
44:20 45:12,24
46:24 47:1,9 48:7,
9,15,17,25 49:4,
14,16,24 50:15
51:1,4,6,7,19,23
52:6,12,13,14,15,
16 53:7,9,11
54:13,16,20 55:16,

21,22,23 56:3,4,6,
15 57:13,15 58:5,
19 59:17,24 60:7,
8,11,19 61:1,10,16
63:9,14 64:6,14
66:17 67:21 68:8,
19,21,24 69:4,10,
20 70:3,6,16
71:12,22,23 73:14
74:1 76:12 77:2,3
79:10,12 80:21
82:6,10,14,15
83:8,16 84:8,17,20
85:2,24 87:4,17
89:14 90:3 91:6,
12,13 92:6,10,20,
22 93:18 94:12
96:2,3,7,9,24 97:1,
6,13,18,25 98:1,7,
14 99:5,13 100:22
103:22 104:12,25
105:2,11 108:5
109:10,18 110:15
111:9,12,14,16
113:7,13,14,24
114:11,13,15,19,
25 115:7 116:6,11,
12 117:8,12,16,18
118:12,13,15,17,
21 120:7,21,22
121:3,10 122:4,12
123:18,22 125:25
126:9,13,14,20,23,
24 127:2,17,20,24
128:1,2,9,23
129:18 130:8,9,20,
21 131:2,10,23
132:3,12,22 133:6,
25 134:3,4,16,25
135:1 136:4,7,11,
23 138:19 139:11
141:19 142:11,16,
17 143:16 144:1,3,
7,16 145:23
146:17,23 150:2
151:17,24 152:9


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

154:13,16,19,21
155:5,7,10,15
156:3,5,7,19,22
157:10 158:3,16,
18 159:7,16,17,18,
20,22 160:4,7,10,
13,15 162:2,8,13,
18,25 163:2,13
164:13 165:12
166:2,7,8,10,15
168:3,24 169:3
170:24 171:23
172:13 173:11,16,
25 174:4,8,20,21,
25 175:13,16,22
176:9,18 177:25
178:1,3,4,6,21
179:18 180:14,17,
23 181:22 182:17
183:4,10,17
184:12,13 185:12,
24 186:22,23
187:22 188:1,17,
25 189:1,4 190:16
191:21 194:4,23
195:3,14 196:12
197:3,12 198:6,9,
14 200:4 201:12
202:11 203:16
204:6,24 205:1,11
206:1,14,25
207:10,14 208:9,
14,16,17 209:2,21
210:1 211:16
212:8,23 213:8,25
214:17,24 215:17
216:19,21 217:10,
22,25 219:1,2,8,9,
14 220:9 222:6,18,
19,21 223:7,21
224:24 225:1,14
226:10,11,15
227:2,23,24 229:1,
8,14,19,20,24
230:4,6,9 231:9,13
233:21,25 234:7,

11 235:12,21,23
236:1,21 237:1,2,
10,11,14,16,17,18
239:13 241:16,17,
19 242:6,9 243:3,
23 244:2,13 245:3,
10,12 246:4
248:15,19,24,25
249:9 251:14
252:5,12 257:7

**inappropriate**
33:13 105:13

**inception**
91:21

**incessant**
131:3

**incident**
33:15 140:14

**include**
70:11 189:25
214:25

**included**
70:14 151:2
155:18 183:24

**including**
10:8,11 94:10
123:17 126:19
160:2 188:7
208:15

**income**
242:9,13

**incoming**
74:11 130:2

**incorrect**
21:10 207:5

**incredibly**
175:13

**incurred**
69:2 222:7,18

**independent**

46:5

**independently**
248:1

**India**
57:16 66:17 97:18
98:7 189:9,10

**indicate**
207:11

**indicated**
7:13 34:11 103:9
135:21 212:12
220:8 239:18

**indicates**
223:23 244:3

**indicating**
145:7

**individual**
81:11

**individuals**
73:16

**information**
101:10,21 102:22
103:6,13,19,20
104:10 156:16
160:4 214:20
237:20 242:7
247:25

**informed**
108:3

**informing**
114:25

**initial**
206:1

**initially**
28:8 73:18 93:12
139:15 189:7
219:6

**initiated**
134:15

**inlet**
233:13

**inpatient**
111:8

**input**
35:25 64:14 94:6

**inside**
120:19 121:9
224:15

**insist**
34:4

**Instagram**
20:15 98:24 99:1,4
252:9 255:25

**installed**
151:7 167:6

**instance**
208:14 209:1

**instances**
64:17 105:9

**instead**
6:10 33:8,17,23
53:19 209:23
214:10 216:11
244:2

**instruct**
26:19,20

**instructed**
26:6 47:11 137:10

**instructing**
47:11

**instruction**
15:1 242:17

**Instructor**
11:19 13:1

**insurance**
67:23 68:1,5,9
69:6,13 78:19
227:8


**UNIVERSAL**
**COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**intend**
17:4

**intercoastal**
235:21

**interest**
206:1 222:5
256:17

**internal**
129:3

**international**
36:24 37:4

**internet**
109:22,24

**interrogatories**
206:2 241:16
242:7

**interrogatory**
207:1 215:1

**interrupt**
189:13

**interrupting**
180:22

**into**
29:8 33:12 36:7
39:9,14,24 40:9
41:6 47:25 56:23
62:3,16 63:2 66:8,
10,14 72:2 83:23
84:1 86:13,18
87:15 89:4 94:6
100:1 106:1
117:10,12 122:16
127:15 128:3
133:17 134:5,10
135:5 138:4 140:9
146:21 150:24
152:21 153:7
154:14 161:19
170:17,24 173:1
179:15 193:6,10
203:6,17,22,25

204:13 210:4
211:23 212:7
214:22 217:5
220:22 221:12
223:16 224:12
225:19,22 231:20
233:18 237:24
243:22

**inventory**
33:5 34:19 38:16
39:3,4,6 40:10,18
128:22

**investors**
226:4

**invoice**
64:18,22 65:6

**involuntary**
110:13

**iphone**
21:24

**iphones**
21:22

**island**
42:14,16 83:12

**Islands**
33:9

**Isle**
9:9 91:11 96:8
97:7

**Isles**
196:7

**isn't**
73:12 101:14
217:20 226:5
228:14 252:5

**issuance**
221:15

**issue**
30:18,24 84:11
130:24 201:3

202:11 234:8,20

**issued**
15:4

**issues**
60:9 138:15

**it'd**
91:15 188:20

**It'll**
65:6,21

**it's**
6:13,17 7:5 9:23
15:12 16:9,24
17:20 18:6 19:22
20:9 21:3 36:21
38:22 42:8 69:5
101:7,18 102:11
106:6,10,14
110:24 112:5
113:4 116:17
122:12 129:25
130:1 141:20,21
144:23 146:5
147:1,10,16
148:23 166:6
168:11,14,25
169:17 171:8
172:9 173:9,10
175:6 197:14
201:9 207:20
213:22 215:4
223:19 227:22
228:6,10 232:23,
25 235:1 237:6,17
244:8 246:17
247:22 249:6
250:9,19,23,24

**Italy**
61:2 187:9

**item**
201:15,17

**items**
24:3,6 35:12 38:10

57:9,19 202:3

**its**
70:3,5 131:10
257:17

**itself**
130:1

**IV**
8:7

___

**J**

___

**J-A-N-E**
206:11

**jailed**
142:13

**Jane**
136:23 137:8
205:9 206:10

**January**
5:2,7 17:10 19:16
32:4 37:18 38:1
48:8 52:1,21 77:2
92:21 93:20 94:13,
19 127:10 136:23
176:25 177:3
207:3 239:24

**Jay**
66:17 97:18

**Jessie**
93:5

**job**
50:11 123:13
125:16 128:24

**jobs**
199:9 223:12

**John**
66:2

**Johnson**
10:24 11:1,4,5



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**Juan**
154:17

**Judge**
101:7,12 136:19
137:4 148:12
206:19

**Judge's**
213:9

**judgment**
148:17,22

**July**
39:21,22,25 132:5,
6 155:15,18
179:18

**jump**
235:20,23

**jumped**
233:18

**June**
23:11 61:18,22
79:1 82:20,23,25
83:7 84:4 85:10,13
90:4 94:11 103:21,
23 111:14 112:9,
13,15,21,22
126:14 133:10
142:17 155:17
159:18 163:13,20
168:24 169:4
170:3 172:7 218:5
227:1 237:9,12
240:1,14,20

**Jury**
236:25

**just**
6:6,15 7:10 16:22
18:7 19:1,22,24,25
20:24 21:13 22:7
24:3 26:21,25 27:2
29:15 30:3 32:24
35:9 38:12 39:15
49:20 51:24 56:21

57:23 58:19 59:5,7
60:23 62:14 64:25
66:25 72:4 80:25
81:21 83:20 86:7,8
90:8 92:21 93:11
97:4 107:2,3,4
115:16,21 117:16,
22 122:1,11
123:18 128:23
129:25 130:6
131:17 133:3
140:17 141:5,18
150:9 153:8 158:5
164:20 169:15,23
171:5 180:21
181:4,6 182:20
188:2 196:6
198:21 199:10
200:15,17 203:1
208:4 209:19,20,
24 211:24 215:18
220:8 224:5
225:21 227:10
229:3 230:4
234:10 235:12
236:18,20,21
237:2 244:24
245:25 247:8
248:7 251:4
254:15 255:21
257:10,16

---

## K

**Kansas**
10:20 11:5 32:9
83:2

**Karcher**
224:21,23

**kayaks**
48:14

**keep**
54:13,20 57:22
76:4,11 133:25

134:3 180:22
209:20 221:3

**keeping**
62:1

**keeps**
181:7

**kept**
58:5 69:15 84:17
95:18 128:7 167:9
201:3 210:14,15

**kicking**
110:21

**kids**
82:1

**kind**
9:22 20:4,11 33:20
79:17 89:10 95:21,
24 111:8 115:6,7
116:1 142:15
190:1 194:9 227:9
248:14

**kinds**
54:17 71:19
256:10,13

**knew**
31:2 36:2,6 93:15
123:4,20 125:7
130:25 157:12
158:3,4 193:20
241:2 251:7
253:22,25 254:9,
17,23 255:2,4,6

**know**
6:6,15 12:2 13:4
14:25 20:20 26:4
27:3 33:24 34:11,
20 36:4 53:3,13,
15,17 54:11 57:15
58:17 59:5,8,13
65:15 69:14 80:11
81:13 86:19 87:13
89:5 90:8 91:3

100:21 107:5
113:18 117:9,11
119:9,21 122:10,
22 137:22 138:23
145:4,7 146:10
147:1,2,4,5,10,17
151:14 160:7
163:13 164:3,12
165:15 168:11,15
169:24 170:12,13,
14,22 171:6,9,12,
16,19,20,22 172:2,
3,11,21 173:12,15
183:19 184:18
186:16,17 187:2,
14 188:2 196:4,5
198:25 199:11,23
201:9,10 213:22
214:1 219:5
223:24 224:6,7,8
225:19 227:7
228:23 234:6,23,
24 242:4 244:3,17,
24,25 245:1
248:23 249:22
251:6,22 252:11,
13 253:12,22
254:6 255:13,20,
21 256:15

**knowing**
104:18 209:11

**knowledge**
50:6,16 141:2
204:25 205:22

**known**
7:19 254:7

**knows**
106:11 143:17
215:22

**Kristen**
93:2



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

# L

**LA**
41:25 42:2 43:17
44:23 45:5,15,25
46:2,20 47:17,21,
22 48:2,5 116:5,10
117:18,21 133:14
230:23 231:1,5,8
242:18

**Labor**
132:11

**Labs**
41:9

**lake**
71:25 72:19,20,21
73:9,11,12,14
157:9

**landlord**
86:7

**landlord's**
86:7

**landscapers**
199:16

**languages**
13:11

**laptop**
28:16

**laptops**
28:17

**larger**
202:23

**largest**
175:16

**last**
8:11 16:8 19:13,14
22:4,20 36:11 37:8
52:13 55:23 72:10
163:5 168:3,8,9

169:5 178:1,3,10
207:18 217:7
220:6 230:18
239:25

**lasted**
61:5

**late**
16:13 176:11
225:14,24 230:17

**later**
43:9 47:25 58:2
126:18 127:18
176:6,7 180:16
183:11 187:7
218:25 219:23
233:23

**Lauderdale**
9:9 41:19

**law**
110:15 112:16
113:2 114:3 164:4
213:3

**lawsuit**
6:3 108:23 111:12,
14,16,18 112:1,5,
15 113:5,7,9,13,
14,24 161:22
162:2,13,18
163:11,24 164:15
168:4 172:14
176:2 202:11
205:1 213:4,6,8,
15,16,19,20
219:20,24 220:15,
16,25 241:18,20
244:8

**lawyer**
137:21 138:8

**lawyers**
113:18 142:9,16
153:5,22 164:5,6,8
173:20 188:19

**lay**
60:7

**lead**
41:11

**leaf**
199:16,17

**leaking**
234:21

**leap**
171:8,10

**learned**
104:22

**lease**
9:12 70:24 71:3,5
75:3 77:3,5,6,7,13,
16,21,25 88:18
225:4

**leases**
34:5 78:17,19
156:23

**leasing**
66:9

**least**
32:5 44:4,6 60:23
67:14 87:13
126:21 127:4,23
156:3 162:21
163:13 164:19
170:2 177:21,22
187:23 189:3,5,22
190:3

**leave**
63:14 85:6 125:11
133:16,17 143:22
175:3 176:4,11
180:2,7,12,13,19,
24 181:4,10,17,21
182:19,22 184:9

**leaves**
155:6

**lay**
144:15

**led**
149:19,24

**left**
32:20 34:12 38:25
41:15 52:10 53:9,
11,25 58:7 59:16
63:3 85:5,19 94:5,
12,17 95:6 125:8
129:9 144:1,2
150:7 154:12
156:7 178:5
180:21 189:11
219:3 227:2

**leg**
72:2 157:6,10,12,
15 158:3,11
226:25

**legal**
122:24 124:7,12
144:11 149:2
163:16 170:17,19
206:15,16 213:11,
25 215:3 230:11
244:21 257:4

**length**
73:22

**lent**
132:14,15,18,19

**less**
172:10 175:10,11
190:17,20 191:6,
14 201:12 220:11
235:6

**lesser**
212:11

**lessons**
53:20,21,22

**let's**
20:20 21:18 23:11



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

29:17 32:1 39:13
52:12 61:18 95:11
120:12 126:14
176:1 188:23
197:1 231:21
236:18 241:15

**letter**
137:14 138:10
141:8,25 142:9,15,
17 153:5,16,19,21
156:3 168:25
169:15 170:11

**license**
11:10,12,14,18,19,
20,22 12:3,5,10,
14,18 13:1,14
14:9,13,14 15:4,8,
11,13,15 81:24,25
82:6,7 256:23

**licensed**
194:23

**licenses**
11:15,21 12:21
14:6,18 15:17

**lie**
214:13

**life**
13:15 63:6 230:9
231:14

**Lifetime**
41:25 43:16 46:22,
25 47:6,8,9,16

**lift**
102:25 103:1,10

**light**
104:12 105:11

**likely**
217:7

**limitations**
112:24

**line**
33:18 80:9 169:5
195:16 230:8
257:11

**list**
35:15,16,17,20
57:9 121:15
205:24 216:1

**listed**
71:2 247:3

**listen**
64:14

**little**
10:4 18:2,18,21
25:13 30:3 39:7
56:25 59:16 66:15
79:5 106:15,16
112:2 121:8 145:9
169:17,18,19
176:24 180:15,23
190:4 194:3 213:2

**live**
9:14,16,24 10:2,8,
13 13:15 49:14,16,
24 51:2,15 202:15
203:12 204:2
244:16

**lived**
10:5 47:24 49:19
51:12 52:8,9 77:24
114:24 194:15
202:20 205:15

**liver**
19:8

**living**
13:16,18 47:21
49:4 69:20 70:15
75:5 76:25 77:15
78:7 89:10 91:11
97:25 100:22
143:13 165:3,5,11
166:14 167:12

193:4,18 194:12,
13 200:4,7,13,18
202:9,16 225:7
244:6,13

**LLC**
5:5 17:9 18:23
19:1 24:23 90:15
210:2

**loan**
80:3

**loaner**
133:8

**local**
35:11

**located**
11:3 27:17

**location**
36:22 42:3,5,9

**locks**
72:14 73:13,14

**log**
117:10 221:12
237:24 239:13
245:10

**logging**
245:12

**login**
101:10,14 159:8
237:19

**long**
9:11 10:2,7,12
31:21 38:13 49:7
59:24 60:2 72:10
76:25 79:4 83:3
85:14 98:11
108:25 113:2
176:21,22 187:13
211:8 221:23
230:18,22 234:11,
14 235:5,7 246:20,
25 248:9,11

**longer**
48:13 52:7 58:8,
12,19 59:3,5 62:7
66:1 76:12,15
167:8 176:20
181:25 211:7
216:1 233:12
234:4 235:14
238:5 247:4,14

**longest**
198:23

**look**
62:7,12,20 68:6
69:16 88:7 99:4
100:3 106:16
112:2 119:10
127:16 128:13
131:13 135:11
136:21 141:20,21
145:10 147:22
153:20 155:17
168:8 192:21
198:25 217:21
221:13 225:19
245:13 252:1

**looked**
42:4 74:13 106:7
129:1,13 145:2,25
146:4 168:4
173:17 220:10,15

**looking**
33:17 56:10 57:6
63:18 97:21 98:18
119:19,21 129:24
143:3 151:3,11
154:12 169:4
171:24 204:5
225:25 226:12
242:6 246:21
247:5,7 249:13,17,
23 250:15 252:17,
21 253:9,12 254:1,
14,23,25 255:7,10
256:9,12,15 257:1



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

**looks**
192:23 193:1
222:20

**lose**
22:25 23:3,6

**lost**
121:3

**lot**
27:25 36:19 38:23
56:11,20 66:16
71:20 74:15 98:8
141:14 166:6
176:6 177:8
181:13 187:3
190:9 204:7
211:20 228:23
243:12 245:19
246:11 247:20,24
248:3,5,13 250:14
255:23 256:3

**loud**
6:10 39:17 63:16

**lounge**
180:16,17

**loved**
229:2

**lucky**
241:2

**lunch**
94:17

**luxury**
90:20 201:20

---

**M**

**M-E-I-G-H-T**
23:18

**M-I-L-A**
9:21

**M-O-J-I**

143:20

**M-O-U**
9:21

**ma**
238:14

**machined**
33:23

**machines**
184:13

**made**
19:2 20:14,20,23
21:11,15 29:24
61:15 69:25 70:13
80:24 87:24 99:9,
16,19 100:5
102:12,15 105:1,
10 106:1 130:13
139:15,18 158:2
160:3 201:3 211:6,
10,12 247:13
251:11

**mail**
23:25

**main**
19:3,23,25 20:2,12

**maintain**
101:22

**maintaining**
119:19

**make**
6:25 38:15 53:18
57:8,9,21 69:6,24
71:18 74:10 91:22
123:18 133:19
138:8 146:19
150:7,15 175:1
181:6 183:21
186:3 187:7 194:9
199:3 200:19
204:7 211:24
212:4,19 223:2

228:10,14 229:21
247:21,22

**makes**
213:20

**making**
56:7 68:12,15
72:15 78:19 121:6,
12,14 122:4
164:25 209:11,12,
17 212:24 223:5
232:19 248:15

**manage**
124:22,25 126:5

**managed**
154:8

**managing**
34:22,23

**manually**
186:2

**manufacturer**
175:16

**many**
43:15 45:25 49:9
66:12 92:24 95:12
96:12 97:11,14
98:1 115:2 186:9,
19 187:11,12,16,
18,22,24 189:11,
19 209:14 246:25
247:5

**Mar**
60:20

**March**
29:5,7,18 32:11,21
34:11 35:7 37:19,
22 38:1 44:24
45:2,5,7,13,16
50:4 52:1,4,21
53:7,25 59:23
60:5,11 61:10 62:5
65:9 83:16 87:5

94:10,12,14,19
95:2,3,5,11 102:19
104:12 114:11,13,
15 116:14,21
117:24 118:7,16
127:11 134:19
135:15,16 136:8
177:14,16 178:21
222:20,21,22
223:2 243:18

**Marine**
11:21 12:5 15:10,
16

**mark**
137:25 161:11
165:6 220:19
223:13

**marked**
86:15 135:2
150:20,21 152:18
153:4 161:17
172:23 204:11
214:19 217:2
224:9

**market**
250:3

**marketed**
18:3

**marketing**
107:11

**marketplace**
24:7 152:9 247:11

**married**
8:4 39:14 49:7

**master**
245:2

**Mat**
13:7

**matter**
5:4 32:3 122:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**matters**
213:25

**Maxum**
9:23

**may**
6:4,22 7:4 20:6
94:11 130:13
155:7 191:8 222:4
254:7

**maybe**
19:7 26:21 45:4
58:17 62:15
130:21 209:15
222:16 232:25

**me**
6:6,15 7:10,24
12:8 14:1,2 21:9,
12 26:6,20 34:21
35:15,24 37:2 39:5
42:25 43:1,16 44:7
45:23 47:16 48:9
52:12 53:17 54:10,
16 55:19 56:2,10
57:7 59:5 63:13,21
65:17,21 66:6,10
67:16 72:8 74:2
77:7,12,15 79:19
81:2 83:9,10 84:6,
11,17,25 85:6,15
86:11 90:11 91:7,8
94:25 95:25 96:1
100:15 101:19
102:1,13 104:15
106:9 108:10
110:12,20 112:15
114:8,9 115:5
116:4,8,22 117:4
118:20 119:7
120:1 121:3 122:1
124:19 126:3,8
138:11 139:14,23
140:8,16,20 141:4,
17 142:13,20,25
143:10 144:18

146:16 148:2
149:21 150:2
151:19 152:7
154:17 156:20
157:19 158:8
160:3,9,19,23
163:2 168:14,17
173:19 178:9,11
180:22 181:4,9,17
183:21 186:6
187:13,16 188:1
189:10,15 194:19
195:12,24 196:22,
23 198:16 199:21
200:22,23 201:2
202:7 206:21
207:4,14 208:3,4,
19 211:19,21
212:10 213:3
217:1,8 220:4
222:19 225:9
239:15,24 246:3
249:19 251:15,21
254:12,13

**meal**
73:19,25 225:12

**mean**
9:5 17:25 18:5,14
26:22 32:22 33:1
34:10 35:13,20
36:10,23 37:2
44:16 60:14 66:17
80:6 85:21 106:3,
12 110:24 115:13
119:25 123:16
125:20 137:17
142:23 149:5
157:4 166:4
167:17 174:25
175:13,18 177:14
196:21 197:17
200:17 210:11
211:24 212:2
214:8 215:20
225:11,21 226:5

227:15 228:22
232:1 245:21,25
246:20,24 247:8
248:4,22 249:21
250:1,9 251:4
252:17 253:18
254:13 255:24
256:3

**meaning**
9:16 13:9 15:2
19:14 89:7 102:19
213:6

**means**
92:15 183:2 191:5
202:16 228:3
238:15 243:6

**media**
18:8 20:19,23 21:7
27:2 35:2,4 56:10
57:7 97:21,22
98:11,12,15,17,20
105:5,11 107:21
119:10 198:2
233:24 245:7,8
246:14,16 249:14
250:2,15 251:8,15,
17,19 252:3,5,10,
11,22 253:1,23,25
254:11,18 255:2,5,
7,14 257:2

**mediation**
241:21

**medical**
8:14 102:22
103:10,20 227:1
228:15

**medication**
122:11 134:4

**medications**
8:15 122:1,7,10,14
123:3,12 126:7
133:24,25

**meet**
37:4 174:25

**meeting**
116:24

**meetings**
33:25

**meight**
23:18

**Melinda**
5:1,4,17,21 7:14,
22 23:17 24:10

**members**
50:23

**Memorial**
132:10

**memory**
8:15 184:25

**mental**
228:20

**mentioned**
12:20 47:10 51:11
67:4 82:18 84:23
107:2

**mess**
69:5 123:5

**message**
129:22 137:15
138:11 160:22
217:1

**messages**
23:1,4,6 91:3
129:21 141:11,12,
14,17 203:24
216:24 230:7

**Messenger**
119:20

**met**
24:5 41:5,6 48:17,
24 114:8 205:11
219:1 241:24



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**Mexico**
53:23

**Miami**
42:8,9

**Michael**
5:5 49:13 135:11
154:15

**Michaels**
5:1,4,17,21 7:13,
14 105:20

**mid-march**
58:23 60:20 121:1

**middle**
7:14 45:6 73:14
177:16 178:21

**midnight**
183:2

**might**
27:18 56:23 64:24
88:7 105:21
123:11 126:22
133:2 174:21
184:5 248:16,17

**Mike**
24:5 26:6,18,19,20
27:3 28:5,12 29:8
30:1,11,14,15
31:2,8 32:25 34:1,
2,4 35:14,19,22
38:11,18,23 40:7,
14 41:1,2,5,6,8
42:25 43:10 45:23
47:21,24 48:24
50:19 51:2,15
53:9,11,15,17
54:6,8 55:11 56:13
57:5,15,17,22
58:6,20 59:15,18
60:7 61:12,15
62:23 63:1,8,10
64:15,23,25 66:14,
25 67:4,16,23

68:4,12,14,17,21
69:9,21 70:4,7
71:4,7,12,14 72:7
74:7,9 75:1,12,22
76:12,15,17,20,25
77:8,18 78:20,24
79:14,16,19 80:15
81:4,16 82:5,8,11,
20 83:5,7,23 84:4,
6,16,19,23 85:2,
17,24 88:15,19,22
89:3,7,11,21 90:1,
3,10,19 91:3,18
93:3 94:17 95:12
96:24 97:7 98:2,10
99:22 100:22
101:1,9 102:1,4,13
103:15 104:1,11
105:10,24 106:8,
24 107:24 108:10,
12 109:14,16,17,
21,25 110:5,11,19,
20,21,24 112:5
114:16 115:8,10,
19,20,22,23,24
116:4,16,19,22
117:1,15,17 118:7,
14,17 119:25
120:1,3,5,13,16
121:15,19,23
122:1,2 124:20
125:2,18,19 126:2
128:7 129:9
130:14,18,25
131:16 132:12,20,
22 133:13,20,25
134:15,23 135:18
136:15 137:14
138:14,17 139:6,8,
12,14,18,22 140:2,
5,12,15,17,23
141:1,13 142:1,5,
10 143:3,24 148:1,
3,5,10,20,25
149:13,16,19,24
150:4 155:10

156:2 157:10
159:22 160:10,19,
22 162:15 165:3,6,
7 166:11,12,14,18
167:8,14,21,23
175:15 176:23,25
177:2,21 180:1,16
182:10,16 183:7,8,
10,21 184:12,15,
16 185:12,24
186:1,11 188:9
189:1,9,16 191:21
193:3,14,16 194:6,
8,12,22 195:11,14,
22,24 196:22,24
197:1,12 199:16
200:2,14 201:9,18,
19,22 202:4,5,9
203:12 204:5
208:9 209:8,13,16
211:10,12,24
212:4,16,19 213:2,
6 214:2,4,10,12
216:1,8,10,14,18,
19,25 218:4,12,15,
19,22,23 219:12,
24 220:1 223:11
224:2 225:3,13
226:6,14,18 227:2,
4,11 228:22
229:13,19,20,24
230:9,14,16
231:16 232:15,16
233:16 234:8,20
237:18 238:10,17,
20 239:2,10,11,12
240:3,5,7,23
244:7,8,18 249:17
250:13,24 251:14,
18 252:10,25
253:3,6,12,15,19
254:9,17,23 255:2,
3,9,20

**Mike's**
26:7,9,13,16 34:6

55:22 74:12,18,19
75:9 101:7,18
102:22,25 103:5,9,
20 115:4 122:6
125:24 131:13
133:24 134:8
138:18 156:7
159:2 166:24
177:18 178:23
197:18,19 201:19
228:20 229:3
230:1 231:21,22
237:11 253:21

**mike85233@
gmail.com.**
25:12

**Mila**
9:19,20,21 47:24
62:3 74:22

**million**
55:25 143:16
178:2,6

**Mills**
42:6

**mind**
229:1 231:13

**Mindy**
23:16,21,25 24:2,
10 105:20

**mindytubb@
gmail**
23:16

**mindytubbert@
gmail**
23:15

**minimum**
162:4,8,12,14,21,
22 164:19,20
168:5,10,18
169:10 172:5,14,
15 197:3



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**minute**
27:5 32:15 50:1
65:21 144:18
251:2 252:23

**minutes**
198:24 199:5
230:24 232:22,25
233:13 234:2,4,14
235:4,6,18 236:11
248:9 249:11
251:5

**misdemeanor**
138:20,22 139:2,3
140:21 206:22
215:12,14

**misdemeanors**
138:25

**misrun**
203:23

**missed**
32:12 46:1 50:8
93:7 126:6 161:12
186:5 190:4

**Missouri**
11:6

**misspoke**
45:4

**misstated**
201:1

**mistake**
98:6

**mistaken**
14:11 219:1

**module**
117:10

**Moji**
143:18,19

**Monday**
53:19 60:13,14,15,
21 126:20 127:19,

22 128:17 129:15
173:24 174:9
180:20,24 181:12
182:20,24 187:25

**money**
57:22 83:23 84:1,
14 88:4,5,23
111:12 112:20
114:1 123:22
142:7,17 143:2,9,
10 160:16,19
165:17 167:9
190:25 193:3,6
194:9 202:9
207:12,13,18,25
208:1 209:10,18
214:2,9,11 216:4
218:4 223:6,8
226:7

**month**
38:11 44:6 69:14,
18 77:22 78:8,25
84:19 85:2,11 92:4
106:9 107:9
134:18 135:7
166:8 202:25
203:1 211:13,22
212:12,15,16
222:6 242:11

**monthly**
70:12 77:25

**months**
10:4,7,8,11 37:8
40:14 52:10 55:23
61:6,9 67:7,15,18,
19 68:25 76:23
77:9,11,12,14
127:12 132:19,23,
25 167:13 173:11
176:19 177:22,25
178:1,6 181:21
182:13,23 185:21
186:18,21 193:12
211:4 219:4,23,25

221:25 222:2

**more**
33:10 35:4 40:10,
11,18,19 58:8
61:15 72:13
111:15 163:11,23
164:14 170:25
173:9 176:17
177:8,24 190:7,14,
19,21,24 191:1,5,
10,11,12 192:4,9,
10,11,19,20
203:11 205:25
206:3 215:18,25
248:3,5

**morning**
5:3 6:1 39:3 56:4,7
60:12 114:19
118:5 130:21
176:9 242:23

**mornings**
44:16 45:19 53:19
116:11

**most**
63:5 64:13 112:17
173:23 189:7
244:12

**motor**
66:10

**motors**
57:20,22 66:12
103:2

**Mou**
9:19,21

**mounted**
233:9

**mouth**
18:7 93:13

**move**
31:3 41:6 51:18
62:2 77:16 179:15,

16 193:19 202:22
240:19

**moved**
27:21 28:8,15,23
29:4 39:9,14 40:3,
4,9,16 47:25
50:19,20 51:19
52:5,8,9,14,17
54:8,17 61:24 62:3
70:15 75:4 77:18
86:12 91:15 94:2
166:19 182:24
194:2,4 203:4,6,25
240:17

**moving**
39:24 41:21 72:4
202:23 217:25
225:21

**MRI**
14:6

**much**
27:3 36:25 43:9
59:3,4,17 60:18
69:9,13 77:21,25
78:7 84:12 118:24
120:18,19 123:22
126:2 128:11,15,
16 129:14,17
130:5 160:21
162:25 172:13
176:7,20 184:16
186:16 188:13
191:15 202:9,13
211:7 222:15
223:9 232:1
233:12 234:15
247:14 251:18
254:2,3,5,9
255:10,13

**multiple**
12:25 37:21 133:4
138:24 177:4
199:14 201:1,3
234:13



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**Murray**
7:22

**must**
201:9

**my**
5:8,10 6:1,4,5 7:10
9:6 11:18,19,20,
21,22 12:19 13:7,
15 18:1 19:3,8
20:2,5 23:5,6,23,
24 25:22 26:5
29:25 30:1,16,21
34:15,18 35:25
37:5,8 38:16,25
39:2 40:23 41:14,
20 42:8 44:2
45:10,14 48:23
54:17 55:9 56:9
62:2,11 63:3,10,
12,21 64:9 65:13
67:3,9,14 68:2
69:25 71:20,23
72:1,2 77:3 82:21
84:2,21 85:6,16,20
86:2,6,12 88:13
93:5 96:3 99:16,
21,23 100:1,8
101:21 103:17
104:17,21 105:14,
18,19,20,24 108:1,
3 110:11,12
113:14 117:22
118:13 120:8,9,25
122:18 124:20
125:16,19,20
129:1,19,22,23
131:7 132:23,24
133:2 134:9,18,19
138:9,18,19
140:16,18 142:14,
24,25 143:16,24
146:11,16 149:17
150:3 151:4,8,17,
19,22 154:18
156:7 157:6,10,12,

15 158:3,24
159:11,16 160:2,3,
4 162:17 164:5
165:18 166:21
170:12 177:7
178:11,15 182:5
183:17 186:19
189:15,18 190:10,
13 192:7 193:11
195:14 197:24,25
200:23 201:2
202:2 206:17,21
207:2 209:3,18
210:1,3 211:20
212:6,9,11 213:3,
7,20,21 214:7,13
215:15 223:19
226:22 229:5,10
230:6 235:2
237:17,20,22
238:4,25 240:3,7
241:3,19,24 245:2,
10,17,19 246:13,
16 247:20,21,25
249:5,16 250:22
251:13 252:1
253:13 254:13
255:1

**Myers**
71:25

**myself**
38:14 68:11 90:21,
23 115:17 125:21
201:15

---

# N

**NA**
220:20

**name**
5:8 6:1 7:14,15
9:18 26:3,5,7,9,13,
17 42:8,11 63:23
64:9,11,21 65:6,7,

13,19,20 67:11
68:19 77:3 82:8
93:9 99:22 105:15,
19 107:4,16,17,18,
20 119:22,24
210:1 237:10,11,
14,16,17,19
238:12,14 251:13

**named**
18:15 93:3

**names**
5:14 7:19,21 49:11
98:21 215:22
242:4

**nap**
60:8 97:16 98:3
115:25

**narrow**
11:23

**Natalie**
65:1

**national**
36:25

**nationally**
5:9

**nature**
80:25 229:2

**navigate**
81:15,17

**Navy**
167:24 218:16,20,
24 219:6,13,15,16,
18

**nearly**
154:24 244:9

**necessarily**
20:7 64:13 99:15
246:23 249:22

**need**
6:15,18 19:17 20:8

13,19,20 67:11
68:19 77:3 82:8
93:9 99:22 105:15,
19 107:4,16,17,18,
20 119:22,24
210:1 237:10,11,
14,16,17,19
238:12,14 251:13

33:14 35:24 97:4
106:16 195:11,12
235:15 256:3

**needed**
36:6 38:15 43:1
57:7,9,19 72:13
74:11 126:4
154:21 158:3
194:19,20 196:3
202:15 234:9

**negative**
102:3,5,8,9 104:11
251:11

**neighbor**
31:19 104:22

**neighbors**
241:19

**nest**
28:11,13,15 160:1

**never**
16:24 32:7 34:6
69:3 84:2,10,11,14
89:24 90:18
100:15 103:13
104:4,7 139:9,17
140:4 150:5,6
162:11 165:6
167:21 170:20
193:19 197:25
200:23 201:2,22
202:17 207:9,16
208:3,4 220:13,18,
23 225:11 226:22
251:14

**new**
22:7 40:10 45:10
54:7 61:25 86:7
98:19 131:25
132:1,2,3 240:8

**next**
36:1,16 39:1 57:8
67:16 120:16



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

171:11 178:23
183:23 184:20,21
207:15 229:7
232:2 254:12,13

**nice**
213:2

**nicer**
203:9

**Nicholas**
49:13

**nickel-plated**
66:5

**niece**
30:4 96:3 104:17
105:14,21,24
120:8,9 138:18
140:18 154:18
245:2

**niece's**
104:21

**night**
35:4 44:10,12
60:12 96:19 98:16
114:23 115:17,20
117:23 122:3
126:17 131:23
155:25 176:5
180:2 187:7
230:17 249:23
250:25 251:7
252:22 253:1
254:22 255:7,14

**nightly**
250:11 254:2,10

**nights**
45:20 72:11,18,24
83:4 109:2,3,6,11
115:2 116:18,20
117:25 118:9
126:18 128:6
176:8,11 181:14

**nipples**
65:25

**no**
5:12 8:3,17 9:15
11:9,11 13:12
15:12 16:21 17:20
18:4,6,17 19:22
20:13 21:2,8,23,25
24:24 25:5 28:14
31:10 33:7 35:18
37:10,12 38:8
42:22 43:6 44:18,
25 46:23 47:7,13,
19 48:13,16 49:17
50:25 51:10,13,17,
20 52:7 54:23 55:3
61:8,14,23 63:22
66:1 67:9 68:13,
14,23 69:8 70:17,
21 72:23 73:13
75:18,23 76:12,15,
19,24 77:6 83:8,24
84:2 85:12,23 86:1
88:2,21 90:10,23
91:7 93:12,22,24
95:10 96:20,23
98:5 100:6,15
101:25 102:7
106:8,14,22
107:24 109:9,24
110:3,17 111:2,7,
10,17 115:21
117:20 118:2
119:13 120:3,24
121:19 124:9
125:16 126:11
128:11 129:3,8
131:18,24 134:9,
20 138:1,7 139:23
140:4,13 141:10
144:9 148:8
151:12 153:19
155:1,2 157:24
158:18 159:24
161:12 162:9

163:21 165:8,18,
23 166:16 167:8
168:1,13,16 169:2,
23 171:7,21
173:11 174:3,12
176:6,20 177:19
178:18 180:10
185:3 190:2,18
191:18 193:8
194:3,11,22 196:8,
21 197:22 198:14
200:2,8 202:7,14
203:10 204:3
205:8,13 207:6
208:11 211:4
212:2,3,18 213:2,
13,21,24 215:4,7
216:23 217:9,20
218:1 220:4,16,18
221:6,8 222:8
223:4 224:1,4
226:20 230:6
232:4 233:2
235:22 236:7
237:11,15 238:5,
19,22 240:23
241:21 242:20
245:2 246:13
248:3,21 249:4
250:2,14,24
251:18 252:23
253:3,8 254:2,14
255:9 257:7

**nobody**
98:21 119:23

**nod**
6:10

**nodded**
6:12

**noise**
28:11 133:18

**none**
229:18 239:1,18,
25

**nonstop**
130:15

**nor**
90:18 165:7

**normal**
62:14

**normally**
28:3 65:12 184:12

**northern**
42:8

**not**
6:13 7:5 10:1 11:9,
11 12:18 16:25
17:18,20 18:4,5
19:13 20:9 21:17
23:2 25:2 26:15
27:18 29:22,25
30:14,16,20,22
31:10,14,18 32:8
33:4,24 43:9 44:5
45:7,8,9 49:17
53:15 54:12,14,16,
24,25 55:5,6 56:23
60:6 63:2,20 64:5,
13 65:10,13 68:18
72:7,25 73:6,21
81:12 85:3,9,21,23
86:2,20 90:15,16
91:9 92:4 96:5,16
97:8 99:12,15
102:18,25 103:7,
10,16,17 106:6,8,
14 108:4 109:3
110:23,24 111:7,
12,19 112:1 113:8
114:13 116:4,8,17,
22 118:20,23
119:5,13 120:3
121:10,19 122:8,9
123:3 124:15
125:6 126:23
128:15 129:25
130:20 131:18
132:11 137:14,16,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

17,22 138:1,7,10,
17 139:8,20 140:5,
11 141:8 142:3
143:6,16 144:10,
16,23 145:3,4,5
146:25 147:10,12,
16 148:16,22
149:17,23 150:8
151:14 155:7,12
159:1,24 160:14
161:25 162:3
163:14,19 164:4,
11,22 165:2
167:10,15 168:22
171:1 172:22
174:1,3 175:8
178:6 184:8 185:9,
15,25 187:15
190:3,10 191:6
192:7 193:21,22
194:11,14,15
195:6 198:25
199:8,20 200:14,
16,19 201:11
204:22 205:14,17
207:4 209:12,20
210:1,8,21 211:11,
17 212:14 213:2,9,
20,24 214:13
215:4 217:7,9
218:10,14,25
219:25 220:16
223:19 225:10
228:6,21,24 229:3,
5,10,19 231:11
232:1,23 235:20
237:6,18,25
238:17 239:11
242:20 246:17,23
247:3 248:21
249:4,5,6 250:9
251:4,14,16
252:23 254:6,7
256:11

**note**

57:8 79:19,20
212:3

**noted**
104:14

**notes**
137:20 138:2,7
160:11 183:22

**nothing**
63:1 90:9,24 91:6
102:1 106:11
125:7 150:19
193:23 196:19
197:19

**notice**
35:23

**notification**
220:5

**notified**
220:13

**notorious**
33:20

**November**
37:9,14 49:25 74:1
126:13

**now**
14:1 15:22 24:11
45:8 55:18 80:22
82:1 98:9 116:13
117:21 140:9
162:10 208:19
233:8 235:11
237:14 239:5,11
240:5,6 250:20

**number**
5:6,10 8:11 15:21,
23 16:1,5,10,12,
16,19 17:4 21:19,
20 27:10 65:12
74:14,17 86:25
106:17,18,19
129:8,9,10,14,15

146:13,18 162:3
168:11 177:24
188:2 204:24
206:14 207:1,10,
22 208:8,17 209:2,
4 215:1,2,16
224:10 239:21
240:17 241:2
242:8

**numbered**
150:21

**numbers**
15:21 16:14 107:7,
21 129:7 168:15
171:23

**nurse**
227:24

**nuts**
180:23

---

**O**

**o'clock**
34:8 117:20,22
130:21 131:22,23
176:5,9 180:2
183:14

**Oakland**
42:5

**oath**
8:18,24 9:1 173:22

**object**
6:22 7:1 228:12

**objection**
104:14 105:6
111:1 118:25
122:24 123:9
124:7,12 125:3,13
144:11 149:2,9
150:12 163:16,25
170:6 171:14
191:16,24 192:25

193:24 194:25
195:5 210:22
213:11 230:11
236:14 244:21
249:1 250:5,17
252:19 253:11
254:20 255:15
256:1,5 257:4

**objections**
6:23

**objects**
7:1

**obnoxious**
80:12 81:3

**obtain**
12:10 13:13 15:13

**obtained**
12:11

**occasion**
226:6

**occasional**
176:10

**occasions**
32:25 53:18 71:19
208:20

**occupied**
40:1

**occur**
227:14

**occurred**
20:25 61:7

**ocean**
76:6,8 231:25
235:17,23 236:25

**Oceanside**
233:7

**October**
49:25 126:13

**off**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

24:6,7 25:13 42:3,
13,25 43:11 46:16
62:3 63:14 68:14,
17,21 69:9,10
77:13 78:10,12,20
91:11 92:6 99:23
107:6 109:5
113:22 117:22
127:21 131:2,12,
17,19 132:7 161:7
193:20 198:16
203:6 230:14,16
231:16,19 241:11

**offer**
208:25

**offered**
21:6

**offering**
20:15

**offers**
20:18,23 21:11,14

**offhand**
14:21

**office**
27:21,22 117:8
157:18 158:1,10,
15,16,17 203:17
227:23 228:8
243:22,23 244:10

**officer**
149:19,25 150:14

**officers**
140:6

**offices**
227:21

**official**
12:18 106:22

**officially**
18:4,5

**often**
43:16 53:23 67:13

92:19 227:14,15
252:7 253:12

**oh**
12:12 16:5 33:14
39:18 42:3 101:1
137:22 139:11
151:12 200:25
215:7

**oil**
69:4

**okay**
6:13 7:4 8:8,14
12:1,15 13:6 14:8,
12,18,24 15:10
16:8,19 17:12
19:5,20 20:8 21:3,
9,18 22:15 23:11
25:20,23 26:12
27:16 28:2,18
29:6,17 30:22
31:5,8,12,16 32:18
35:19 36:9,15,23
37:11,17,23,25
38:3,21 39:24
40:16 42:2,23
43:3,7,10,25
44:15,19,22 45:1,
12,14,22 46:15,20
48:2,11,20 49:20
50:22 51:11 52:4,
11,19 53:3,6 56:1,
15 57:10 58:10,13,
22 59:2,11,21
60:1,10 61:5,18,21
62:18 63:18 64:7,
20 68:4 69:20
70:19 73:1,4,8
74:21 75:9 76:9,20
77:4,7,14,21 78:23
79:4,9,16,22 80:10
81:1 83:22 84:7,23
85:1,4,8,14,24
86:22 87:3,8,11,
13,18,21,25 88:3
89:1,7,25 90:7,22

94:19,25 95:5,8,
11,17,21 96:4,17,
20 97:11 98:1,10
99:4,11 101:9
102:3 103:5,9
104:6,9,14,20
105:4,16 106:17,
20 108:9 109:10,
17 110:13,18
111:19,21 112:11,
14,25 113:12,21
114:7,10,14 115:2,
13,19,24 116:10,
13 117:1,6 118:7,
19 120:5,12 121:2,
17,21,25 123:6,24
124:5,11 125:9,17
126:12 127:5,15,
19 128:20 129:13
130:5,8 131:7,16
132:17 133:5,12,
20 134:10 135:14,
17 136:6,18 137:7,
18 138:16 139:3,
16,21 140:21
141:12,16 142:4,
21 143:1,4,12,14,
22 147:12,15,22
148:9,14,23
149:11,18 150:18
151:2 152:1,11,18
153:4,20 154:8,11,
23 155:7,9,14,19,
22 156:2,9,14,17,
21 157:20 158:13
159:1,6,12,19
160:8,15 161:3,15,
24 162:12,17,22
163:9,22 164:18,
23 165:9,14,20,24
166:10,20 167:5,
12,20 168:3,21,23
169:4,13,21
170:15,18 171:18,
22 172:8,20 173:7,
14 174:2,5,16,25

175:5,10,25 176:7
177:2,20,23 178:7,
19 179:1,3,6,8,12
180:5,9,11,19
181:20 182:1,9,16,
19 183:1,9,16
184:2,7 185:11,14
186:12 187:3
188:6,13,22
189:25 190:16,19
191:12,20 192:11,
14 193:3,9,16
194:6 195:8,11
196:9,18,24 197:6,
11,23 198:4,12,17
199:1,5,10,22
200:2 202:8,19
203:20 204:24
205:7,9,12,25
206:4 207:7,10,15
208:6,7,24 209:19,
22 210:8,15 211:9,
15,22 212:2
214:14 215:6,12,
16,20 216:2,10,20
217:2,12,25
218:11,15,21
221:15,22 222:9,
15,25 223:1,20
224:9,17 225:3,6
226:2,11,14,18,21
228:3,18,22
230:16 231:18
232:5,18 233:12,
14,19,25 234:24
235:3,10,13 236:3,
8,24 237:5,14,18,
22 238:2 239:5,6,
17 240:10,25
241:4,6,9 242:13,
22 243:5,16 244:1,
6,15,17 245:12
248:2,4 249:17
250:1,9,13 251:25
252:8,24 253:18
254:8,17 256:9,12,

**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

25 257:10,14

**Okeechobee**
71:25 72:19,20,21
73:9,11,12 108:18
157:9 183:25

**old**
38:14

**on**
5:3 6:17 8:11,21
9:5,16 12:8 13:15,
16,18 16:24 17:10,
14 18:8,9,11,16,
19,22,23,25 19:2,
3,5,6,8,11,16,23,
24 20:8,12,14,19,
23 21:6 23:22 24:1
25:22 26:17 27:1,
8,23 28:7 31:16,
17,18,20 32:14,25
33:15 34:1,20
35:23 36:5 38:16
44:8,9 45:18
47:24,25 51:4 52:2
53:19 54:7 55:24,
25 56:9,10,23
57:3,5,6,18,22
58:10 60:19,24
62:9 63:8,21,23,24
64:14,15,21 65:6,7
68:2,13 69:20
70:7,15,24 72:12,
13,15,18,22 73:4,
7,16 74:18,20
75:3,5 76:6,8 77:5,
6 78:7,22,23,24
79:2,6,15,17,20
80:5,15,20 82:19
86:6 87:8,15,24
88:13 90:15 91:8
92:17 93:6,14
94:16 96:7 97:3,
18,20 98:9,11,12,
14,15,16,23 99:6,
9,19 100:6,7,13
101:8 102:3,12,15,

21 103:11,20
104:4,9,21 105:1,
4,11,17 106:1,2,3,
16,17 107:16
108:18 112:8
114:25 115:6
116:21,25 117:13,
25 118:2,6,8,16
119:12,17,18,20
121:15 122:4,5,18
126:10 127:2,20
128:18 129:14,18,
20,22,23 130:5
131:1,13,14
133:10,14 135:21,
25 136:2,8 137:18,
19 138:7,18 139:7,
8 140:8,15,19
141:15,18 142:6
143:13 144:17,18,
21 145:11,16,18
146:6,24 148:4,6,
18,21,25 149:12,
16 150:4 151:7,11,
20,22 152:1,3,8,
10,15 155:10,21,
24 156:25 157:11
158:17,19,20,23,
24,25 159:1
161:10 162:14,16
163:1 165:22
166:1,5,19,25
167:6,13 168:8
170:11 172:10,22
173:20 174:6,17,
18,24 176:1
177:16 178:11
180:8,11,19,22,24
181:8,12,25 182:5,
8,12 183:3,7
184:5,12,25
185:16,20,22,25
186:7,8,21,24
187:7,13,17,19,21,
25 188:9,13,14,16,
18 189:9,10,18,19,

20 190:2 191:1,13,
14,19 192:2
194:20 195:15,23,
24 196:4,8 197:13,
24 198:1,2,16,18
200:16,19,22
202:4,5,13 203:13
204:4,9,22 206:22
208:20 209:3
210:1,21 213:4
215:2 218:8
219:17 221:13,20
222:3,4 223:1
224:4 225:17
226:19 227:25
228:19 229:20
230:1 231:15,22
232:2,8,12,15
233:9,10,18,22,23,
24 234:11,22,23
235:1,5 237:20,25
238:17 239:7,22,
24 245:6,8 246:13,
16 247:3,8 249:14,
22 250:11,15,25
251:6,11,15,17,19
252:11,12,22
253:1,4,21,23,25
254:2,10,11,13,15,
18 255:2,4,10,11,
14,22,25 256:8,9,
12

**once**
41:19 60:4,20
64:23 121:8
126:12 127:15
145:13 171:2
176:23 177:24
190:6,12,13 191:2,
10,20 195:23
199:12,14 203:16
208:8,9 232:9

**one**
7:6,9 9:15 13:5
20:4,5,8 24:24

27:19 28:4,5,6,9,
13,14,22 33:4,19
35:5 37:5 39:4
40:7 52:1 54:11
61:2 62:19 65:16
70:4 75:6 77:5
81:16,23 82:18
83:8 91:7 107:5
111:15 121:24
122:9 126:21,22
127:20 129:8
130:23 131:4
132:22,23 133:4
137:7 139:1 142:3
144:2,15 149:21
152:12,14,24
153:14 165:10
169:3,25 171:10
172:1,2 177:25
180:15 189:5,20
190:4 193:17
195:15 198:12,14
199:20 201:20
204:1,4 208:12,17
212:25 214:24
215:17,22 222:23
226:10 227:3,19,
20 228:10,14
229:2 230:19,21
232:14 233:9,10,
12,24 234:2,17
235:3,6 237:21
238:3 239:5,8
243:15 247:10

**ones**
242:18,23

**online**
23:8 36:2 53:16
64:14,16 66:16
81:25 103:25
151:21 183:20
185:16,17,20,22
186:1,2 213:10
221:9 253:9



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**only**
7:9 8:11 18:2,25
21:14 22:10 31:18
37:5,20 43:4,5,18
44:22,23 45:5
54:16 60:16 61:11
64:5 76:22 77:3,4,
8,11 93:3 109:18
110:1 120:16
128:6 129:8 132:7
133:2 138:17
139:1 152:12
155:6 175:21
189:1 195:2,3
198:12 199:7,12
205:11,14 207:1
208:9,12,22
217:16 222:4
231:13 238:23
239:5,8,15 242:9
246:13,16

**onward**
116:14

**onwards**
93:20

**open**
73:12 131:10
158:1 187:1,14

**opened**
48:7,9 121:4

**operate**
17:13 194:24

**operating**
234:3

**operation**
17:19 35:6 179:13

**operational**
35:6

**operations**
29:9 32:21,23 33:2
34:9,12,13 55:24
119:7 128:4

**Operator's**
11:21

**opportunity**
90:20

**opposed**
15:19

**optimize**
233:17

**option**
100:15,16,24
119:4

**order**
18:1 20:11 36:3,7
64:11,12,16 65:5,
12 66:12 101:7
109:18 127:25
134:16,22 135:18,
20 136:1,8,10
141:7 142:4 144:8,
17 146:12 148:2,6,
11,20,24 149:11
184:22 185:7,9,16,
17,20,21,22 186:1,
2,3 211:5 213:21,
24 215:15 223:7
241:21

**ordered**
184:24 187:3
189:8

**ordering**
65:1,2,4 66:15

**orders**
36:2 44:8 51:24
52:20 57:23 59:24
64:10,13,20,23
65:2,8,14 117:11
136:22 183:19,20
213:9 232:16

**originally**
29:15 93:17

**other**

7:19 11:15 12:3
14:18 15:15,17
16:14 17:17 19:23,
24 20:3 24:9 25:1
28:1,23 33:22 38:9
39:14 44:17 45:11,
12 47:17 48:15
50:23 54:11,19
55:1 60:2 62:19
67:9 70:17 71:12
73:16 82:20 83:7
89:2 93:5 103:3,7
104:9,10 105:9,11
106:8,18 107:5,6,
11,15 108:15,22
109:21 110:4,15
117:17 118:23
119:15 122:8
132:18 133:13
136:22 142:10
152:13 164:23,24
167:12,13 174:7
180:15 183:18
189:16 197:16
199:8,11 208:20
209:1 218:3
223:11 226:25
227:11 228:10
234:24 242:13,16,
17

**our**
31:19 58:12 62:14
63:6 71:17,21
72:15 73:7 81:14
97:25 99:14
158:17,19,23
174:18 187:5
189:7,14 193:15
200:9,19 202:16
204:16 214:20
241:16 242:6
245:22

**out**
6:9,19 20:24 30:1,
24 33:5 36:18,20

38:10 39:17 41:14
42:10 48:21,22,23
50:19 51:18,19
52:5,17 54:8,17
56:5 57:3,4 58:1,5
59:17 60:24 62:1,8
65:6 68:2 69:25
78:9 79:25 80:8
81:9,12 83:10,20
86:3 90:25 98:1,19
107:11,24 113:23,
25 115:17,18,20
116:17,19 117:16
121:22 123:21
126:3,6,10 131:5
132:14,15,18,19
134:13 139:22
141:18 146:7
150:9,10 151:4,8
152:13 154:16
156:20 165:14,18
167:1 169:16,23
170:2,9 171:5
173:16 181:11
182:7,14,21
183:19 184:3
185:1 186:25
187:14,18 190:11
193:11 194:2,10
195:24 196:1
201:8,11,13,14,16,
20,25 209:9,17
211:19 212:8
224:5 226:3,4
229:15 231:9,22,
25 232:2 233:6,13,
15,21,22,25 234:7,
11,15 235:4,12,20
236:15,17,19
237:1,2 241:3
244:13 247:25
248:13 254:1,23,
25

**outbound**
74:14



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**outgoing**
130:3

**outlet**
252:10

**outside**
109:13 116:8,22
120:14,17 121:10
244:10

**over**
7:6 10:4,14 38:11
55:24 58:20 61:8
67:14,18 69:2
71:19,25 73:23
74:16 77:18 79:5
83:11 103:1
115:15 116:16
117:2 119:8
123:19 124:20
125:17,18 132:25
136:16 143:15
145:23 146:9
154:23 169:17,19
170:12 178:2
189:14 190:4
192:9 193:12,20
202:10 203:2
209:14,15 218:14
219:7 222:13,15
226:7 227:20
231:5,8 232:14
243:1 248:9,10
249:17 252:1,17,
21 253:12 255:22

**overdose**
41:12

**overnight**
83:8,11

**oversight**
209:3 215:11

**overtime**
111:13,17 112:1,
18,19,20 113:8
162:24,25 163:2,

10,12,20,22
164:14,20

**overwhelming**
228:19

**owe**
156:3 207:13

**owed**
153:23 172:16
207:13,14,17,18,
20,25 208:1
211:24 220:8
244:19

**own**
51:8 54:17 63:12
64:9 67:3 68:2
70:3,5 99:21 134:9
150:8,15 194:13
225:6,7 239:19
241:3 251:13,17
252:3,5 254:15

**owner**
76:1 90:13,17,23
91:5 95:24

**owners**
17:17 48:15

**ownership**
85:20 91:8 108:2
136:19

**P**

**p.m.**
56:16 58:24 60:22
62:7 64:4 98:3,5,6
114:20 115:3
116:15 117:19
118:1,8 127:1
128:17 129:16
155:24 157:25
175:6,7 177:9
180:24 187:21
203:18 257:22

**p19mike@gmail.
com.**
25:13,15

**pa**
199:3

**pacemaker**
41:12

**pack**
44:7 72:3 157:15
229:8

**packed**
29:21 229:8

**packing**
29:19 94:8,9,14,20
95:1 128:19,21,22
157:6

**padding**
209:11

**paddleboard**
48:12

**page**
18:14,15,23 19:1,
4,6,21,22,23,25
20:3,12 87:3
99:16,25 101:8,17,
23,25 102:2,12,15,
16,18,21 103:12,
20 104:5,10,21
105:18 106:1,2,8,
9,12,17,20,22,23
107:15,20,22,25
108:3 136:17,20
145:12,18 146:5,
24 148:12 153:20
168:3,9 217:7,17
221:3 247:19,20

**pages**
19:24 20:3

**paid**
50:9 52:24 53:2,4
54:1,3 68:8,14,21

69:9 70:6 71:7,12,
13 75:1 82:11 83:5
84:2,10,12 89:8
90:1,18 92:21
93:1,2,3,5 95:14,
23 104:8 106:9
162:4,8,11,16
165:4,11 166:12,
14,16,17 167:14
193:3 194:6,7
197:3,9 200:3
201:7,10 207:9,16
208:3,4 209:23
210:10,12,13,17
214:2 219:20
225:11,12 236:6

**painted**
104:11 105:10

**panel**
33:20,22 38:13
185:21,22

**panels**
33:16,18,19

**paper**
93:15

**papers**
156:25

**paperwork**
18:1 20:10 91:19
164:22,23 217:11

**paragraph**
162:2

**paranoid**
59:15

**park**
42:18 165:25

**Parker**
66:14

**parking**
166:1,4 204:7



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**Parlay**
249:8

**part**
35:9 36:20 42:9
63:5 72:23 91:4,8
122:11 123:12
125:16 134:1
148:16,22 166:17
194:19 196:19
198:13 200:9
202:18 209:4,5,24
217:12,15,21
236:9,18 239:2
245:7

**part-time**
37:20 52:3 114:24

**partial**
217:1

**particular**
27:19 28:2,9 63:24
159:24 198:6
252:11

**partner**
91:5 95:24

**partners**
17:16 48:15

**parts**
65:23 151:15

**pass**
137:20

**passed**
12:12 14:12

**passenger**
230:1

**passengers**
12:8

**passing**
241:20

**passport**
82:9 195:25

**password**
101:15 159:9

**past**
9:12 16:15 24:9
49:18 111:9
117:22 181:13
202:10

**pay**
46:5 54:8 68:17
69:10 70:1 71:4,15
75:12,16,19,22,24
76:1 78:20 81:4
90:11 96:1,5 97:8
107:13 137:15
138:11,15 141:9
142:25 166:1
193:19 194:13
200:14,16,23
207:12,25 208:5
210:21 214:12
225:3,9 245:5

**payables**
34:23

**paychecks**
92:17,19 93:11

**paying**
34:23 67:23 68:4,
10 69:21 76:17,18,
22 77:2 78:19
82:10,11 83:22
84:12 88:22 93:1
103:17 107:9
166:2,8,18,19
167:18 203:2
211:22 212:11,16
213:20 214:7
219:25 221:22,24
239:3 240:4 244:7,
9

**payment**
46:2 88:1,4 142:1
200:19 202:25
207:2 208:8,9,11,

14,20 209:1,8,13,
16 222:3 225:17

**payments**
68:12,13,15,16
69:24,25 70:12
78:18 85:15 91:23
165:22,23 211:10,
12,24 212:4,19,24
213:16 223:2,5

**payroll**
34:23 91:25 92:1
209:10

**Pembroke**
42:17,18,19

**pending**
137:24 138:9

**people**
33:24 34:2 38:18,
24 39:7 56:11
61:15 64:15 72:13
98:7 110:4 131:12
150:7,9,11 175:19
177:3 186:1 188:7
189:17 201:10
204:25 232:12
247:24 256:15

**per**
69:18 139:1 188:3

**percent**
169:24

**percentage**
95:25 96:5,21 97:7

**perf**
160:11

**perform**
157:2,4,5 160:12

**performance**
233:17

**performed**
142:7 199:9
208:15

**period**
32:2 56:16 57:11
62:24 87:5 92:9
93:19 121:5
168:11 177:13
187:20 234:1

**permission**
134:5,8 197:21,25

**person**
7:9 38:9 68:24
110:1 205:22

**personal**
18:24 19:8,11
23:13 68:2 69:25
88:13,14,16,17,20
89:2,4,10 99:16,
18,22 100:2,4
101:8 102:18,21
103:6,11 125:1
128:14 129:6
225:7,17 226:9
230:9 231:14
245:8,11,12,17
247:21,25 250:2
251:13,17,22
252:4,5 254:3
255:23 256:17
257:1,11

**personally**
21:5 125:12

**personnel**
61:11 179:4

**Petrillo**
5:8

**pharmacist**
41:13

**pharmacy**
123:19,21

**Phoenix**
41:5 48:17 49:4,6

**phone**



**UNIVERSAL COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

15:21 16:14,16,21,
22,24 17:4 22:5,7,
8,10,12,20,25 23:5
25:22 27:8,9,10
35:23,25 36:5 56:9
57:6,18 60:24
63:9,15 64:12,15
74:7,9,10,12,13,17
79:15 97:18,20
98:9 106:17
109:22,25 116:25
119:17,18 122:18
128:13,14 129:2,3,
6,8,9,10,13,19,23,
25 133:19 140:15
141:13,15,18
151:18,20,22
158:2,20,24,25
159:1,4,6,8,11,13,
14,15 184:12
186:7,25 189:9,10
228:1 229:20,22
230:2,7,14,16
231:16,20 234:22,
23 235:1,2 237:7,
8,9,14,18,20
238:4,7,9,11,20
239:1,3,9,12,13,
15,19 240:2,4,8,11
249:14,16,19,22
250:15,25 254:15

**phone's**
22:17

**phones**
21:18 22:1 56:19
72:15 73:4,7
129:2,6 158:17,19,
23 174:19 176:17,
18 238:2 239:7

**photo**
197:24

**photographs**
63:4 235:11

**physical**
35:16 159:14,15

**physically**
103:4 110:24
123:16 158:3

**pick**
35:11 63:16 86:3
115:16 123:17
125:11 127:24
133:20 154:15,17
184:5,10 185:21
187:10 195:21

**picked**
77:2 175:2

**pickup**
36:8

**picture**
20:1 149:18,20
151:6,10,12,17,20,
22 197:14,18,20
235:13,14

**pictured**
67:21

**pictures**
148:3,10,19,24
149:13 160:3
197:13,16 198:4
236:1,12

**piece**
86:13 93:15 210:5,
7

**Pilates**
11:19 13:1,7 15:2
20:5 23:16,17
24:10 117:20
223:7 230:18
242:15,16,22
243:6,17

**pill**
122:16,17 123:11,
24

**pills**
122:10,19 123:4,
21

**PIN**
241:2

**Pine**
42:14,16

**Pines**
42:19

**Pinterest**
119:23

**Piyo**
14:25 15:2

**PLA**
86:25

**place**
51:8 64:16 86:1
152:12 185:15,25
193:20 203:5
225:4,22,25
226:13 232:11

**placed**
8:11 65:3,8,14

**placing**
64:20

**Plaintiff**
5:17 207:16,17,24
223:23

**Plaintiff's**
150:21 223:13
224:10

**Plantation**
42:11

**platforms**
20:19 255:5

**play**
63:2 119:21

**pleasantry**
26:21

**please**
5:14 6:9 7:24
104:15 121:3
138:7 142:25
147:6

**Pledger**
40:8

**plug**
248:17

**plugged**
231:20

**plus**
165:18 192:1,2

**po**
64:23 251:3

**point**
31:22 34:1 40:1
55:21 71:20 89:21,
25 91:18 93:14
96:11,13 143:22
167:25 179:9
183:18 210:13
215:21,24

**points**
169:25

**poke**
19:2

**police**
139:6,9,17,18,20,
21 140:6,10
149:19,24 150:14

**policy**
61:15

**Pollock**
5:18,25 6:1 8:1
29:13 32:16,17
46:14,19 49:23
66:23 78:15 86:19,
22,23 105:8 107:3,
12 111:3,23 113:1
119:2 123:1,14



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

124:10,14,17
125:4,14 135:8
138:6 143:21
144:13 146:15,18,
22 147:3 149:4,10
150:17 151:1
152:22 153:3,10,
12 161:6,12,16,20
163:18 164:1
170:8 171:17
173:2,6 191:17,25
193:2 194:1 195:1,
7 204:14 206:4,8,
11,13 210:23
213:14 214:23
217:6 220:24
223:17 224:13
228:13 230:13,15
236:16 241:9,14
244:23 249:2
250:6,8,18,21
252:20 253:14
254:21 255:16,17
256:2,6 257:6,9,
14,21

**Pompano**
9:25 42:5

**pop**
23:16 246:5,21

**popped**
119:16,18

**porn**
101:24 106:10

**port**
36:22 235:12
236:1

**portable**
198:21 231:23
232:21 233:8
234:2

**portion**
121:21

**position**
29:14 119:8

**possession**
156:8 160:7

**possible**
6:17 250:23,24
251:3

**possibly**
42:14 148:22
149:8 177:4

**post**
19:2 53:16 102:3
103:19 105:4
148:3,19,24
149:17,20 246:17
247:18 252:4,7

**posted**
18:11,19 105:13
149:6,14 152:1,8,
9,12,15 198:1,2
233:23

**posting**
19:12 98:23 99:6,8
213:9 247:10

**posts**
18:19,22 19:22
20:7,14 99:2,15,19
148:9 151:11

**pounds**
41:13 103:2,3
195:21

**Power**
73:21

**practices**
196:12

**pre**
34:21 155:12

**pre-**
34:21 38:16 94:14,
20

**pre-assemblies**
38:19 94:8,10 95:1

**pre-assembly**
52:23

**pre-filter**
66:1

**preface**
113:16

**preparation**
154:22

**prepare**
241:22

**Preppers**
179:2

**prescription**
125:12 134:9

**prescriptions**
123:23 124:1,23

**presence**
256:16

**present**
156:11 157:19
170:19

**presented**
84:6

**preserving**
6:23

**pressure**
189:11 224:21,23

**pretty**
37:3 60:18 118:24
120:18,19 184:16

**prevented**
110:25

**previous**
222:17

**price**
103:18

**prim**
74:9

**primarily**
23:21 24:7 28:22
32:24 54:7 79:21
256:8

**primary**
15:23 23:24
227:10,15 238:9
240:12,21,23

**printed**
144:23 145:17

**prior**
31:1 47:15 50:16
67:19 68:15
101:21 102:1
106:9 155:15
214:25 221:19,20
226:6

**Prius**
86:8

**privacy**
100:20

**private**
15:18 147:24,25
148:18,21,25
149:14 242:17
247:22

**privileged**
113:19

**Pro**
5:5 6:2 17:6 25:4,7
27:17 32:19 36:10
37:2 38:8 40:1
70:3,6 83:25 84:4
98:21 99:5,7,19,
21,25 100:13
101:3 102:4,9,11,
15 103:15 104:3,
11 105:15 106:4,
12,20,23 107:19
114:11 119:22



**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

125:10 130:14
131:10 136:20
142:2 143:23
144:2,16 145:13,
16 147:20 159:2
167:5 205:4
219:14,16 231:15
246:8,9 247:13
248:25 253:8,10

**Pro's**
101:5,6

**probably**
31:3 160:14
224:18 250:14

**problem**
31:20 130:20

**proceeding**
5:13 136:8 178:16
206:16 215:10

**proceedings**
134:16,22 206:15
215:3

**process**
23:1,4 36:3,25
138:19 248:15

**processing**
51:24 52:20

**produce**
82:8 142:3 195:25
212:24 215:19
224:17

**produced**
151:3 198:9,10,11,
23 199:8 208:12
223:21,22,24
224:6 234:14,25

**product**
18:3 21:15 33:8
50:13 71:22 126:3
175:1,2,23

**production**
40:19

**products**
61:1

**professional**
11:15 249:7

**programmer**
101:18

**promissory**
212:2

**prompted**
140:25 141:1

**Proof**
224:18,19

**proper**
162:4

**properly**
207:16

**property**
85:20,24 86:2,10,
12 88:18 211:20

**prosecute**
139:8 150:3

**provide**
65:24 81:13
101:13 165:10
193:17 195:9
214:18 240:2

**provided**
15:18 101:9
234:16

**provider**
240:9,14

**providing**
244:19

**provisions**
82:11

**psychiatric**
109:12

**public**
59:17 147:24

**Puerto**
83:18 120:8

**pull**
178:6 180:16

**pulled**
29:8 39:5 151:4,8

**pulling**
80:7 195:16

**pump**
35:24 36:16,18

**pumps**
66:5 83:9

**punched**
234:7

**punching**
231:9

**purchase**
64:23 65:12 185:6,
9 201:15,17 202:3

**purchased**
165:20 184:23
185:8

**purchasing**
34:19 35:5,8

**purpose**
236:19

**purposes**
250:16

**pursue**
16:25

**put**
18:15 26:5,6,7,9,
13,16 55:24 57:18
80:8 83:23,25 86:9
91:7 97:20 150:9,
10,13 152:10
155:7 157:15

170:16 181:24
183:15 186:7
210:1,4 212:7
216:19,20 229:21
248:13,23,24,25
249:9

**putting**
34:20 58:19 59:24
122:16 178:4
201:12

**puzzled**
112:2

---

## Q

**qualify**
193:10

**quantified**
193:5

**Quentin**
49:12

**question**
6:5 7:11 20:21
45:14 62:11 63:21
97:4 122:21 129:1
131:7 137:23
138:9 142:14
148:14 151:10,19
162:17 170:7
177:7 178:11,15
182:5 183:21
186:19 189:18
190:10,13 192:7
202:2 207:22
208:13 209:2
210:3 212:6 215:1,
20 237:22 250:22
255:1 257:10

**questionable**
253:5,7

**questions**
6:5,18 9:6 138:8



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

204:16 214:15
247:19 257:15

**quick**
26:25 27:2 62:16
230:5 241:7

**quickly**
50:20 136:1

**quiet**
56:21 133:19
176:17 178:16
186:15

**quieter**
184:13

**quilts**
160:2

**quit**
30:1,21 32:6 53:17
56:19 128:3
219:18

**quite**
26:15,17 53:22
57:4 66:13 196:11
206:3 227:15
228:6,21 244:12
247:4,7

---

### R

**Radio**
11:21 15:10,16

**raft**
233:18

**raise**
7:8

**raising**
140:16

**ran**
92:1 134:13

**range**
239:23,25

**rarely**
27:23 120:20
232:6,7,8

**rate**
33:10

**rated**
101:24

**rats**
193:25

**re**
86:7 255:18

**read**
85:6 257:16

**reading**
107:6 257:18,23

**ready**
36:7

**real**
230:5

**realize**
132:22

**realized**
114:23 131:3

**really**
17:20 18:16 19:17
20:10 23:24 59:14
64:25 81:21
128:11 176:11
178:15,16 190:7
198:19 227:7
228:24

**reason**
31:8 54:19 99:11
103:11 140:11
171:22 183:5,12
197:12,17 206:16
208:24 211:3
226:16 245:2
254:8,9 255:12,18

**rec**

46:23

**recall**
10:1 14:20 42:11
44:13 45:9 69:11
93:8 149:15

**receipt**
87:25 185:11

**receivables**
33:12

**receive**
85:1,12 90:19
143:9 215:22
218:3

**received**
13:8 14:6,8,12,14
18:2 46:10 58:9
84:14 89:3 111:8
142:8,15 145:1,8,
13,16 160:25
177:3 200:23
207:2 208:16
217:11 218:12
220:4,6 221:4

**receiving**
85:11 212:9

**reception**
28:19 29:7 56:8

**recliner**
183:10

**recognize**
86:24

**record**
5:4,15 6:23 8:12
46:17 78:11,13
86:18 135:5 138:4
146:21 150:24
152:21 153:7,8
161:8,11,19 173:1
204:13 214:22
217:5 220:22
223:16 224:12

237:8 241:12

**recording**
5:13 140:14,16,19
234:16,18 235:5

**records**
74:13 128:14
129:2,25 156:18,
19,21 159:21
180:9 188:19
237:7,8 239:1,4,9,
14,15,19 240:2,12

**recover**
112:20 163:10
164:13

**recreational**
245:14

**Reddit**
119:23

**redesigning**
189:12

**referring**
163:3 208:1

**refilling**
123:12

**refills**
122:12,16 123:16,
18 124:1

**reflect**
6:11,13 87:25 88:4
184:24

**reflecting**
185:7

**refurbed**
152:5

**refurbished**
152:6

**refuse**
34:7 214:9

**refused**



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

85:25 96:25 97:2
101:20 139:9
141:4 150:3

**refuses**
156:10

**refusing**
156:11

**regardless**
21:3

**registered**
16:21 17:9

**registrations**
246:19 247:1

**regularly**
207:11

**regulators**
189:11

**reimburse**
201:2,4,5

**reimbursed**
88:5,11 236:10

**reimbursement**
88:9 225:16

**reimbursements**
87:23

**reimbursing**
89:8,11

**reiterated**
104:7

**related**
98:17 250:16
253:9 255:1

**relating**
253:8

**relationship**
104:17 193:15
200:20 208:6
212:5

**relaxed**
176:24

**released**
109:19 150:4

**relevant**
244:7

**relink**
55:8

**relinquish**
55:8

**relocate**
84:25 160:23,24

**relocation**
84:22

**rely**
9:5 182:8 184:25
204:22

**remedy**
234:9

**remember**
39:8,22 77:21
100:19 121:3
136:4,6 225:20

**reminders**
122:18

**remotely**
237:21

**removed**
41:10

**rent**
40:2 48:13 71:4,15
75:1,6 81:13 83:10
166:1,7 195:3
203:4 245:5

**rental**
69:22 70:7,11
75:12 78:7

**rentals**
48:12,13

**rented**
75:7 166:4

**renting**
226:1,3

**rents**
78:18

**repeat**
20:21 218:21

**replaced**
41:11

**reply**
145:11

**report**
250:10

**reported**
253:3

**Reporter**
5:3,10 7:23 29:11
49:20 66:20 78:10
143:19 153:8,11
161:4,10,15 206:9,
12 241:7 257:20

**reporting**
5:9,13 252:18,25

**represent**
6:2 56:14

**reproduced**
151:11

**request**
77:12 99:14
214:20,25 238:25
239:20,21 242:6,8

**requested**
41:6 43:1,11 99:17
122:2 147:23
148:13 209:2

**required**
212:3,19

**requirement**

230:23

**research**
250:3

**researching**
250:10

**reserve**
98:21 107:20
119:22

**resided**
70:7

**residences**
70:17,19 71:21
74:22

**residing**
71:2 76:16 77:9

**resolve**
138:15

**respect**
93:10 112:19
170:2,21

**respond**
99:22 142:24
251:12

**responding**
129:21 230:7

**response**
26:25 99:13 207:1
239:21 242:9

**responses**
9:6 105:17 204:16
208:16 214:20,25

**responsibilities**
34:15,18 35:6,15,
20 38:6 40:24
50:12

**responsibility**
34:10 36:17 93:10

**responsible**
38:9 122:15 193:5



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**rest**
86:4 160:2 171:18
183:10 222:7

**restaurant**
197:4

**restaurants**
82:12 120:13,17
121:9

**restrained**
110:25

**restraining**
134:16,22 135:18,
20 136:1,8,10,22
141:7 142:4 144:7,
17 146:12 148:2,6,
11,20,24 149:11
211:5

**restrict**
47:16,17

**restricted**
103:10

**result**
135:9,17 209:19

**resumed**
46:18 78:14 161:9
241:13

**retire**
48:18

**retirement**
41:14,20 48:21,23
165:15,16 193:11

**return**
43:9 101:20 116:4
185:23 187:6

**returned**
26:10,13,17
140:18

**returning**
182:4

**reverse**
138:18 140:23
141:1 143:24
213:7

**reversing**
213:3

**review**
131:14 143:23
144:1,2,15,20,24
145:6,8,9,11,14,
15,19 146:23
147:4,8,13,15,17,
18 160:22 174:24
242:1,3 251:9
253:4

**reviewed**
161:24 218:11

**reviews**
56:10 97:24 98:18
102:3,5,7,8 119:19
131:13 133:7

**revised**
214:16,24,25

**Revival**
249:8

**Rica**
53:23

**Richard**
65:22

**Rico**
83:18 120:8

**rid**
95:19 100:16

**ride**
44:2 133:14

**ridiculous**
33:25 192:21,24
193:1

**right**
6:20 7:2,13 13:22

15:5,19 23:9 24:11
36:9,13 37:4 39:8
40:1,11,19,22 48:5
50:1 52:6 57:25
58:18,24 59:18,19
60:4 61:6 62:11
63:7 65:4 70:8
73:24 76:23 77:10
78:16 83:15 86:1
87:6 88:15,24
89:12 97:9 98:9
99:1,2,7,12,13,17
100:3,5 106:13
108:13 111:14,20
112:5 114:12
115:6 117:21
118:12 119:12
120:6 129:17
135:22 139:13,22
140:15,22 142:9,
18,19 144:22
145:1,17 146:1,3,4
149:7 150:11
151:12 152:16
154:25 161:1
163:19 164:7
165:20 166:6,12,
20 167:3,6 171:2
175:1,7,11,19,22
176:1 181:1,9
182:14 183:25
185:17 190:5
191:2 192:3
193:23 194:18
195:9,10,13 196:7,
13,15 198:2,13,24
200:4 205:5
206:20 207:20
208:2 209:4
211:11 212:17
213:18,22 214:3
215:4,5,8 219:17,
24 220:9 222:21
227:4 228:4,11
229:16 231:11
236:1 238:3,7,12,

15 239:5,8,11
243:9,24 244:11
246:5 247:16,23
248:22 249:24
250:4,20 251:1,22
252:9 254:12,19
256:4,10,13,18
257:1,12

**rights**
107:17

**rise**
204:6

**rising**
69:15

**road**
9:2

**Rockhurst**
10:25 11:2,5

**roll**
8:21

**roof**
55:22

**room**
158:18 227:23
229:14 244:19

**rooms**
193:23

**rough**
198:19

**round**
121:18

**rounds**
177:4

**run**
29:10 35:10 50:14
57:4 62:15 91:25
103:1,4 107:14
124:22 125:1,12,
21 236:18,20

UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**running**
103:6 126:6
236:12

**RV**
41:14,19 48:21
165:6,8,12,20,25
166:3,4 194:8
200:14

---

**S**

**S-A-I-L-S**
24:13,16

**S-A-L-E-S**
24:13,16

**S-E-L-L-I-T**
23:20,21

**sacrifices**
228:10,14

**safe**
133:25 134:3,4,10

**safest**
232:11

**said**
11:24 14:5 19:20,
22,25 20:9,23
24:12,17 26:8
27:8,12 28:3,4,20
30:15,22 31:23
32:18 35:5 37:18
38:23 39:1,4 43:10
45:4 46:21 47:21
48:20 52:19 53:6
55:18 56:15 58:1,
13 59:4,22 64:8
72:25 73:2,4,6,25
74:4 81:2 85:13
88:8 91:9 94:23
98:2,11 100:17,18
105:1,2,19 106:2
114:17 115:20
116:14,16,17

117:15,24 118:3
123:24,25 125:17
128:7 132:12
135:17 138:10,17,
23 139:14 140:4,8,
19 143:10 145:19
149:8 150:14
152:5 153:9 155:4
156:17 158:23
159:21 160:22
162:16 164:18
165:14 174:1,3,14,
23 177:9 178:5
180:13 185:2,20,
24 186:2,17
189:20 191:3
196:24 197:1
200:8 201:4
203:17 208:7
215:11 218:22
220:13 226:8,14
228:2 234:19
242:10 247:10
250:23 257:7

**sail**
195:19 196:6
248:7

**sailboat**
79:6,18 80:21
82:19 115:7
194:24 195:9

**sailboats**
195:4

**sailing**
79:17,20,24 80:5
155:10 245:20
248:7 256:14

**sails**
80:7

**sale**
247:12,15

**sales**
24:12,16 55:22

62:1 185:11

**Salty**
20:5 24:12,16 48:7
197:11 256:20

**same**
9:1 30:17,23 31:9
62:3 71:14 72:14
108:17 127:5,19
131:16 132:24
151:15 168:10
170:21 173:17
189:25 202:14
207:18,20 210:15
215:3 226:11,16
242:14,18 245:1,
19 249:19 250:19

**San**
41:15 154:17
166:8

**Sand**
231:24

**Saturday**
127:23 174:13,18
175:10 188:14
189:20

**savings**
89:18,19,20

**saw**
33:4 66:9,10 117:3
153:18 203:22
217:10,16 226:22
247:8 253:3

**Sawgrass**
42:6

**say**
17:24 18:5 20:20
23:11 27:10 29:17
30:11 35:19 36:15
43:20 58:25 59:14
61:18 72:7 73:6
74:6 92:14 102:8
107:1 108:17

120:12 121:12
122:9 127:22
129:20 147:6,10,
12 150:6 157:3
170:13 174:3
178:14 188:5
189:1 190:2,3
209:17 214:11
234:12 235:8
236:7 248:16
255:23

**saying**
38:8 58:4,10 59:22
60:10 63:22 72:17
85:10 90:7 95:18
96:15 100:13
104:23 106:23
113:17 120:15
121:13 122:6
123:15 124:25
128:7 144:19
150:1 158:21
176:3 177:17
179:24,25 184:19
187:3 190:6 195:2,
6 199:23 200:1
219:10,12 222:6
226:5 236:5,22

**says**
145:15 168:4,25
169:7 207:24
217:22 221:15
223:23

**SCA**
9:23

**scale**
175:21

**schedule**
55:20 56:1 57:12
58:4 59:6,7,12
60:5 61:21 62:14
117:21 126:16
127:5,7,16 128:2
133:15


Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

scheduled
136:7

school
10:15,18 81:22

sclerosis
12:25

screaming
110:21

screenshot
217:16

scribble
160:11

scribbled
156:25

script
134:13

scroll
106:15

search
135:9 245:25
246:3 247:3,14,17

searched
106:4

searches
246:18,21

searching
247:1 251:7

seasick
195:19

seat
229:24

Seawater
5:5 6:2 17:6 25:4,
7,18 27:17 31:21
32:19 36:10 37:1
38:8 39:25 40:16
50:24 51:2,8,13,
16,22 52:1,25
53:9,11,14,24 55:2

58:6 70:3,6 83:25
84:4 91:20 98:21
99:5,7,19,21,25
100:13 101:3,5,6
102:4,9,15 103:15
104:2,11 105:15
106:4,12,20,23
107:19 114:11
119:22 125:10
130:14 131:10
136:20 142:2,8
143:23 144:2,16
145:13,16 147:19
159:2 167:5 205:4,
14 217:3 218:4
219:13,14,16
231:10,11,15
243:7 246:4,8,9
247:13 248:25
253:8,10 255:10,
14

seawaterprollc@
gmail
27:9

Seawaterprollc@
gmail.com
25:20

Seawaterprollc@
gmail.com.
25:10

second
20:8 67:18 92:6
97:3 108:1 129:9
168:8 177:16
178:11 180:22
191:1 210:12
214:17 217:19
238:4

seconds
198:24 232:22
234:14 235:4

secure
80:9

securing
154:20

security
8:10

see
21:18 39:13 52:12
56:13 62:12,20
63:18 65:11 87:9,
17 95:11 99:2,6,8,
12 100:5 106:7
117:11,13,21
128:15,22 129:14,
22 130:5 131:2
135:12,14 136:24
144:18 150:9,11
162:2,4 163:7
164:22 168:6,23
169:1,9,11 190:16
191:13 192:8
198:16,18 202:6,
13 217:14,19
218:14 221:13,17
222:25 229:15
241:15 245:17,22
246:19 247:13
249:18,20 252:2

seeing
209:10 223:11

seems
37:2

seen
66:6 152:23
153:13,21 161:22
173:3 204:15
217:7,8,9 220:16,
23 241:19

sell
20:15,18,24 21:6,
11 143:1,3,5,8
152:2

selling
20:12 23:22 24:1
34:24 38:11 126:2

175:22 247:8

Sellit
23:20 24:2

sellitmindy@
gmail
23:18

sellitmindy@
gmail.com.
24:2

send
33:9 35:24 36:16,
18 65:6 95:21
96:16 138:10
160:19,21 185:19
212:25 216:10
251:10

sending
33:8 159:11
160:16

sends
145:6,7

sense
54:21 57:21

sent
26:2,4 85:15 95:13
96:14 123:19
137:14 141:8,12
142:1,17 145:13
146:9 147:19
160:19 170:11
213:2 216:4,8,21
217:1 220:7 221:1
232:14

sentence
207:15,21

sentences
207:18

separate
70:4 75:16 76:9
84:17 101:14



UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

**separately**
75:7

**September**
8:9 112:12 237:9,
12 240:1,13

**series**
19:9,10

**served**
136:6 220:17,18
239:22

**service**
196:2

**set**
17:20,23,24 18:9
20:3,10 24:13
28:1,18 38:23 63:3
73:18 101:7 102:1
107:15 245:16

**setting**
34:17,25 56:7
61:25 67:3 106:9
122:18

**settlement**
165:17

**setup**
71:14

**seven**
10:14 114:20
170:24,25 203:2,3
212:5

**several**
32:12 53:16 60:13,
15,16 66:7 80:16
84:11 104:7 114:8
141:3 159:25
181:21 187:3
191:20 202:17
205:19 208:11
232:23 233:1,15
241:24

**sh**
200:8,12

**shaking**
6:10

**share**
70:4 102:21
103:25 104:10
153:4 161:17
165:5

**shared**
103:5,11,13

**she**
7:9 26:10,13,17
28:23 29:10,18,21,
23 30:8,9,10 31:2,
18,19,23 32:1,3,4,
5,6,7,8,12,13,18,
19,20 33:9,10,11,
13,14,15,18 37:18,
20 39:1,19 51:12,
16,18,19,23,24
52:2,5,7,8,9,13,14,
17,22,23 53:1,4,5,
6,16,17,18,21,22,
23,25 54:1,3,17
92:6,7 94:6 104:19
105:2 114:25
205:14,15 207:17

**she's**
180:23 254:14,15

**Sheldon**
189:14

**shelf**
38:16

**shell**
17:20,23,24 18:25
20:10

**shelves**
34:17,21 50:14
57:23

**shelving**

34:19

**ship**
29:15 38:12
184:20,21 187:9,
15

**shipment**
126:6

**shipments**
36:24,25 117:9
126:10

**shipped**
36:4 50:13 185:1

**shipping**
33:10 34:22 36:9,
10,17,20 37:1,3,5
38:10 50:17 51:24
52:20 57:19,20
187:8

**shoes**
157:11

**shook**
6:12

**shoot**
19:17 104:24
105:2

**shooting**
234:12 235:8

**shop**
29:24 31:19 34:3
36:7 44:3 56:23
66:8,10,14,18,19
71:22 108:11
114:25 124:21
126:4,9,21 127:18
128:9,23 131:23
133:17 151:13
154:14,15 156:19,
22 159:22 174:4
176:15,18 184:14
187:23 188:4,5
203:22,23 229:6

243:12 250:20

**short**
31:1,23 32:2 46:16
78:12 93:8 138:13
156:4 161:7
241:11

**shorter**
56:25

**shortly**
41:5 92:8

**shot**
234:9,21,22,23

**should**
27:10 42:23 63:25
64:5 91:4 99:20
103:17 106:25
141:10 149:5
164:24 190:16
191:13 197:2,9
200:2 211:7 236:6,
9 239:15 255:23

**shoulder**
119:9 249:17
252:1,17,21
253:13

**shouldn't**
191:14 203:23
246:25

**show**
32:13 34:7,8 38:24
43:19 45:24 63:4,
23 64:3 74:14
83:18 86:15 92:16
128:24 130:2,24
135:2 150:20
152:18 154:18
156:5,12 166:24
172:23 180:21
189:2 199:11
204:11 206:6
214:19 216:24
217:2 223:13



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

224:9

**showed**
149:21 173:16

**showing**
156:24

**shows**
34:25 56:8 106:10
107:2,3 146:10
197:14

**showtime**
154:19

**shut**
33:18 43:8 44:20
61:2,8 83:15,19
121:1

**shutdown**
249:9

**shutdowns**
61:6

**shuts**
178:19

**shutting**
60:25

**sick**
143:6

**side**
145:18 231:25

**sign**
64:8 91:18 92:19,
25 93:11

**signature**
92:16

**signed**
71:3 88:18 92:2,15
94:7 130:9 203:1

**significance**
223:20,24 224:14

**significant**
122:8 228:10

**signing**
93:21,22 156:12
257:23

**silly**
19:7

**Silversneaker**
12:22

**simple**
34:17 125:21

**sin**
257:7

**since**
13:2 16:1,2,12
19:3,22 20:20,22
21:1,5 22:1,11,17
23:11 24:9,12
41:21 66:25 69:21
78:23 79:1 82:20
83:7 84:4 89:10
90:1 99:17 100:9,
12 104:12 120:12
153:21 163:20
166:22 172:17
196:1 218:4
219:21 221:23
223:11 240:16
241:24 253:18

**single**
81:10 86:13
203:21

**sit**
82:14,15 202:8

**site**
98:20 106:11
247:12,17 248:1
252:11,12

**sites**
98:23 101:24
152:2 233:24
247:9 248:2,3,5
256:8

**sitting**
39:7 116:2 121:14
201:7

**situation**
89:6,7 110:15,18
113:14 139:11
164:5

**six**
12:8 33:24 39:7
40:14 49:18 98:15,
16 133:1 174:4
177:22 190:3
249:11

**Six-pack**
11:22 12:5,15
14:16 15:7,16

**six-years**
16:15

**skating**
201:3

**sleep**
52:2 180:17

**sleeping**
34:2

**slept**
31:18,19

**slip**
9:9,16 69:21,22
70:6,11,16 74:21
75:6,20,22,24
76:2,9,12,17 77:2,
6,7,16 78:7 167:14
208:5

**slipped**
157:11

**slips**
75:8,9,12 166:11

**slow**
72:16 73:7 74:4

**small**

42:1 47:11,12,14
48:12 146:5
179:13 233:24

**smaller**
47:22 48:3

**snap**
236:1

**snippet**
145:9

**social**
8:10 18:8 20:19,23
21:6 27:1 35:2,4
56:10 57:7 97:21,
22 98:11,12,15,17,
20 105:4,11
107:21 119:10
198:2 233:24
245:7,8 246:14,16
249:14 250:15
251:8,14,17,19
252:3,5,10,11,22
253:1,23,25
254:11,18 255:2,4,
7,14 257:2

**sold**
21:16 24:5 41:19
58:20 151:4,9
167:9

**solely**
67:25

**some**
6:4 24:5 31:8
52:23 56:4 61:8
63:4,5 64:17,24
65:1 67:21 81:18
83:9 93:14 95:24
99:15 105:17
107:9 120:3,7
126:18 133:2,6
141:11 149:16
154:15 156:19,25
159:21 160:19
172:12 173:10,11


**UNIVERSAL**
**COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

221:23 226:4
234:20 248:9,10

**somebody**
27:1 35:25 36:16
91:25 105:18
106:25 107:10,13,
16 110:15 126:9
175:1 184:23
196:3 249:7

**someone**
64:11

**someone's**
184:25

**something**
6:24 27:2,5 36:5
43:19 57:8 74:10
82:1 100:11,17
103:17 106:24
108:13 115:8
116:10 117:3
119:16,18 124:6
131:1 141:20
184:23 187:14
189:2 192:2
199:12 201:21
209:15 211:11
214:8 216:19,21
222:22 229:13
230:5 234:8
247:15 248:16
251:9 253:4,7,8,9

**sometime**
45:20 52:16 57:13
68:8,21 103:22
163:13 181:10
182:12 222:21
225:1

**sometimes**
26:5,18 56:24 58:2
60:7 62:7 97:19
122:20 127:18
175:12 230:6
243:13 257:3

**somewhere**
49:4 159:20
233:24

**son**
29:25 30:16,19,21,
23,25 31:5 37:5,7,
8,14 38:7,25 39:2
50:22 62:2 63:3
67:8 84:21,24
85:6,16 110:11,12
214:3,7,10 215:15
216:3 217:13
225:4

**son's**
105:19 160:3
206:21 214:11,13

**soon**
6:16,19 202:23
241:10

**sorry**
11:25 13:17 14:11
17:22 20:21 37:12,
24 38:4 39:18 44:5
45:3 47:4 49:15
50:8 65:20,21 76:7
78:10 81:24 82:24
85:13 90:6 94:17
109:15 113:11
120:24 121:2
134:2 137:22
161:14 166:13
189:13 190:3
215:5 218:17
221:7 222:11
246:15 251:16

**sort**
90:19

**sources**
242:8,13

**South**
49:14,16,24 51:1,7
73:9 166:7,10,15
200:4

**Southwest**
17:14 28:9 29:3
39:9

**space**
39:25

**Spain**
61:2

**Spanos**
5:5 6:2 10:5,9,13
87:14 125:10
135:11 164:25
207:11,24 217:13

**Spanos'**
87:9

**speak**
13:11 97:21 131:4
188:7 253:19

**speaker**
57:18 97:20 186:7

**speaking**
57:17 220:2

**special**
36:6 121:4

**specific**
27:13,16,18 201:6

**speculation**
250:5,17 253:11
255:15

**spell**
7:23 66:20 67:11
143:19

**spelling**
206:9

**spend**
115:22,23 122:3
133:23 201:25
228:7 244:10

**spending**
121:21 174:22
186:24 249:13

251:19 254:4,10
255:2,13

**spent**
60:23 202:9,13
219:1,4 234:15

**spilled**
69:4

**spin**
12:3

**spite**
30:1

**splinter**
157:10

**spoken**
66:24 241:17

**spot**
166:1,4

**spring**
32:6,8 51:20

**square**
40:2,3,17 47:23
48:3 64:18 68:10
179:10,14,21,24
180:14,25 181:5,
11,22 182:14,23
186:22,23

**St**
33:9

**stalking**
134:23 136:13,14,
16

**stand**
54:21

**standards**
32:9

**standing**
119:8

**Stanley**
10:20



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**star**
98:14 144:2,15

**start**
7:7 13:21,24 16:17
17:2 19:12 23:14
32:1 38:18 59:14
62:20 63:19 77:16
107:13 242:22

**started**
13:25 14:3 16:16
25:25 32:4,20
34:15 38:7 42:12
45:6,11 46:21,25
58:6 62:8,25 66:15
68:4 78:9 85:11
92:6,8 93:14 94:5
98:20 100:10
107:25 120:25
126:12 127:6,7
128:6 134:21,22
177:17 190:7,12,
13 191:2,10
199:16 200:12
219:6,14 232:9
241:3

**starting**
21:13 219:13
232:16

**state**
5:14 17:10 85:7
104:16 150:3

**stated**
85:16 86:11 90:10
102:17 104:4
118:17 133:7
202:16,17

**statement**
21:10 87:4 220:6,7
221:1,4,16,20
222:3,18,19,20,23
223:1

**stating**
102:12 119:6

**status**
16:23 193:18

**statute**
112:24

**statutes**
114:4 172:12

**stay**
66:18 83:8 127:4
137:10 179:4
183:11 225:4

**stayed**
58:21 66:18 83:10
122:2 225:5
227:18 243:12

**staying**
30:8,9,10 179:5
193:22

**stays**
165:7

**still**
16:10 32:7 38:22
48:19 53:10,13
54:13 57:1,5 61:23
69:1 72:2,15 74:19
79:14 80:21 92:2,
14 94:7 98:24
101:17 106:7,10
109:7 116:8
118:17,18 121:9
122:4 136:11
154:8 155:21
157:6 158:17
166:23 167:23
174:18 177:5
181:13,22 182:2,4
189:2,3,6 192:6
195:14 197:24
210:12 240:3
244:3

**stint**
32:19

**stipulate**
185:25

**stipulating**
119:13,14

**stock**
18:2 50:14 64:21

**Stokes**
67:12 132:16,18

**stole**
54:17

**stolen**
33:18

**stop**
29:6 34:2 47:8,14
62:22 63:19 89:23,
25 113:17 114:14
199:18 223:5

**stopped**
44:21 47:9 51:23
52:19 57:3 59:14
62:8 90:3 100:12,
22 114:11 159:7
166:18 203:16
212:24 223:11

**stopping**
219:25

**stops**
213:19

**storage**
176:5 179:9

**store**
86:1 98:19

**stores**
119:21

**straight**
32:9 44:3 92:22

**street**
42:12 43:11

**Stripe**

64:19

**stronger**
41:19

**struggle**
114:5,6

**stuck**
61:1

**studios**
42:1 47:11,12,14,
18

**stuff**
23:22 28:1 66:16
74:15 99:9 100:6,7
105:17 123:23
126:2 154:21
156:13,25 158:24,
25 187:6 189:8,11
245:13,19 255:23
256:10

**stunt**
39:5

**subject**
90:12

**substances**
123:17

**sucked**
203:10

**sue**
220:1

**sum**
43:14

**summer**
12:11,17 13:25
14:17 16:2 19:13,
14,15 20:20,22
21:1,5 22:2,11
42:21,24 43:4,13,
15 47:5 51:20 52:6
79:11 108:5
120:12,15



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**Summons**
152:19

**Sunday**
131:14 174:18,24
175:11 188:15
189:20

**Sunrise**
42:7

**supplemented**
206:5

**supplied**
66:2

**supplier**
65:5

**suppliers**
65:8

**supplies**
64:21 65:5,23

**supply**
66:2

**support**
156:5

**supposed**
83:18,20 101:19
107:24 124:22

**sure**
14:20 19:13 20:2
23:14,23 30:20
38:15 46:14 54:12
65:10 68:18 73:21
81:12 92:4 98:6
111:16,19 123:18
129:18 161:6
168:22 181:6
218:7,19 225:10
228:9 241:9

**surfing**
53:19

**sweeping**
34:17

**swelling**
157:15

**swimming**
80:8,9 197:7

**switch**
241:1

**sworn**
5:23

**synced**
23:8

**synopsis**
235:11

**system**
33:11,12,21 63:2,
20 64:14 93:16
94:6 117:12 129:4
151:4 245:23

---

**T**

**T-U-B-B-E-R-T**
7:25

**table**
116:2 173:15,17

**tables**
173:12

**tag**
246:4 249:9

**tagged**
105:14

**take**
6:3 7:9 8:15,25 9:1
10:21 13:21 39:19
46:12 60:8 78:21
79:19,20 81:25
82:20 86:4 97:16
98:2 99:25 106:16
110:21 117:22
122:19 128:13
133:2,21 134:7,14

137:20 140:20
147:22 148:9,19
149:12 153:20
161:4 166:25
183:19 184:10
186:2 187:13
188:21 194:24
195:19 197:16
199:3 214:9
216:17 234:13
241:7 243:15
246:11,20,25

**taken**
77:13 104:16,17
117:22 185:18
194:17 235:2

**takeout**
184:5

**takes**
27:5 122:10 137:4
199:4,5,14 232:23
233:1,15 234:13
235:7,17 247:4

**taking**
53:21,22 63:9
64:10,12 67:15
72:15 73:8 74:6,7,
8 79:15 89:11
121:18 154:21
174:22 183:25
219:16 229:22
232:16 233:23
235:13,14 236:12

**talk**
7:5,6 39:17 109:25
110:2 116:2
141:21 216:11
231:21 252:10

**talked**
14:19 20:11 38:5
46:20 51:25 66:6,8
74:21,22 78:16,17,
18 96:24 110:4

178:8 216:3 218:3

**talking**
7:6,9 14:16 19:21
36:4 37:17 43:12
57:16 65:4 92:24
94:17,19 97:17
98:7 102:8 107:23
109:21 112:23
116:6,7,13 129:5,
24 131:3 139:3
141:15 149:23,24
173:21 176:13
177:8 186:25
187:20 191:9
198:6 199:5,7,8,22
204:3 207:21
208:1 209:14
211:12 213:10
230:2 233:8 238:1,
8 248:2 249:11
251:4,5

**tape**
150:13

**tasked**
126:10

**taught**
43:5,18,25 45:5,15
118:8 242:17

**teach**
42:25 43:10,16,20
44:16,19 117:18,
25 118:3,12
230:20

**teaching**
44:23 223:7 231:9
243:6,17

**tearing**
34:25

**technical**
80:6

**technicality**
150:5



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**technically**
167:16,17

**tell**
8:19,25 34:2 35:24
36:16,17 55:19
64:15 86:4 89:21
113:19,20 140:6
181:9,17 187:16
200:25 216:6,10
217:8 236:24
251:1 253:21

**telling**
62:18 91:3 117:17
119:9 146:11
178:8 187:12
188:1 189:15
192:9 208:19

**tells**
124:15

**temp**
219:7

**tended**
27:19 35:3 56:25

**term**
33:14 140:10

**terrified**
116:5

**testified**
5:23 154:4 255:9

**testifies**
255:20

**testify**
8:16 65:14 143:18
205:23 255:3,6

**testifying**
9:1

**testimony**
8:21 43:3 137:5
206:25 227:22
244:8

**text**
22:25 23:4,6 85:6
91:3 95:15,22
96:17,18,20
129:21,22 137:14
138:11 141:8,11,
12,14,17,25
142:15 160:22
203:23 212:25
216:21,24 217:1,
10,13

**texted**
95:12

**texts**
26:10

**than**
15:15 24:9 33:10
36:25 38:9 39:25
44:17 52:7 104:9
105:11 107:6
108:15 109:21
116:2 117:17
118:23 119:15
133:13 148:14
163:11,23 164:14
166:6 167:13
170:25 177:8,24
181:25 190:8,14,
21 191:5,10,12
192:4,11 199:11
201:12 215:25
220:11 234:4
235:6 248:3,5

**Thank**
26:23 27:3 46:15
153:11 206:12

**thanking**
26:25

**Thanksgiving**
71:25 73:18,25
130:15,16,17
131:7,8,9 132:8
184:1

**that**
5:12 6:6,12,22
7:17,23 8:11,15,
18,21,24 9:1,5,22
10:11,19 12:11,16,
17,18 13:4,22,24,
25 14:1,19 15:5,
13,17,19,24 16:1,
3,5,10,12,16,19,21
17:1,5,8,9,19,25
18:5 19:16,24
20:3,4,23,25 21:4,
7,10,12,14,15,18
22:4,7,9,10,12,17,
20,23 23:21,23,25
24:4,7,8,12,24
25:1,2,3,11,21,24
26:2,3,4,8,22 27:6,
12,13,23 28:8,10
29:2,4,10,17,21,
23,25 30:1,14,15,
21,22 31:2,13,23
32:1,2,11,15,19
33:4,9,15,17,23
34:4,11,13,17
35:5,17,19,21,23,
24,25 36:5,6,11,
13,15 37:8,18
38:7,8,15,16,25
39:1,3,5,6,12,13,
24 40:1,3,4,11,14,
18,19 41:5,6,8
42:12 43:1,3,10,
19,21 44:2,3,8,11,
14 45:7,8,15,18
46:8,21,22,23
47:3,5,10 48:11,
15,20,24 50:4,8,16
51:4,6,11,16 52:2,
6,7,14 53:1,3,15,
17,18,25 54:1,2,15
55:14,16,18,23,24
56:11,24,25 57:7,
9,12,14,19,24
58:1,4,5,6,10,13,
15,17,18,24 59:1,

11,16,19 60:25
61:5,6,16 62:3,5
63:1,4,5,14,22,23,
25 64:2,25 65:2,8,
14,15,19 66:4,10,
13,14,24 67:4,8,
13,19,23 68:11,13,
15,19 69:1,4,13,18
70:8,13,18 71:3,20
72:5,6,8,10,22,23
73:16 74:4 75:3,4,
5,13,17 76:16,20,
22 77:2,3,5,9,13,
15,16,24 78:2,18
79:4,6,9,10,11,14
80:14,15,16,19,20
81:4,12,13,16,19,
21,23,25 82:6,18,
22 83:1,3,5,14,19
84:7,8,9,15,17,21,
23 85:9,14,17,21
86:1,5,9,10,11,13
87:6,13,14,17,24
88:23,24,25 89:3,
8,21 90:7,10,18
91:3,6,10,11,14,22
92:7,14,15,21,24
93:1,2,6,7,18,23
94:25 95:13,18,19,
20 96:2,6,7,11,14
97:8,11,14,24,25
98:2,13,17,20,22
99:7,11,18,19,20
100:6,8,13,16,21,
24 101:5,7,10,11,
16,21,22,25 102:1,
2,12,13,17,18,19
103:1,4,9,11,12,
14,18 104:1,4,7,
11,16,19,21,22,23
105:1,13,14,18,20,
21,23,24,25 106:1,
2,3,8,9,11,14,17,
18,20,23,24,25
107:10,13,17,20,
22,25 108:3,6,7,



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

15,17,21 109:5,7,
10,12,21 110:1
111:4,5,11,13,15,
16,25 112:2,4,8,
16,17,18,20 113:7,
10,16,23 114:10,
12,20,22,23 115:1,
3,4,5,19,23 116:1,
10,16,17 117:3,4,
15,17,19,24,25
118:2,3,17,21
119:4,6,16,23,24
120:1,11 121:6,7,
18,19,24 122:2,7,
21,22 123:4,16,18,
23 124:1,2,5,6,20
125:6,16 126:19,
22,24,25 127:1,5,
10,16 128:7,11,15
129:2,3,4,10,14,
17,25 130:8,9,10,
11,12,13 131:3,5,
14,20 132:6,7,13,
17,19,22,24 133:6,
7,9 134:7,15,22,
24,25 135:6,7,12,
14,17,18,21,22,25
136:2,7,14,19,22,
24 137:13,18,22
138:10,13,17,19,
21,25 139:4,12,14,
15,22,24 140:6,9,
14,15,17,19 141:3,
5,6,9,17,18,19
142:1,2,3,5,6,7,9,
14,18,19 143:7,10,
11,17,18 144:1,2,
7,19 145:1,4,13,15
146:9,12,15,23
147:6,11,12,16,18,
19,22,23 148:1,16,
22,23 149:6,13,19,
21,23,25 150:2,4,
5,6,8,10,16 151:3,
4,6,10,13,17,20,
21,23 152:2,3,15,

25 153:21,22,23
154:4,9,19,21,22
155:5,8,9,12
156:2,6,12,13,15,
17,23,24 157:1,2
158:3,4,5,15
159:6,8,13,17,18,
21,22,24 160:2,4,
5,12,19,23 162:3,
5,7,16 163:1,5,7,9,
10,15,19,20,22,23
164:10,12,13,14,
16,18,20,22,23,24,
25 165:2,4,12,14,
15,16,19 166:1,2,
5,12,17 167:2,4,6,
24 168:2,4,5,6,12,
17,23 169:1,5,9,
10,11,22 170:11,
22,23,24 171:8,20
172:11,18,21
173:10,15,16,17,
22,23 174:2,3,19
175:5,14,19,22
176:3,8,10,11,14,
19 177:6,8,25
178:1,5,23 179:9,
10,18,23,24,25
181:1,3,6,19
182:22 183:3,4,5,
12,18,20,22,23
184:1,9,11,16,25
185:15,16,18,20,
24,25 186:5,8,18,
21,22 187:7,8,11,
13,16,18,20 188:1,
7,8 189:1,6,12,16,
25 190:2,6,23
191:8,13,19 192:4
193:3,4,5,6,10,15,
19,20 194:7,8,16,
18,19,21,23 195:2,
6,15,17,18,20,24
196:4,5,19 197:2,
8,11 198:1,2,8,9,
23,24 199:9,13,14,

15,19,20,23,24
200:1,2,3,8,11,20,
22,24,25 201:1,2,
7,21,25 202:2,4,7,
11,15,16,18,20
203:17,21,25
204:1,2,5,8 205:5,
20,23 206:22,23
207:1,4,5,11,12
208:6,7,20,22,25
209:9,10,11,22,23,
25 210:3,4,9,16,20
211:3,10,11,16,17,
19,23 212:3,7,9,
10,19,22 213:2,10,
24 214:4,8,10,11,
15 215:17 216:4,8,
12,22,24 217:9,11
218:2,10,19,21,22,
23 219:2,12,17,20
220:7,8,9,10,11,
12,13,15,16 221:1,
4,15,17,20 222:1,
4,6,15,17,18,19
223:1,2,10,20,21,
25 224:2,14,15,22
225:9,15,19 226:1,
3,8,14,15,22
227:4,5,6,14,22,25
228:3 229:1,2,8
230:20 231:8,10
232:1,3,6,11,17,
19,21 233:9,10,12
234:4,7,8,13,23,25
235:1,5,7,12
236:5,11,17,18,22,
25 237:2,10 238:7,
9,11,15,17,20
239:1,18,22 240:3,
8,14 241:2,3,15
242:10,11,16,17,
21 243:5,6,17
244:1,3,8,9,13,24
245:7,8,17,20
246:2,4,11,20,25
247:1,8,9,12,14,22

248:19 249:5,25
250:1,14 251:7,9,
24 252:4,5,7,12,
15,16 253:4,9,25
254:6,9,23,25
255:6,12,19,22,23
256:15

**that's**
12:5 15:4,7 17:11
20:6,25 43:23
44:21 45:8 58:23,
25 59:18 61:23
62:18,19 72:1,25
73:17 74:15 79:16
82:3 86:24 88:25
90:16 92:12 93:16
95:6 98:10 99:21
101:25 104:13,25
106:12,17,22
107:19 113:19,22,
25 114:3,17 117:1
118:10 122:9
127:19 128:3,5
135:23 138:17
140:22,24 142:19
143:16 144:19,25
146:24 154:17
155:12,23 162:7
163:8 171:2 172:1,
2 174:1 175:7
176:1 178:4,12
181:3 184:15
188:11 190:3,7
191:2,3,9 192:3
196:11 198:12
200:19 207:5
210:14 212:21
214:4 220:2
221:19 222:6,22,
23 223:18 224:15
226:20 228:4
229:18,19 231:3,
10,21 236:3,19,24
237:1,18 238:11
240:11 243:20



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

247:3 249:4 250:7, 12 256:17,20 257:13

**theft**
202:7

**their**
27:1 36:8,21 44:8 49:11 60:25 65:20 71:22 84:13 97:23 100:19 128:24 150:7,15 174:21 199:16 225:6,7 248:8

**them**
6:19 21:24 34:20, 25 44:7 46:10 49:14,16 56:13 61:8 63:23 65:19 66:1 70:2 71:18,23 80:22 83:10 89:11 97:20 99:13 104:11,24 105:2 113:14,18,19 114:2 122:16 123:5,17 128:14 131:2 133:7,25 137:11 140:2 149:6 155:6 156:20 157:5 170:16 174:22,23 183:19 186:7 188:8 198:8 204:22 209:1 215:19 218:14 220:2,4,8,10 241:17 244:16,19 247:24 248:10,13 249:4

**then**
7:1,4 13:7 14:5,14 19:5,20 20:3,11 22:15 24:5,13,17 27:2,12,20 28:5 29:17 32:4,8,18

33:22 34:14 37:17, 24 38:3,5,17,18 40:9 42:12 43:11 44:3,9,15 46:21 47:21 48:2,6,7 52:4,5,10 53:6 54:6 55:19,20 56:2 57:5,7 58:16 59:4, 11 60:4,19,22 61:21 62:3,16 64:20 65:1 68:1 70:15 71:18 74:21, 23 75:19 78:2,17 79:19 83:17 85:1, 15 86:4 92:2 93:13,17 94:23 97:5,16 100:4 101:2 112:18 120:5 123:22 124:22 126:12,22, 24 127:20 128:1 129:14 131:4,25 132:18 133:20 135:16,17 136:1, 13,21 142:4 145:10,11,17 152:1 155:9,22 157:20 159:12 166:18 167:8 168:23 169:9 174:6,9,10,17,18 175:2,10 177:24 178:12,23 179:16 181:17 182:16,19 183:10,18,21 184:10 187:7,8 188:13 189:2,6,12 192:14,17 194:4 198:18 199:13 203:7 206:14,25 208:7 209:8 213:19 214:1,6,15, 16 215:6,8,9,16 219:7,23 226:18 227:20 229:14,15 230:25 231:5,21,

24 233:15,16,17, 20 234:1 236:20 240:22 241:6 243:1,14 245:13 257:10

**there**
9:11,12,14,24 10:5 14:11,20 16:22,24 19:23 20:6 23:14 25:3,12 27:13,19, 20,24 28:3,4,5,20, 21,22 29:4 30:17, 18,23,24 31:6,10, 14,17,23 32:18 33:15,16 34:19 36:5,10,11 37:9, 18,25 38:8 39:7 40:15 41:15,16 42:12 43:18 44:2, 5,6,7 45:23,24 46:12 50:23 52:9, 15 53:1 56:5,21,22 57:23 59:6 63:22, 25 64:5,17,24 66:6,9,11 67:25 68:13,14 69:4,24 70:17 71:2,19 72:22,23 73:14,24 74:15 75:1,8 76:9 77:9,11,25 81:9,10 82:14 83:8,11 86:8 87:8,17 89:2,5 93:3,7 101:14 105:17 108:12,21 113:17 114:24 115:16,18 116:24 117:4,8,13,20 122:5 126:5,9,22 127:3 130:19,22, 23 133:3,15,19,24 138:13,23 140:12, 14,16 141:3,10,14, 25 143:17 145:15 149:22 150:9,10 152:17 154:4

158:3 159:20 160:13 164:23 168:1 170:6 173:12,15 176:8 178:2,3 180:1 181:9 182:10,15 183:18 184:22 185:6,7,15,25 186:5,15 187:10 189:3 193:22 195:10,13,23 197:8,12,17 198:3, 9,11 200:13 203:12,13,21 205:19,24 206:3, 16 208:24 211:25 212:2,3,4,5,18 225:12 226:6 227:3 228:9 229:11,12 230:22 233:10,15 234:7,8, 19 236:13,15,17 238:3 241:21 242:16 243:9,13, 14 245:2,7 247:13 248:25 250:13 251:11 254:8,12

**there'd**
184:24 185:17

**there's**
16:21 18:6 19:22 23:23 63:1 64:2 84:23 96:20 109:5 111:17 128:15 131:14 136:21 140:13 141:17 144:20 170:23,25 174:24 176:10 194:22 196:19 197:19 198:1,14 205:25 224:4 246:21 247:15,18, 19 248:3 256:25 257:7



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**thereupon**
5:20 46:16 78:12
86:17 135:4 138:3
146:20 150:23
152:20 153:6
161:7,18 172:25
204:12 214:21
217:4 220:21
223:15 224:11
241:11

**these**
33:19,24 34:5,12
42:20 43:25 50:17
66:24 71:11 80:14,
18 83:22 89:1
152:10,13 153:25
155:12 173:12
189:16 201:10
203:23 207:8,17
208:16 214:18
221:2 229:23
234:16 239:7
242:5

**they**
33:4,5 34:7,8
36:12 38:24 39:6
44:20 46:5 56:11,
12 65:17,25 66:2
70:22 71:12,13,16,
20,21 77:13 87:11,
23 92:21 100:1,11,
15,17,19 104:22
105:2,19 106:1
107:10 108:2,3
113:19 114:2
128:22 130:19
131:12 133:7,8
137:9 139:22,23,
24 142:16 150:15
157:25 158:4,12
165:11 170:16
172:4 174:21
181:2 185:20
187:4,9 195:3,9,19
204:20 207:13,14,

25 208:1 209:11
219:7 220:12
226:4 241:25
245:23 246:17
247:18 248:16,17,
19,22 249:3

**they'd**
37:3

**they'll**
65:6

**they're**
73:13 87:20 105:3
138:9 141:18
153:23 201:8,11
248:13,23,24,25

**they've**
114:8 201:13

**thing**
97:23 98:25
127:20 131:16
140:19 195:3
203:1 214:1
226:11

**things**
35:17 54:18 57:24
58:16 63:18 141:3
154:15 156:25
183:18 186:5,15
187:13 189:16
201:14,24 211:21
229:6 230:6
234:19 245:17
251:8 255:25

**think**
14:1 19:16 24:12
25:2 28:4 39:20
44:13 45:8 48:9
72:11 81:9 117:18
123:7 132:3
135:22 136:9
137:20 140:9
158:2 188:20
192:23 193:1

195:16,17 199:12
202:15 204:17
210:13 255:9

**thinking**
212:10

**thinks**
214:8

**third**
32:5 82:21 135:11

**this**
5:13 9:2,5,12
18:12,20 19:3
21:13 30:3 36:12
48:9 49:17 55:5,7
57:10 61:10,18
62:24 65:18,23
74:1,19 85:3,5
86:24 87:3 88:1,5,
8,13 97:3,4 100:10
102:17 103:19
105:1 106:20
107:22,25 110:14,
18 111:8,12,20
112:4 114:5,9
116:13,24 117:22
130:9,19,24,25
133:12 135:9
138:5 139:11
140:21 143:12,13,
14 144:21,23
145:19,23 146:6,7,
10,14 150:19
151:2,23 152:1,24
153:13,14,21,22
155:16,17 156:3
157:8,9 160:6
161:13,22 162:8,
13,14,18 163:4
164:22 169:15,23
170:10 171:5,6
172:6,10,13,17,22
173:3,7,10,18,19
175:13 178:12,16
181:7 187:19

196:11,16 198:9
201:11 202:11
208:17,22 209:2,
18 214:1,24
217:10,11,12,20
219:23 220:23,25
221:4,16 222:3,20,
23 223:1,21,22
224:4,20,21 226:5
234:11 240:3
241:18,20 242:15
244:7 254:3 255:4

**Thomas**
33:9

**those**
7:21 10:7,8,11
11:3,8,17 12:21
14:2,5,22 18:22
19:12 20:19 21:22
22:1 25:9,16 38:23
40:6 44:16,19
56:24 64:8 70:12,
19,20 75:9 79:12
87:9,18,21 89:12
92:22 93:11,13
99:2,12,15,20
100:5 108:8 109:3,
6,11 113:8 115:11
119:12 130:20
131:10 137:1
154:3 157:23
165:5 168:10,15
171:19 178:4
181:14,21 189:5
198:4,5 204:15,18
206:4,8 215:3
216:1 228:15
239:17,23 240:11
243:7 244:13
247:5 248:9,15

**though**
7:4 12:14 26:12,16
38:22 66:12
112:12 154:3
160:9 197:24



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

205:14 237:25
245:19 251:15

**thought**
56:13 85:13
192:21 196:5
202:15,23 210:6,9
211:8,10 213:23
253:4 256:15

**thoughts**
31:16

**thread**
217:10,21

**Threads**
252:9

**threaten**
54:22,24

**threatened**
55:1 140:23
143:24 213:6

**threatens**
213:3

**three**
9:12 19:7 40:4
41:11 42:25 43:5,
10,18,20,21 49:10
67:14,15,19 72:11,
17,24 77:11,12,14
109:2,3,6,11
111:13,18 112:17
113:4,9 132:25
135:24 140:24
154:6,7 155:5
160:25 163:11,23
164:14 198:9
202:12 210:8

**threw**
156:20 160:1
185:12

**through**
5:10 6:18 16:6
17:8 44:23 45:5,15

47:5,12 53:25
55:22 59:16 60:13,
14,16,21 63:22
64:18 65:9 72:14
74:17,18 86:3 87:5
94:10 103:15
104:22 112:21
119:20 126:14,15,
20 127:6,19,22,23
128:17 129:15
137:13 150:22
152:9 158:6
174:10 180:20,24
181:12 182:20,24
187:25 214:3,7,15
217:3,8 218:20,24
243:18 245:10,12,
17 247:2,10,20
249:14

**throughout**
16:7 24:3,6 109:18

**throw**
185:24

**thrown**
160:6

**Thursday**
44:9,11,15 45:19,
20 117:25 118:2,4,
5 131:8,12

**Tibby**
93:2

**tie**
174:21

**tied**
27:10

**tighten**
234:20

**Tiktok**
18:10,11,19,20,22
19:5,8,12 20:15
98:18 105:15
252:8

**till**
43:9 52:15 56:4,5,
21 176:9 243:18

**time**
7:10 18:6 22:4,10,
20 29:14,17 30:8,
17,24 31:2,9,13,24
32:2 33:4 35:23
37:21 38:23 40:3,
4,25 41:18 44:1,3
48:14 49:17 51:16
52:3,21 53:1 54:2
55:5,7,19,21
56:17,21 57:11
58:6,10 59:16
61:2,3,10 62:3
63:5 64:25 67:18
72:14,22 73:5,6
74:4 75:13 76:16,
20 81:20 82:6 91:7
93:8,19 96:14
97:11,25 98:13
102:18,19 103:5
105:25 108:21
111:4,15 115:4,22,
23,24 116:13
120:11 121:18
122:12 124:19,20
125:18,19 126:1,
10 128:10,11,12,
16 129:4,11,17
130:2,11 132:13,
17 133:12,23,24
138:12,13 142:5,
14 143:7 163:5
165:19 168:11
169:10 170:3
178:1 179:23
180:9 182:20,21
183:23 184:2,9,11
186:21 187:20
188:1,7,8,18 190:1
194:6,8 195:15
197:8 201:2,4,5
202:14 203:9

204:8 208:12,17
209:9 210:4,21
217:10 221:23
222:13,15 227:25
228:5,6,7 229:10,
18 231:8,10,11
233:5 234:1,6,15
236:13,17,21,25
237:1,2,10,12,21
240:14 242:20,21
243:15 244:7,9,11,
13 245:2,7,19
246:12 249:13,20,
23 250:14 251:18
254:4,10,14 255:2,
10,13

**timeframe**
20:25 24:4 25:23
28:25 33:17 43:12,
14 56:17 62:6
100:19 242:14,19

**timekeeping**
63:2 93:16

**timeline**
220:3

**times**
27:25 33:10 35:3
36:20 44:4,6 56:6,
20 66:7 69:24
95:12 104:7 114:8
115:11 122:19
155:13 170:25
173:16 176:6
186:15 191:20
201:1 202:17
208:11 209:14,15
210:11,12 241:24
243:12 246:2
247:21 254:1

**tinkering**
33:20

**tips**
19:9,10



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

**tired**
  90:12 183:8

**title**
  50:11 160:4

**today**
  6:22 8:16,22,25
  74:19 85:22 165:1
  173:21,22 208:20
  241:23

**together**
  35:22 49:9 63:13
  65:17 73:19 74:1
  76:12,15,21 77:1,9
  79:24 125:20
  137:9 158:22
  167:9 200:4 227:5
  244:10

**told**
  15:17 48:6 53:17
  54:10 56:2 57:7
  59:5 72:8 84:10,21
  87:14 95:16,25
  96:4 97:7 105:1
  113:14,17,18
  114:2,10 117:19
  126:13 139:8
  141:17 142:20
  150:4 156:20
  158:5,8 160:9,10
  173:20,22 175:5
  181:4 191:20
  192:3 195:24
  196:22,23 200:22
  206:1 208:19
  215:18 216:8
  220:4 225:9

**ton**
  189:8

**took**
  8:18,25 28:14
  64:11 71:20 72:18
  97:22 100:1
  107:19 110:16,19,

**20** 120:7 151:13,
  16,19 157:19
  216:15 223:10
  232:23,25 233:2,
  12 234:4 235:14
  247:13

**top**
  31:20 34:1 54:7
  144:22 195:23
  200:22 213:4
  221:3 222:21
  228:19

**total**
  10:12 87:11 168:5
  169:9 187:22

**totals**
  168:17,20 172:4

**touch**
  54:13,20

**touched**
  139:9,14,17

**toward**
  223:2

**towards**
  88:1,4,23 193:3

**town**
  154:16,17

**toys**
  201:21

**tracking**
  63:20

**trade**
  34:25 43:18 45:24
  56:8

**traded**
  159:7

**traditionally**
  58:5

**transcript**
  6:11

**transfer**
  88:14

**transferred**
  87:14 225:13
  226:6,15,18
  238:11 241:4

**transferring**
  238:14

**transfers**
  87:8,19,20,21
  89:1,3 218:4,6,12

**translated**
  187:11

**transport**
  71:24

**transportation**
  15:12 235:15,16

**traveled**
  120:1,3,6 193:12
  219:2

**traveling**
  53:22

**treatment**
  102:13 111:9

**Trek**
  98:14

**Trevor**
  40:8 61:15 93:3,14
  186:17

**trial**
  9:2 135:23,24,25

**tricks**
  19:9,11

**trip**
  72:7,9,10,23 73:2
  79:4 80:15,24 81:4
  82:18,19 83:3,5
  108:15 157:9
  195:24 196:16

**trips**
  19:11 78:22,23,24
  82:20 83:7,22
  120:7 194:17
  223:10

**Tropic**
  91:11 96:8 97:6

**trouble**
  45:25

**truck**
  54:7

**true**
  108:18 109:21
  118:10 134:12
  137:13 147:1,10,
  17 171:18 196:11
  204:18 229:19
  249:8,25 250:7,12
  252:6 257:13

**trust**
  81:2 146:16

**trusted**
  210:18,19,20

**truth**
  8:19,22,25 139:19
  204:22 216:7

**truthfully**
  8:16

**try**
  6:6,16,17 7:10
  111:25 112:17,19
  114:8 121:14
  137:9 138:18
  201:23 202:3,6
  223:8 239:12

**trying**
  20:24 30:24 57:25
  60:24 79:25 80:1,
  2,3 116:18 117:16
  119:22 121:17,22
  122:11 128:23



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

139:4 141:16,18,
23 146:6 169:15,
23 170:2,9 171:5
177:12 178:7,14
181:6 182:7,21
187:18 199:10
224:5 234:10,15
235:4

**Tu**
44:8

**Tubbert**
7:22 8:7 23:25
49:2,12,13 50:22

**tube**
232:2

**Tuesday**
44:9,15 45:18
118:3,5

**Tuesdays**
118:6

**turn**
82:1 152:10
159:16,17 198:16
230:14,16 231:16,
19

**turned**
67:17 100:13

**TV**
98:14 224:1,2

**twice**
52:1

**Twitter**
252:9

**two**
10:4,7,8,11 21:18
27:5,20 28:3,12,20
31:7 33:16,19
38:12 49:7 51:12
55:22 58:19 70:17,
19 73:16 74:22
75:8 77:12,14

78:21 79:2,5,6,12
80:20 81:4,10 83:4
85:15 87:8,17 89:1
100:10 120:16
129:2,6 132:8
136:22 143:15
145:19,24 146:8
172:3 177:25
178:1 194:24
195:18 200:3
202:11 204:1
207:18 209:15
219:23,25 221:25
222:2 227:19
232:22 234:14,19
235:3 238:2
242:15 243:5,7,13,
14,16 244:1,9

**two-and-a-half**
235:6

**two-page**
153:5

**two-week**
82:19

**typical**
126:15 174:2,3
176:13,14,15,16
177:9 187:5

**typically**
173:23 174:13
176:5 186:20

---

## U

**ultimately**
139:24

**Um-hum**
43:22 47:2 49:22
82:2 92:11 96:10
159:10 160:21
169:8 176:12
188:10 231:2
243:19 246:10

255:8

**un**
16:9

**unable**
101:11,13 163:10

**unbelievably**
127:13

**under**
16:9 69:12 82:7
99:16,21 105:22
107:4 112:16
114:5,22 173:22
220:9 232:19
240:3,8 251:13

**underneath**
159:25

**understand**
6:5,7 8:18,24
57:25 84:9 99:20
111:11,16,25
112:1,4,8,16
113:7,10,12
117:14 129:5,25
130:8,10 136:10
139:24 141:6,16
142:12,23 145:23
147:19 163:9,19
164:7,8,10,13,15
165:4 170:19
175:14 176:10
177:12 178:7,14
181:6,8 185:6
187:24 199:10
254:25

**understanding**
52:24 54:1 111:20
114:5,6 120:25
136:14 144:14
148:23 170:10
173:8 218:23
234:10 242:5

**understood**

54:4 149:6 170:21
173:17 186:4

**Unfortunately**
219:22

**uninspected**
12:9

**unit**
151:13,14,15,17
167:4,6 176:5
198:15,22 232:22
233:16 234:3
247:8 249:11

**units**
34:22,24 38:13,19
50:13 103:2 187:4

**Universal**
5:8

**University**
42:13

**unless**
45:23 124:15
141:21 247:15

**unpack**
30:3 199:13

**unpacking**
199:11

**unpaid**
168:5,18 169:9
172:4

**untied**
233:5

**until**
12:19 25:25 29:4
34:7,14 35:7 37:5,
14,18 43:13 47:24
52:4,5,17 56:16
57:10,12 58:2,6,
14,21,22,24 59:7,
8,16,22 60:11,12
62:5,6,24 63:2
65:1 68:8 92:1,20



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

94:4,5 95:1,2,3
120:16 127:4
129:9 130:21,23
131:22 172:6
174:9 176:3,4,25
180:2 189:3,21
190:17 211:3
218:15 220:4
222:21 238:4
240:19 242:25
243:7,13

**unusual**
174:20

**up**
17:21,23,24 18:9
20:3,10 24:13
28:1,10,18 32:13
34:7,8,13,17,25
35:11,14 37:4
38:24 40:1 44:10,
11,14 45:19 56:7
58:22 59:5,8,16
61:1,25 62:1,5,14,
24 63:3,16,22 64:4
65:8 67:3,15 69:15
71:17 73:16,18
77:2,8,15 78:9
95:11 97:16 98:3
100:16 101:8
102:1 106:5,9,10
107:15 115:16,25
117:24 118:6,13
119:16,18 120:9
121:4,8 123:5,17
125:11 127:5,8,24
128:24 133:21
148:2 150:7
154:15,17 157:15,
20 166:9 174:21,
22 175:2 176:3
180:16 184:5,10
187:10 189:2
190:17 193:18
195:21 197:7
199:20 202:8,13

203:3,4 204:1,5
217:25 221:3
229:5,7,9,10
233:25 245:16,18
246:5,20,21

**update**
100:20

**Updated**
161:21

**upgrade**
22:7,9,23 23:1,4

**upgraded**
22:5

**uploaded**
99:2

**UPS**
60:24 117:10
186:25

**upset**
67:16 95:13 126:7
141:2

**upstairs**
27:21 28:4,7,13,15

**urgent**
158:14

**us**
7:8 12:24 15:17
30:10,11 33:8
38:12 48:6 52:2,7,
15 56:11 58:20
62:3,18 65:3 66:9
67:20 73:17 79:3
80:13 81:14 87:14
114:10 117:19
130:20 131:21
151:3 156:5
173:22 174:24
175:5,16 191:20
192:3 198:14
200:12 206:1
218:24 225:5

226:4 234:16
239:22 240:2
244:14,16 253:21

**use**
16:10,17,22 17:4,5
21:19 23:7,24 24:3
25:6 27:12,14,16,
19 28:3,6,12,14
91:22 109:22
119:11 125:22
134:7 140:10
198:21 201:23
251:22

**used**
5:12 16:1,14 23:12
24:8 25:1,16,21,24
27:23 28:22,23
33:14 75:9 91:20
99:22 166:23
219:15 224:24

**uses**
28:17

**using**
15:21 29:2,6
129:10 197:17,19
252:4

**usually**
35:25 56:18
126:18,21 127:2,
23 129:18 132:10
174:15 182:25
186:2 189:22
248:22

**utilities**
71:7,8,15 75:2
78:18

**utilizing**
245:23

---

**V**

**vacation**

31:18 72:23

**vacations**
78:20

**vaccinated**
61:17 120:21,22

**vaccination**
121:5

**vaccine**
121:6,7,8,13,15,23

**vaccines**
120:11 177:4

**vague**
104:13

**Valley**
10:18

**value**
90:21

**valve**
185:25

**varied**
183:3 188:16

**various**
12:3 16:6 53:18
57:23

**vehicle**
12:9

**vendor**
35:11 65:16,18

**vendors**
35:11 65:13 66:24
91:23 185:9

**verbal**
142:25

**verdict**
134:25

**Verizon**
15:25 16:5,8,9
130:1 238:21



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

240:18,19 241:1

**versed**
213:25

**version**
161:21 214:16

**versions**
234:24

**versus**
251:21 255:10,14

**vertical**
172:2

**vessel**
9:16 12:9 194:21

**vessels**
37:4

**video**
140:12,13 149:21,
23,24,25 150:2,7
198:11,18,23
199:7,15,18
219:17 231:23
232:19,21 233:24
234:2,9,12,13,21,
25 235:3,6,8
249:10

**videos**
19:7 63:5 67:22
98:23 105:12,13
148:3,10,16,19,25
149:13 198:1,5,6,9
199:11 232:14
233:23 234:16,18
248:8,9,16

**view**
193:23 255:25

**violate**
145:3,4,5 146:11
213:20

**violated**
146:16

**violation**
144:7,16 213:24

**violence**
139:7

**Virgin**
33:8

**visit**
29:24 30:6 31:4

**visitors**
109:23 110:7,8
176:18

**visits**
157:20

**voice**
140:16

**vol**
145:3

---

**W**

**W2**
46:7 94:2

**W2s**
46:10 92:20

**wage**
150:19 155:13
162:14,21,23
164:19,20 197:3
200:23 211:17

**wages**
84:2 85:3,9 111:17
112:1,18 137:15
141:5 153:23
162:4,8,11,12,19,
20 165:2 167:19
168:5,10,18
169:10 172:5,14,
15 207:8,9,14,17,
19 208:2,3 210:6,
9,10 211:6 244:18

**wait**
12:12 49:25 83:8
93:7 144:18 190:2
199:17 211:9
229:22

**waited**
211:3,7,8

**waiting**
44:4,7 227:23
229:14

**waive**
257:16,17,19,20,
21

**waived**
257:25

**walk**
143:6 194:5 204:8

**wallet**
84:18

**want**
6:24,25 29:22 30:3
31:8,10 38:6 39:20
56:13 59:5,7 80:6
82:8 86:19 89:22
100:18 110:23
113:16,18,22,23,
25 116:8 118:20
123:5 130:18,19
132:11 181:7,8
188:2 192:8
202:22 242:11
247:24 251:16
252:10 257:15

**wanted**
16:25 19:25 29:10
48:21 56:12 64:23
84:25 85:6 86:4
89:24 115:8 117:4
118:24 121:5
150:11 160:1,23
166:24 186:1
188:25 193:19

195:13 201:21
202:17 226:4
233:17 251:15

**wants**
228:7

**warehouse**
27:24 28:5,7,8,9
29:3,7 36:12
39:10,24 40:2,4,
10,17,18,22 41:6
45:10,11,12 47:23
48:3 61:12,14,16,
24,25 62:2,17
63:14 66:5,6 68:10
104:23 125:11
127:3 128:9
151:24 176:4
179:9,10,11,14,20,
24,25 180:13,14,
25 181:5,11,15,23
182:14,19,23
184:10 186:22,24
187:21 190:11
202:24 203:3
231:6 243:3

**warning**
39:15

**warrant**
196:1

**warranty**
159:16

**washer**
224:21,23

**wasn't**
20:7 21:16 27:25
29:9,22 33:11
43:18 59:17 94:12
96:1 100:17 103:4,
6 108:10 117:7
119:8,14 133:3
150:2 157:11
167:19 174:2,20
176:14,15 177:5,7

**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

178:16 187:8
195:14 202:2
203:21 206:22
210:3 212:6
219:12 220:3
229:11 232:11
236:18 237:22
250:22 252:17,21,
24 253:16 255:23

**watch**
129:19,21,22,23

**watched**
33:6

**watching**
248:8 255:4

**water**
12:24 13:16,18
65:19 70:12
233:18,21,22
234:1 236:21
237:1,3

**Waterart**
12:23

**watermaker**
107:19 151:6,8
152:3 166:25
167:2 231:24
232:17 236:12,20
247:8 249:10
251:12

**watermaker's**
247:2

**Watermakers**
17:8 18:12,23
19:1,6,9,11 20:6,9,
16,18,24 21:4,6,16
24:14,17,23 48:6
50:17 56:12 99:9,
23,24

**watermakersllc@
gmail**
24:22

**watermakersllc@
gmail.com.**
24:15

**way**
6:6 29:10,21 33:5
43:19 44:17 46:12
54:11 60:16 62:19
93:2,6 94:10 107:6
115:21 122:5
142:10,20 146:10
161:13 175:21
184:5,25 200:12
217:23 233:23

**ways**
110:14 182:7

**we**
5:3 6:19 7:4,6 8:21
9:5 10:7 14:19
20:11 23:14 26:4,
23 27:3 28:8 29:4,
24 31:1,7 33:14
35:14 36:2 39:4,14
40:2,3,4,24 41:15,
19 45:12 46:12,20,
23 47:25 49:10
50:19 51:25 52:8,
9,13 55:18 56:3,5,
6,8,19,20,23,24
57:2,3,4,5,15 58:8,
18,20 59:3,15,16,
24 60:2,19,25
61:14,15,24 62:7,
10,11,14,15,16,20
63:8,9,13 64:17
66:16 71:16,18,22,
24 72:6,8,14,15
73:7,18 74:6,13,
21,22,23 78:16,18,
22 79:2,24 80:12,
13 81:13,14 82:21
83:9,10,17,19,20
84:11 85:22 86:12
87:13,24 88:12,17,
18 91:11 92:6,15,

20,24 93:1,2,3,5,6,
13 96:7 97:17,23
99:4,5,13,19 100:3
107:25 108:11
120:14,19 121:1,9
122:3 125:19
126:2,18,20,22
127:2,3,12,13,23
128:13 129:1,3,13,
14 131:14,19
132:3,6,10 133:7
137:25 141:20,24
143:13 146:15,18
147:22,23 151:3
155:15,19 158:16,
18,22,23 159:8
161:4,10,11
162:15 163:22
164:20 165:8,10
166:16,17,18
167:21 171:2
174:6,18,21
175:12,15 176:8
177:21,24,25
178:2,4 179:5,7,13
180:6,9,10,21
181:13 182:2,3,7
183:8,23 184:3,5,
25 185:21 186:16,
17,18 187:3,23
188:4,18,19,25
189:1,2,3,6,11,14,
20 190:9,11,16,21,
22 191:13,14
192:6 193:4,12,17
195:23 196:8
198:6 199:15,17
200:8,13 202:15,
20 203:1,2,6
204:22 206:4,9
210:18 214:1,15,
16 215:7,21 218:2
219:1,2,4,17
224:22 225:25
226:1,3,12 227:5,
20 233:15,20

234:7,9 235:3,18
237:7 238:1,5
239:12 240:1,5
241:7,20 242:20
243:13 244:13

**we'd**
57:18 97:20 100:5
182:15 253:15
254:17

**we'll**
6:17 128:15
257:19

**we're**
6:3 19:15,16
85:21,23 94:17
102:8 107:23
116:6,13 129:24
151:10 158:17
165:1 169:4
173:20 176:13
179:4 187:20
191:9 198:15
209:14 236:19
238:7 241:9 248:2
251:4,5

**we've**
99:17 171:24
181:25 239:17

**wearing**
157:11

**weather**
121:11

**web**
198:1

**website**
18:6 189:12
197:12,13

**websites**
119:9 152:10,13
197:24

**week**



**UNIVERSAL
COURT REPORTING**

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

31:17 32:5 43:21
44:4,5 60:17 83:15
93:25 96:12 97:12
98:2 108:7 109:7
114:21 115:2
116:21 117:22
126:16 130:12,15
131:7 133:3 154:4,
9 155:5,8,9,23
163:1,6 169:13,14,
16,19,20,25 170:1,
4,5,10,22 171:7,
11,12,13,19 174:2,
4,17 175:17
176:13 178:23
181:25 186:9,20
187:12,16,19
189:5 192:12,15,
18 209:16 243:5,8,
17 244:1,4

**weekdays**
60:15 129:16

**weekend**
72:1 126:22,24
127:2,20 130:16
131:9 181:25
184:1 189:18

**weekends**
56:23 60:19,22
126:19 188:13,14
192:3

**weekly**
92:20 153:25
154:1

**weeks**
37:21 61:5 79:5,6,
12 93:4 133:1
135:24 168:23,25
169:7,11 171:6
172:21 177:17
178:17 194:24
196:7

**Wells**

87:4 89:14,20
92:15 219:19,25
220:8,20 221:1,5,
9,12

**went**
32:5,6,7,8,24,25
33:3 39:3 41:15,17
42:10 55:22 58:10
60:19 62:10,16
68:1 72:2 74:12
78:9,22 79:2 82:21
87:17 93:13 95:6,8
105:25 106:3,19
108:1 110:18
114:15 116:17
120:13 122:3
125:25 128:3
132:3 152:13
154:14,16 155:15
158:16 170:20
177:18 181:8
182:2 203:4,22
212:14 214:15
224:22 227:15,16,
17 240:7 245:16
249:10

**were**
9:1 10:11 14:2
19:20,23 21:15,22
23:7 24:1 25:9
26:8 27:20,21
28:3,20 29:2 31:16
33:4,5,18 34:12,13
35:22 36:11,12
40:6,9 45:12
47:10,21 49:4
50:23 52:11,13
56:6,12,20 57:2,
15,23 58:11,18
59:8,24 60:22,25
61:8,11,12,14
62:6,9,12,13 63:8,
9,13,15,24 64:10,
12,14,17,20 65:2,8
66:16 67:6 68:13,

14 69:4,20,24
70:12,17,20,22,24
71:11,12,13,16
72:4,15,22 73:4,7,
8,16 74:6 75:5,8,9
76:12,15,16,18,21,
25 77:4,8,15 78:6
79:13,17,22,24
80:13,14,15,20
81:10 83:17,20
87:23 89:5 91:11
92:6,21,24 93:1
94:9,14,20,25
95:13 96:5,7,11
97:6,11,14 98:2,
11,15,16 99:2,6,16
103:3 104:23
105:2,17,19 108:5,
6,11,12,18,21,25
109:5,7,10 110:10
111:4 114:17
115:6,13 116:14,
15,19 117:15
118:15 119:15
121:10,12,14,21
122:6,7,15,21,22
123:7,8,15,19,24
124:2 125:19
126:2,3,5,20
127:12 128:22
129:10 130:6,11
131:12,13,14,19
132:19 133:3
137:10 139:4,11
140:8,11,22 141:3
142:6 143:8,9,13
144:15 148:16
154:5,12 155:5,10,
22 156:7 157:3,23,
25 158:22,23
159:8,22 160:12
162:3 165:3,8
166:10,15,17
167:8,21 169:21
172:3,9 173:12
174:8,18 175:12

176:8 177:25
178:3,4 179:5,7,24
180:6 181:2,4,13,
22 182:2,3,13
186:5,9,15,17,20,
25 187:1,4,17,19,
20,22,23,25 188:4,
9,14 189:3,6,17,19
190:6,9,13,19,22
191:6 192:4,6,11,
14 193:5 195:23
196:6 199:15,24
200:4,8,13 202:4,
5,16 203:2,18
205:3 207:8
209:11,23 210:5,
10,13,16 213:16
220:12 221:24
222:5 225:21,25
226:1,3,12 227:20
229:12,23 230:9,
18 231:8 233:6,21
234:12 235:5,17,
18 236:11 239:12
242:16 243:6,13,
17 244:4,13,19
245:6,8,23 249:13,
14,18,22 250:2,3,
10,15,25 251:5,18
252:4,11,12,14,22,
25 253:1,9,23
254:4,10,15,18
255:7,10,13

**weren't**
29:20 56:8 93:21,
23 107:10 111:5
117:17 121:9
141:14 158:4,19
162:7 179:13
190:20 194:12
209:23 229:8,12
234:25 243:7
252:18,24

**what**
7:21 9:20,22 11:17



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels on 01/21/2025

12:7,21 14:22
15:21 16:3,12,19,
25 17:24 18:5,19
19:5 23:3,7,11
24:1,21 25:14,23
26:22 28:25 29:14,
18 30:20 31:16,22
32:22 33:1 34:10,
12 35:14,20 36:17
39:25 42:15,23
44:1 46:2 48:11,
17,24 49:11 50:11
51:22 52:22 53:3
54:3 55:6,14,18,
19,20,21 56:16,17
57:1,11,19 59:8,
11,21 60:5,10,14
62:7,9,11,13,18,
19,21 64:10 65:19,
23 67:2 70:22
71:7,10 72:25
77:24 78:2,24,25
79:12,17,22 80:1,
24 82:19 84:19
86:3,15 87:13,21
88:22,25 89:21,25
90:8,16 91:13,18
92:5 96:13 98:16
99:14 100:7,10,23
101:16 102:12
103:25 104:2,6,20
105:4,9,11,16
108:10 110:10
112:3 113:12,17,
18,19,23,24,25
114:1,3,25 115:7,
11,13,15 116:16,
19 117:11,13,14,
15 118:14 119:9,
10,11,15 123:25
124:11,18 126:15,
25 127:15,16
128:1,2,5,22 130:1
134:18 135:2,7
136:14 137:17,18,
24 140:25 141:1,

13,19,21 143:22
145:12 146:24
148:15 149:25
150:14,20 151:3
152:18 153:4
155:9 156:17,18,
21 157:4,8 158:8,
21 159:6,12,13
160:1,10,13
161:17 162:13,16,
17,22 165:12
166:13 169:16,19
171:6,12,19,24
172:3,21,23
173:20,22 174:1
175:5 176:2,21
178:8 181:8 182:7,
20,21 184:24
185:1,7 186:8,25
187:1,15 188:1
190:16,23 191:2,9
192:3,11 195:2,6,
18 196:22 199:10
200:7,10 202:6
204:11 205:9
207:13 209:17
210:9,13,20,24
211:18,23 212:21
213:10,15 214:4,
11 215:21,22,24
217:2 221:2,13
222:23 223:10,24
224:5,9,19 226:5,
20,25 227:9 228:4
229:2 230:9,10
231:14 234:23
235:3,4 236:3,22,
24 239:3 241:22
242:3,13,23 243:1,
10,18 245:22
246:19 247:9
248:23 249:18,20,
22 250:10,15,19,
24,25 251:5,22
252:2,12,13,25
253:21,22,23

254:14,18 255:2,3,
20,21

**what'd**
216:6

**what's**
7:17 8:8 9:8,18
16:22 17:1,12
101:16 124:5
144:14 162:10
169:13 170:4,9,10
173:7 181:20
183:13 214:19
223:20 224:14
231:14 256:25
257:1,11,12

**whatever**
82:1 112:21
118:24 119:23
184:19 194:10
202:12 203:18
234:2 244:18
252:9

**whatnot**
230:2

**Whatsapp**
74:16,17,18,20
95:13,22 141:9
142:1 230:7

**whatsoever**
212:4

**when**
6:9 7:6 12:10,15
13:2,21,24 14:5,14
15:13 16:1 17:24
19:12,20 20:25
22:4,20 23:21
24:4,5 25:11,21,25
26:10,13,17,18
27:17,21,24 28:7,
8,15,23 29:24
30:11 32:1,19,20
33:19 34:24 35:7,
8,19 36:2,4,15,20

37:7 38:25 39:8,
12,13,17 40:9,15,
16 43:8,20 44:11,
19,20,21 45:6,11
46:23,25 47:8,14,
20 49:2,5,24 50:19
51:18 52:8,9,11,
17,20 53:6,11,24
54:8,17 55:21,23
56:2,17 57:7,13
58:15,17,20,23
59:13,14 60:11,18
61:11,24 62:8,12,
20,21 63:13,19
65:5,12 68:1,5,9,
17 69:9,20 70:1,15
72:4 74:6 78:6
79:9,20 82:1,14,22
83:14 84:7 85:10
86:12 88:17 91:10,
11 92:3,6,14 93:18
94:4,12,16 95:1,6,
8 96:6,7 97:15
99:2,6 100:5,9
101:1 102:8
103:19 107:13,25
108:1,5,11 112:15
114:2,14,15,17
115:6,24,25 116:6,
11,14,24 119:8,15
120:25 121:12
122:2,6 123:15,25
124:19,21 125:1,7,
10 127:6,7 128:3,
5,9,21 129:20
131:8 133:8,12,13,
15,23,24 134:21,
23,24 135:23
138:17 140:9
142:8,16 143:12,
13 144:23 145:6
147:23 149:18
150:3 152:5,8
154:12,19 157:3,8
158:18 159:17
160:6 165:3,10,25



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

166:16,18 167:22,
23 168:8 175:22,
25 177:12,14,21
178:5,14 180:3,7,
11 181:4,20 182:2,
22 183:1,2 185:6
186:1,15,23
188:25 190:7
193:11,17 194:5
195:21 196:22,24
197:1 199:12,15,
22 200:10,25
203:1,4,17,22
208:4,5 209:1,7,8
210:9 218:15
219:5,13 222:7
226:12,14,18
227:2,6 228:9,20,
24 229:7,23
230:14,16 231:15,
17,22 232:2
234:11 238:25
239:10,11 240:7
241:20 243:10
244:12 245:6,23
246:18,24 247:18
249:8,10,13,23
251:8,11 252:11
253:1 257:1

**whenever**
35:22 53:25 57:11
100:16,19 253:3

**where**
10:17,19,23 11:3
17:12 27:17 28:18
33:6,16 34:1 41:24
47:20 56:6 63:3
64:17 69:24 70:9
71:14 72:1 76:21
83:1 104:21,25
107:1 110:18,19
119:13,14 121:22
131:4 137:3,4
144:21 156:11
158:14 179:14

184:23 187:20
190:1 195:9
198:19 214:2,17
217:22 226:6
230:8 233:6
234:24 235:15,16,
18 244:6 248:24
257:10

**Where'd**
9:24

**where's**
11:12 209:17,18
239:20

**Whereas**
201:14

**whether**
21:3 100:21 106:7
138:1 161:25
165:16 206:1
213:22 218:12
235:2 250:2

**which**
21:19 23:25 25:9
27:9,10 28:2 31:5
32:10 35:2 39:14
42:2 44:10 45:6
48:7 60:24 63:17,
23 65:18 66:14
67:6 69:3 70:7
81:19 83:12 88:5
102:15 107:7
110:15 113:22
117:18 118:6
120:11 121:10
123:20 124:20
132:14 137:7
138:22 139:3,7,11
140:21 145:17
146:9 149:17
150:21 151:11
152:9,19 156:4,8
161:21 162:20
165:1 168:2,9,19
171:24,25 182:7

186:5 193:5
196:16 198:6
199:12 204:3
206:14 207:21
208:14 214:19
215:1,2 217:3,7,12
219:9 222:3
224:10,21 233:8,
23 234:16 238:1
239:24 243:1,17

**while**
13:20 36:11 51:1,
7,12 67:25 79:17
80:5 97:6 101:22
108:12,18,21
109:5,10 118:15
119:15,17 121:18
126:4 137:23
138:9 166:10,14
180:17,25 181:22
182:13 186:21
188:21 189:10
193:12 197:3,6
200:3 205:3
219:14,16 227:22,
23,24 229:9,13
230:1 235:25
236:19 238:9
252:12,14,21,25
254:18

**whining**
63:15

**who**
9:14 38:9 40:6
50:24 55:10 64:11
67:18,19 80:13
81:16,17 93:3
107:24,25 126:10
145:8 187:14
188:16 195:16
196:9 197:8
199:19 201:20
204:25 228:7
239:8 240:25

**who's**
15:24 203:25
249:7

**whoever**
130:1

**whole**
51:15 72:22,24
73:5,6 81:4 83:5
98:13 194:6 214:1
227:25 228:7
236:5,7,17,19,20,
25 237:12 240:8

**whom**
8:6 152:6 205:25

**Whose**
237:16

**why**
13:13 20:6 21:9
29:6 54:15,19 84:9
88:11,15 93:16
95:5 101:13
102:24 103:11,12
105:23 107:19,20
119:5 134:10
140:11,24 144:10,
14 145:4,23
146:10 154:17
168:12,15 170:20
171:2 172:3,4,11
181:17 194:11
197:12,17 200:13,
16 205:17,21
206:16 208:24
210:14,16 211:9
216:10,17 218:25
223:5 224:17
225:7,13 239:1,18
245:5 256:20,23

**wife's**
254:13

**will**
35:23 64:15 69:3
96:3 99:13 150:20



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

220:19 223:13

**willing**
29:9,20,22

**wishes**
142:22 216:1

**with**
5:8 6:9 7:6 9:14
10:5,8,13 11:22
12:25 17:5,9 19:9
21:15 23:8,14,16,
17 24:1,2,10 29:9,
20 30:8,10,13
31:1,7,18,19,20
32:1,24 33:13,21
34:2 36:19 37:3,4
38:12,13 39:5
41:1,4,7,11,12,20,
25 42:12 46:2
47:21 50:20 51:2,
12,15 52:2,5,7,15,
16 54:13,20,24
55:12 60:24 61:1,
14 63:8 64:9 65:3,
7,8 66:25 69:6
70:4 73:17 75:5,14
77:15 78:3,5,6,24
79:3 80:8,12,15,
21,22,25 82:20
83:7 84:6 85:6
93:10,13 95:9,23
97:13,18 99:25
100:22 101:1,16
102:2 104:17
105:14,19 106:11
107:20 109:13,14,
16,17,21 110:4
112:19 114:5,6,8,
16 115:22,23
116:17 118:7,15
120:1,8,9,13,16
122:3 125:25
126:10 131:1,6,21
132:20,22 133:13,
24 136:6 138:14,
15,24 140:18

143:25 144:15
147:16 148:1,5
149:19 150:13,19
154:18 155:10
158:11 159:12,13
163:1 165:3
166:11 168:17
170:2,21 172:12
173:15 174:22
175:19 176:23,24,
25 177:6,22
182:10,16 188:7,
23 189:10 190:23
191:19 193:18
194:12,18 196:3,
19 197:19 199:3,
16,24 200:12,14
201:18,19 202:3,4,
5 205:3,15,22
207:4 208:23
213:3,6,9 216:25
217:25 219:6,7
220:11,17 224:22
225:5 227:16,17,
18,24 228:9,15,24
229:9,13 230:9
232:21 233:16
234:16 238:5,10,
21 239:10,11
240:2,22,23
241:17,24 243:11
244:14,16,19
245:19,20 249:8

**within**
29:23 135:24
151:2 219:24

**without**
134:5,8 176:18
184:19 188:1
202:1

**witness**
5:22 7:25 29:12
46:12,15 49:22
66:22 143:20
152:24 153:1

205:7,10,18
257:24

**witnessed**
93:17

**witnesses**
205:20,25 215:16,
18,21 216:1
241:15

**won't**
249:3

**word**
18:7 93:13

**words**
71:12

**work**
24:9 25:1,3,16,22
27:8,13,24 29:9,
20,22 31:21 32:1,
24 39:6 41:24
47:17 48:5 50:18
52:3,23 55:20
56:4,9,16,21 58:1,
13,21,23 60:11
62:10 72:3,24
74:20 79:13,17
80:24 86:5 89:22,
24 90:9 95:7,9,14,
19 97:3 98:17
106:1 114:4 116:3,
4,22 118:20 121:6,
12,14 124:2,3,6,
11,18,19 125:9,10,
25 126:15 130:10,
15,19 131:10,22
132:20 133:13
142:2,7 147:14
154:8 173:23
174:2,4,9,11
175:6,10,17 176:1,
3,13,14 178:13
179:17 183:19,23
184:11 189:20
191:7,11 192:18

193:12 197:2
208:15 224:18,19
228:3,4 229:2,10,
18 231:11,15,21
232:1,3 236:5
237:1,6 244:10
250:16 251:21
257:1,8,12

**workday**
57:10 157:23

**worked**
31:1,14,23 32:3,18
40:24 41:21 42:2,
3,4,5,7,20,23 43:4
44:23 50:21,24
55:18 59:3,4,22
60:21 61:16 81:12
84:15 111:13,17
112:20 113:8
114:2,3 115:3
132:1,6,10 154:1,
5,12 155:4 156:6
157:1 160:11
163:5,6,10,12,20,
23 164:12,14
170:16 172:9,10
173:9,16 174:6
175:19 177:8
181:25 183:24
184:16 188:3
190:11 191:10,12,
15 192:19 200:20
205:3,4,14,24
207:17,19 218:19,
22,23 219:5 220:3

**working**
30:16,23 31:6,9,10
37:18 38:7 46:20,
21,25 47:6,8,9,14
48:19,23 51:1,7,
12,25 52:21 53:10,
13,24 56:6,9 59:8
60:22 61:12 62:6,
8,9,12,20,22
63:19,24 64:3



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

66:9,11,25 79:16
89:23,25 90:3
96:11 97:11,13,14
98:2,10 100:12
108:6 109:7 111:6,
7 114:11,15,17
116:8,15 117:1
118:23 128:6
130:19 131:13,15
143:17 149:22
154:23,24 155:21,
22,24 159:7
165:18 167:24
174:24 175:7,16
177:22 179:25
180:6 181:11,13
182:14 183:24
184:15 186:10,20
187:4,17,19,22,25
188:14 189:19
190:7,9,14,17,19,
20,24 191:1,5,6,9,
22,23 192:2,4,6,
11,15 199:24
209:20 219:12,15,
17 227:25 234:12
238:5 244:4

**workload**
229:5,7

**world**
117:8

**worms**
193:25

**worth**
69:2

**would**
8:25 9:1 14:22
17:2 18:23 19:17
21:19 25:21,23
26:2,3,4,5,16,18,
19,20 27:2,12,14,
16,24,25 28:2,5,
12,13,18 29:25
30:13 33:3,9,15,

16,18 34:4 35:10,
15,16,19,24,25
36:15 39:1,5
43:16,20,21,25
44:2,6,16,22 46:8,
22 47:20,22 48:2
50:4,14 53:16,18
56:3,11,13,15,19
57:4,5,6,9,15,16,
17 58:1,13,16,23
59:14 60:7 62:11,
15,20,21 63:4,13,
14,16,19,22,23
64:2,3,17 65:7,14
66:18 67:4,13
68:6,21 71:14,17,
18,21,22 74:9,10,
14 79:19 87:25
88:7,11 91:9
92:16,18,19,22
94:6 95:19 97:15,
16,17,19,20 98:2,
3,4,7,18,19,20,21
99:12 103:22
106:15 108:13,17
115:9,21,23,24,25
116:4,11,22 117:3,
25 118:3,21
119:16 123:16,18,
21,22,25 124:2
125:7,11 126:7,18,
24,25 127:1,2,3,4,
24 129:22 130:2,
20,21 131:2 132:7,
8 133:13,14,15,16,
17,20,23,25
134:13,25 137:9
139:8 155:18
156:21 160:7
162:16 163:2
170:23 171:8
172:18 173:23,24
174:8,10,21 175:6,
25 176:3,11,17
180:1,7,12,16,19
181:4,9,17,21

182:10,16,19,22
183:21 184:9
185:1,7,11,15,18,
19,21 186:7,15,20
187:7,9,13 188:5,
7,20,25 189:1,2,3,
6,9,10,20,25
192:21 194:11,13,
15 198:25 200:18
201:4,7 205:23
207:4,12,25
209:13,16,17
214:9 225:13,19
227:14 230:14,16,
20 231:5,16,17
235:8 239:25
242:22 243:1,9,10,
14 244:10 245:17
246:5 250:9 251:6,
9,12 252:15 253:8
255:3,12

**would've**
15:18 19:18 23:8
25:16 37:23,25
42:20 44:23 45:13,
15,18 50:16 66:6
68:23 74:1 83:16
88:8 89:5,7 91:14
92:7 112:20
117:19 133:9
140:25 141:12
142:5,8,11,13
143:14 145:22,24
146:16 147:19
158:20 160:6
163:6,12,23 165:5
194:13,18 201:22
222:18,19 223:1
224:23 225:1
229:21 246:3

**wouldn't**
56:5 61:1 64:11,21
77:13 91:2 95:9
99:8,22,24 106:4
129:14 130:5,23

138:5 146:12
149:20,25 154:5
180:1 184:22
194:17 200:17
207:5 214:2
216:14,17 242:25
243:22 248:19

**wrecked**
69:4

**write**
26:3

**writing**
93:14 142:16
201:8 212:23
216:19,21

**written**
88:15 91:2 141:21
147:18 204:16
214:15

**wrong**
37:2 144:19
196:19 197:19
209:5 213:22

**wrote**
88:13 146:24
147:4,9,12

---

**X**

**X-**
101:23

**x-ray**
158:12

**x-rays**
157:18

**XXX-XX-9880**
8:13

---

**Y**

**yacht**



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

81:15,17

**yeah**
14:25 19:17 20:22
32:16 45:2 48:9
58:25 73:15 81:24
83:17 153:1 155:4,
19 158:24 160:18
161:6 171:4
184:12 199:7,15
202:2 206:8
214:14 225:12
227:20 231:17

**year**
19:3 41:8 48:24
55:23 77:3 91:13
92:5,7 94:13 96:13
126:15 132:9
157:8 170:24
171:9,10 179:18
209:14 210:11,12
212:5 219:2,5,9

**Year's**
131:25 132:1,2,3

**year-and-a-half**
222:16

**years**
9:13 10:14 16:7
36:11 49:8,18 90:8
100:10 108:23
111:13,18 112:3,
18 113:4,9 120:16
121:3 163:11,23
164:15 171:2,11
202:10,11,12
209:14 210:8

**yelling**
7:7

**Yep**
207:23

**yes**
6:8,14,21 7:3,12,
16,20 8:5,20,23

9:4,7,17 10:6,10,
16,22 11:16 12:6
13:23 14:4 15:3,6,
9,20 16:11 17:7,11
20:17 21:21 22:3,
14,16,19,24 25:8,
17,19 27:4,7,15
28:22 29:12 30:5,
7,12 31:25 36:14,
19 37:16 38:2,11
39:11,21 40:2,20,
23 41:3,23 43:23,
24 45:11,17,21
46:9,11 47:3,4,24
48:4 49:1 50:5,10
51:3,14 52:18
53:5,8 54:6 55:13,
17 58:3 59:20
60:23 61:14,20
67:1,25 68:20
69:2,19 70:9 71:6,
9,12,13,16 72:13
74:3,5,15,25 75:3,
11,13,15,21,25
76:3,10,14 77:17,
20 79:8 80:16,23
81:6,8 82:3,4,13
83:6 85:12,19
86:10 87:2,7,10,
12,17 88:10,25
89:9,13,16 91:17,
24 92:12,13,18
94:1,3,16,22,24
95:4,25 97:10 99:3
100:18 101:4
102:6,13,17,20,23
103:8,24 107:9
108:14,16,20,24
110:6 112:3,6,7,10
113:3,6 118:20
120:18,19 121:16
122:19 124:3
125:23 127:12
128:7 129:12
130:4,7,13 132:10,
22 133:11,17,22

134:1,3,6 135:13,
20 136:3,9,12,25
137:6,12 139:20
140:1,23 142:19
144:4 146:15
151:8,15,25 152:4,
17 153:14,17,24
154:2,7,10 156:1
157:22 158:12,22
159:3,5 161:2,23
162:6 163:8
164:17 165:13,21,
23 167:7,11 168:7
169:6,12 173:5
175:4,9,20,24
177:5,11 178:20,
22,25 179:19,22
180:4 181:16
182:11,15,18
184:18 185:3,19
188:11,12 189:24
190:15 191:3,4,11,
18 192:13,16
194:3,5,7,15
195:12 196:3,11
198:3,11 199:25
200:6 203:6,8,12,
15,19 204:21,23
205:2,6,16 206:3,
24 208:3,22 209:6,
21 210:7 211:2,14
212:1 215:5 216:5,
9,13,16 217:18,24
218:9 220:2
221:11,14,18,21
222:14,25 223:9
224:25 225:2,23
226:17 228:7,17
229:10,17,25
230:3 231:3,4,7
232:10,13,23
233:4,17 235:14
236:2,4,23 237:4,
13,23 238:10,13,
16,24 239:7,16
240:15 241:5,9

242:2,12 243:20,
21,25 244:5
245:10,16 246:6
248:12,15 251:20
252:7 253:16
254:16 256:8,11,
19,22,24

**yet**
90:22 201:13
249:10

**Yoga**
15:2

**you**
5:14 6:4,5,7,9,15,
16,18,24,25 7:7,
11,13,14,19,23
8:2,4,14,18,21,24,
25 9:1,11,14,16,24
10:2,5,8,11,12,15,
21 11:7,10,14,24
12:7,10,15,20
13:4,11,13,17,21,
24 14:3,5,8,12,14
15:13,17,21 16:1,
10,22 17:4,5,9,16,
24 18:3,5,11,14,19
19:12,20,21,25
20:9,14,21,22,23
21:5,9,14,18 22:1,
4,17,25 23:3,7,12
24:1,8,12,17 25:4,
6,16,21,24 26:2,3,
4,8,18,19,22,23
27:2,3,8,10,12,13,
16 28:3,4,18,20
29:2,6,20 30:8,11,
13,22 31:14,23
32:14,18,22 33:1,
23 34:11,12,13,20
35:5,7,16,17,19,
20,23 36:4,9,11,15
37:17 38:5 39:8,
17,20 40:9 41:1,
21,24 42:2,20,23
43:10,11,16,20

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

44:11,16,19,22
45:15,19 46:5,15,
21,25 47:1,8,10,
11,14,20,21 48:2,
6,7,17,20,24 49:2,
4,5,7,9 51:2,11,12,
15 52:5,6,11,16,19
53:3,6,9,10,11,13
54:11,13,19,22,24
55:1,4,6,12,18,20
56:2,15 57:14
58:1,4,5,6,11,13,
16,23,25 59:4,5,8,
13,21,22 60:4,11,
14,21,22 61:11,12
62:6,8,9,12,13,20,
21 63:19,23 64:3,
10,12,14,20 65:5,
11,15 66:4,9,13,
20,24,25 67:4,11
69:1,6,10,14,20
70:7,15,24 72:4,
12,18,21,22 73:4,
8,25 74:4,6 75:4,5,
6,16,19,24 76:1,4,
11,12,15,16,18,20,
21,25 77:4,8,15,
16,21,24 78:6,21,
24 79:13,17,22
80:6,11,14,20,21
81:5,19,25 82:1,
14,15,18,20 84:3,
9,16,20 85:1,6,10,
13,17,18,25 86:1,
3,15,19,24 87:9,
21,25 88:3,5,8,11,
23 89:3,8,11,15,
17,21,22,25 90:1,
8,13,16 91:2,3,4,
15,18,19,22,25
92:14,19,22 93:20,
21,23 94:2,9,14,
20,23,25 95:9,12,
13,14,21,23 96:4,
5,11,14,17,24
97:4,5,6,7,8,11,14

98:2,10,11,12,13,
15,16 99:1,6,8,12,
18,20 100:5,11,12,
13,18,21,22,24
101:2,9,13,22,23
102:3,21 103:5,9,
11,19,25 104:1,2,
10,14 105:4,9,10,
23 106:2,3,7,12,
15,21 107:1,2,8,22
108:5,6,12,13,15,
17,18,21,23,25
109:4,5,7,10,12,
17,22 110:4,7,10,
16,18,19,21,22,25
111:4,5,8,11,13,
16,18,24,25 112:1,
2,4,8,16,17,18,20
113:2,4,7,8,9,12,
17,18,19,20,24
114:1,4,10,14,17
115:2,3,6,7,8,13,
15,19,21 116:3,10,
11,14,15,16,17,19
117:2,9,11,14,15,
17,18,20,24,25
118:3,8,14,15,23,
24 119:9,10,11,14,
15,16,21 120:13,
16 121:12,13,14,
21 122:6,7,10,15,
21,22 123:6,7,8,
15,16,18,22,24,25
124:2,15,25 125:1,
5,9,11,15,17,22,24
126:9,13,24
127:15 128:5,10,
15 129:2,6,10,16,
20,25 130:5,6,8,9,
10,11 131:8,13
132:7,19,20
133:12,13,14,15,
21,23 134:4,7,10,
16,21 135:2,10,11,
12,14,17,19,21
136:2,4,6,10,13,

21,24 137:3,10,14,
17,20 138:7,10,21,
23,24 139:1,3,4,
11,12,18,21,25
140:2,3,6,7,11,22,
25 141:6,8,12,17,
21 142:1,2,6,7,23
143:1,2,9,19,22
144:1,2,14 145:6,
7,8,10,11,12,13,16
146:11,13,24
147:4,6,8,12,15,
16,18 148:1,3,9,
18,19,24 149:5,6,
12 150:10 151:3,
16,19,20,21 152:1,
2,5,8,15,18,23,25
153:9,11,13,20,21
154:4,5,8,12
155:4,5,9,17,22
156:3,4,5,6,17,18,
21 157:3,4,5,14,
17,20 158:10,13,
14,20,23 159:1,4,
7,12,13,17,21
160:10,12,15,16,
21,24,25 161:22,
24 162:2,3,4,7,12,
13,17,22,25 163:5,
7,9,12,19,20,23,24
164:2,9,10,13,15,
18,19 165:3,14,17,
20,22,25 166:10,
15 167:2,6,8,9
168:4,6,11,14,17,
23 169:1,9,11,21,
24 170:12,13,22
171:6,12,19,22
172:2,3,11,15,23
173:3,4,19,20,22,
23 174:8,10,25
175:2,5,10,25
176:1,3,11,21
177:8,9,12,14
178:3,7,8,12,14
179:15,24 180:12,

19,22 181:4,9,17,
21,22 182:5,6,10,
13,16,19,22,24
183:19,24 184:2,4,
9,21 186:10,16,17,
20 187:2,13,14,15,
16,19,20,22,25
188:1,7,8,14
189:18,19,20
190:6,7,13,19,20
191:2,6,9,12,13,
15,20 192:3,4,8,9,
11,14,17,20,23
193:5,21 194:2,4,
8,12,14,17,18
195:8,10,11,13,16,
17,22 196:5 197:2,
9,12,16,21 198:1,
2,8,9 199:2,11,12,
13,14,15,23,24
200:3,10,25 201:4,
5,9,16,17,23
202:3,4,5,6,8,12
203:4,16,17,25
204:1,2,3,11,15,20
205:3,4,7,9,12,15,
17,21,25 206:6,12,
15,18,20,23 207:2,
4,5,10,11,12,13,
19,21 208:7,9,14,
15,24 209:1,8,13,
16,19,22,23 210:4,
5,9,13,15,16,20,
21,24 211:1,3,5,
15,23 212:4,12,16,
19,20,25 213:6,8
214:1,2,3,9,12,19
215:2,9,12,17,18,
22,25 216:3,4,6,8,
10,11,14,15,17,20,
24 217:2,7,14,16,
19,21,25 218:3,11,
12,19,22,25 219:5,
19,20,23 220:1,6,
7,8,9,15,17,20
221:1,4,9,12,16,



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

19,22,23 222:6,7,
17 223:2,3,5,7,10,
11,13,21,24 224:2,
6,9,17 225:21
226:8,14,19 227:1,
2,11 228:3,4,10,
14,15,23 229:7,12,
15,23 230:4,8,9,
13,20 231:5,8,11,
22,23,24,25
232:14 233:5,6,8,
21,25 234:2,11,12,
13,14,15,16,24
235:5,6,15,16
236:1,3,6,11,21
237:1 238:2,23
239:3,14,17,18
240:2,16,21 241:4,
16,17,22 242:1,3,
8,9,10,11,13,16,
18,25 243:5,6,10,
11,17,22 244:2,3,
4,9,17,24 245:6,7,
13,21,25 246:3,25
247:5,8,10,14,17
249:13,14,18,22
250:2,3,9,10,11,
14,15,18,25 251:1,
5,18 252:3,4,10,
11,12,13,14,15,18,
22,24,25 253:1,2,
7,9,10,18,23
254:4,9,10,15,18
255:6,10,12,13,16,
18,24 256:3,9,12,
15,20,23 257:11,
15,16,17,20

**you'd**
43:4 89:21 92:25
97:15 120:1 176:4
214:4 230:22,25
243:1,23 244:2

**you'll**
198:15,18

**you're**
24:11 30:11 36:20
38:8 58:10 59:8
60:10 62:18 63:21
72:17 80:5 85:10
90:7 91:5 100:13
106:23 110:1
111:12 113:8,12,
17,24 116:6
118:12 120:15
121:13 122:6,22
123:15 128:9
130:10 135:16
144:19 146:1,3
147:12 150:1
151:12 153:23
154:23,24 156:2
158:21 162:3
163:3,10,14,19
164:18,25 166:5
169:21 172:13,16
175:22,25 176:3
177:7,17 178:8
179:8,24,25
180:25 186:22
187:12 188:6
189:15 190:24
191:1,5,9,22
192:2,12 193:6
195:2 197:6,7,17
199:7,8,20,22,23
207:18,19,20
208:1,19 211:12,
23 213:10 215:5
219:10,12 226:5
227:22,23,24,25
228:1,3,9 229:3,9,
13 230:1,4 231:14
232:2 234:11,12
235:13,20,23,25
236:5,21,22,24
238:15 239:5,8,11
246:18,19,21,24
247:1,2 249:23
251:3 254:18,25
257:1

**you've**
6:12 13:1 16:12,14
24:8 25:1 45:5
46:10 87:14 99:14,
19 105:12 130:9
141:17 171:11
175:5 182:6
184:15 197:7
208:19,20 210:11
217:8

**youngest**
195:15

**your**
5:14 6:3,10,12 7:6,
14 8:8,10,15 9:5,8
11:12,14 12:10,15
14:8,9,10,12,13,
14,16 15:16 18:24
19:11,21,23 20:12,
23 23:8 26:3,23
27:8 30:4,19,23,25
31:5,16 34:10 35:6
36:17 37:7,14
38:6,7 43:3 46:2
47:16,17 48:21
49:21 50:6,22
52:24 54:1 55:18,
19 56:1 57:12 60:5
61:21 63:23 64:11,
21 65:7 67:5,6,8
68:5,19 69:6,13
73:4 74:13,14,17
75:10,22,24 76:4,
11,17,22 78:20
83:23 84:1,24
85:18 87:4,15
88:1,4 89:1,4
92:16 93:10 96:21
99:17 100:3,4,25
102:21 103:11,20
104:1,9,14 108:6
111:11,16,25
113:7,13,17,24,25
116:3 119:8
121:22 125:17,18,

25 126:15 128:2,5,
13,14 129:1,5,20,
24 132:13,14,17
133:14 136:14
137:21 138:8
141:2,13 142:6,9,
16 144:14 147:24
148:4,18,21,23,25
149:14 151:7,11,
20 152:3 153:5,22
155:24 158:11,20
159:1,4 161:22
162:7,10 164:7
165:5 166:20
167:6,14 168:5
169:15,24 170:9,
10,11 171:6
172:14 173:7,19,
20 177:13 188:19
190:16,23 191:14
193:4 194:13
197:11,13 199:22
201:4,5 202:9,13
203:17 204:15,24
206:14,15,25
207:10,22 208:8,
17 209:22,25
210:4 211:16
212:12 214:3,10,
11,19,24 215:2,10,
21 216:3 217:13
218:11,23 219:19,
25 221:9,12,13,16,
22,24 222:1
223:18 225:4,14
226:7,24,25
227:22 228:9
229:1,7 230:9,25
231:13 234:22
237:6,7,8,10,24
238:2,12,14,25
239:1,13,19,21
240:2 241:16,17,
22 242:6,7,9,14
243:11 244:3,6,8
245:8,12 246:22



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Melinda Michaels vs Seawater Pro LLC & Michael Spanos
Melinda Michaels  on 01/21/2025

247:18 249:13,14,
15,17,22 250:15,
25 251:21 252:3,4,
17,21 253:23
255:1 256:17,23
257:8,16

**yours**
50:24 87:9 101:6
231:22 254:15

**yourself**
38:9 90:13,17
201:17,24 202:3
250:3 255:11,14

**Youtube**
20:15 67:21
148:16 219:17
248:8 252:8
256:12

**Youtuber**
67:20 249:7

**Youtubers**
56:12 97:23

————————

**Z**
————————

**ZIP**
10:1



UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com