**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION

THIS MATTER came before the Court upon the Parties' Joint Motion for Mutual Extensions of Time to Respond to Motions for Summary Judgment ("Motion"), and the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED. The deadlines for the partis' responses to the Motions for Summary Judgment [ECF No. 56, 57] are extended to July 25, 2025.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this _____ day of _____, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record