UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60984-AUGUSTIN-BIRCH

MELINDA MICHAELS,

    Plaintiff,
v.

SEAWATER PRO, LLC, AND
MICHAEL SPANOS,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF STRIKING ECF NO. 68**

    Defendants, Seawater Pro, LLC and Michael Spanos, notifes the Court and all parties of the striking of ECF No. 68, as having been filed in error.

    Respectfully submitted this 1st day of August 2025,

                                            *Brian H. Pollock, Esq.*
                                            Brian H. Pollock, Esq.(174742)
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Defendants*