**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

**ORDER GRANTING MOTION**

    THIS MATTER came before the Court upon Plaintiff Melinda Michaels' Motion *In Limine* ("Motion"), and the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises, it is hereby,

    ORDERED AND ADJUDGED that the Motion is GRANTED.

    DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this \_\_\_\_ day of August 2025.

                                  _____
                                  PANAYOTTA AUGUSTIN-BIRCH
                                  UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record