UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION**

THIS MATTER came before the Court upon the Parties' Joint Motion to Reset Pre-Trial Deadlines Pending Summary Judgment Outcome ("Motion"), and the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED. The deadlines for the parties' Joint Pretrial Stipulation and Deposition Designations will be reset after opinion issues as to Summary Judgment.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this ____ day of _____, 2025.

                                                          _____
                                                          PANAYOTTA AUGUSTIN-BIRCH
                                                          UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record