UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.
_____/

## NOTICE OF FILING PLAINTIFF'S DEPOSITION DESIGNATIONS

Plaintiff MELINDA MICHAELS, through the undersigned counsel and pursuant to the Court's Order Amending Trial and Pretrial Schedule (DE 47), gives notice of filing her Deposition Designations.

Defendant Michael Spanos' deposition was held on January 22, 2025, and is filed at DE 60.

### MICHAEL SPANOS DEPOSITION DESIGNATIONS

| Transcript Page No. | Transcript Line No. |
|---|---|
| 11 | 6-23 |
| 18-19 | 20-5 |
| 19-20 | 13-12 |
| 21 | 4-25 |
| 24-25 | 21-13 |
| 25-26 | 19-19 |
| 26-28 | 20-19 |
| 29 | 3-9 |
| 31 | 19-24 |
| 32 | 5-9, 24-4 |
| 34 | 17-25 |
| 35-36 | 14-17 |
| 38-39 | 25-6 |

1

| | |
|---|---|
| 41 | 7-10 |
| 42-44 | 20-24 |
| 46-47 | 11-4 |
| 49 | 2-19 |
| 50-52 | 18-4 |
| 54-55 | 24-23 |
| 55-56 | 24-5 |
| 58-59 | 18-24 |
| 60-61 | 9-23 |
| 61-62 | 24-10 |
| 62-63 | 12-17 |
| 67-68 | 7-19 |
| 69 | 5-17 |
| 70 | 5-11 |
| 70-71 | 14-7 |
| 71-72 | 25-7 |
| 73 | 2-20 |
| 75-77 | 7-23 |
| 79-82 | 6-25 |
| 83 | 13-24 |
| 86-87 | 1-23 |
| 88 | 6-12 |
| 88-89 | 21-1 |
| 89 | 16-25 |
| 90 | 1-5, 9-22 |
| 92 | 2-13 |
| 93 | 19-22 |
| 94 | 9-18 |
| 94-95 | 25-2 |
| 95 | 3-13, 22-25 |
| 96 | 1-17 |
| 99 | 10-14 |
| 100 | 11-24 |
| 102-103 | 18-14 |
| 105 | 10-20 |
| 107 | 9-16 |
| 108-109 | 15-3 |
| 110 | 3-6, 15-18 |
| 112 | 13-25 |
| 113 | 11-22 |

Respectfully Submitted,

Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, FL 33334
Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

_____
Dillon S. Cuthbertson, Esq.
Florida Bar No. 1056382