UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60984-AUGUSTIN-BIRCH [*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Melinda Michaels, and Defendants, SeaWater Pro LLC and Michael Spanos, notify the Court that the parties have settled in principle subject to their agreement on the terms of a written Settlement Agreement.

Dated: October 7, 2025.

| | |
|---|---|
| /s/ *Dillon S. Cuthbertson* | /s/ *Brian H. Pollock* |
| Dillon S. Cuthbertson, Esq. | Brian H. Pollock, Esq |
| Florida Bar No. 1056382 | Florida Bar No. 174742 |
| Elliot A. Kozolchyk, Esq. | **FAIRLAW FIRM** |
| Florida Bar No. 74791 | 135 San Lorenzo Avenue |
| **KOZ LAW, P.A.** | Suite 770 |
| 800 East Cypress Creek Road | Coral Gables, FL 33146 |
| Suite 421 | Tel:    (305) 230-4884 |
| Fort Lauderdale, FL 33334 | Email:  brian@fairlawattorney.com |
| Tel:    (786) 924-9929 | *Attorney for Defendants* |
| Email:  dc@kozlawfirm.com | |
| Email:  ekoz@kozlawfirm.com | |
| *Attorneys for Plaintiff* | |