**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION**

THIS MATTER came before the Court upon the Parties' Second Joint Motion for Enlargement of Time ("Motion"), and the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED. The deadlines to file the parties' Joint Motion to approve Settlement is November 13, 2025.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this \_\_\_\_ day of _____, 2025.

                                                _____
                                                PANAYOTTA AUGUSTIN-BIRCH
                                                UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record