UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION**

THIS MATTER came before the Court upon the Parties' Joint Motion to Reopen Case and Proceed to Trial ("Motion"), and the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED.

The CASE is REOPENED, with TRIAL commencing _____.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this ____ day of _____, 2025.

 

                                                        _____
                                                        PANAYOTTA AUGUSTIN-BIRCH
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record