**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

**ORDER GRANTING MOTION**

THIS MATTER came before the Court upon Plaintiff's Motion to Reset Status Conference ("Motion"), and the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED.

The Status Conference is RESET for Thursday, December 4, 2025.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this ____ day of _____, 2025.

                                                        _____
                                                        PANAYOTTA AUGUSTIN-BIRCH
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record