UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60984-AUGUSTIN-BIRCH

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC and
MICHAEL SPANOS,

    Defendants.
_____/

### ORDER DENYING IN PART AND RESERVING IN PART PLAINTIFF'S MOTION FOR SANCTIONS AND GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter comes before the Court on review of Plaintiff Melinda Michaels' Motion for Sanctions [DE 95] and of Defendants SeaWater Pro LLC and Michael Spanos' Unopposed Motion for Extension of Time [DE 98]. Plaintiff's Motion asks for six forms of relief. *See* DE 95 at 6 (listing requested relief). The sixth form is that Plaintiff asks for the settlement conference to be conducted via videoconference or, if the settlement conference is conducted in person, for the parties to have staggered entries and exits. *Id.* The sixth form of relief is **DENIED WITHOUT PREJUDICE**. The Court leaves to Judge Hunt's discretion the manner of conducting the settlement conference. The Court **RESERVES RULING** on the remainder of Plaintiff's Motion.

Defendants' Motion is **GRANTED**. Defendants must respond to the remainder of Plaintiff's Motion by **January 9, 2026**. The Court will not further extend this deadline.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of January, 2026.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE