UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-CV-60984-AUGUSTIN-BIRCH

MELINDA MICHAELS,

    Plaintiff,
v.

SEAWATER PRO LLC and
MICHAEL SPANOS,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Defendants, Seawater Pro LLC and Michael Spanos, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

Respectfully submitted this 9th day of January 2026,

                                                  s/ Patrick Brooks LaRou
                                                Patrick Brooks LaRou, Esq.
                                                Florida Bar No. 1039018
                                                brooks@fairlawattorney.com
                                                **FAIRLAW FIRM**
                                                135 San Lorenzo Avenue, Suite 770
                                                Coral Gables, Florida 33146
                                                Telephone: (305) 230-4884
                                                *Counsel for Defendants*