UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2022-94
CASE NO. 20-MC-21879

IN RE:  ELLIOT ARI KOZOLCHYK
        FLORIDA BAR # 74791
_____/

FILED BY ___CW___ D.C.
Oct 28, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## ORDER ON FINAL REPORT AND RECOMMENDATION

On July 17, 2019, then-Chief Judge Moore, at the request of Judges Donald M. Middlebrooks and Robin L. Rosenberg, submitted a letter of referral [ECF No. 1] to the Ad Hoc Committee on Attorney Admissions, Peer Review, and Attorney Grievance to investigate the conduct of attorney Elliot Ari Kozolchyk. Following that referral and a hearing before the Committee, the Committee issued a Proposed Report and Recommendation [ECF No. 7] on August 15, 2022, giving Mr. Kozolchyk 14 days to respond in accordance with Rule 6(c)(2)(B)(ii) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys. Mr. Kozolchyk filed a Response to Report and Recommendation [ECF No. 8], on August 16, 2022; and the Committee submitted a Final Report and Recommendation [ECF No. 9] to the Court on August 17, 2022.

An Order to Show Cause [ECF No. 10] was issued on August 30, 2022, giving Mr. Kozolchyk an opportunity to respond to the Final Report and Recommendation. Mr. Kozolchyk filed his response [ECF No. 11], indicating his acceptance of the Committee's recommendations.

Pursuant to Rule 6(c)(2)(B)(v) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, Local Rules of the United States District Court for the Southern District of Florida, the Undersigned submitted this matter to the Court for its

consideration at a regularly scheduled Judges' Meeting held on October 6, 2022. Upon review of the Final Report and Recommendation, response, and attachments, by unanimous vote of all District Judges and Senior District Judges eligible to vote, the Court approved and adopted the Committee's Final Report and Recommendation in full.

Given this background, in accordance with Rule 6(c)(2)(B)(v) and the Court's inherent power to regulate membership in its bar for the protection of the public interest, *see Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) ("[A] federal court has the power to control admission to its bar and to discipline attorneys who appear before it."),

**IT IS ORDERED** that the Committee's Final Report and Recommendation is **ADOPTED**, and the matter is **CLOSED**.

**IT IS FURTHER ORDERED**, consistent with the Final Report and Recommendation, as follows:

1. Mr. Kozolchyk is required to take two CLE courses within 60 days of entry of this Order as follows: (l) Episodes 1 through 4 of the "Your Honor Series," hosted by Paul Lipton, and (2) at least 2 hours on federal court practice; and provide an affidavit to the Committee attesting to timely completion of the CLE.

2. For a period of 12 months from entry of this Order, Mr. Kozolchyk must self-report to the Committee within 72 business hours of the entry of any order or court filing by opposing counsel alleging, describing, or relating to any problematic or unprofessional conduct by Mr. Kozolchyk.

3. Within 30 days from entry of this Order, Mr. Kozolchyk shall prepare and deliver letters of apology to Judges Moore, Middlebrooks, Dimitrouleas, Rosenberg, Seitz, Moreno,

    Goodman, Strauss; and retired Magistrate Judge Seltzer; and provide a copy of each letter to the Committee.

4. Within 60 days from entry of this Order, Mr. Kozolchyk shall enroll in counseling for anger management for a minimum of 25 hours, with the course to be approved in advance by the Committee.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2022.

                                                     _____
                                                   **CECILIA M. ALTONAGA**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**

c:     All Miami Eleventh Circuit Court of Appeals Judges
       All Southern District of Florida District Judges
       All Southern District of Florida Bankruptcy Judges
       All Southern District of Florida Magistrate Judges
       United States Attorney
       Circuit Executive
       Federal Public Defender
       Clerks of Court – District, Bankruptcy and 11th Circuit
       Florida Bar and National Lawyer Regulatory Data Bank
       Library
       William C. Hearon, Chair, Ad Hoc Committee on Attorney Admissions, Peer Review,
           and Attorney Grievance
       Elliot Ari Kozolchyk