**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO. 24-60984-CIV-AUGUSTIN-BIRCH**

MELINDA MICHAELS,

                Plaintiff,

v.

SEAWATER PRO, LLC, and
MICHAEL SPANOS,

                Defendants.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

THIS MATTER is before this Court upon referral of this matter for a settlement conference before a United States Magistrate Judge by the Honorable Panayotta D. Augustin-Birch. Accordingly, it is hereby

ORDERED and ADJUDGED that a SETTLEMENT CONFERENCE in this matter is scheduled to be held before the undersigned commencing at 10:00 a.m.,[1] Monday, February 2, 2026, in the United States District Court for the Southern District of Florida. The Conference shall take place through Zoom, https://www.zoomgov.com. The Meeting ID is 160 0169 1761 and the Passcode is 334775. The Parties should contact Chambers immediately, at (954) 769-5470, if they experience any difficulties accessing the conference.

    1.    The Settlement Conference shall be attended by all parties, corporate representatives, and their counsel of record. Each side shall have a party representative

---

[1] The parties should be prepared to engage in continuous settlement negotiations until either a resolution is reached or impasse declared.

present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this Conference may result in the undersigned's sua sponte recommendation that sanctions be entered against the offending party.

2. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

3. The parties shall each submit a brief Confidential Settlement Statement (not exceeding 5 pages)—outlining the outstanding issues, the party's position, the results of any settlement negotiations held, and any other information which may be helpful—to hunt@flsd.uscourts.gov.  **The statement must contain the current, up-to-date state of negotiations, including the current offer and counter-offer.** The statements shall be submitted to Chambers **by 2:00 p.m. Wednesday, January 28, 2026**.

4. The Conference will not be continued absent a written motion and a showing of compelling circumstances.

5. In the event this matter settles prior to the Conference, the parties shall immediately advise the undersigned's chambers.  Written confirmation of a settlement should also be sent to chambers at hunt@flsd.uscourts.gov.

6. The Conference shall be conducted without a court reporter and will not be tape recorded.   All representations and statements made at the Conference shall remain confidential.

8. In the event that a party or corporate representative does not speak English, be aware that the Court does not provide an interpreter in civil cases. As a result, any need for an interpreter must be arranged for by the party requiring same. If an interpreter is required, it is that party's obligation to obtain a certified interpreter and it is that party's obligation to incur the cost for same.

9. Sanctions may be imposed for failure to follow any of the requirements of this Order.

DONE and ORDERED at Fort Lauderdale, Florida this 14th day of January 2026.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Panayotta D. Augustin-Birch
All Counsel of Record