UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION**

THIS MATTER came before the Court upon Plaintiff's Unopposed Motion for Enlargement of Time, *Nunc Pro Tunc*, to file Reply in Support of Motion for Sanctions against Defendant Michael Spanos ("Motion"), and the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is GRANTED.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this ____ day of _____, 2026.

                                                          _____
                                                          PANAYOTTA AUGUSTIN-BIRCH
                                                          UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record