UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-60557-Damian/Valle

SHAMIKA JOHNSON, and
JOHNNY GEORGES DORVIL,

    Plaintiffs,

v.

CAPS PLANTATION LLC D/B/A CAPRIOTTI'S SANDWICH SHOP,
CAPS NOBE LLC D/B/A CAPRIOTTI'S SANDWICH SHOP,
CLAUDIA ROCA,
MARCO ANTONIO ROCA, and
MARCO ANTONIO ROCA, JR.,

    Defendants.
_____/

**REPLY IN SUPPORT OF MOTION TO CONTINUE STATUS CONFERENCE**

    Plaintiffs SHAMIKA JOHNSON and JOHNNY GEORGES DORVIL, through the undersigned counsel and pursuant to the Court's Paperless Order Scheduling Status Conference [ECF No. 55], respectfully replies to Defendants' response [ECF No. 60], and states the following:

    Plaintiffs' counsel's understanding of the email chain with Defendants' counsel was clear that Defendants oppose Plaintiffs' request for a continuance of the January 23, 2026, status conference. While nonetheless graciously noting Defendants' unavailability in Plaintiffs' Motion [ECF No. 59] as to alleviate any conflicts with the Defendants' calendar, Plaintiff's counsel *also* sent another email to Defendants' counsel immediately following Defendants' last email response, and before filing Plaintiffs' motion, pleading for Defendants' cooperation, which Defendants' have now omitted producing to the Court, and which remains unanswered. *See Attached* **Exhibit A.** Defendants' response, while maintaining that Defendants' did not specifically oppose Plaintiffs'

1

requested relief, remains opaque on Defendants' position, whether Defendants do not oppose Plaintiffs requested relief.

WHEREFORE, Plaintiff respectfully requests the Court to continue the in-person Status Conference scheduled for January 23, 2026, to January 28-30, 2026 via Zoom, or to a date mutually available by the parties and Court for in-person attendance.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road Suite 421
Fort Lauderdale, Florida 33334
Tel:   (786) 924-9929
Fax:   (786) 358-6071
Email: dc@kozlawfirm.com

_____
Dillon Cuthbertson
Florida Bar No. 1056382