UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984- Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

    Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

    Defendants.
_____/

**NOTICE OF STRIKING**

    Plaintiff, MELINDA MICHAELS, hereby gives notice of striking ECF No. 105.

    Respectfully submitted,

    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, FL 33334
    Tel:    (786) 924-9929
    Fax:   (786) 358-6071
    Email: dc@kozlawfirm.com

    _____
    Dillon S. Cuthbertson, Esq.
    Florida Bar No. 1056382