UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60984-Augustin-Birch

[*Consent Case*]

MELINDA MICHAELS,

   Plaintiff,

v.

SEAWATER PRO LLC, and
MICHAEL SPANOS A/K/A MIKE SPANOS,

   Defendants.
_____/

**<u>NOTICE OF FILING PLAINTIFF'S COUNSELS' BILLING STATEMENT</u>**

Plaintiff MELINDA MICHAELS, through the undersigned counsel, gives notice of filing her counsels' Billing Statement.

Respectfully Submitted,

                                            Koz Law, P.A.
                                            800 East Cypress Creek Road, Suite 421
                                            Fort Lauderdale, FL 33334
                                            Tel:   (786) 924-9929
                                            Fax:  (786) 358-6071
                                            Email: dc@kozlawfirm.com

                                            _____
                                            Dillon S. Cuthbertson, Esq.
                                            Florida Bar No. 1056382