**Exhibit A**
Billing Statement
Koz Law, P.A.

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 6/7/24 | EK | 2.4 | Client interview with Melinda Michaels | $ 1,080.00 |
| 6/7/24 | EK | 1 | Prepared Complaint | $ 450.00 |
| 6/7/24 | EK | 0.5 | Prepared Exhibit A to Pre-suit notice letter. | $ 225.00 |
| 6/7/24 | EK | 1.4 | Performed legal research on applicability of family exemption or defense to FLSA violations where parties lived together and were in a relationship. | $ 630.00 |
| 6/7/24 | EK | 0.5 | Prepared Exhibit A to Complaint. | $ 225.00 |
| 6/7/24 | EK | 0.5 | Prepared pre-suit notice letter under the Florida Minimum Wage Act. | $ 225.00 |
| 6/10/24 | EK | 2.6 | Researched Defendants' background including criminal record, watched police video involving Defendant. | $ 1,170.00 |
| 6/10/24 | EK | 3.1 | Researched the parties' separate ongoing lawsuit. | $ 1,395.00 |
| 6/10/24 | EK | 0.1 | Sent complaint to process server. | $ 45.00 |
| 6/10/24 | EK | 0.1 | Reviewed Clerks Notice of Judge Assignment | $ 45.00 |
| 6/14/24 | EK | 0.1 | Reviewed and acknowledged email confirming acceptance of pre-suit letter service via email, facilitating statutory compliance. | $ 45.00 |
| 6/14/24 | EK | 0.1 | Telephone call with Defendants' counsel regarding case. | $ 45.00 |
| 6/14/24 | EK | 0.1 | Reviewed and replied to email regarding the pre-suit notice under the Florida Minimum Wage Act and coordinated acceptance of the demand letter via email. | $ 45.00 |
| 6/14/24 | EK | 0.1 | Reviewed and addressed email from opposing counsel regarding scheduling a call to discuss recent legal filing. | $ 45.00 |
| 6/17/24 | EK | 0.1 | Reviewed and replied to process server's update on service attempts and discussed potential acceptance of service by the defendant's attorney. | $ 45.00 |
| 6/17/24 | EK | 0.1 | Reviewed and replied to email from opposing counsel regarding the waiver of service for a defendant. | $ 45.00 |
| 6/17/24 | EK | 0.1 | Reviewed and responded to email correspondence with process server regarding concerns of potential service avoidance by the individual defendant. | $ 45.00 |
| 6/17/24 | EK | 0.1 | Reviewed and responded to Defendants' counsel's email regarding the delivery of the pre-suit notice letter under the Florida Minimum Wage Act. | $ 45.00 |
| 6/20/24 | EK | 0.1 | Reviewed email confirmation of service completion for defendant | $ 45.00 |
| 7/2/24 | EK | 0.1 | Reviewed and acknowledged email from opposing counsel regarding settlement offer, confirming receipt and awaiting client's response. | $ 45.00 |
| 7/3/24 | EK | 0.1 | Reviewed and responded to email from opposing counsel regarding the client's maintained offer and related settlement terms. | $ 45.00 |
| 7/3/24 | EK | 0.1 | Reviewed and addressed email from opposing counsel regarding proposed settlement terms, including financial compensation, withdrawal of motions, and non-disparagement agreements. | $ 45.00 |
| 7/4/24 | EK | 0.2 | Reviewed DE 4, Order of Reference to Magistrate Judge And Order of Court-Mandated Requirements In FLSA Case On Service, Defaults, And Joint Scheduling Reports. Referring Case. | $ 90.00 |
| 7/4/24 | EK | 0.1 | Reviewed DE 5, ORDER OF COURT-MANDATED REQUIREMENTS IN FLSA-BASED CASES | $ 45.00 |
| 7/4/24 | EK | 0.5 | Prepared Amended Complaint to include FMWA. | $ 225.00 |
| 7/4/24 | EK | 0.5 | Prepared Exhibit A for FMWA claim. | $ 225.00 |
| 7/5/24 | EK | 0.1 | Reviewed and addressed email from Denise Amini regarding the cessation of service attempts on a defendant. | $ 45.00 |
| 7/5/24 | EK | 0.2 | Reviewed and analyzed DE 7, ANSWER and Affirmative Defenses to Complaint with Jury Demand by SeaWater Pro LLC, Michael Spanos. | $ 90.00 |
| 7/5/24 | EK | 0.1 | Reviewed 6, NOTICE of Attorney Appearance by Juliana Gonzalez on behalf of SeaWater Pro LLC, Michael Spanos. | $ 45.00 |
| 7/5/24 | EK | 0.1 | Reviewed email from Juliana Gonzalez regarding the service of Defendants' Offer of Judgment. | $ 45.00 |

Michaels v. SeaWater Pro LLC et al
Case No. 24-cv-60984

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson

<u>Exhibit A</u>
**Billing Statement**
**Koz Law, P.A.**

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 7/5/24 | EK | 0.4 | Discussed OJ with Client. | $ 180.00 |
| 7/14/24 | EK | 1.3 | Reviewed work-related evidentiary photos provided by client. | $ 585.00 |
| 7/17/24 | EK | 0.1 | Reviewed and evaluated proposed joint scheduling report and order from opposing counsel, and prepared response to ensure alignment with upcoming filing deadline. | $ 45.00 |
| 7/17/24 | EK | 0.6 | Prepared Melinda Michaels's First Request for Admissions to Defendant Michael Spanos aka Mike Spanos - 24 | $ 270.00 |
| 7/17/24 | EK | 1.1 | Prepared Melinda Michaels's First Set of Interrogatories to Defendant Michael Spanos aka Mike Spanos - 24 | $ 495.00 |
| 7/17/24 | EK | 0.9 | Prepared Melinda Michaels's First Request for Production to Defendant SeaWater Pro LLC - 24-cv-60984 | $ 405.00 |
| 7/17/24 | EK | 0.7 | Prepared Melinda Michaels's First Request for Production to Defendant Michael Spanos aka Mike Spanos - 24 | $ 315.00 |
| 7/18/24 | EK | 0.7 | Prepared Melinda Michaels's First Request for Admissions to Defendant SeaWater Pro LLC - 24-cv-60984 | $ 315.00 |
| 7/18/24 | EK | 0.7 | Prepared Melinda Michaels's First Set of Interrogatories to Defendant SeaWater Pro LLC - 24-cv-60984 | $ 315.00 |
| 7/19/24 | EK | 0.1 | Prepared DE 9, Statement of Claim | $ 45.00 |
| 7/19/24 | EK | 0.02 | Reviewed before filing SUMMONS (Affidavit) Returned Executed on SeaWater Pro LLC. | $ 9.00 |
| 7/19/24 | EK | 0.05 | Reviewed email regarding the submission of the Proposed Scheduling Order and Joint Scheduling Report, ensuring all documents were correctly filed and ready for judicial review. | $ 22.50 |
| 7/19/24 | EK | 0.05 | Reviewed email regarding the deadline for filing the proposed joint scheduling report and noted intention to respond after a hearing. | $ 22.50 |
| 7/22/24 | EK | 0.1 | Prepared NOTICE of Compliance by Melinda Michaels re [5] Order of Requirements | $ 45.00 |
| 7/22/24 | EK | 0.2 | Drafted email concerning court-mandated requirements and potential mediators for FLSA case. | $ 90.00 |
| 7/23/24 | EK | 0.1 | Reviewed email confirmation of mediator selection and acknowledged receipt of documents, ensuring compliance with court-mandated requirements. | $ 45.00 |
| 7/24/24 | EK | 0.2 | Prepared DE 12, Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement | $ 90.00 |
| 7/25/24 | EK | 0.1 | Reviewed DE 13, Certificate of Other Affiliates/Corporate Disclosure Statement - NONE disclosed by SeaWater Pro LLC, Michael Spanos (Gonzalez, Juliana) | $ 45.00 |
| 7/26/24 | EK | 0.1 | Reviewed and replied to email coordinating availability for a settlement discussion call with opposing counsel, facilitating progress towards potential resolution. | $ 45.00 |
| 7/29/24 | EK | 0.1 | Reviewed DE 14, PAPERLESS ORDER requiring the Plaintiff to move for the entry of a clerk's default within two days of the date of rendition of this Order. | $ 45.00 |
| 7/30/24 | EK | 0.1 | ORDER SETTING DISCOVERY PROCEDURES. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 7/30/2024. See attached document for full details. (sk01) | $ 45.00 |
| 7/30/24 | EK | 0.05 | Reviewed DE 15, PAPERLESS ORDER vacating the Court's order at docket entry 14. | $ 22.50 |
| 7/30/24 | EK | 0.05 | Reviewed DE 17, PAPERLESS ORDER SETTING PRETRIAL CONFERENCE. | $ 22.50 |
| 7/30/24 | EK | 0.1 | Reviewed DE 16, ORDER SETTING STATUS CONFERENCE, CALENDAR CALL, PRETRIAL DEADLINES, AND TRIAL DATE, ORDER OF REQUIREMENTS, AND ORDER OF REFERENCE TO MEDIATION. | $ 45.00 |
| 7/30/24 | EK | 0.1 | Reviewed DE 19, Order Setting Discovery Status Conference | $ 45.00 |
| 8/2/24 | EK | 0.1 | Reviewed email from Juliana Gonzalez regarding Defendants' response and compliance documents, and accessed provided link for further document examination. | $ 45.00 |
| 8/2/24 | EK | 0.1 | NOTICE of Compliance With Court Order by SeaWater Pro LLC, Michael Spanos re [5] Order of Requirements (Gonzalez, Juliana) | $ 45.00 |
| 8/2/24 | EK | 0.1 | Reviewed RESPONSE to [9] Statement of Claim by SeaWater Pro LLC, Michael Spanos. (Gonzalez, Juliana) | $ 45.00 |
| 8/8/24 | EK | 0.2 | Attended Status Conference via Zoom | $ 90.00 |
| 8/8/24 | EK | 0.05 | Reviewed PAPERLESS Minute Entry for proceeding held via Zoom | $ 22.50 |

<u>Exhibit A</u>
**Billing Statement**
**Koz Law, P.A.**

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 8/26/24 | EK | 0.1 | Reviewed and acknowledged email confirmation regarding the selection of Daniel Feld as the agreed mediator, ensuring alignment with opposing counsel's decision. | $ 45.00 |
| 8/26/24 | EK | 0.1 | Reviewed and responded to email regarding mediator selection, confirming availability and agreement on alternative options due to scheduling conflicts. | $ 45.00 |
| 8/27/24 | EK | 0.1 | Reviewed and responded to email regarding defendants' availability for mediation on proposed dates, confirming suitability for Zoom participation. | $ 45.00 |
| 8/27/24 | EK | 0.1 | Reviewed and managed email correspondence regarding scheduling availability for mediation, ensuring timely coordination with opposing counsel. | $ 45.00 |
| 8/27/24 | EK | 0.1 | Reviewed and confirmed mediation scheduling details via email, ensuring alignment with proposed date and time. | $ 45.00 |
| 8/28/24 | EK | 0.1 | Reviewed NOTICE of Mediator Selection and Hearing. Selected/Added Daniel T Feld as Mediator. Mediation Hearing set for 9/25/2024 at 2:00 p.m.. (Niad Hannah, Cindy) | $ 45.00 |
| 8/29/24 | EK | 0.1 | Prepared Plaintiff's NOTICE of Mediator Selection and Hearing. | $ 45.00 |
| 8/29/24 | EK | 0.1 | Reviewed and forwarded email to court with attached proposed order regarding mediator selection and hearing schedule. | $ 45.00 |
| 8/30/24 | EK | 0.04 | Reviewed email regarding unsuccessful service attempt on Defendant | $ 18.00 |
| 9/24/24 | EK | 0.1 | Reviewed and confirmed participation in upcoming mediation session via Zoom | $ 45.00 |
| 9/25/24 | EK | 0.1 | Conferred on motion to amend. | $ 45.00 |
| 9/25/24 | EK | 0.1 | Prepared DE 28, Motion to Amend. | $ 45.00 |
| 9/25/24 | EK | 2 | Attended mediation | $ 900.00 |
| 9/25/24 | EK | 0.05 | Reviewed and addressed email regarding defendants' position on plaintiff's motion to amend and consent to magistrate jurisdiction. | $ 22.50 |
| 9/25/24 | EK | 0.05 | Reviewed and responded to email regarding the service of Defendants' discovery documents, including interrogatories, requests for production, and requests for admissions. | $ 22.50 |
| 9/25/24 | EK | 0.05 | Reviewed and addressed email concerning the submission of a proposed order related to the motion to amend the complaint. | $ 22.50 |
| 9/25/24 | EK | 0.05 | Reviewed and addressed email regarding the submission of a proposed order for the motion to amend the scheduling order. | $ 22.50 |
| 9/25/24 | EK | 0.05 | Reviewed and delegated email concerning the service of court documents and discovery tasks to appropriate team members. | $ 22.50 |
| 9/25/24 | EK | 0.05 | Reviewed and responded to email concerning the service of Plaintiff's discovery documents, including interrogatories, requests for production, and requests for admissions. | $ 22.50 |
| 9/26/24 | EK | 0.1 | Reviewed FINAL MEDIATION REPORT by Mediator Daniel T. Feld. Disposition: Case did not settle. | $ 45.00 |
| 9/27/24 | EK | 0.2 | Reviewed email concerning the service of Defendants' Proposal for Settlement, ensuring proper documentation and case management. | $ 90.00 |
| 9/27/24 | EK | 0.3 | Confirmed client authorization to reject Defendants' Offer of Judgment, ensuring alignment with client's decision and legal strategy. | $ 135.00 |
| 9/30/24 | EK | 0.1 | Reviewed PAPERLESS ORDER granting [25] Motion to Amend/Correct. | $ 45.00 |
| 9/30/24 | EK | 0.1 | Reviewed mediator's email regarding unsuccessful mediation outcome and considered options for further settlement discussions. | $ 45.00 |
| 10/2/24 | EK | 0.1 | Reviewed and responded to email concerning company card details for Melinda Michaels, ensuring proper handling and coordination of financial matters. | $ 45.00 |
| 10/10/24 | EK | 0.2 | Reviewed ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by SeaWater Pro LLC, Michael Spanos | $ 90.00 |
| 10/23/24 | EK | 0.1 | Reviewed email correspondence regarding a request for a mutual extension on discovery response deadlines and confirmed non-opposition to the proposed timeline. | $ 45.00 |
| 10/24/24 | EK | 0.1 | Reviewed and responded to email regarding a mutual extension request for discovery responses, ensuring agreement on the proposed timeline adjustment. | $ 45.00 |

**Exhibit A**
Billing Statement
Koz Law, P.A.

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 10/30/24 | EK | 0.1 | Reviewed Unopposed STIPULATED MOTION for Substitution of Counsel. Substituting Brian H. Pollock, Esq., and Patrick Brooks LaRou, Esq. for Juliana Gonzalez, Esq. by SeaWater Pro LLC, Michael Spanos. | $ 45.00 |
| 10/30/24 | EK | 0.1 | Reviewed NOTICE of Attorney Appearance by Patrick Brooks LaRou on behalf of SeaWater Pro LLC, Michael Spanos. | $ 45.00 |
| 10/30/24 | EK | 0.1 | NOTICE of Attorney Appearance by Brian Howard Pollock on behalf of SeaWater Pro LLC, Michael Spanos (Pollock, Brian) | $ 45.00 |
| 10/30/24 | EK | 0.1 | Reviewed and addressed email regarding confirmation of non-opposition to motion for substitution of defense counsel. | $ 45.00 |
| 10/31/24 | EK | 0.3 | Reviewed ORDER granting [32] Defendants' Unopposed Motion For Substitution Of Counsel. Attorney Juliana Gonzalez representing SeaWater Pro LLC (Defendant) and Spanos, Michael (Defendant) | $ 135.00 |
| 11/5/24 | EK | 0.1 | Reviewed email correspondence regarding the filing confirmation and related document updates, ensuring compliance with procedural requirements. | $ 45.00 |
| 11/5/24 | DC | 0.3 | STATUS REPORT JOINT DISCOVERY STATUS REPORT by Melinda Michaels | $ 112.50 |
| 11/5/24 | EK | 0.1 | Reviewed and responded to email regarding scheduling conflicts and potential joint motion to extend discovery deadlines to accommodate depositions. | $ 45.00 |
| 11/7/24 | EK | 0.1 | Reviewed and responded to email regarding proposed January deposition dates for the plaintiff, addressing scheduling conflicts and requesting alternative dates. | $ 45.00 |
| 11/7/24 | EK | 0.1 | Reviewed email serving Defendant's Second Request for Production to Plaintiff and prepared necessary response to ensure compliance with discovery obligations. | $ 45.00 |
| 11/12/24 | DC | 0.1 | NOTICE of Attorney Appearance by Dillon Scott Cuthbertson on behalf of Melinda Michaels | $ 37.50 |
| 11/12/24 | EK | 0.3 | PAPERLESS Minute Entry for proceeding held via Zoom Video Teleconference before Magistrate Judge Panayotta D. Augustin-Birch: Status Conference held on 11/12/2024. Total time in court: 0 hours : 15 minutes. Attorney Appearances: Dillon Scott Cuthbertson, Elliot Ari Kozolchyk, Brian Howard Pollock. (sk01) | $ 135.00 |
| 11/13/24 | EK | 0.1 | Reviewed and coordinated response to email regarding scheduling and confirmation of deposition dates for the plaintiff. | $ 45.00 |
| 11/14/24 | EK | 0.1 | Reviewed email regarding the service of Defendants' Notice of Deposition for Melinda Michaels, ensuring acknowledgment and addressing any potential inquiries. | $ 45.00 |
| 11/15/24 | EK | 0.1 | Reviewed email regarding notices of deposition for Michael Spanos and coordinated necessary actions. | $ 45.00 |
| 11/15/24 | EK | 0.1 | Reviewed and addressed email concerning the rescheduling of Ms. Michaels' deposition due to a federal holiday conflict. | $ 45.00 |
| 11/15/24 | EK | 0.1 | Reviewed and responded to email regarding rescheduling the deposition of Ms. Michaels due to a federal holiday conflict. | $ 45.00 |
| 11/15/24 | EK | 0.1 | Reviewed and replied to email concerning the need to reschedule Ms. Michaels' deposition due to a federal holiday conflict, and coordinated alternative dates. | $ 45.00 |
| 11/20/24 | EK | 0.1 | Reviewed and responded to email regarding the service of court documents related to the re-notice of deposition. | $ 45.00 |
| 11/22/24 | EK | 0.05 | Review and respond to email regarding the status of obtaining the hearing transcript for Michael Spanos. | $ 22.50 |
| 11/22/24 | EK | 0.05 | Review and respond to email regarding client communication and discovery request follow-up. | $ 22.50 |
| 11/22/24 | EK | 0.05 | Reviewed and responded to email regarding discovery requests and client communication. | $ 22.50 |
| 11/22/24 | EK | 0.05 | Review and respond to email regarding upcoming discovery response deadline and client communication issues. | $ 22.50 |
| 11/24/24 | EK | 0.8 | Reviewed evidence consisting of 1726 images. | $ 360.00 |

**Exhibit A**
**Billing Statement**
**Koz Law, P.A.**

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 11/25/24 | EK | 0.1 | Review and respond to email regarding agreed extension of discovery responses and review of attached Motion and Proposed Order. | $ 45.00 |
| 11/26/24 | DC | 0.3 | Joint MOTION to Amend/Correct [16] Scheduling Order,,,,, Order of Requirements,,,,, Order Referring Case to Mediation,,,, Revised Scheduling Order for Extension of Discovery and Pretrial Motions Deadlines by Melinda Michaels. Responses due by 12/10/2024. (Attachments: # (1) Text of Proposed Order Proposed Amended Scheduling Order)(Cuthbertson, Dillon) | $ 112.50 |
| 11/26/24 | EK | 0.1 | Reviewed email correspondence regarding the joint filing of motion and proposed order, confirming no objections and approval to proceed with filing. | $ 45.00 |
| 11/26/24 | EK | 0.1 | Review and respond to email regarding proposed amended scheduling order and joint motion. | $ 45.00 |
| 11/27/24 | EK | 0.1 | Review and respond to email regarding proposed Joint Consent to Magistrate Jurisdiction and related filing instructions. | $ 45.00 |
| 11/27/24 | EK | 0.1 | Reviewed PAPERLESS ORDER denying [39] Motion to Amend/Correct Scheduling Order. To the extent the parties agree to extend the deadline for discovery, they may file a stipulation to that effect. See DE 16. To the extent the parties request that the deadline for dispositive motions be extended, that request is denied. The parties are reminded that if they are unable to meet the pretrial deadlines in this case, they may consider consenting to magistrate judge jurisdiction. | $ 45.00 |
| 12/2/24 | EK | 0.1 | Reviewed notification of signed interrogatories document by Melinda Michaels via Dropbox Sign. | $ 45.00 |
| 12/2/24 | EK | 0.05 | Reviewed evidence Screenshot_20241202_072034_Photos.jpg. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Reviewed PDF document Adobe Scan Oct 2 2024 (1) consisting of 2 pages. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Reviewed and responded to email regarding document and video file sharing for case preparation. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Review email notification regarding client's viewing of interrogatories document for electronic signature. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Reviewed notification email regarding the viewing status of interrogatories by Melinda Michaels for e-signature. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Review and respond to email regarding proposed Joint Consent to Magistrate Jurisdiction and related case management communications. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Review and respond to email regarding discovery response timeline and consent to magistrate jurisdiction. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Review and respond to email regarding consent to magistrate jurisdiction and coordination of client discussions. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Reviewed email notification regarding completed interrogatories for electronic signature. | $ 22.50 |
| 12/2/24 | EK | 0.05 | Review and respond to email regarding discovery responses and consent to magistrate jurisdiction. | $ 22.50 |
| 12/3/24 | EK | 0.1 | Review and respond to email regarding discovery responses and magistrate jurisdiction consent. | $ 45.00 |
| 12/3/24 | EK | 0.1 | Review and respond to email regarding discovery responses and document access details. | $ 45.00 |
| 12/3/24 | DC | 0.1 | Emailed OC Brooks LaRou on non-receipt of Defendant's Discovery Responses due on 12/2/24 | $ 37.50 |
| 12/3/24 | DC | 2 | Reviewed Discovery Responses sent from OC | $ 750.00 |
| 12/4/24 | EK | 0.1 | Review and respond to email regarding consent to magistrate jurisdiction and draft consent document. | $ 45.00 |
| 12/4/24 | EK | 0.1 | Review and respond to email regarding consent to magistrate jurisdiction and approval to file attached document. | $ 45.00 |
| 12/5/24 | EK | 0.1 | Reviewed Joint Notice and Consent to Jurisdiction US Magistrate Judge signed by all parties . Filed by SeaWater Pro LLC, Michael Spanos | $ 45.00 |

<u>Exhibit A</u>
Billing Statement
Koz Law, P.A.

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 12/5/24 | EK | 0.1 | Reviewed ORDER REFERRING CASE to Magistrate Judge Panayotta D. Augustin-Birch for all further proceedings, including trial and all post-judgment proceedings. | $ 45.00 |
| 12/6/24 | EK | 0.1 | Reviewed Status Conference, Calendar Call, Jury Trial before prior presiding Judge Jacqueline Becerra [sic] terminated. | $ 45.00 |
| 12/9/24 | EK | 0.1 | Reviewed DE 43, PAPERLESS ORDER SETTING STATUS CONFERENCE. | $ 45.00 |
| 12/9/24 | DC | 1 | Compiled missing documents for 2nd RFP from D's | $ 375.00 |
| 12/9/24 | DC | 0.1 | Emailed missing docs request to Client | $ 37.50 |
| 12/9/24 | DC | 0.1 | Emailed OC request for extension through Friday for 2nd RFP Reponses | $ 37.50 |
| 12/9/24 | DC | 1.5 | Drafted JSR and Scheduling Order | $ 562.50 |
| 12/9/24 | DC | 0.1 | Sent JSR and Proposed Order to OC for their review | $ 37.50 |
| 12/11/24 | DC | 0.2 | Reviewed email from Client re: additional RFP requests | $ 75.00 |
| 12/11/24 | DC | 1.5 | Drafted Response to Defendants' Second Request for Production | $ 562.50 |
| 12/11/24 | DC | 0.1 | Emailed OC Response to Defendants' Second RFP | $ 37.50 |
| 12/13/24 | DC | 0.3 | Emailed OC Brooks LaRou on trial dates | $ 112.50 |
| 12/13/24 | DC | 0.2 | Revisions to JSR and Proposed Scheduling Order | $ 75.00 |
| 12/13/24 | DC | 0.1 | Filed JSR and Proposed Order and Forwarded to Jude with .docx format Order | $ 37.50 |
| 12/17/24 | DC | 0.1 | Emailed OC to confer on scheduled dates for depositions | $ 37.50 |
| 12/17/24 | DC | 0.5 | Reviewed RFP #3 from Defendants | $ 187.50 |
| 12/17/24 | DC | 0.1 | Emailed RFP to client with instructions | $ 37.50 |
| 12/18/24 | DC | 0.3 | Conferred with OC Brooks LaRou in 2 emails on Deposition locations and dates | $ 112.50 |
| 12/18/24 | EK | 0.8 | Watched and analyzed videos involving Defendants' arrest and videos presenting Defendants' products and turtorials on how Defendnats' products are setup involving Plaintiff and company credit card with Plaintiff's name on it. | $ 360.00 |
| 12/19/24 | DC | 0.5 | Reviewed Conferral email on Plaintiff's responses from OC Brooks LaRou | $ 187.50 |
| 12/19/24 | DC | 0.1 | Responded to OC Email with dates for conferral | $ 37.50 |
| 12/19/24 | DC | 1 | Prepare for Status Conference | $ 375.00 |
| 12/19/24 | DC | 0.3 | Status Conference with Judge Augustin-Birch and OC Brian Pollock | $ 112.50 |
| 12/20/24 | DC | 0.1 | Emailed OC Brooks LaRou regarding time of Plaintiff's Deposition | $ 37.50 |
| 12/20/24 | DC | 0.1 | Called Client to schedule Deposition Prep | $ 37.50 |
| 12/20/24 | DC | 0.1 | Emailed client confirmed dates for Prep and Deposition | $ 37.50 |
| 12/20/24 | DC | 0.1 | Reviewed Notice of Deposition from OC Brooks LaRou for Plaintiff | $ 37.50 |
| 1/8/25 | DC | 0.1 | Conferred via email with OC on proposed dates for settlement conference | $ 37.50 |
| 1/13/25 | DC | 0.1 | Follow up email with client about documents still need to produce | $ 37.50 |
| 1/13/25 | DC | 0.1 | Emailed OC to confirm conferral call on insufficient discovery Thursday January 16, 2025 at 10:00 a.m. | $ 37.50 |
| 1/14/25 | DC | 0.3 | Catalogued documents still need to produce to Defendants | $ 112.50 |
| 1/14/25 | DC | 1.8 | Reviewed videos on Youtube, and new documents uploaded by Plaintiff | $ 675.00 |
| 1/14/25 | DC | 0.7 | Email chain with Plaintiff for additional documents, and Plaintiff providing documents we need to gather from Defendants - including two additional business banking accounts where she was signer and required to endorse paychecks and pay vendors, text messages and emails from Defendants | $ 262.50 |
| 1/14/25 | DC | 2.5 | Reviewed Discovery responses from Defendants, drafted conferral email for Defendants' insufficient and incomplete responses, and forwarded to OC | $ 937.50 |
| 1/16/25 | DC | 0.9 | Mutual Discovery Conferal with OC Brooks LaRou | $ 337.50 |
| 1/16/25 | DC | 0.3 | Called Client to Discuss Documents to Produce post conferral - bank statements, passport, additional witnesses | $ 112.50 |
| 1/16/25 | DC | 2.9 | Met with client for Deposition Prep | $ 1,087.50 |
| 1/16/25 | EK | 0.1 | Reviewed Plaintiff's passport in response to Defendants' discovery requests. | $ 45.00 |
| 1/17/25 | DC | 1.5 | Drafted Amended Responses to Interrogatories, First and Second Production of Documents, PLA 1532-1645 | $ 562.50 |

**Exhibit A**
**Billing Statement**
**Koz Law, P.A.**

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 1/17/25 | DC | 0.1 | Served Discovery Responses on OC | $ 37.50 |
| 1/17/25 | EK | 2.1 | Analyzed Plaintiff's bank statements to determine any income sources, wages, spending, and in preparation for Plaintiff's responses to Defendants' discovery requests. | $ 945.00 |
| 1/17/25 | EK | 1.1 | Listened to audio recordings of prior court proceeding occuring on 4/14/23 involving Defendants. | $ 495.00 |
| 1/20/25 | DC | 2 | Met with Client for Deposition Prep | $ 750.00 |
| 1/21/25 | DC | 0.3 | Travel to Court Reporter's Office on Las Olas | $ 112.50 |
| 1/21/25 | DC | 7 | Deposition of Melinda Michaels | $ 2,625.00 |
| 1/22/25 | DC | 5 | Deposition of Mike Spanos and Mike Spanos as 30(b)(6) Representative of SeaWater Pro | $ 1,875.00 |
| 1/22/25 | DC | 0.2 | Emailed Court Reporter Exhibits | $ 75.00 |
| 1/22/25 | DC | 0.3 | Forwarded Third RFP to Client - with instructions on a diligent search of any outstanding documents | $ 112.50 |
| 1/22/25 | DC | 0.4 | Drafted and sent email to OC re extension of time to respond to Third RFP, and conferral on Defendants' insufficient document production | $ 150.00 |
| 1/24/25 | DC | 0.2 | Forwarded Deposition Exhibits to OC | $ 75.00 |
| 1/27/25 | DC | 0.6 | Drafted and Sent Settlement offer email to OC | $ 225.00 |
| 2/2/25 | EK | 0.3 | Met with Client Prior to Settlement Conference | $ 135.00 |
| 2/2/25 | DC | 0.3 | Met with Client Prior to Settlement Conference | $ 112.50 |
| 2/2/25 | EK | 0.3 | Discussed case with Client after Settlement Conference. | $ 135.00 |
| 2/2/25 | DC | 0.3 | Discussed case with Client after Settlement Conference. | $ 112.50 |
| 2/5/25 | DC | 0.1 | FU with client Re: outstanding documents requested | $ 37.50 |
| 2/5/25 | EK | 0.4 | Sent response declining Defendant's Settlement and with a discussion of case merits, and reviewed reply | $ 180.00 |
| 2/5/25 | EK | 0.1 | Reviewed email from OC regarding 3 subpoenas to third parties containing Plaintiff's records and sent reply | $ 45.00 |
| 2/6/25 | EK | 0.3 | Exchanged series of emails with OC regarding settlement amount | $ 135.00 |
| 2/10/25 | DC | 3.5 | Watched all TikTok and YouTube videos produced by Client - 13 YouTube and 33 TikTok's to be produced to Defendants | $ 1,312.50 |
| 2/10/25 | DC | 1 | Completed Defendants' Third Request for Production Response | $ 375.00 |
| 2/10/25 | DC | 0.6 | Compiled in drop box, and served on Defendants': Plaintiff's Response to Third Request for Production; 13 YouTube Videos, and 33 TikTok videos | $ 225.00 |
| 2/10/25 | EK | 2.6 | Obtained and reviewed Plaintiff's many social media videos (76 videos) in response to Defendants' discovery requests. | $ 1,170.00 |
| 2/11/25 | DC | 0.3 | Emailed OC including links to videos Defendants were unable to dowload from RFP | $ 112.50 |
| 2/18/25 | DC | 0.1 | Emailed client to request information regarding Defendants proposed subpoenas | $ 37.50 |
| 2/18/25 | EK | 0.1 | Reviewed email from OC with Defendant's Offer of Judgement | $ 45.00 |
| 2/19/25 | DC | 0.1 | Responded to client email regarding Cricket Records/Subpoena | $ 37.50 |
| 2/19/25 | DC | 0.6 | Email exchange with OC Brian Pollock regarding Subpoena Holy Cross Records | $ 225.00 |
| 2/26/25 | DC | 0.1 | Emailed Client to F/U on Subpoenas | $ 37.50 |
| 2/26/25 | DC | 0.6 | Communicated with Client regarding cooperating witnesses to disclose to Defendants | $ 225.00 |
| 2/26/25 | DC | 0.8 | Drafted, Prepared and Served Plaintiff's Trial Witness List on Defendants | $ 300.00 |
| 2/26/25 | DC | 0.1 | Received and Reviewed Defendants Pre-Trial Witness List | $ 37.50 |
| 3/26/25 | DC | 0.4 | Conference with OC and Chambers for Alternative Dates for Discovery Status Conference | $ 150.00 |
| 3/27/25 | DC | 0.8 | Prepared and drafted Unopposed Motion to Reset Discovery Status Conference | $ 300.00 |
| 3/28/25 | DC | 0.4 | Coordinated with Chambers and OC - Chambers indicated to file a joint motion indicating no availability until may 1 | $ 150.00 |
| 3/28/25 | DC | 0.6 | Drafted Joint Motion to Cancel Discovery Status Conference and forwarded to OC | $ 225.00 |
| 4/30/25 | DC | 0.1 | Emailed OC Brooks LaRou to forward all documents received from subpoenas ahead of discovery status hearing tomorrow | $ 37.50 |
| 5/1/25 | DC | 0.3 | Discovery Status Conference via Zoom with Judge Augustin-Birch | $ 112.50 |

**Exhibit A**
**Billing Statement**
**Koz Law, P.A.**

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 6/3/25 | DC | 0.1 | Responded to OC re: Defendants' requested extension to file Summary Judgment - do not oppose | $ 37.50 |
| 6/11/25 | DC | 0.3 | Communicated with client whether she would like one more attempt at settlement before Defendants move for SJ | $ 112.50 |
| 6/13/25 | EK | 0.1 | Sent email to OC responding to Defendant's invitation for a new settlement offer | $ 45.00 |
| 6/24/25 | DC | 0.4 | Reached out to Witnesses to Schedule completing Declarations | $ 150.00 |
| 6/24/25 | DC | 0.9 | Reviewed Evidence for Summary Judgment | $ 337.50 |
| 6/24/25 | DC | 1.4 | Spoke with and Completed Declaration for Witness Ernst Santhagens | $ 525.00 |
| 6/25/25 | DC | 1.8 | Spoke with and Completed Declaration for Dylan Tubbert | $ 675.00 |
| 6/25/25 | DC | 1.3 | Spoke with and Completed Declaration for Debby Eisenberg | $ 487.50 |
| 6/25/25 | DC | 9.2 | Reviewed Evidence, and worked with Client to Complete Declaration for Summary Judgment totaling 39 pages | $ 3,450.00 |
| 6/26/25 | DC | 9.3 | Completed Statement of Material Facts for Summary Judgment | $ 3,487.50 |
| 6/27/25 | DC | 13 | Drafted and Filed Summary Judgment | $ 4,875.00 |
| 6/27/25 | EK | 0.6 | Reviewed DE 57, Defendant's Motion for Summary Judgement and Statement of Material Facts | $ 270.00 |
| 6/30/25 | DC | 0.2 | Called OC to confer on Joint Motion to extend response deadlines for SJ | $ 75.00 |
| 6/30/25 | DC | 0.3 | Drafted Joint Motion to Extend Response Deadlines to SJ (.2), and Filed (.1) | $ 112.50 |
| 7/21/25 | DC | 2.4 | Read and extracted testimony from Plaintiff's Deposition | $ 900.00 |
| 7/21/25 | DC | 1.3 | Read and extracted testimony from Defendant's Deposition | $ 487.50 |
| 7/22/25 | DC | 5.1 | Read Defendants' Motion for Partial Summary Judgment (.9) and Prepared Outline for Response (4.2) | $ 1,912.50 |
| 7/22/25 | DC | 0.3 | Settlement discussion with OC (.3) | $ 112.50 |
| 7/22/25 | DC | 0.4 | Settlement discussion with Client | $ 150.00 |
| 7/23/25 | DC | 9.2 | Drafted and Prepared Response to Defendants' Statement of Facts in Support of their Motion for Partial Summary Judgment | $ 3,450.00 |
| 7/24/25 | DC | 3.7 | Legal Research on Response to Defendants' Motion for Partial Summary Judgment | $ 1,387.50 |
| 7/24/25 | DC | 4.4 | Prepared and Drafted Intro and Paragraphs A-D of Plaintiff's Response to Defendants' Motion for Partial Summary Judgment | $ 1,650.00 |
| 7/25/25 | DC | 7.4 | Prepared and Drafted Paragraphs E-H and Conclusion of Plaintiff's Response to Defendants' Motion for Partial Summary Judgment (4.1), Reviewed, Made Corrections, Revised for Filing (3.2), and Filed (.1) | $ 2,775.00 |
| 7/28/25 | DC | 0.4 | Conversation with Client Re: Settlement | $ 150.00 |
| 7/29/25 | DC | 5.7 | Reviewed Defendants' Response to Plaintiff's Statement of Facts, and their citations (1.6), Prepared and Drafted Reply Statement of Facts (4.1) | $ 2,137.50 |
| 7/29/25 | DC | 2 | Reviewed Defendants' Response to Plaintiff's Motion for Summary Judgment (.9) and Prepared Outline for Reply (1.1) | $ 750.00 |
| 7/30/25 | DC | 6.3 | Legal Research on Reply (1.2), Drafted and Prepared Reply in Support of Motion for Partial Summary Judgment (5.1) | $ 2,362.50 |
| 7/31/25 | DC | 0.9 | Finished drafting Reply in Support of Motion for Partial Summary Judgement | $ 337.50 |
| 8/1/25 | DC | 0.1 | Filed Reply in Support of Motion for Summary Judgment, with Reply Statement of Facts (.2) | $ 37.50 |
| 8/5/25 | DC | 0.6 | Conferral email on objections to Defendants' Motion in Limine | $ 225.00 |
| 8/6/25 | DC | 2 | Legal Research on Motion in Limine (.6), Prepared and Drafted Plaintiff's Motion in Limine (1.3), and filed (.1) | $ 750.00 |
| 8/14/25 | DC | 0.7 | Conversation with Client re: other civil case, and Retaliatory Actions of Defendants in pursuing other action, harassment | $ 262.50 |
| 8/18/25 | DC | 4.7 | Prepared and Drafted Reply in Support of Motion in Limine | $ 1,762.50 |
| 8/18/25 | DC | 1.7 | Phone call with Client re: Defendants' Grecian Warrants - to Discuss what happens after Motions in Limine are Granted or Denied, Summary Judgemnt Outcome Implications, and moving forward with trial | $ 637.50 |

Michaels v. SeaWater Pro LLC et al  
Case No. 24-cv-60984

EK = Elliot Kozolchyk  
DC = Dillon Cuthbertson

**Exhibit A**
## Billing Statement
## Koz Law, P.A.

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 8/21/25 | DC | 6.1 | Legal Research on Defendants' Authority in their Response to Motion in limine (2.3), Legal Research on Plaintiff's Reply in Support (1.7), Drafted and Prepared Reply in Support of Motion in Limine (1.9) and Filed (.1) | $ 2,287.50 |
| 9/17/25 | DC | 0.6 | Emailed OC Brian Pollock in Joining a Motion to Reset pending Summary Judgment outcome (.1); Preparation of Joint Motion to Reset Deadlines (.4) and Proposed Order (.1) | $ 225.00 |
| 9/17/25 | EK | 0.8 | Analyzed paystubs, checks, and other documents from Dylan Tubbert showing Plaintiff's involvement in the business including her signature on checks. | $ 360.00 |
| 9/23/25 | DC | 1.4 | Drafted Joint Pretrial Stipulation and Forwarded to OC Brian Pollock | $ 525.00 |
| 9/23/25 | DC | 0.3 | Drafted Joint Motion to Reset Pre-Trial Deadlines Pending Summary Judgment Outcome, and Proposed Order, Filed, and Emailed Proposed Order to Chambers | $ 112.50 |
| 9/25/25 | DC | 2.1 | Went through Deposition of Michael Spanos and Created Plaintiff's Deposition Designations, and Filed | $ 787.50 |
| 9/26/25 | DC | 0.7 | Reviewed the Court's Order Granting Plaintiff's Motion for Summary Judgment | $ 262.50 |
| 9/26/25 | DC | 1.1 | Walked Client through the Judge's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment | $ 412.50 |
| 9/29/25 | DC | 0.1 | F/U With OC to get back revisions to the Joint Pretrial Stipulation | $ 37.50 |
| 9/29/25 | DC | 0.1 | Responded to OC Brian Pollock re: conferring on objections to exhibit and witness lists | $ 37.50 |
| 9/29/25 | DC | 0.1 | Email conferral on Joint Pretrial Stipulation - language for minimum wage, not overtime | $ 37.50 |
| 9/29/25 | DC | 1.8 | Met with Client to discuss trial, pretrial motions, whether Defendant is still opening to settling, what settlement would mean at this juncture, effects of her testimony and trial on her other pending case with Spanos | $ 675.00 |
| 9/29/25 | DC | 0.1 | Forwarded Deposition Transcripts of Spanos and Client to Client | $ 37.50 |
| 9/29/25 | EK | 0.1 | Phone call to Plaintiff regarding construction of new settlement offer | $ 45.00 |
| 9/29/25 | EK | 0.2 | Composed email to OC with Plaintiff's new Settlement offer with monetary and non-monetary terms | $ 90.00 |
| 9/29/25 | EK | 0.1 | Reviewed response from OC regarding Plaintiff's new settlement offer and sent response | $ 45.00 |
| 9/29/25 | EK | 0.1 | Sent email to OC regarding Settlement | $ 45.00 |
| 9/30/25 | DC | 0.1 | F/U with OC Brian Pollock in Pretrial Stipulation to get it finished today - I'm going to be in Arbitration and BK tomorrow | $ 37.50 |
| 9/30/25 | DC | 0.7 | Reviewed OC Revisions and made additional revisions to Joint Stip; sent back to OC | $ 262.50 |
| 9/30/25 | EK | 0.1 | Sent email to OC requesting Defendant's additions to Pretrial Stipulation | $ 45.00 |
| 10/1/25 | DC | 0.1 | Responded to OC Brian Pollock re: meeting with Defendant in person - not in our best interest, health or safety | $ 37.50 |
| 10/2/25 | EK | 0.2 | Sent email to Defendant with Plaintiff's new Settlement offer | $ 90.00 |
| 10/2/25 | EK | 0.2 | Reviewed email from Defendant regarding Settlement offer and sent reply | $ 90.00 |
| 10/2/25 | EK | 0.1 | Reviewed email from Defendant and sent reply with Settlement Terms | $ 45.00 |
| 10/3/25 | DC | 1.2 | Drafted Joint Instructions and Verdict form, and forwaded to OC - due Monday | $ 450.00 |
| 10/4/25 | DC | 4.5 | Trial Prep with Client EK - Reviewed Witnesses, evidence, logs of time throughout employement, social media markers for time and evidence of work performed, reviewed videos and Spanos' arrest video showing Plaintiff working at the front desk | $ 1,687.50 |
| 10/4/25 | EK | 4.5 | Trial Prep with Client and Dillon. | $ 2,025.00 |
| 10/6/25 | DC | 1.4 | Prepared Plaintiff's Witness and Exhibit List (1.3) and Served on Defendants (.1) | $ 525.00 |
| 10/6/25 | DC | 0.1 | Email F/U on Jury Instructions back from Defendants | $ 37.50 |
| 10/7/25 | DC | 0.1 | Drafted Notice of Settlement and Filed | $ 37.50 |
| 10/7/25 | EK | 0.2 | Reviewed email from OC with Defendant's Settlement offer and with Proposed Settlement Agreement | $ 90.00 |
| 10/7/25 | EK | 0.3 | Phone call to Client regarding Settlement Offer | $ 135.00 |
| 10/7/25 | EK | 0.1 | Sent email to OC with conditional Agreement to Settlement | $ 45.00 |
| 10/9/25 | EK | 0.1 | Reviewed DE 84, Order on Notice of Settlement | $ 45.00 |
| 10/10/25 | EK | 0.1 | Reviewed email from OC requesting Settlement Agreement revisions and sent reply | $ 45.00 |

Michaels v. SeaWater Pro LLC et al
Case No. 24-cv-60984

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson

Exhibit A
Billing Statement
Koz Law, P.A.

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 10/14/25 | DC | 0.1 | F/U with Atty Gary Cole on Additional Laguange for Settlement Agreement | $ 37.50 |
| 10/15/25 | DC | 0.3 | Additional revisions to settlement agreement - forwarded to OC | $ 112.50 |
| 10/17/25 | DC | 0.1 | Emailed OC Brian Pollock asking status of the settlement agreement | $ 37.50 |
| 10/21/25 | DC | 0.1 | Email f/u with OC on getting the SA back to review | $ 37.50 |
| 10/22/25 | DC | 0.1 | F/U email with OC Brian Pollock on getting back Defendants' edits to the Settlement Agreement | $ 37.50 |
| 10/22/25 | DC | 0.4 | Drafted and Prepared Joint Motion for Enlargment of Time to submit Settlement agreement and Joint Motion for Settlement Approval, and Proposed Order and sent to OC for review | $ 150.00 |
| 10/23/25 | DC | 0.5 | Drafted motion of time to file settlement agreement and joint motion (.3), Email OC Brian Pollock drafted extension of time to file settlement agreement (.1); filed and emailed proposed order to chambers (.1) | $ 187.50 |
| 10/29/25 | EK | 0.1 | Sent email to OC requesting status of Settlement Agreement | $ 45.00 |
| 10/30/25 | EK | 0.3 | Reviewed email from OC with Settlement Agreement revisions | $ 135.00 |
| 11/4/25 | EK | 0.7 | Made revisions to Settlement Agreement and returned to OC to review | $ 315.00 |
| 11/6/25 | DC | 0.1 | F/U with OC on Defendant's execution of the settlement agreement | $ 37.50 |
| 11/6/25 | DC | 0.3 | Drafted second motion of time to file settlement agreement and Joint motion (.1), Emailed OC Brian Pollock draft (.1); filed and emailed proposed order to chambers (.1) | $ 112.50 |
| 11/6/25 | EK | 0.1 | Reviewed email from OC requesting more time to review Settlement Agreement revisions | $ 45.00 |
| 11/6/25 | EK | 0.7 | Reviewed Defendant's revisions to Settlement Agreement, made Plaintiff's new revisions, and returned to OC to review | $ 315.00 |
| 11/6/25 | EK | 0.1 | Reviewed email from OC with objection to Plaintiff's settlement agreement provision | $ 45.00 |
| 11/10/25 | EK | 0.3 | Sent email to OC addressing Defendant's concern with social media provision | $ 135.00 |
| 11/11/25 | EK | 0.2 | Exchanged emails with OC regarding social media provision | $ 90.00 |
| 11/11/25 | EK | 0.3 | Made Plaintiff's revisions to Version 7 of Settlement Agreement and sent to OC to review | $ 135.00 |
| 11/12/25 | DC | 0.4 | Conferral with OC Brian Pollock on final terms for Defendant to approve on Plaintiff removing social media posts, as a non-monetary terms | $ 150.00 |
| 11/12/25 | EK | 0.1 | Reviewed DE 88, Order Granting Extension of Time | $ 45.00 |
| 11/12/25 | EK | 0.2 | Sent emails to OC regarding finalizing Settlement agreement or reopening case | $ 90.00 |
| 11/12/25 | EK | 0.2 | Reviewed Defendant's revisions to Plaintiff's version 7 of Settlement Agreement | $ 90.00 |
| 11/12/25 | EK | 0.3 | Sent email to OC with explanation of Plaintiff's objections to Defendant's Revisions and conferring on reopening case | $ 135.00 |
| 11/12/25 | EK | 0.4 | Exchanged lengthy series of emails with OC regarding social media provision and motion to reopen case, and obtained Defendant's position regarding reopening case | $ 180.00 |
| 11/13/25 | DC | 0.1 | Email from OC Brian Pollock that Defendant rejects the terms; Conferral on Joint Motion to Reopen the case and proceed to trial | $ 37.50 |
| 11/13/25 | DC | 0.9 | Drafted Joint Motion To Reopen Case and Proceed to Trial and Proposed Order (.7), and Forwarded to OC Brian Pollock for Review (.1), filed and forwarded proposed order to chambers (.1) | $ 337.50 |
| 11/13/25 | EK | 0.1 | Reviewed email from OC stating Defendant rejected Settlement agreement and wishes to return to trial | $ 45.00 |
| 11/13/25 | EK | 0.1 | Sent email to OC conferring on Joint Motion to reopen and reviewed reply | $ 45.00 |
| 11/13/25 | EK | 0.2 | Prepared draft of Joint Motion to reopen and sent to OC to review | $ 90.00 |
| 11/17/25 | DC | 0.1 | Email coferral on dates with OC for In-Person Status Conference | $ 37.50 |
| 11/17/25 | EK | 0.1 | Reviewed DE 90, Order on Joint Status Conference | $ 45.00 |
| 11/17/25 | EK | 0.1 | Reviewed email from OC conferring on rescheduling Joint Status Conference and sent reply | $ 45.00 |
| 11/18/25 | DC | 0.4 | Drafted Proposed Order to Reset Status Conference (.2), forwarded to OC for review (.1), filed and emailed proposed order to chambers (.1) | $ 150.00 |
| 12/3/25 | DC | 1.5 | Travel to Federal Courthouse in Fort Lauderdale (.5), Status Conference (.5)a, Travel back to Office (.5) | $ 562.50 |
| 12/3/25 | EK | 1 | Travel to Fort Lauderdale Federal Courthouse and back to Office | $ 450.00 |

Michaels v. SeaWater Pro LLC et al
Case No. 24-cv-60984

EK = Elliot Kozolchyk
DC = Dillon Cuthbertson

**Exhibit A**
**Billing Statement**
**Koz Law, P.A.**

| Date | B | Time Billed | Description | Fees Billed |
|---|---|---|---|---|
| 12/3/25 | EK | 0.5 | Attended Joint Status Conference | $ 225.00 |
| 12/5/25 | EK | 0.1 | Reviewed DE 94, Order Granting Joint Motion to Reopen case | $ 45.00 |
| 12/10/25 | DC | 0.1 | Conferred with OC on Plaintiff's motion for sanctions against Mr. Spanos - Defendants' object | $ 37.50 |
| 12/11/25 | DC | 2.2 | Corresponded dates and incidents, drafted and prepared Declaration in Support of Plaintiff's Motion for Sanctions against Michael Spanos | $ 825.00 |
| 12/11/25 | DC | 1.9 | Drafted Plaintiffs Motion for Sanctions (.9), proposed order | $ 712.50 |
| 12/14/25 | EK | 2.1 | Reviewed and analyzed 1,783 images showing Plaintiff's work including receipts, social media posts, shipping labels, Defendants' equipment and products, emails, and invoices. | $ 945.00 |
| 12/26/25 | EK | 0.1 | Reviewed DE 96, Defendant's Motion for Extension of Time | $ 45.00 |
| 1/9/26 | EK | 0.1 | Reiviewed DE 100, Notice of Attorney Appearance | $ 45.00 |
| 1/9/26 | EK | 0.2 | Reviewed DE 101, Response in Opposition to Plaintiff's Motion for Sanctions | $ 90.00 |
| 1/14/26 | EK | 0.1 | Reviewed DE 102, Order Setting Settlement Conference | $ 45.00 |
| 1/25/26 | DC | 1.9 | Drafted Reply in Support of Motion for Sanctions - including legal research on all of Defendants' authority (.9), distinguishing the authority (.6), and replying in support (.4)(1.8 total); Filed (.1) | $ 712.50 |
| 1/29/26 | DC | 2.4 | Drafted Proposed Jury Instructions and Verdict Form (2.3) and Forwarded to OC (.1) | $ 900.00 |
| 1/29/26 | EK | 2.7 | Researched partner vs employee under the FLSA for trial and jury instructions. | $ 1,215.00 |
| 2/1/26 | DC | 1.1 | Communicated with Plaintiff on Settlement Posture, terms of previous settlement, proposed terms for any new settlement that may be broached at Settlement Conference, and outside pending litigation from Defendant, including new action filed this past Friday for allegations of libel, slander, and defamation | $ 412.50 |
| 2/2/26 | EK | 7.5 | Attended Settlement Conference- case settled | $ 3,375.00 |
| 2/2/26 | DC | 7.5 | Settlement Conference with Magistrate Judge Hunt - Continued to 2/3/26 10:00 a.m. for Defendant to decide whether to agree to the terms that were negotiatied at settlement conference | $ 2,812.50 |
| 2/3/26 | DC | 0.5 | Continuance of Settlement Agreement - Defendants agreed to the terms on the record | $ 187.50 |
| 2/5/26 | EK | 0.1 | Reviewed DE 110, Order Setting Fairness Hearing | $ 45.00 |

|  |  |
|---|---|
| EK Time Billed | 68.7 |
| DC Time Billed | 192.9 |
| EK Hourly Rate | $ 450.00 |
| DC Hourly Rate | $ 375.00 |
| **Total Fees Billed** | $ 103,257.00 |
| Total Costs (Filing Fees [$405], Service [$108], Defendants' Deposition [$510], Parking [$15], Mediation [$750]) | $ 1,788.00 |
| **Total** | $ 105,045.00 |