UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60984-AUGUSTIN-BIRCH

**MELINDA MICHAELS,**

    Plaintiff,

v.

**SEAWATER PRO LLC and
MICHAEL SPANOS,**

    Defendants.

                                        /

**ORDER GRANTING APPROVAL OF SETTLEMENT,
DISMISSING CASE WITH PREJUDICE, AND CLOSING CASE**

       The parties to this case reached a full and complete settlement during a settlement conference before the Honorable Patrick M. Hunt on February 2 and 3, 2026. The parties read the terms of their settlement into the record before Judge Hunt.

       Because the settlement resolves Plaintiff's claim under the Fair Labor Standards Act ("FLSA"), the settlement must either be presented to the Secretary of Labor or be scrutinized by a court for fairness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). In reviewing the fairness of an FLSA settlement, a court determines whether the settlement is a fair and reasonable resolution of a bona fide dispute. *Id.* at 1355.

       In accordance with *Lynn's Food Stores*, the Court held a fairness hearing on February 10, 2026. During the fairness hearing, the parties' counsel summarized the terms of the settlement and stipulated to the dismissal of this case with prejudice, with the Court retaining jurisdiction to enforce the terms of the settlement through June 2027.

The Court has carefully considered the matters discussed during the fairness hearing and the record and is fully advised in the premises. The Court concludes that the terms of the settlement are a fair and reasonable resolution of a bona fide dispute. Accordingly, the parties' settlement is **APPROVED IN FULL**. This case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the settlement through June 30, 2027. **The Clerk of Court is directed to close this case. All hearings are canceled, all deadlines are terminated, and all motions are denied as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 10th day of February, 2026.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE