UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:24-CV-60984-AUGUSTIN-BIRCH [*CONSENT*]

MELINDA MICHAELS,

     Plaintiff,

v.

SEAWATER PRO LLC AND
MICHAEL SPANOS,

     Defendants.

_____/

## MOTION TO WITHDRAW
## AS COUNSEL FOR DEFENDANTS

Undersigned counsel for Defendants, Brian H. Pollock and FairLaw Firm, request that the Court grant them permission to withdraw as counsel for Seawater Pro LLC and Michael Spanos based on the following good cause:

1. Local Rule 11.1 specifically provides that, "The standards of professional conduct of members of the Bar of this Court shall include the current Rules Regulating The Florida Bar."

2. Pertinent herein, Rule 4-.116 of the Rules Regulating The Florida Bar requires an attorney to seek to withdraw once irreconcilable differences with a client arise.

3. Irreconcilable differences have arisen between the undersigned and the Defendants, which render them unable to continue further representation of the Defendants in this action.

4. This case has been settled, such that it has been both closed and dismissed, with the Court retaining jurisdiction to enforce the parties' settlement.

5. Consequently, there are no pending matters before the Court nor any pending dispute between the parties needing the Court's resolution that would require them to appear

1

before the Court. The undersigned thus requests that the Court enter an Order permitting them to withdraw as defense counsel, to relieve them of any further responsibility in this case, and to provide Defendants be provided with 30 days to retain new counsel if and when a matter arises when they need to address the Court (given that the case was settled with the Court retaining jurisdiction for enforcement).

6. The undersigned will send a copy of this Motion, once filed, to the Defendants by email and U.S. Mail at the following addresses/email addresses:

> Michael Spanos, CEO
> Seawater Pro LLC
> 3233 SW 2nd Ave, #200
> Fort Lauderdale, Florida, 33315
> mike85233@gmail.com

WHEREFORE, Brian H. Pollock and FairLaw Firm, request this Court to enter an Order granting them leave to withdraw as counsel for Defendants, Seawater Pro LLC and Michael Spanos, and to relieve them of all further responsibilities in this matter based on the good cause shown above and the lack of opposition and grant the Defendants 30 days to have new counsel appear on their behalf in this matter, to be calculated if and when the need arises.

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel for Defendants conferred with the Plaintiff about the relief sought in the motion in good faith to resolve the issues and states that the Plaintiff opposed the undersigned's request to withdraw as counsel of record from this case.

> FAIRLAW FIRM
> *Defense Counsel*
>
> s/Brian H. Pollock, Esq.
> Brian H. Pollock, Esq.

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was filed through CM/ECF on this 20th day of March 2026, which will cause it to be served on Elliot Kozolchyk, Esq. and Dillon Cuthbertson, Esq., Koz Law, P.A., *Counsel for Plaintiff*, 800 E. Cypress Creek Rd.,  Ste. 421, Fort Lauderdale, FL 33334; email: ekoz@kozlawfirm.com and dillon@kozlawfirm.com, and on all parties who appeared in this action, and was served by email and U.S. Mail on Defendants, Seawater Pro LLC and Michael Spanos, mike85233@gmail.com, 3233 SW 2nd Ave, #200, Fort Lauderdale, Florida, 33315.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
305.230.4884
*Counsel for Defendants*

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm