UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:24-CV-60984-AUGUSTIN-BIRCH [*CONSENT*]

MELINDA MICHAELS,

      Plaintiff,

v.

SEAWATER PRO LLC AND
MICHAEL SPANOS,

      Defendants.

_____/

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel for Defendants filed by Brian H. Pollock and FairLaw Firm, and the Court, having reviewed the Motion and being otherwise duly advised in the premises, finds good cause to grant the requested relief due to irreconcilable differences. Accordingly, it is **HEREBY ORDERED AND ADJUDGED** that the Motion is **GRANTED**:

1. Brian H. Pollock and FairLaw Firm are permitted to withdraw as counsel for the Defendants, Seawater Pro LLC and Michael Spanos, and are no longer responsible for any further duties in this case.

2. Until counsel files a notice of appearance for Defendants, all future correspondence, pleadings, and Court notices shall be directed to Defendants, as follows:

| | |
|---|---|
| **Name:** | Michael Spanos, Seawater Pro LLC |
| **Address:** | 3233 SW 2nd Ave, #200, Fort Lauderdale, Florida, 33315 |
| **Email:** | mike85233@gmail.com |

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this _____ day of

_____, 2026.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

cc:     All counsel of record