UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-CV-60984-AUGUSTIN-BIRCH

MELINDA MICHAELS,

     Plaintiff,

v.

SEAWATER PRO LLC and
MICHAEL SPANOS,

     Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

This matter comes before the Court on the Motion of the FairLaw Firm to withdraw as counsel for Defendants SeaWater Pro LLC and Michael Spanos. DE 114. The Motion is **GRANTED**. Brian Howard Pollock, Esq., Patrick Brooks LaRou, Esq., and the FairLaw Firm are withdrawn as Defendants' counsel. The Clerk's Office is directed to send notices of electronic filing to the Defendants at the address listed for them in the Motion.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of April, 2026.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE